# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | ) Case No. 24-11649 (CTG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Interim Relief Objection Deadline (Requested):** At the Hearing |
| | ) **Interim Hearing Date (Requested):** August 15, 2024 at 4:00 p.m. |

## NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE that, on August 13, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Debtors For Entry of An Order (I) Approving Agency Agreement With Hilco Commercial Industrial, LLC Effective As of the Petition Date; (II) Authorizing the Sale of Remaining Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief* (the "Liquidator Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE THAT, on August 13, 2024, the Debtors also filed the *Motion of Debtors for Entry of An Order Shortening Notice on Motion of Debtors For Entry of An Order (I) Approving Agency Agreement With Hilco Commercial Industrial, LLC Effective As of the Petition Date; (II) Authorizing the Sale of Remaining Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief* (the "Motion to Shorten"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

RLF1 31355615v.1

pursuant to which the Debtors have requested approval of a shortened notice period and objection deadline relating to the Liquidator Motion.

PLEASE TAKE FURTHER NOTICE that, if the Court grants the relief requested in the Motion to Shorten: (i) a hearing to consider the Liquidator Motion *on an interim basis* will be held on **Thursday, August 15, 2024 starting at 4:00 p.m. (Eastern Daylight Time)** (the "Hearing") before The Honorable Craig T. Goldblatt at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, and (ii) any responses or objections to the Liquidator Motion *being granted on an interim basis* may be made **no later than at the Hearing**.

PLEASE TAKE FURTHER NOTICE that if the Court approves or denies, in whole or in part, the relief requested in the Motion to Shorten, parties-in-interest will receive separate notice of the Court-approved objection deadline and hearing date for the Liquidator Motion.

[*Remainder of page intentionally left blank.*]

Dated: August 13, 2024
Wilmington, Delaware

*/s/ Jason M. Madron*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Kevin Gross (DE Bar No. 209) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Mark D. Collins (DE Bar No. 2981) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Jason M. Madron (DE Bar No. 4431) | Zachary R. Manning (admitted *pro hac vice*) |
| 920 N. King Street | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone: (302) 651-7700 | Telephone: (212) 446-4800 |
| Facsimile: (302) 651-7701 | Facsimile: (212) 446-4900 |
| Email: gross@rlf.com | Email: joshua.sussberg@kirkland.com |
| collins@rlf.com | zach.manning@kirkland.com |
| madron@rlf.com | |
| | - and - |
| | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Robert Jacobson (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: chad.husnick@kirkland.com |
| | jeff.michalik@kirkland.com |
| | rob.jacobson@kirkland.com |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |