# Exhibit C

**Agent Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | ) |
| | ) Case No. 24-11649 (CTG) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) **Re: Docket No. _** |

**DECLARATION OF ERIC W. KAUP IN SUPPORT OF MOTION OF
DEBTORS FOR ENTRY OF AN ORDER (I) APPROVING AGENCY
AGREEMENT WITH HILCO COMMERCIAL INDUSTRIAL, LLC
EFFECTIVE AS OF THE PETITION DATE; (II) AUTHORIZING
THE SALE OF REMAINING ASSETS FREE AND CLEAR OF LIENS, CLAIMS,
INTERESTS, AND ENCUMBRANCES; AND (III) GRANTING RELATED RELIEF**

I, Eric W. Kaup, make this Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746, and state as follows:

1. I am Eric W. Kaup, an Executive Vice President, Chief Commercial Officer, and Special Counsel of Hilco Trading, LLC ("Hilco Trading"), which has a principal place of business at 5 Revere Drive, Suite 206, Northbrook, IL 60062. Hilco Trading is the parent company and Managing Member of Hilco Commercial Industrial, LLC ("Agent" or "Hilco").

2. I submit this declaration (the "Declaration") in the above-referenced bankruptcy case (the "Bankruptcy Case") on behalf of Hilco in support of the *Motion of Debtors for Entry of an Order (I) Approving Agency Agreement with Hilco Commercial Industrial, LLC Effective as of the Petition Date; (II) Authorizing the Sale of Remaining Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief* (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

"Motion"), by which Debtors seek to employ Hilco as their exclusive sales and marketing agent to assist in the liquidation of the Debtor's Remaining Assets pursuant to the agency agreement dated as of August 4, 2024 by and between Debtors and Hilco (the "Agency Agreement"),[2] attached to the Motion Application as **Exhibit 1**.

3. The facts set forth in this Declaration are based upon the best of my personal knowledge, information, and belief, and upon records kept in the ordinary course of business that were reviewed by other employees of Hilco Trading under my supervision and direction. To the extent any information disclosed in this Declaration requires amendment or modification upon Hilco's completion of further review or as additional information becomes available, a supplemental declaration will be submitted to the Bankruptcy Court reflecting such amended or modified information.

4. If called as a witness, I would testify to the facts set forth in this Declaration, as follows:

### A. Qualifications

5. Hilco is in the business of marketing and selling assets on behalf of its clients. Hilco is a leader in distressed asset repositioning and has extensive experience solving complex asset problems. Hilco's disposition and auction team has worked with numerous clients in the accelerated sale of challenging assets nationwide and to monetize hard-to-sell assets, much of which has been associated with distressed business restructuring and/or winddown situations such as that involved here.

6. Hilco also has extensive experience valuing and converting idle commercial and industrial assets into cash through a multitude of creative sales methodologies and disposition channels including auction, liquidation, and private treaty sales. Moreover, Hilco is

---

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion or the Agency Agreement, as applicable.

comprised of leading industry professionals with considerable experience in distressed asset monetization and valuation services.

7. Hilco is well-qualified to perform the services outlined in the Agency Agreement because of its extensive experience and reputation. Hilco regularly specializes in assisting and advising trustees, debtors, creditors, creditors' committees, shareholders, bondholders, and other parties involved with financially distressed companies, both during and outside of bankruptcy cases, and has served as financial and strategic advisors for debtors, creditors, and other constituents in numerous chapter 7 and 11 bankruptcy cases, including cases before this Court.

8. Hilco has agreed to perform the services subject to the terms of the Agency Agreement, and its principals and employees have agreed to be subject to the jurisdiction and supervision of the Bankruptcy Court in connection with these matters.

### B. Services

9. The Debtors and Hilco have negotiated the Agency Agreement which will govern their relationship upon this Court's approval. The terms and conditions of the Agency Agreement reflect the mutual agreement of Hilco and the Debtors as to the matters that will be required in the proposed engagement. As set forth in the Agency Agreement, Hilco has agreed to provide the services as detailed therein under the terms and conditions set forth therein.

10. In consideration of the services to be provided by Hilco, and as more fully described in the Agency Agreement, subject to this Court's approval, the Debtors and Hilco have agreed that Hilco shall, in respect of their services, be compensated under the following fee structure:

a. In consideration of its services under the Agency Agreement, Hilco shall be entitled to payment by the Company of a commission equal to 10% of the Gross Proceeds from the sale of the Assets.

b. Hilco shall advance and shall be entitled to reimbursement by the Company for all Expenses regardless of whether or not any Assets are sold. "Expenses" mean out-of-pocket expenses incurred by Hilco in connection with Hilco's performance of its services under the Agency Agreement, including, but not limited to, reasonable and documented attorneys' fees and costs associated with any Bankruptcy proceeding and/or Hilco's retention therein, advertising, third-party sale commissions, promotion and sales costs, lodging, travel, labor associated with project management oversight, labor and other costs and expenses associated with previewing and removing the Assets, and other miscellaneous costs and expenses; *provided* that the Expenses shall be capped at $250,000, unless otherwise agreed in writing (email being sufficient) between Hilco and the Company, with the consent of the First Lien Agent. The Company agrees that all Expenses may be withheld from Gross Proceeds of the sale of any Assets.

c. Within ten (10) calendar days after expiration of the Term or earlier termination of the Agency Agreement, Hilco may provide the Company with a list of third parties (each, a "Prospect") that Hilco has engaged in negotiations with respect to the Assets covered under the Agency Agreement. If Hilco provides a Prospect list and within one hundred and eighty (180) days after the expiration of the Term of the Agency Agreement or earlier termination (if applicable), the Company and one or more Prospects should enter into one or more written agreements to purchase all or

any portion of the Assets, Hilco shall be entitled to fee(s) calculated in accordance with the terms of the Agency Agreement. Each fee shall be paid by the Company to Hilco within five (5) business days after applicable closing between the Company and each Prospect.

