**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| SUNPOWER CORPORATION, *et al.*, | : | Case No. 24-11649 (CTG) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ------------------------------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Zyxel Communications, Inc.**, Attn: Lorelie Esber, 1130 N. Miller Street, Anaheim, CA 92806, Phone: 714-632-0882; Fax: 714-632-0850, Email: loreliee@zyxel.com

2. **Xiamen Ampace Technology Limited**, Attn: Weili Wang, No. 600, Hongtang Road, Tongxiang High-tech Zone, Torch High-tech District, Xiamen City, Fujian Province, PRC, Phone: 86-13-68682-5327, Email: wangwl@ampacetech.com

3. **Alplus, Inc,** Attn: Sam Kim, 6203 San Ignacio Avenue, Suite 110, San Jose, CA 95119, Phone: 408-769-8399, Email: sam@alplus.us

4. **Optomi, LLC,** Attn: Tony Pritchett, One Glenlake Parkway, Suite 1250, Atlanta, GA 30328, Phone: 404-375-5729, Email: tonypritchett@optomi.com

5. **Legacy Solar, LLC,** Attn: Luke Luginbuhl, 301 S. Quincy Street, Towanda, IL 61776, Phone: 309-231-3138, Email: luke@legacysolar.com

6. **Kamtech Restoration Corp,** Attn: Krzysztof Kaminski, 203 Sheridan Blvd., Inwood, NY 11096, Phone: 347-860-1109, Email: kkaminski@kamtechsolar.com

7. **SSES, Inc. (dba SunPower by Sun Solar),** Attn: Scott P. Ryan, 8803 Scobee Street, Bakersfield, CA 93311, Phone: 661-379-7000, Email: scott@sunpowerbysunsolar.com

**ANDREW R. VARA**
**United States Trustee, Region 3**

*/s/ Richard Schepacarter* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: August 16, 2024

Attorney assigned to this Case: Richard Schepacarter, Esq., Phone: (302) 573-6491; Email: richard.schepacarter@usdoj.gov
Debtors' Counsel: Jason M. Madron, Esq., Phone: (302) 651-7700; Email: madron@rlf.com