# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | ) ) ) | Case No. 24-11649 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, each of the undersigned counsel hereby appears on behalf of the Official Committee of Unsecured Creditors (the "Committee"), and requests copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceedings, whether formal or informal, be served on the Committee by and through their counsel as follows:

        PACHULSKI STANG ZIEHL & JONES LLP
        Debra I. Grassgreen, Esq. (*pro hac vice* forthcoming)
        Bradford J. Sandler, Esq. (DE Bar No. 4142)
        Steven W. Golden, Esq. (DE Bar No. 6807)
        919 N. Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        Email:    dgrassgreen@pszjlaw.com
                          bsandler@pszjlaw.com
                          sgolden@pszjlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

4886-5332-8346.1 68700.001

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010 and 1109(b), (ii) all notices of hearings and entry of orders, (iii) every order signed in these cases, and (iv) every pleading or report filed in these cases, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, and memorandum briefs in support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee to (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (5) any election of remedy, or (6) any other right(s), claim(s), defense(s), setoff(s) or recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

Dated: August 19, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Debra I. Grassgreen, Esq. (*pro hac vice* forthcoming)
Bradford J. Sandler, Esq. (DE Bar No. 4142)
Steven W. Golden, Esq. (DE Bar No. 6807)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:   dgrassgreen@pszjlaw.com
         bsandler@pszjlaw.com
         sgolden@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*