# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | ) ) ) | Case No. 24-11649 (CTG) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 20, 2024 AT 11:00 A.M. (EDT)

> **THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM.**
>
> **PLEASE REFER TO JUDGE GOLDBLATT'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-CRAIG-T-GOLDBLATT) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE GOLDBLATT'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN DAYLIGHT TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

[2] **Amended agenda items appear in bold.**

RLF1 31389053v.1

**I.     MATTERS GOING FORWARD:**

1. Motion of Debtors for Entry of an Order Shortening Notice on Motion of Debtors for Entry of an Order (I) Approving Agency Agreement with Hilco Commercial Industrial, LLC Effective as of the Petition Date; (II) Authorizing the Sale of Remaining Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Docket No. 131; filed August 13, 2024] (the "Motion to Shorten")

    Response/Objection Deadline:     Not applicable.

    Responses/Objections:

    A.    United States Trustee's Objection to the Motion of Debtors for Entry on an Order Shortening Notice of Motion of Debtors for Entry of an Order (I) Approving Agency Agreement with Hilco Commercial Industrial, LLC Effective as of the Petition Date; (II) Authorizing the Sale of Remaining Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [D.I. 131] [Docket No. 134; filed August 14, 2024] (the "UST Objection")

    Related Documents:

    i.    Proceeding Memo [Docket No. 136; filed August 14, 2024] (the "Proceeding Memo")

    Status: The UST Objection is resolved.  The hearing on this matter will go forward.

2. (SEALED) Motion of Debtors for Entry of an Order (I) Approving Agency Agreement with Hilco Commercial Industrial, LLC Effective as of the Petition Date; (II) Authorizing the Sale of Remaining Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Docket No. 128; filed August 13, 2024] ("Liquidator Motion")

    Response/Objection Deadline (Proposed):     At the hearing.

    Responses/Objections:     None at this time.

    Related Documents:

    i.    (REDACTED) Motion of Debtors for Entry of an Order (I) Approving Agency Agreement with Hilco Commercial Industrial, LLC Effective as of the Petition Date; (II) Authorizing the Sale of Remaining Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Docket No. 129; filed August 13, 2024]

    ii.   Declaration of Matthew Henry, Chief Transformation Officer of SunPower Corporation in Support of Motion of Debtors for Entry of an Order

2

      (I) Approving Agency Agreement with Hilco Commercial Industrial, LLC Effective as of the Petition Date; (II) Authorizing the Sale of Remaining Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Docket No. 130; filed August 13, 2024]

iii. Motion of Debtors for Entry of an Order Shortening Notice on Motion of Debtors for Entry of an Order (I) Approving Agency Agreement with Hilco Commercial Industrial, LLC Effective as of the Petition Date; (II) Authorizing the Sale of Remaining Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Docket No. 131; filed August 13, 2024]

iv. Motion of Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties In Interest Related to the Debtors Professional Retention Applications [Docket No. 132; filed August 13, 2024]

v. Proceeding Memo

vi. **Notice of Filing of Revised "Interim Order (I) Approving Agency Agreement with Hilco Commercial Industrial, LLC Effective as of the Petition Date; (II) Authorizing the Sale of Remaining Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief" [Docket No. 156; filed August 19, 2024]**

vii. **Notice of Filing of *Further* Revised "Interim Order (I) Approving Agency Agreement with Hilco Commercial Industrial, LLC Effective as of the Petition Date; (II) Authorizing the Sale of Remaining Assets Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief" [Docket No. 162; filed August 20, 2024]**

Status: **The Debtors have resolved informal comments from the Office of the United States Trustee for the District of Delaware and the Official Committee of Unsecured Creditors with respect to the interim relief requested in connection with this matter. The Debtors anticipate that the interim hearing on this matter will go forward on an uncontested basis.**

[*Remainder of page intentionally left blank.*]

Dated: August **20**, 2024
Wilmington, Delaware

| | |
|---|---|
| */s/ Jason M. Madron* | |
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Kevin Gross (DE Bar No. 209) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Mark D. Collins (DE Bar No. 2981) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Jason M. Madron (DE Bar No. 4431) | Zachary R. Manning (admitted *pro hac vice*) |
| 920 N. King Street | 601 Lexington Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Telephone: (302) 651-7700 | Telephone: (212) 446-4800 |
| Facsimile: (302) 651-7701 | Facsimile: (212) 446-4900 |
| Email: gross@rlf.com | Email: joshua.sussberg@kirkland.com |
| collins@rlf.com | zach.manning@kirkland.com |
| madron@rlf.com | |
| | - and - |
| | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Robert Jacobson (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: chad.husnick@kirkland.com |
| | jeff.michalik@kirkland.com |
| | rob.jacobson@kirkland.com |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

RLF1 31389053v.1