# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | Case No. 24-11649 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Norton Rose Fulbright US LLP and Landis Rath & Cobb LLP hereby enter their appearance in the above-captioned cases as counsel to Goodfinch Management, LLC, on behalf of its managed funds ("Goodfinch"), pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned case be given to and served upon the following at the addresses listed below:

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **NORTON ROSE FULBRIGHT US LLP** |
| Matthew B. McGuire, Esq. | Eric Daucher, Esq. |
| Joshua B. Brooks, Esq. | Emily Hong, Esq. |
| 919 Market Street, Suite 1800 | 1301 Avenue of the Americas |
| Wilmington, Delaware 19801 | New York, New York 10019-6022 |
| Telephone: (302) 467-4400 | Telephone: (212) 318-3000 |
| Facsimile: (302) 467-4450 | Facsimile: (212) 318-3400 |
| Email: mcguire@lrclaw.com | Email: eric.daucher@nortonrosefulbright.com |
| brooks@lrclaw.com | emily.hong@nortonrosefulbright.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

{1460.001-W0077143.}

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive Goodfinch's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

| | |
|---|---|
| Date: August 27, 2024<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Matthew B. McGuire*<br>Matthew B. McGuire (No. 4366)<br>Joshua B. Brooks (No. 6765)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: mcguire@lrclaw.com<br>         brooks@lrclaw.com<br><br>-and- |

**NORTON ROSE FULBRIGHT US LLP**
Eric Daucher, Esq.
Emily Hong, Esq.
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
Email: eric.daucher@nortonrosefulbright.com
         emily.hong@nortonrosefulbright.com

*Counsel to Goodfinch Management, LLC, on behalf of its managed funds*