# Exhibit A

## Rejected Executory Contracts and Unexpired Leases Schedule

**Rejected Executory Contracts and Unexpired Leases Schedule**

This draft schedule remains subject to further review and discussion among the Debtors and other parties in interest. The Debtors reserve all rights to amend, revise, or supplement this draft schedule at any time in accordance with the terms of the Plan.

Pursuant to Article V.A of the Plan, on the Effective Date, except as otherwise provided in the Plan or the Sale Orders, each Executory Contract or Unexpired Lease not previously assumed, assumed and assigned, or rejected shall be deemed automatically rejected, pursuant to sections 365 and 1123 of the Bankruptcy Code, unless such Executory Contract or Unexpired Lease: (1) is identified on the Assumed Executory Contracts and Unexpired Leases Schedule; (2) is the subject of a motion to assume (or assume and assign) such Executory Contract that is pending on the Confirmation Date; (3) is a contract, instrument, release, indenture, or other agreement or document entered into in connection with the Plan; (4) is a directors and officers insurance policy; (5) is any Sale Transaction Document; or (6) is to be assumed by the Debtors and assigned to the Purchasers in connection with the Sale Transactions and pursuant to the Sale Transaction Documents.

For each Executory Contract and Unexpired Lease listed herein, the rejection effective date shall be the later of (1) the Effective Date; (2) the rejection effective date specified herein with respect to such Executory Contract or Unexpired Lease (or such other date as the Debtors or the Wind-Down Debtors, as applicable, may agree or provide notice of to the applicable counterparty); or (3) solely in the case of an Unexpired Lease for nonresidential real property, the date that the Debtors or Wind-Down Debtors, as applicable, surrender possession and control of the premises to the landlord and notify the landlord of the same in writing (email being sufficient).