## Exhibit C-1

**Redline of Schedule of Retained Causes of Action Filed on October 3, 2024**

**~~Exhibit A~~**

**~~Draft~~ Schedule of Retained Causes of Action**[1]

Certain provisions contained in this ~~Exhibit A~~schedule (this "Schedule") remain subject to continuing negotiations among the Debtors and interested parties with respect thereto. The Debtors reserve all rights, with the consent of any applicable counterparties (to the extent required under the Plan) to amend, revise, or supplement this Schedule, and any of the designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

Article IV.Q of the Plan provides as follows:

In accordance with section 1123(b) of the Bankruptcy Code, but subject to Article VIII hereof, all Causes of Action that a Debtor or an Estate may hold against any Person or Entity, whether arising before or after the Petition Date, and whether or not specifically enumerated in the Schedule of Retained Causes of Action, shall vest in the Creditor Trust or the Wind-Down Debtors, as applicable. The Creditor Trustee or the Plan Administrator, as applicable, shall have the exclusive right, authority, and discretion to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw, or litigate to judgment such Causes of Action, as appropriate, in accordance with the best interests of the Creditor Trust and the Wind-Down Debtors, as applicable, and no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, shall apply to such Causes of Action upon, after, or as a consequence of the Confirmation or Consummation.

**No Person or Entity (other than the Released Parties) may rely on the absence of a specific reference in the Schedule of Retained Causes of Action, the Plan, the Plan Supplement, or the Disclosure Statement to any Cause of Action against it as any indication that the Debtors or if applicable, the Creditor Trustee, will not pursue any and all available Causes of Action against it. The Debtors and, if applicable, the Creditor Trustee, expressly reserve all rights to prosecute any and all Causes of Action against any Person or Entity, except as otherwise expressly provided in the Plan, including Article VIII of the Plan.**

A.   **Claims Related to Insurance Contracts and Policies**

Unless otherwise released by the Plan, the Debtors expressly reserve and retain all Causes of Action based in whole or in part upon any and all insurance contracts and insurance policies to which any Debtor or Wind-Down Debtor is a party or pursuant to which any Debtor or Wind-Down Debtor has any rights whatsoever, regardless of whether such contract or policy is specifically identified in this Schedule, the Plan, the Plan Supplement, or any amendments

---

[1] Capitalized terms used but not defined herein have the respective meanings given to such terms in the *Joint Chapter 11 Plan of SunPower Corporation and its Debtor Affiliates* (as may be amended, supplemented, or modified from time to time, the "Plan").

hereto or thereto, including, without limitation, Causes of Action against insurance carriers, reinsurance carriers, insurance brokers, underwriters, occurrence carriers, or surety bond issuers relating to coverage, indemnity, contribution, reimbursement, or any other matters. Without limiting the generality of the foregoing, the Debtors expressly reserve and retain all Causes of Action against the Entities identified in **Schedule A** attached hereto.

**B.    Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation**

Unless otherwise released by the Plan, or settled pursuant to Bankruptcy Rule 9019, the Debtors expressly reserve and retain any and all Causes of Action against or related to all Entities that are party to or that may in the future become party to litigation, arbitration, or any other type of adversarial proceeding or dispute resolution proceeding involving any Debtor or Wind-Down Debtor, whether formal or informal or judicial or non-judicial, regardless of whether such Entity is specifically identified in this Schedule, the Plan, the Plan Supplement, or any amendments hereto or thereto. Without limitation, such express reservation includes all rights to object to or otherwise contest Claims or Interests asserted against the Debtors and their estates.

**C.    Causes of Action Related to Accounts Receivable Claims**

Unless otherwise released by the Plan, the Debtors expressly reserve and retain all Causes of Action against or related to all Entities that owe or that may in the future owe money to any Debtor or Wind-Down Debtor, regardless of whether such Entity is expressly identified in this Schedule, the Plan, the Plan Supplement, or any amendments hereto or thereto.

**D.    Specified Causes of Action**

1. The Debtors expressly reserve and retain the following Causes of Action:

    (a) All Causes of Action against Ernst & Young and all Affiliates thereof, including Ernst & Young Global Limited and all Affiliates thereof.

    (b) All Causes of Action against (a) Sol Holding, LLC, its equityholders, and their respective Affiliates (including TotalEnergies SE and its Affiliates) (collectively, the "Sponsors"); and (b) any current or former director, manager, or officer of any Debtor who is or was, while serving in such capacity, affiliated with the Sponsors (each, a "Sponsor-Related D&O"), in each case, unless the Debtors and the Sponsors reach agreement on the terms of a global settlement for adequate consideration in the business judgment of the Special Committee and the Official Committee of Unsecured Creditors (such settlement, a "2L/Sponsor Settlement").

    (c) All Causes of Action against Peter Faricy, the Debtors' former chief executive officer.

