## **Exhibit D**

**Creditor Trust Agreement**

[*To come*]