# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | ) Case No. 24-11649 (CTG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 624, 650, 784** |
| | ) **Hearing Date: October 18, 2024 at 2:30 p.m.** |

## NOTICE OF FILING OF PROPOSED "FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER APPROVING THE DEBTORS' DISCLOSURE STATEMENT FOR, AND CONFIRMING THE AMENDED JOINT CHAPTER 11 PLAN OF SUNPOWER CORPORATION AND ITS DEBTOR AFFILIATES"

PLEASE TAKE NOTICE that, on October 15, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases filed the *Amended Joint Chapter 11 Plan of SunPower Corporation and its Debtor Affiliates* [Docket No. 784] (as may be further modified, amended, or supplemented, the "Amended Plan") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, in connection with the Amended Plan, the Debtors hereby file a copy of the proposed form of *Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement For, and Confirming the Amended Joint*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

*Chapter 11 Plan of SunPower Corporation and Its Debtor Affiliates*, which is attached hereto as **Exhibit 1** (the "Proposed Confirmation Order").

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Amended Plan is scheduled to commence on **Friday, October 18, 2024 starting at 2:30 p.m. (Eastern Daylight Time)** (the "Confirmation Hearing") before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, to the extent that the Debtors make revisions to the Proposed Confirmation Order prior to the Confirmation Hearing, the Debtors will present clean and redline copies of such revised documents to the Bankruptcy Court either at or before the Confirmation Hearing.

[*Remainder of the page intentionally left blank.*]

Dated:   October 16, 2024
         Wilmington, Delaware

*/s/ Jason M. Madron*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **KIRKLAND & ELLIS LLP** |
| Kevin Gross (DE Bar No. 209) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Mark D. Collins (DE Bar No. 2981) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Jason M. Madron (DE Bar No. 4431) | Zachary R. Manning (admitted *pro hac vice*) |
| Zachary J. Javorsky (DE Bar No. 7069) | 601 Lexington Avenue |
| 920 N. King Street | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone:   (212) 446-4800 |
| Telephone:   (302) 651-7700 | Facsimile:   (212) 446-4900 |
| Facsimile:   (302) 651-7701 | Email:   joshua.sussberg@kirkland.com |
| Email:   gross@rlf.com | zach.manning@kirkland.com |
| collins@rlf.com | |
| madron@rlf.com | - and - |
| javorsky@rlf.com | |
| | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| | Jeffrey Michalik (admitted *pro hac vice*) |
| | Robert Jacobson (admitted *pro hac vice*) |
| | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| | Telephone:   (312) 862-2000 |
| | Facsimile:   (312) 862-2200 |
| | Email:   chad.husnick@kirkland.com |
| | jeff.michalik@kirkland.com |
| | rob.jacobson@kirkland.com |
| *Co-Counsel to the Debtors and Debtors in Possession* | *Co-Counsel to the Debtors and Debtors in Possession* |