

| | |
|---|---|
| **Date:** | 9/19/2024 |
| **To:** | Alvarez & Marsal |
| **Author:** | DPF |
| **Author File #:** | DPF-026A New Homes Cure Schedule for Installation Partners |
| **CC:** | Frank Segal |
| **Subject:** | SonRoof Roofing Inc Cure Amounts |
| **Attachments:** | New Homes Cure Schedule for Installation Partners |

**PUROPOSE:** To communicate the expected cure amounts and payment timing to New Homes Installation Partners.

CURE SCHEDULE

Please find attached the list of contracts Complete Solaria will be curing from the New Homes business. Please also find the schedule to identify expected timing of payments.

CONCLUSION: CSLR has identified $308,382.00 of "Pre- Petition" cure amounts and timing on expected payments to create clarity with installation partners. We also acknowledge $405,705.00 of Post- Petition amounts invoiced as of 9/18/2024. The Complete Solaria team is working with the banks to ensure you'll get paid both the Pre and Post- Petition amounts due, totaling $714,087.00.

9/19/2024                                                                                                          Page 1 of 1