## IN UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SUNPOWER CORPORATION, *et al.*,[1] | ) | Case No. 24-11649 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket Nos. 1205 & 1209** |

## <u>CERTIFICATE OF SERVICE</u>

I, ALEXANDER WARSO, hereby certify that:

1. I am employed as a Consulting Director by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I understand that, in accordance with rule 5005-4(c)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the below referenced document was electronically filed with the United States Bankruptcy Court for the District of Delaware using the Case Management/Electronic Case Filing System ("CM/ECF") and the filing caused a courtesy copy to be served on registered users of CM/ECF at the time of filing via electronic mail.

3. On January 3, 2025, I caused to be served the:

   a. "Fourth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period From November 1, 2024, Through and Including November 14, 2024," dated January 3, 2025 [Docket No. 1205], and

   b. "Fourth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-counsel to the Debtors and Debtors in Possession for the Period From November 1, 2024 Through November 14, 2024," dated January 3, 2025 [Docket No. 1209],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

4. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<u>*/s/ Alexander Warso*</u>
Alexander Warso

**EXHIBIT A**

SUNPOWER CORPORATION, et al.,
Case No. 24-11649 (CTG)
First Class Mail Service

SUNPOWER CORPORATION
ATTN: CHIEF LEGAL OFFICER AND
CHIEF TRANSFORMATION OFFICER
880 HARBOUR WAY SOUTH, SUITE 600
RICHMOND, CA 94804


KIRKLAND & ELLIS LLP
ATTN: CHAD J. HUSNICK, P.C.; JEFFREY
MICHALIK; ROBERT JACOBSON
333 WEST WOLF POINT PLAZA
CHICAGO, IL 60654


PACHULSKI STANG ZIEHL & JONES LLP
ATTN: DEBRA I. GRASSGREEN; BRADFORD J.
SANDLER; STEVEN W. GOLDEN
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DE 19899


MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: ROBERT J. DEHNEY, SR.; TAMARA K.
MANN;
MATTHEW TALMO
1201 NORTH MARKET STREET, 16TH FLOOR
P.O. BOX 1347
WILMINGTON, DE 19899

SUNPOWER CORPORATION, et al.,
Case No. 24-11649 (CTG)
First Class Mail Service

KIRKLAND & ELLIS LLP
ATTN: ZACHARY R. MANNING
601 LEXINGTON AVENUE
NEW YORK, NY 10022

RICHARDS, LAYTON & FINGER, P.A.
ATTN: MARK D. COLLINS; JASON M. MADRON
920 N. KING STREET
WILMINGTON, DE 19801

DAVIS POLK & WARDWELL LLP
ATTN: BRIAN M. RESNICK; ANGELA M. LIBBY;
JARRET ERICKSON
450 LEXINGTON AVENUE
NEW YORK, NY 10017

**EXHIBIT B**

SUNPOWER CORPORATION, *et al* .,
Case No. 24-11649 (CTG)
Email Service List - Fee Notice Parties

| Fee Notice Parties | Attn | Email Address |
|---|---|---|
| DAVIS POLK & WARDWELL LLP | ATTN: BRIAN M. RESNICK; ANGELA M. LIBBY; JARRET ERICKSON | brian.resnick@davispolk.com; angela.libby@davispolk.com; jarret.erickson@davispolk.com |
| KIRKLAND & ELLIS LLP | ATTN: CHAD J. HUSNICK, P.C.; JEFFREY MICHALIK; ROBERT JACOBSON | chad.husnick@kirkland.com; jeff.michalik@kirkland.com; rob.jacobson@kirkland.com |
| KIRKLAND & ELLIS LLP | ATTN: ZACHARY R. MANNING | zach.manning@kirkland.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: ROBERT J. DEHNEY, SR.; TAMARA K. MANN; MATTHEW TALMO | rdehney@morrisnichols.com; mann@morrisnichols.com; mtalmo@morrisnichols.com |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE | ATTN: RICHARD SCHEPACARTER | richard.shepacarter@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: DEBRA I. GRASSGREEN; BRADFORD J. SANDLER; STEVEN W. GOLDEN | dgrassgreen@pszjlaw.com; bsandler@pszjlaw.com; sgolden@pszjlaw.com |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS; JASON M. MADRON | collins@rlf.com; madron@rlf.com |