# IN UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | ) Case No. 24-11649 (CTG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 1177** |

## CERTIFICATE OF SERVICE

I, ALEXANDER WARSO, hereby certify that:

1. I am employed as a Consulting Director by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I understand that, in accordance with rule 5005-4(c)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the below referenced document was electronically filed with the United States Bankruptcy Court for the District of Delaware using the Case Management/Electronic Case Filing System ("CM/ECF") and the filing caused a courtesy copy to be served on registered users of CM/ECF at the time of filing via electronic mail.

3. On December 18, 2024, I caused to be served the "Monthly Staffing and Compensation Report of Alvarez & Marsal North America, LLC for the Period From November 1, 2024, Through and Including November 14, 2024," dated December 18, 2024, [Docket No. 1177], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Alexander Warso*
Alexander Warso

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

**EXHIBIT A**

SunPower Corporation - Case No. 24-11649-CTG
Electronic Mail Staff Report Service List

| Name | Attention | Email Address |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD SCHEPACARTER | RICHARD.SHEPACARTER@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: DEBRA I. GRASSGREEN, ESQ.; BRADFORD J. SANDLER, ESQ.; STEVEN W. GOLDEN, ESQ. | dgrassgreen@pszjlaw.com; bsandler@pszjlaw.com; sgolden@pszjlaw.com |

**TOTAL: 4**