Dorma Bruce
617 East 77th Street
Brooklyn NY 11236
Dormabruce@yahoo.com

RECEIVED
2025 JAN -7 PM 12: 08

**Jan 2, 2024**

United States Bankruptcy Court
824 North Market Street, 3rd Floor, Wilmington Delaware, 19801

**Re: Response to Objection**
**Case Number:** 24-11649 (SunPower Corporation)
**Title of Objection:** Plan Administrator's First Omnibus Objection to Claims

Dear Honorable Court,

I am writing in response to the Plan Administrator's objection to my claim in the above-referenced case. Below, I provide the required details in accordance with the guidelines set forth in the objection notice:

1. **Claimant Name and Description of the Basis and Amount of the Claim:**
   My name is Dorma Bruce, residing at 617 East 77th Street, Brooklyn, NY 11236. The claim pertains to damages caused by SunPower Corporation as follows:
   - Damage to the roof of my property after SunPower Corporation removed equipment, totaling $20,000 in repair costs (documented in my claim).
   - A loan taken out by SunPower Corporation with TCU for $38,869.04, which remains unresolved and for which I request resolution to prevent a lien on my property. (Balance documented in my claim)
2. **Statement of Reasons Why the Claim Should Not Be Disallowed:**
   My claim is based on documented physical damages to my property and the outstanding loan issue. These issues directly resulted from SunPower Corporation's actions. Specifically:
   - The equipment installed caused severe roof leaks.
   - The removal of the equipment further damaged the roof, requiring significant repairs.
   - The loan with TCU, initiated without my consent or knowledge, poses an ongoing risk of a lien on my property.
3. These claims are supported by factual evidence and are legal liabilities of the debtor, SunPower Corporation.
4. **Supporting Documentation/Evidence:**
   - Receipt for roof repairs ($20,000).
   - Letter from TCU regarding the loan and potential lien.
   - Previous correspondence submitted as part of the proof of claim.
5. (All attached to my initial proof of claim)

6. **Claimant's Contact Information:**
   Dorma Bruce
   617 East 77th Street
   Brooklyn, NY 11236
   Phone: 718-444-5717

7. **Plan Administrator Reply Contact Information:**
   Please address any replies to me or my legal representative:
   Dorma Bruce
   617 East 77th Street
   Brooklyn, NY 11236
   Phone: 718-444-5717

I respectfully request that my claim not be disallowed and that the relief I seek—reimbursement for damages and resolution of the TCU loan—be granted. Thank you for your attention to this matter.

Sincerely,
**Dorma Bruce**

*Dorma B.*