BL9914924

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE, WILMINGTON DIVISION

IN RE:   SUNPOWER CORPORATION         :         Chapter: 11
                                                                       :
                                                                       :
                                                                       :
                                                                       :         BANKRUPTCY NO: 24-11649


REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**AMEX TRS Co., Inc.**
**c/o Becket & Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**


By:  /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701


Date:    01/08/2025