21056 Cantebury Lane
Lake Forest, California 92630
January 1, 2025he

Honorable Craig T. Goldblatt
824 Market Street N
Third Floor
Wilmington, Delaware 19801

RECEIVED
2025 JAN 13  AM 10: 29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Judge Goldblatt:

Re:  SunPower Bankruptcy Case 24-11649 (CTG)

If it pleases the court, as a recent customer of SunPower who invested over $40,000 in a solar system, I would like the court to assure that SunPower and its solar component partners/suppliers honor the stated warranties of purchased systems.  My components include 13 Waaree solar panels, Enphase microinverters and a 13 kwh SunVault storage battery. SunPower refers clients to a Webpage (https://us.sunpower.com/warranty) but only Enphase is noted to continue warranty coverage.  Waaree and Sun Vault are not noted.  I have attempted to directly contact Waaree through their webpage and via their Facebook page without any response.  SunPower was the owner/manufacturer of the SunVault battery and has not provided any update regarding the warranty. I realize that customers generally have no claims against a company that has filed for Chapter 7, but SunPower filed for Chapter 11 reorganization.  It is my understanding that this type of bankruptcy, the debtor remains "in possession and has the powers and duties of a trustee, may continue to operate its business, and may, with court approval, borrow new money. A plan of reorganization is proposed, creditors whose rights are affected may vote on the plan, and the plan may be confirmed by the court if it gets the required votes and satisfies certain legal requirements."  If this is true, SunPower should honor existing warranty commitments.  SunPower has not provided customers with the name of previously aligned SunPower dealer names and phone numbers in the event the system requires any service or repair.  Thus, most customers are in "no-man's land" regarding warranties and service.

I am requesting that the court address these issues in its on-going proceedings.

Respectfully,

*[signature: Frank Deni]*

Frank Deni
fdeni@cox.net
714-795-0898