IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNPOWER CORPORATION, et al[1]., | ) | Case No. 24-11649 (CTG) |
| | ) | |
| | ) | Objection Deadline: |
| | ) | |
| Debtor. | ) | |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION**

      Undersigned counsel for creditor Observatory Hometech, LLLP d/b/a SunTalk Solar, submits this Notice of Change of Firm Affiliation and Contact Information. As of January 1, 2025, Sherman & Howard L.L.C. has merged with and will operate under the name of Taft Stettinius & Hollister LLP. Counsel's contact information is as follows:

    Peter A. Cal, Esq.
    Taft Stettinius & Hollister LLP
    675 Fifteenth Street, Suite 2300
    Denver, CO 80202
    Telephone: 303-297-2900
    Facsimile: 303-298-0940
    Email: pcal@taftlaw.com

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: SunPower Corporation (8969); SunPower Corporation, System (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of Debtors' service address for purpose of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

59706658.1

Dated this 23rd day of January, 2025.

          TAFT STETTINIUS & HOLLISTER LLP

          *s/ Peter A. Cal*
          Peter A. Cal, Esq.
          675 Fifteenth Street, Suite 2300
          Denver, CO 80202
          Telephone: (303) 297-2900
          Facsimile: (303) 298-0940
          E-mail: : pcal@taftlaw.com

          Attorneys for Creditor Observatory
          Hometech, LLLP d/b/a SunTalk Solar

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2025, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of **NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION** upon the parties that are registered to receive notice via the Court's CM/ECF notification system.

      *s/ Roberta Neal*