IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNPOWER CORPORATION, et al[1]., | ) | Case No. 24-11649 (CTG) |
| | ) | |
| | ) | Objection Deadline: |
| | ) | |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL OF MOTION OF OBSERVATORY HOMETECH, LLLP D/B/A SUNTALK SOLAR FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

PLEASE TAKE NOTICE that Observatory Hometech, LLLP d/b/a SunTalk Solar, by its counsel Taft Stettinius & Hollister LLP, hereby withdraws its *Motion for Allowance and Payment of Administrative Expense Claim* (Docket No. 1154).

Dated this 23rd day of January, 2025.

TAFT STETTINIUS & HOLLISTER LLP

*s/ Peter A. Cal*
Peter A. Cal, Esq.
675 Fifteenth Street, Suite 2300
Denver, CO 80202
Telephone:  (303) 297-2900
Facsimile:  (303) 298-0940
E-mail: : pcal@taftlaw.com

Attorneys for Creditor Observatory Hometech, LLLP d/b/a SunTalk Solar

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: SunPower Corporation (8969); SunPower Corporation, System (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335).  The location of Debtors' service address for purpose of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

59715488.1