11. The overall compensation structure described above is comparable to compensation generally charged by professionals of similar stature to Hilco for comparable engagements, both in and out of bankruptcy court.

12. Hilco may utilize the services of an affiliate, Hilco Merchant Resources, LLC ("HMR") with respect to the sale of inventory and other assets for which HMR typically provides services to other clients and would share compensation with HMR. HMR is not a "professional," as such term is used in the Bankruptcy Code and need not be retained under sections 327 or 328 of the Bankruptcy Code. If HMR were to be separately engaged under section 363, HMR's disclosures would be substantially the same as the disclosures made by HCI herein as both entities use Hilco Global's Transaction Database. For ease of administration and to reduce costs, Hilco proceeded in this manner.

## C. Disinterestedness

13. In the ordinary course of its business, Hilco Trading, Hilco, and their affiliates and subsidiaries (collectively, "Hilco Global") maintain a database (the "Transaction Database") for purposes of performing "conflicts checks." The Transaction Database contains information regarding present and past representations and transactions of Hilco Global. I obtained the attached list of names of individuals and companies provided by the Debtors for purposes of searching the Transaction Database and determining the connection(s) which Hilco Global has with such entities (attached hereto as Schedule 1;

collectively, the "Parties in Interest").  Hilco ran the names of the attached Parties in Interest through the Transaction Database to determine whether Hilco Global had in the past, or currently has, any connection to such Parties in Interest.  There are over 4,200 entities designated as vendors (the "Vendors") in the full parties-in-interest list provided by Debtors to Hilco. Hilco has not yet performed a conflicts check on the Vendors, but shall continue to run conflicts and will check the vendors and will supplement its disclosures in the event any connections are found with any of the vendors.

14. Hilco's search of the Transaction Database to date identified the connections listed on and described in the attached Schedule 2.

15. Except with respect to entry into the Agency Agreement, and except as set forth in Schedule 2 hereto, to the best of my knowledge, neither I, Hilco, nor any principal, partner, director, officer, or employee thereof, nor any professional retained by Hilco, insofar as I have been able to ascertain, is a creditor, equity security holder, or an insider of the Debtor.

16. To the best of my knowledge, neither I, Hilco, nor any principal, partner, director, officer, or employee thereof, nor any professional retained by Hilco, insofar as I have been able to ascertain, is or has been, within two years before the date of the filing of the petition(s) herein, a director, officer or employee of the Debtor.

17. To the best of my knowledge, neither I, Hilco, nor any principal, partner, director, officer, or employee thereof, nor any professional retained by Hilco, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estate with respect to the matter(s) upon which Hilco is engaged, by reason of any direct or indirect relationship to, or connection with, or interest in, the Debtor or for any other reason.

18. Hilco is conducting further inquiries regarding Hilco's engagement by any creditors of the Debtors and/or transactions with any vendors, and upon conclusion of that inquiry, or at any time during the period of Hilco's engagement if Hilco should discover any facts bearing on the matters described herein, Hilco will supplement the information contained in this Declaration.

[Remainder of page intentionally left blank]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: August 13, 2024

**Hilco Commercial Industrial, LLC**

By: _____

**Eric W. Kaup**,
EVP, Chief Commercial Officer and
Special Counsel, Managing Member

## Schedule 1

### Parties in Interest

| Name | Category |
| --- | --- |
| Judge Ashley M. Chan | Bankruptcy Judges |
| Judge Brendan L. Shannon | Bankruptcy Judges |
| Judge Craig T. Goldblatt | Bankruptcy Judges |
| Judge J. Kate Stickles | Bankruptcy Judges |
| Judge John T. Dorsey | Bankruptcy Judges |
| Judge Karen B. Owens | Bankruptcy Judges |
| Judge Laurie Selber Silverstein | Bankruptcy Judges |
| Judge Mary F. Walrath | Bankruptcy Judges |
| Judge Thomas M. Horan | Bankruptcy Judges |
| Alvarez and Marsal | Bankruptcy Professionals |
| Kirkland & Ellis | Bankruptcy Professionals |
| Moelis & Company | Bankruptcy Professionals |
| Richards, Layton & Finger, P.A. | Bankruptcy Professionals |
| Banco Santander (Mexico), S.A. | Banks/Lenders/Administrative Agents |
| Bank of America | Banks/Lenders/Administrative Agents |
| Bank of the Pilippine Islands | Banks/Lenders/Administrative Agents |
| Bank of the West | Banks/Lenders/Administrative Agents |
| BofA Securities, Inc. | Banks/Lenders/Administrative Agents |
| Charles Schwab | Banks/Lenders/Administrative Agents |
| Citibank NA | Banks/Lenders/Administrative Agents |
| Credit Cooperatif | Banks/Lenders/Administrative Agents |
| JPMorgan Chase Bank, N.A. | Banks/Lenders/Administrative Agents |
| Keybank | Banks/Lenders/Administrative Agents |
| Technology Credit Union | Banks/Lenders/Administrative Agents |
| Wells Fargo Bank, N.A. | Banks/Lenders/Administrative Agents |
| Blue Raven Solar Holdings, LLC | Debtor |
| Blue Raven Solar, LLC | Debtor |
| BRS Field Ops, LLC | Debtor |
| Falcon Acquisition Holdco, Inc. | Debtor |
| SunPower Capital, LLC | Debtor |
| SunPower Capital Services, LLC | Debtor |
| SunPower Corporation | Debtor |
| SunPower Corporation, Systems | Debtor |
| SunPower Holdco, LLC | Debtor |
| SunPower North America, LLC | Debtor |
| 8point3 Solar InvestCo 3 Holdings, LLC | Known Affiliates - JV |
| 8point3 Solar InvestCo 3, LLC | Known Affiliates - JV |
| Albatross Software, LLC | Known Affiliates - JV |
| Aton Solar Program, LLC | Known Affiliates - JV |
| Borrowed Sunshine II, LLC | Known Affiliates - JV |
| Borrowed Sunshine II Parent, LLC | Known Affiliates - JV |
| Borrowed Sunshine, LLC | Known Affiliates - JV |
| Borrowed Sunshine Parent, LLC | Known Affiliates - JV |
| BRS Field Ops Nevada LLC | Known Affiliates - JV |
| BRS Setter, LLC | Known Affiliates - JV |
| BSP II Parent, LLC | Known Affiliates - JV |