(d) Unless otherwise released by the Plan, all Causes of Action relating to the Debtors' accounting restatements/financial reporting, excluding any Causes of Action (if any) against any Professionals.

2. The Debtors also expressly reserve and retain the following Causes of Action.

(a) All Causes of Action against Sunrun Inc. and its Affiliates.

(b) All Causes of Action against Kuehne + Nagel Inc. and its Affiliates.

(c) All Causes of Action against Marathon Capital, LLC, its Affiliates, and its Related Parties.

(d) All Causes of Action against any current or former equity holder of the Debtors (solely in its capacity as such) relating to the spin-off of Maxeon Solar Technologies from the Debtors in August 2020; *provided, however*, that in the event of a 2L/Sponsor Settlement, the Debtors will not retain any such Causes of Action against the Sponsors or any Sponsor-Related D&O.

(e) All Causes of Action asserted or assertable by any Debtor in *SunPower Corporation v. Direct Components, Inc.*, Case No. 5:23-cv-04599-EKL (N.D. Cal.).

\* \* \* \* \*

**Schedule A**

**Insurance Policies**

| Type of Policy Coverage | Insurance Carrier(s) | Policy Number | Policy Term |
|---|---|---|---|
| Aircraft/Unmanned Aircraft Liability | Global Aerospace, Inc. | 8001130 | 4/1/2024 - 4/1/2025 |
| Auto Buffer | AXIS | GVE100289303 | 4/1/2024 - 4/1/2025 |
| Auto Liability | HDI Specialty Insurance Company | HFM00190-00 AOS | 4/1/2024 - 4/1/2025 |
| Auto Liability | HDI Specialty Insurance Company | HFG00029-00 FL | 4/1/2024 - 4/1/2025 |
| Auto Liability | HDI Specialty Insurance Company | HFM00190-00 FL Excess | 4/1/2024 - 4/1/2025 |
| Auto Liability | National Liability & Fire Insurance Company | 73APB008373 NY | 4/1/2024 - 4/1/2025 |
| Auto Liability | National Liability & Fire Insurance Company | 72XAB010045 NY | 4/1/2024 - 4/1/2025 |
| Auto Liability | National Liability & Fire Insurance Company | 73APB008383 NV | 4/1/2024 - 4/1/2025 |
| Auto Physical Damage Liability | National Liability & Fire Insurance Company | 72APB008384 | 4/1/2024 - 4/1/2025 |
| Contractor's Protective Professional Indemnity | MS Transverse Specialty Insurance Company | TSPLCA0000002-01 | 4/1/2024 - 4/1/2025 |
| Corporate Property | Swiss Re Corporate Solutions Elite Ins. Corp. | NAP 2004312 03 | 6/22/2023 - 9/1/2024 |
| Crime | Beazley Insurance Company, Inc. | V1DB13230701 | 7/1/2024 - 7/1/2025 |
| Cyber Risk | ACE American Insurance Company | G71100923 002 | 10/1/2023 - 10/1/2024 |
| Cyber Risk | Indian Harbor Insurance Company | MTP9045481 00 | 10/1/2023 - 10/1/2024 |
| Directors & Officers | XL Specialty Insurance Co | ELU18890123 | 4/1/2024 - 4/1/2025 |
| Directors & Officers - Excess | Continental Casualty Company | 652259205 | 4/1/2024 - 4/1/2025 |
| Directors & Officers - Excess | Endurance Risk Solutions Assurance Co. | DOX30001936302 | 4/1/2024 - 4/1/2025 |
| Directors & Officers - Excess | Freedom Specialty Insurance Co | XMF2410785 | 4/1/2024 - 4/1/2025 |
| Directors & Officers - Excess | Lloyd's Syndicate No. 2623 | FSGDO2300853 | 4/1/2024 - 4/1/2025 |
| Directors & Officers - Excess | Midvale Indemnity Company | ACL03211300 | 4/1/2024 - 4/1/2025 |
| Directors & Officers - Excess | National Union Fire Ins Co of Pittsburgh | 32854402 | 4/1/2024 - 4/1/2025 |
| Directors & Officers - Excess | Old Republic Insurance Company | ORPRO12103349 | 4/1/2024 - 4/1/2025 |