| | |
|---|---|
| Cogenra Solar, Inc. | Known Affiliates - JV |
| Corona Sands, LLC | Known Affiliates - JV |
| Desert Equinox, LLC | Known Affiliates - JV |
| Desert SunBurst, LLC | Known Affiliates - JV |
| Dorado 1 Class B Member, LLC | Known Affiliates - JV |
| Dorado 1 Mezzanine Borrower, LLC | Known Affiliates - JV |
| Dorado 1 Mezzanine Pledgor, LLC | Known Affiliates - JV |
| Dorado 1 Residential Solar, LLC | Known Affiliates - JV |
| Dorado 1 Senior Borrower, LLC | Known Affiliates - JV |
| Dorado 1 Senior Pledgor, LLC | Known Affiliates - JV |
| Dorado 1 SolarBloom, LLC | Known Affiliates - JV |
| Dorado 1 SolarBloom Pledgor, LLC | Known Affiliates - JV |
| Dorado 2 Class B Member, LLC | Known Affiliates - JV |
| Dorado 2 Residential Solar, LLC | Known Affiliates - JV |
| Dorado Development Partners, LLC | Known Affiliates - JV |
| Freedom Solar Holdings, LLC | Known Affiliates - JV |
| GFS I Holding Company, LLC | Known Affiliates - JV |
| Golden Fields Solar I, LLC | Known Affiliates - JV |
| Golden Fields Solar I Parent, LLC | Known Affiliates - JV |
| GridVault DR1, LLC | Known Affiliates - JV |
| Helios II Residential Solar Fund, LLC | Known Affiliates - JV |
| Helios Residential Solar Fund, LLC | Known Affiliates - JV |
| Infinite Sunshine 2015-1, LLC | Known Affiliates - JV |
| JDA Overseas Holdings, LLC | Known Affiliates - JV |
| JOBS Tugboat, LLC | Known Affiliates - JV |
| Lux II Residential Solar Fund, LLC | Known Affiliates - JV |
| Lux Residential Solar Fund, LLC | Known Affiliates - JV |
| Meridian Solar Program, LLC | Known Affiliates - JV |
| Mojave Solar Investment, LLC | Known Affiliates - JV |
| Perpetual Sunshine I, LLC | Known Affiliates - JV |
| Perpetual Sunshine Solar Program I, LLC | Known Affiliates - JV |
| Photon Residential Solar Fund, LLC | Known Affiliates - JV |
| Raven Loan Partners, LLC | Known Affiliates - JV |
| RLP 1 Mezzanine Borrower, LLC | Known Affiliates - JV |
| Rlp 1 Mezzanine Holdco, LLC | Known Affiliates - JV |
| RLP 1 Mezzanine Pledgor, LLC | Known Affiliates - JV |
| RLP 1 Residential Solar, LLC | Known Affiliates - JV |
| RLP 1 Senior Borrower, LLC | Known Affiliates - JV |
| RLP 1 Senior Pledgor, LLC | Known Affiliates - JV |
| Rosamond Raven Holdings, LLC | Known Affiliates - JV |
| Sahara Solar Investment, LLC | Known Affiliates - JV |
| SCA Holdings II, LLC | Known Affiliates - JV |
| SGS Antelope Valley Development, LLC | Known Affiliates - JV |
| Shop Renewable Energy, LLC | Known Affiliates - JV |
| Societe D'Exploitation de Centrales Photovoltaiques 1 | Known Affiliates - JV |
| SolarBridge Technologies, Inc. | Known Affiliates - JV |
| Solar Greenhouse I, LLC | Known Affiliates - JV |

| | |
|---|---|
| Solar Sail Commercial DevCo I, LLC | Known Affiliates - JV |
| Solar Sail Commercial Holdings, LLC | Known Affiliates - JV |
| Solar Sail Commercial MPW DevCo, LLC | Known Affiliates - JV |
| Solar Sail Generate Devco I, LLC | Known Affiliates - JV |
| Solar Sail, LLC | Known Affiliates - JV |
| Solar Star Arizona II, LLC | Known Affiliates - JV |
| Solar Star Arizona VII, LLC | Known Affiliates - JV |
| Solar Star California I, LLC | Known Affiliates - JV |
| Solar Star California IV, LLC | Known Affiliates - JV |
| Solar Star California XLI, LLC | Known Affiliates - JV |
| Solar Star California XLI Parent, LLC | Known Affiliates - JV |
| Solar Star Rancho CWD I, LLC | Known Affiliates - JV |
| SPWR EW 2013-1, LLC | Known Affiliates - JV |
| SPWR MS 2013-1, LLC | Known Affiliates - JV |
| SPWR RIC Borrower 2022-1, LLC | Known Affiliates - JV |
| SPWR RIC Depositor 2022-1, LLC | Known Affiliates - JV |
| SPWR SunStrong Holdings, LLC | Known Affiliates - JV |
| SPWR USB 2013-1, LLC | Known Affiliates - JV |
| SPWR USB 2013-2, LLC | Known Affiliates - JV |
| SPWR USB 2013-3, LLC | Known Affiliates - JV |
| SREC NE Holdings, LLC | Known Affiliates - JV |
| SREC NE II Holdings, LLC | Known Affiliates - JV |
| SREC NE II, LLC | Known Affiliates - JV |
| SREC NE, LLC | Known Affiliates - JV |
| SSCA XLI Holding Company, LLC | Known Affiliates - JV |
| SunFront I, LLC | Known Affiliates - JV |
| SunPower Access Holding, LLC | Known Affiliates - JV |
| SunPower Access I, LLC | Known Affiliates - JV |
| SunPower AssetCo, LLC | Known Affiliates - JV |
| SunPower DevCo, LLC | Known Affiliates - JV |
| Sunpower Electrical of New York, LLC | Known Affiliates - JV |
| SunPower Energía SpA | Known Affiliates - JV |
| SunPower Energy Systems Canada Corporation | Known Affiliates - JV |
| SunPower Equity Holdings, LLC | Known Affiliates - JV |
| SunPower Foundation | Known Affiliates - JV |
| SunPower Manufacturing Oregon, LLC | Known Affiliates - JV |
| Sunpower Mortgage Corporation | Known Affiliates - JV |
| SunPower Philippines Ltd. – Regional Operating Headquarters | Known Affiliates - JV |
| SunPower Residential III Holdings, LLC | Known Affiliates - JV |
| SunPower Residential III, LLC | Known Affiliates - JV |
| SunPower Residential II, LLC | Known Affiliates - JV |
| SunPower Residential I, LLC | Known Affiliates - JV |
| SunPower Residential IV, LLC | Known Affiliates - JV |
| Sunpower Residential VII, LLC | Known Affiliates - JV |
| SunPower Residential VI, LLC | Known Affiliates - JV |
| SunPower Residential V, LLC | Known Affiliates - JV |
| SunPower SolarProgram III, LLC | Known Affiliates - JV |