| Type of Policy Coverage | Insurance Carrier(s) | Policy Number | Policy Term |
|---|---|---|---|
| Directors & Officers - Excess | Samsung Fire & Mar Ins Co Usb | SCG143200 | 4/1/2024 - 4/1/2025 |
| Directors & Officers - Excess | Samsung Fire & Marine Ins Co Ltd | SGC047002 | 4/1/2024 - 4/1/2025 |
| Directors & Officers - Excess | Westfield Insurance Company | XSA403216F00 | 4/1/2024 - 4/1/2025 |
| Directors & Officers - Excess | XL Specialty Insurance Co | ELU19603524 | 4/1/2024 - 4/1/2025 |
| Directors & Officers - Runoff | Continental Casualty Company | 652259205 | 4/2/2025 - 4/1/2031 |
| Directors & Officers - Runoff | Endurance Risk Solutions Assurance Co. | DOX30001936302 | 4/2/2025 - 4/1/2031 |
| Directors & Officers - Runoff | Freedom Specialty Insurance Co | XMF2410785 | 4/2/2025 - 4/1/2031 |
| Directors & Officers - Runoff | Lloyd's Syndicate No. 2623 | FSGDO2300853 | 4/2/2025 - 4/1/2031 |
| Directors & Officers - Runoff | Midvale Indemnity Company | ACL03211300 | 4/2/2025 - 4/1/2031 |
| Directors & Officers - Runoff | National Union Fire Ins Co of Pittsburgh | 32854402 | 4/2/2025 - 4/1/2031 |
| Directors & Officers - Runoff | Old Republic Insurance Company | ORPRO 12 101876 | 4/2/2025 - 4/1/2031 |
| Directors & Officers - Runoff | Samsung Fire & Mar Ins Co Usb | SCG143200 | 4/2/2025 - 4/1/2031 |
| Directors & Officers - Runoff | Samsung Fire & Marine Ins Co Ltd | SGC047002 | 4/2/2025 - 4/1/2031 |
| Directors & Officers - Runoff | Westfield Insurance Company | XSD 00001 0222 | 4/2/2025 - 4/1/2031 |
| Directors & Officers - Runoff | XL Specialty Insurance Co | ELU18890123 | 4/2/2025 - 4/1/2031 |
| Directors & Officers - Runoff | XL Specialty Insurance Co | ELU19603524 | 4/2/2025 - 4/1/2031 |
| Fiduciary Liability | Continental Casualty Company | 652350653 | 7/1/2024 - 7/1/2025 |
| Foreign Casualty | National Casualty Company | NGO0000613 | 4/1/2024 - 4/1/2025 |
| Helix Fund | Axis | Form # USSPTR/0715 RESO 201 05 23 – AXIS Solar Energy Property Wording CG 00 01 04 13 - General Liability Coverage Form - Occurrence AXIS 1010302 08 17 - AXIS Excess Insurance Policy Form | 11/14/2023 - 11/14/2024 |
| Residential Property | AXIS Surplus Insurance Company | 3757380124ES | 7/15/2024 - 7/15/2025 |
| Residential Property | GCube / Houston Casualty Company | SO244769401 | 7/15/2024 - 7/15/2025 |
| Special Risk | Federal Insurance Co. | J06513669 | 7/8/2024 - 7/1/2027 |
| Stock Throughput | Great American Insurance Group | OMC3964740 | 6/22/2024 - 6/22/2025 |
| Stock Throughput | Lloyds of London | MARCW2450445 | 6/22/2024 - 6/22/2025 |
| Stock Throughput | Lloyds of London | MARCW2450446 | 6/22/2024 - 6/22/2025 |

| Type of Policy Coverage | Insurance Carrier(s) | Policy Number | Policy Term |
|---|---|---|---|
| Stock Throughput | Zurich American Insurance Company | OC5846316 | 6/22/2024 - 6/22/2025 |
| U. S. Workers Compensation | Trumbull Insurance Company | 57 WV WQ0015 | 4/1/2024 - 4/1/2025 |
| U.S General Liability | Aspen Specialty Insurance Company | CR00QF124 | 4/1/2024 - 4/1/2025 |
| U.S General Liability | Aspen Specialty Insurance Company | CX00JRU24 | 4/1/2024 - 4/1/2025 |
| U.S General Liability | Endurance American Specialty Insurance Company | ELD30034771601 | 4/1/2024 - 4/1/2025 |
| U.S General Liability | Gcube | SO244791701 | 4/1/2024 - 4/1/2025 |
| U.S General Liability | Great American Insurance Company | EXC4901525 | 4/1/2024 - 4/1/2025 |
| U.S General Liability | Navigators Specialty Insurance Company | LA24FXS858471I C | 4/1/2024 - 4/1/2025 |
| U.S General Liability | Vantage Risk Specialty Insurance Company | P03XC0000032461 | 4/1/2024 - 4/1/2025 |
| U.S. Umbrella/Excess Liability | AXIS Specialty Europe SE- London Branch | 3788080224ES | 4/1/2024 - 4/1/2025 |
| Wage & Hour - BRS | AXA AL | BM00039628EP23A | 10/4/2023 - 10/4/2024 |
| Workers Compensation | Berkshire Hathaway | BLWC535421 (FL & OR) | 1/10/2024 - 1/10/2025 |
| Workers Compensation | Berkshire Hathaway | BLWC535307 (All Other States) | 1/10/2024 - 1/10/2025 |