| | |
|---|---|
| SunPower SolarProgram IV, LLC | Known Affiliates - JV |
| SunPower SolarProgram IX, LLC | Known Affiliates - JV |
| SunPower SolarProgram VIII, LLC | Known Affiliates - JV |
| SunPower SolarProgram VII, LLC | Known Affiliates - JV |
| SunPower SolarProgram VI, LLC | Known Affiliates - JV |
| SunPower SolarProgram V, LLC | Known Affiliates - JV |
| SunPower Systems Mexico S. de R.L. de C.V. | Known Affiliates - JV |
| SunPower Technologies AssetCo Holdings, LLC | Known Affiliates - JV |
| Sunrise 1, LLC | Known Affiliates - JV |
| Sunrise 2, LLC | Known Affiliates - JV |
| Sunrise 3, LLC | Known Affiliates - JV |
| SunStrong 2018-1 Depositor, LLC | Known Affiliates - JV |
| SunStrong 2018-1 Holdings, LLC | Known Affiliates - JV |
| SunStrong 2018-1 Issuer, LLC | Known Affiliates - JV |
| SunStrong 2018-1 Mezzanine, LLC | Known Affiliates - JV |
| SunStrong Capital Acquisition 3, LLC | Known Affiliates - JV |
| SunStrong Capital Acquisition, LLC | Known Affiliates - JV |
| SunStrong Capital Acquisition OF, LLC | Known Affiliates - JV |
| SunStrong Capital Holdings 3, LLC | Known Affiliates - JV |
| SunStrong Capital Holdings, LLC | Known Affiliates - JV |
| Sunstrong Commercial Holdings, LLC | Known Affiliates - JV |
| Sunstrong Commercial Pledgor, LLC | Known Affiliates - JV |
| SunStrong Partners, LLC | Known Affiliates - JV |
| Total SunPower Energía S.A. | Known Affiliates - JV |
| Tugboat Commercial Pledgor, LLC | Known Affiliates - JV |
| TW2 Tugboat, LLC | Known Affiliates - JV |
| TW3 Tugboat, LLC | Known Affiliates - JV |
| Ultralight 2 Class B Member, LLC | Known Affiliates - JV |
| Ultralight 2 Holdco, LLC | Known Affiliates - JV |
| Ultralight 2 Mezzanine Borrower, LLC | Known Affiliates - JV |
| Ultralight 2 Mezzanine Pledgor, LLC | Known Affiliates - JV |
| Ultralight 2 Residential Solar, LLC | Known Affiliates - JV |
| Ultralight 2 Solarbloom, LLC | Known Affiliates - JV |
| Ultralight 2 Solarbloom Pledgor, LLC | Known Affiliates - JV |
| Ultralight Class B Member, LLC | Known Affiliates - JV |
| Ultralight Holdco, LLC | Known Affiliates - JV |
| Ultralight Mezzanine Borrower, LLC | Known Affiliates - JV |
| Ultralight Mezzanine Pledgor, LLC | Known Affiliates - JV |
| Ultralight Residential Solar, LLC | Known Affiliates - JV |
| Vega Solar 1 S.A.P.I. de C.V. | Known Affiliates - JV |
| Vega Solar 2 S.A.P.I. de C.V. | Known Affiliates - JV |
| Ada Kwan | Officer |
| Alexis Petas | Officer |
| Amy Guadalupe Hernandez | Officer |
| Andrew Browning | Officer |
| Andrew Bruce | Officer |
| Andy Bruce | Officer |

| | |
|---|---|
| Andy Valenzuela | Officer |
| Angereen Bernadeth Marquices | Officer |
| Anna Marie Olan | Officer |
| Anthony Panganiban | Officer |
| Antoine Larenaudie | Officer |
| April Casas | Officer |
| Arnaud Chaperon | Officer |
| Audrey Zibelman | Officer |
| Ava Reyes | Officer |
| Benjamin Hubbard | Officer |
| Ben Peterson | Officer |
| Bernadette Baudier | Officer |
| Bernard Clement | Officer |
| Bill Groen | Officer |
| Bill Kalio | Officer |
| Bill Kallio | Officer |
| Brad Harmon | Officer |
| Bradley Laurie | Officer |
| Brei Cudworth | Officer |
| Brian Campbell | Officer |
| Brian Risi | Officer |
| Brian Scaccia | Officer |
| Byron Kentor | Officer |
| Catherine A. Lesjak | Officer |
| Cathie Martin | Officer |
| Charles Boynton | Officer |
| Charles D. Boynton | Officer |
| Chet Mandair | Officer |
| Chris Gallu | Officer |
| Christopher Couture | Officer |
| Christopher Jaap | Officer |
| Christopher O'Brien | Officer |
| Chuck Stone | Officer |
| Cindy Burda | Officer |
| Cliff Kalinowski | Officer |
| Cuellar Brunilda | Officer |
| Daniel Laure | Officer |
| Dave DeGraaff | Officer |
| David Coller | Officer |
| David Gorman | Officer |
| David Henry | Officer |
| David J. Zelkind | Officer |
| David McIlhenny | Officer |
| David Petrini | Officer |
| Denis Giorno | Officer |
| Denis Toulouse | Officer |
| Derek Kuzak | Officer |

| | |
|---|---|
| Diana Ma | Officer |
| Donald Garland | Officer |
| Douglas J. Richards | Officer |
| Doug Rose | Officer |
| Eden Ramirez | Officer |
| Eduardo Medina Sanchez | Officer |
| Eduardo Moran | Officer |
| Eileen Evans | Officer |
| Elizabeth Eby | Officer |
| Elizabeth Mckone | Officer |
| Ellen Kinney | Officer |
| Emily Sanders | Officer |
| Emmanuel Barrios | Officer |
| Eric Branderiz | Officer |
| Eric Madera | Officer |
| Eric Potts | Officer |
| Erin Nelson | Officer |
| Ethan Miller | Officer |
| Francis Mack | Officer |
| Franck Trochet | Officer |
| François Badoual | Officer |
| Garrett Boilard | Officer |
| Gaurang Kavaiya | Officer |
| Gaurav Dubey | Officer |
| Gauri Sharma | Officer |
| Gerry McGowan | Officer |
| Gopal Garg | Officer |
| Guthrie Dundas | Officer |
| Holger Kraetschemer | Officer |
| Howard J. Wenger | Officer |
| Howard Wenger | Officer |
| Humbert de Wendel | Officer |
| Isable Engle | Officer |
| Ivo Steklac | Officer |
| Ivo Steklak | Officer |
| Jack Bennett | Officer |
| Jack Peurach | Officer |
| Jaimie Biay | Officer |
| Jake Wachman | Officer |
| James C. Dawe | Officer |
| Janaelen Naidoo | Officer |
| Janice Hernandez | Officer |
| Jarvis Bowers | Officer |
| Jascha Ortmanns | Officer |
| Jason Macrae | Officer |
| Jason Ritchie | Officer |
| Jay Peir | Officer |

| | |
|---|---|
| Jean-Marc Otero del Val | Officer |
| Jean M. Wilson | Officer |
| Jeff Cyran | Officer |
| Jeffrey Dasovich | Officer |
| Jeffrey Hedrick | Officer |
| Jeffrey Waters | Officer |
| Jennifer Jason | Officer |
| Jennifer Johnston | Officer |
| Jennifer Joyce | Officer |
| Jennifer Pearce | Officer |
| Jennifer Rappoport | Officer |
| Jerome Fortunado | Officer |
| Jerome Schmitt | Officer |
| Jia Liu | Officer |
| Jim Parker | Officer |
| Joanna Tiongco | Officer |
| Joanne Endow | Officer |
| Joenel Perez | Officer |
| Joern Juergens | Officer |
| Joey Lyn Torrefranca | Officer |
| Jonathan Bram | Officer |
| Jonathan Fieldsend | Officer |
| Jon Fieldsen | Officer |
| Jorg Heinemann | Officer |
| Joseph Yu | Officer |
| Josh Koppelman | Officer |
| Joshua Neves | Officer |
| Julie Blunden | Officer |
| Julien Pouget | Officer |
| June Sauvaget | Officer |
| Karen Fry | Officer |
| Karen Jones | Officer |
| Kari Smith | Officer |
| Kathryn Jenkins | Officer |
| Kendall Fong | Officer |
| Kenneth Mahaffey | Officer |
| Ken Roach | Officer |
| Kerrie Loerakker | Officer |
| Kerry Downing | Officer |
| Kevin Azanger | Officer |
| Kim Rutledge | Officer |
| Kourenkova Marina Kourenkova | Officer |
| Kristen Ilgenstein | Officer |
| Kumar Brahnmath | Officer |
| Kyle Baum | Officer |
| Ladislaz Paskiewvicz | Officer |
| Laurent Kettenmeyer | Officer |

| | |
|---|---|
| Laurent Wolffsheim | Officer |
| Lauren Walz | Officer |
| Leah Wardak | Officer |
| Linda Blauner | Officer |
| Lindsey Wiedmann | Officer |
| Lisa Bodensteiner | Officer |
| Lisa Cheng | Officer |
| Loree Farrar | Officer |
| Lovely Pascua | Officer |
| Lucas Dickerson | Officer |
| Mabel De Roxas | Officer |
| Manavendra Sial | Officer |
| Mandy Yang | Officer |
| Manuel Brachet | Officer |
| Marc Robinson | Officer |
| Maria Mocia Obong | Officer |
| Mark Swanson | Officer |
| Markus Johannes Sickmoeller | Officer |
| Martin DeBono | Officer |
| Martin Mebono | Officer |
| Marty T. Neese | Officer |
| Mary Joy Isip | Officer |
| Matt Dawson | Officer |
| Matthew Paul Campbell | Officer |
| Matt P. Brost | Officer |
| Michael Holland | Officer |
| Michael Palmer | Officer |
| Michael Rands | Officer |
| Michael Weinstein | Officer |
| Michelle Cooper | Officer |
| Mickael Odier | Officer |
| Mike Chionchio | Officer |
| Milton Torres | Officer |
| Nadia Casula | Officer |
| Nakul Correa | Officer |
| Nam Nguyen | Officer |
| Natalie Jackson | Officer |
| Natalie Wymer | Officer |
| Nate Coleman | Officer |
| Nathalie Portes-Laville | Officer |
| Nathanial George | Officer |
| Nathaniel Anschuetz | Officer |
| Neil Bergstrom | Officer |
| Neil De Lucenay | Officer |
| Nicholas Glogowski | Officer |
| Norm Taffe | Officer |
| Nuala Murphy | Officer |

| | |
|---|---|
| Olivier Sudan | Officer |
| Pamela Terrazas | Officer |
| Pat Pokorny | Officer |
| Pat Wood III | Officer |
| Paul Charrette | Officer |
| Peter Aschenbrenner | Officer |
| Peter Faricy | Officer |
| Phoebe Whitted | Officer |
| Pierre Claverie | Officer |
| Ralph Clayton Robinett | Officer |
| Rebecca Dobson | Officer |
| Reed Farnsworth | Officer |
| Regan Macpherson | Officer |
| Restituto Tica II | Officer |
| Rey Mella | Officer |
| Ria Cirineo | Officer |
| Rich Kapusta | Officer |
| Rich Robinson | Officer |
| Rich Willis | Officer |
| Rob Berry | Officer |
| Robert D Vinje | Officer |
| Ronacel Benasa | Officer |
| Ronacel Bensasa | Officer |
| Rowell Escoses | Officer |
| Ryan Franzo | Officer |
| Sam Lee | Officer |
| Sandy McClure | Officer |
| Sarah Ritterhoff | Officer |
| Sau Ngosi | Officer |
| Scott Piscitello | Officer |
| Sekhar Ray | Officer |
| Selina Ibarra | Officer |
| Shawn Fitzgerald | Officer |
| Shingo Tajiri | Officer |
| Sonny David | Officer |
| Stacey Cornelius | Officer |
| Stephanie Krugh | Officer |
| Stephen Adelson | Officer |
| Steven Louden | Officer |
| Tammy Landon | Officer |
| Telesforo P. Alfelor II | Officer |
| Terry Oswald | Officer |
| Thomas H. Werner | Officer |
| Thomas L. Dinwoodie | Officer |
| Thomas Rebeyrol | Officer |
| Thomas R. McDaniel | Officer |
| Tim McFarland | Officer |

| | |
|---|---|
| Todd Reeves | Officer |
| Tom Starrs | Officer |
| Tony Garzolini | Officer |
| Trevor Weed | Officer |
| Ty Daul | Officer |
| Ty P. Daul | Officer |
| Venu Nambiar | Officer |
| Vichheka Heang | Officer |
| Vinayak Hedge | Officer |
| Vinayak Hegde | Officer |
| Vincent Stoquart | Officer |
| Warren Brasch | Officer |
| Wendy Bozzolasco | Officer |
| William Kelly | Officer |
| William Mulligan | Officer |
| Will Kruse | Officer |
| Zachary Judkins | Officer |
| Bank of America Corporation, Asset Management Arm | Significant Equity Holders |
| BlackRock, Inc. | Significant Equity Holders |
| Geode Capital Management, LLC | Significant Equity Holders |
| Global Infrastructure Partners | Significant Equity Holders |
| Invesco Capital Management LLC | Significant Equity Holders |
| Morgan Stanley, Investment Banking and Brokerage Investments | Significant Equity Holders |
| Point72 Asset Management, L.P. | Significant Equity Holders |
| State Street Global Advisors, Inc. | Significant Equity Holders |
| The Vanguard Group, Inc. | Significant Equity Holders |
| TotalEnergies SE | Significant Equity Holders |
| Two Sigma Investments, LP | Significant Equity Holders |
| Benjamin Hackman | U.S. Trustee Office |
| Christine Green | U.S. Trustee Office |
| Diane Giordano | U.S. Trustee Office |
| Dion Wynn | U.S. Trustee Office |
| Edith A. Serrano | U.S. Trustee Office |
| Hannah M. McCollum | U.S. Trustee Office |
| Holly Dice | U.S. Trustee Office |
| James R. O'Malley | U.S. Trustee Office |
| Jane Leamy | U.S. Trustee Office |
| Jonathan Lipshie | U.S. Trustee Office |
| Jonathan Nyaku | U.S. Trustee Office |
| Joseph Cudia | U.S. Trustee Office |
| Joseph McMahon | U.S. Trustee Office |
| Lauren Attix | U.S. Trustee Office |
| Linda Casey | U.S. Trustee Office |
| Linda Richenderfer | U.S. Trustee Office |
| Nyanquoi Jones | U.S. Trustee Office |
| Richard Schepacarter | U.S. Trustee Office |
| Rosa Sierra-Fox | U.S. Trustee Office |

| | |
|---|---|
| Shakima L. Dortch | U.S. Trustee Office |
| Timothy J. Fox, Jr. | U.S. Trustee Office |
| Arch Capital Group | Insurance & Surety Bond |
| Arch Insurance Company | Insurance & Surety Bond |
| Argo Group | Insurance & Surety Bond |
| Aspen US Insurance Group | Insurance & Surety Bond |
| Berkshire Hathaway Homestate Insurance Company | Insurance & Surety Bond |
| California Department Of Fish And Wildlife | Insurance & Surety Bond |
| Cincinnati Insurance Companies | Insurance & Surety Bond |
| County Of San Luis Obispo | Insurance & Surety Bond |
| Endurance American Insurance Company | Insurance & Surety Bond |
| James River Insurance | Insurance & Surety Bond |
| Lexon Insurance Company | Insurance & Surety Bond |
| Pacific Gas And Electric | Insurance & Surety Bond |
| Rli Group | Insurance & Surety Bond |
| Siriuspoint America Insurance Company | Insurance & Surety Bond |
| Southern California Edison | Insurance & Surety Bond |
| State Farm Mutual Automobile Insurance Company | Insurance & Surety Bond |
| The Hanover Insurance Company | Insurance & Surety Bond |
| Travelers Property Casualty Group | Insurance & Surety Bond |
| Zurich Insurance Group | Insurance & Surety Bond |
| 50 Rockwell Road, LLC | Landlords |
| Ag-Pcpi Sky Park Owner/BRE Imagination Office Holdco LLC / Dba BRE Ca Office Owner LLC | Landlords |
| American Assets Trust, LP | Landlords |
| Anderson Logistics Assets LLC | Landlords |
| Atapco Uep, Inc. | Landlords |
| Berkeley Partners | Landlords |
| Canyon Park Owner II, LLC | Landlords |
| CBRE, Inc. | Landlords |
| Clearbrook Cross | Landlords |
| Colfin 2016-2 Industrial Owner, LLC | Landlords |
| Concord4C LLC | Landlords |
| Countrywood Equity Group LLC | Landlords |
| Dubbs & Hanssen | Landlords |
| Esh Properties, LLC / Psip | Landlords |
| Eskanos Family, LP | Landlords |
| FPOC, LLC | Landlords |
| John Martin | Landlords |
| Kerzner Associates | Landlords |
| LBA Rv-Company I, LP | Landlords |
| Mark Allen | Landlords |
| Montreal 2000, LLC | Landlords |
| Munco Incorporated | Landlords |
| NTT Global Data Centers HI, LLC | Landlords |
| O'Brien Investment Partners, LLC | Landlords |
| PLD USLV San Jose BC LP | Landlords |
| PS Business Parks, L.P. | Landlords |

| | |
|---|---|
| Rolling Hills At 245 Newton Road LLC | Landlords |
| Rreef America Reit II Portfolio, L.P. | Landlords |
| SIR Properties Trust | Landlords |
| Southwoods Mall, Inc. (Smi), | Landlords |
| Stadium Crossings JV Holdings LLC | Landlords |
| Stj Devonshire Equity Partners LLC | Landlords |

| | |
|---|---|
| Sunny Harvest LLC | Landlords |
| Three Prop, Inc. | Landlords |
| Unis LLC | Landlords |
| Berkley Assurance Company | Litigation |
| Craven | Litigation |
| Direct Components, Inc. | Litigation |
| Edelman | Litigation |
| EURL Grisier | Litigation |
| Insured Matters & Other Customer - Related Litigation | Litigation |
| NJ Incentives | Litigation |
| Other Total Indemnification Demands to SPWR | Litigation |
| P. Jaszszyszyn | Litigation |
| SAMB | Litigation |
| SC Megaworld | Litigation |
| Sun'ISO | Litigation |
| Sun'R | Litigation |
| Sunzil Ocean Indien | Litigation |
| Thermal Event at Meridian Park West-Burlington Coat Factory | Litigation |
| Tigo MLSD Dispute | Litigation |
| Unclaimed Property Audit | Litigation |
| Walmart Thermal Events | Litigation |
| Yaw, Scott, Cosentino | Litigation |
| Bank Of America, N.A. | UCC Lien Parties |
| Bank Of The West | UCC Lien Parties |
| Christopher Valdez | UCC Lien Parties |
| Credit Agricole Corporate And Investment Bank | UCC Lien Parties |
| Dave Barker | UCC Lien Parties |
| Enterprise FM Trust | UCC Lien Parties |
| Everbank Commercial Finance, Inc. | UCC Lien Parties |
| First Solar, Inc. | UCC Lien Parties |
| Gloria Stone | UCC Lien Parties |
| Hat Solar Sail Capital Lender LLC | UCC Lien Parties |
| HSBC Bank USA, National Association | UCC Lien Parties |
| Internal Revenue Service | UCC Lien Parties |
| Jeffrey Edelman, Derivatively On Behalf Of Nominal Defendant Sunpower Corporation, | UCC Lien Parties |
| John Kunkel | UCC Lien Parties |
| Joyhn Maczynski | UCC Lien Parties |
| Juan Gonzalez Alonso | UCC Lien Parties |
| Lezley Holmes | UCC Lien Parties |
| Max Weiss | UCC Lien Parties |
| MB Financial Bank, N.A. | UCC Lien Parties |
| Michael Yaw | UCC Lien Parties |
| PNC Energy Capital LLC | UCC Lien Parties |
| Raymond Leasing Corporation | UCC Lien Parties |
| Santa Clara County Tax Collector | UCC Lien Parties |
| Sebastien Tardif | UCC Lien Parties |

| | |
|---|---|
| SPR Solar Funding Trust | UCC Lien Parties |
| SPWR RIC 2022-1 Trust | UCC Lien Parties |
| Standard Industries Inc. | UCC Lien Parties |
| Steven John Butler | UCC Lien Parties |
| Sunny Kim | UCC Lien Parties |
| Sunstrong Capital Holdings, LLC | UCC Lien Parties |
| Sunstrong Capital Lender 3 LLC | UCC Lien Parties |
| Technology Credit Corporation | UCC Lien Parties |
| The Swenson Group | UCC Lien Parties |
| Todd Stone | UCC Lien Parties |
| Total S.A., A Société Anonyme Organized Under The Laws Of The Republic Of France | UCC Lien Parties |
| Total S.A., A Société Anonyme Organized Under The Laws Of The Republic Of France (N/K/A Totalenergies Se) | UCC Lien Parties |
| United States Department Of Energy | UCC Lien Parties |
| U.S. Bank Trust Company, National Association, As Administrative Agent | UCC Lien Parties |
| Wells Fargo Bank Northwest, N.A., As Collateral Agent | UCC Lien Parties |
| Wells Fargo Trust Company, N.A., As Collateral Agent | UCC Lien Parties |
| Wendy Carmona-Avila | UCC Lien Parties |
| Workforce Services | UCC Lien Parties |
| Xerox Financial Services | UCC Lien Parties |
| Yolo County Department Of Financial Services | UCC Lien Parties |
| ACC Business | Utilities |
| Arizona Public Service Company | Utilities |
| AT&T | Utilities |
| AT&T Payment Center | Utilities |
| City Of Anaheim | Utilities |
| City Of Austin | Utilities |
| City of Berkeley | Utilities |
| City of Elgin | Utilities |
| City of San Jose | Utilities |
| Comcast | Utilities |
| ComEd | Utilities |
| ConEdison | Utilities |
| Connecticut Natural Gas | Utilities |
| Consolidated Communications | Utilities |
| Consolidated communications | Utilities |
| Cox Business | Utilities |
| East Bay Municipal Utility District | Utilities |
| Edco Waste & Recycling Services, Inc. | Utilities |
| Eversource Energy | Utilities |
| Florida Power & Light | Utilities |
| Nicor | Utilities |
| Ontario Municipal Utilities Company | Utilities |
| PG&E - Sacramento | Utilities |
| Pleasanton Garbage Service, Inc. | Utilities |
| Public Services Enterprise Group - Long Island | Utilities |

| | |
|---|---|
| Republic Services | Utilities |
| Rialto Water Services | Utilities |
| Sacramento Municipal Utility District | Utilities |
| San Diego Gas & Electric Company | Utilities |
| Southern California Edison Company | Utilities |
| Southern California Gas Company | Utilities |
| Spectrum Business | Utilities |
| Texas Gas Service | Utilities |
| Ultimate Internet Access | Utilities |
| Ultimate Internet Access, Inc. | Utilities |
| Vallecitos Water District | Utilities |
| Waste Management | Utilities |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |

| | |
|---|---|
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |

| | |
|---|---|
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |
| [REDACTED] | M&A Parties |

## **Schedule 2**

**Disclosures**

**Schedule 2**
DISCLOSURES

a.  Affiliates of Hilco employ the following individuals who previously were associated with the Bankruptcy and Corporate Restructuring section of the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST") in Wilmington, Delaware: (i) Ian S. Fredericks, Chief Executive Officer of Hilco Merchant Resources, LLC, and (ii) David Peress, Executive Vice President of Hilco IP Services, LLC ("Hilco Streambank"). Mr. Fredericks and Mr. Peress left YCST in 2008 and 2000, respectively. While at YCST, the Honorable Brendan Linehan Shannon and the Honorable John Dorsey (District of Delaware) were partners in the Bankruptcy and Corporate Restructuring section.

b.  While at Ashby & Geddes, the Honorable Karen Owens (District of Delaware) provided legal services to Affiliates of Hilco Streambank in matters unrelated to the Debtors and these cases.

c.  Hilco and affiliates of Hilco have been engaged to provide services to clients, which clients also engaged (i) Ashby & Geddes and the Honorable Karen Owens, or (ii) YCST and the Honorable John Dorsey to provide legal services. In 2018, Mr. Peress was an expert witness in an Adversary Proceeding emanating from the *In re Aéropostale, Inc., et al.*, bankruptcy case pending in the United States Bankruptcy Court for the Southern District of New York, Case No. 16-11275 (SHL). YCST and the Honorable John Dorsey were co-counsel to Hilco Streambank's client THL Lending in that matter. Any such engagements described herein involved matters unrelated to the Debtors and these cases.

d.  Hilco's parent company has a credit facility in place with JPMorgan Chase Bank, N.A. in which Bank of America is a participatory lender and BofA Securities, Inc. is the Lead Arranger of such credit facility.

e.  Hilco Real Estate, LLC ("HRE"), an affiliate of Hilco, provides lease restructuring and disposition services for its commercial real estate clients. HRE may have transacted with one or more of the parties-in-interest identified as landlords of the Debtors on matters unrelated to the Debtors. Additionally, Hilco Redevelopment Group, an affiliate of Hilco, has worked with CBRE, Inc. in a professional capacity in matters unrelated to the Debtors and these cases.

f.  In matters unrelated to the Debtors, affiliates of Hilco have previously performed asset valuation, acquisition, disposition, business or other advisory services for (or related to) the following entities and/or clients of such entities: (i) AT&T, (ii) Bank of America, (iii) Bank of the West, (iv) Citibank, N.A., (v) Internal Revenue Service, (vi) JPMorgan Chase Bank, N.A., (vii) Keybank, (viii) Wells Fargo Bank, N.A., (ix) [REDACTED], (x) [REDACTED], (xi) [REDACTED], (xii) [REDACTED], (xiii) [REDACTED], (xiv) [REDACTED], and (xv) [REDACTED]. Hilco does not believe that these connections create a conflict of interest regarding the Debtors or these chapter 11 cases.

g.  In matters unrelated to the Debtors, Hilco and its affiliates have engaged, worked or partnered with the following professionals or other categories of parties in matters unrelated to the Debtors and these chapter 11 cases: (i) Alvarez & Marsal, (ii) Arch Capital Group, (iii) Arch Insurance

Company, (iv) California Department of Fish and Wildlife, (v) Comcast, (vi) ComEd, (vii) East Bay Municipal Utility District, (viii) Endurance American Insurance Company, (ix) Eversource Energy, (x) HSBC Bank USA N.A., (xi) Kirkland & Ellis, (xii) Lexon Insurance Company, (xiii) Moelis & Company, (xiv) Morgan Stanley, (xv) Pacific Gas and Electric Company, (xvi) Richards, Layton & Finger, P.A., (xvii) The Hanover Insurance Company, (xviii) U.S. Bank Trust Company, N.A., (xix) [REDACTED], (xx) [REDACTED], (xxi) [REDACTED], (xxii) [REDACTED], (xxiii) [REDACTED], and (xxiv) [REDACTED].

h.   Because of the magnitude of the entire creditor list in these cases, it is possible that Hilco may represent or may have represented other creditors of the Debtors but does not represent any such creditors in connection with these cases.  Hilco presently or in the past has served as a professional person in other matters, wholly unrelated to the Debtors or these cases, in which other attorneys, accountants and other professionals of the Debtors, creditors, or other parties in interest may have also served or serve as professional persons.  Hilco will continue to search its records for additional connections to vendors or other interested parties in these cases not listed on Schedule 1 hereto, and will file supplemental disclosure statements in the event any further connections are discovered.