IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | Case No. 24-11649 (CTG) |
| Debtors. | Jointly Administered |
| | **Re. Docket No. 1163** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 1163

PLEASE TAKE NOTICE that on December 13, 2024, Okta Inc. ("Okta") filed *Okta Inc.'s Request for Allowance and Payment of Administrative Expense Claim* [Docket No. 1163] (the "Administrative Expense Claim") in the above captioned bankruptcy case. By agreement of the parties, the Administrative Expense Claim has been satisfied. As such, Okta hereby gives notice of withdrawal of the Administrative Expense Claim.

Dated: February 10, 2025
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Jordan L. Williams*
Jordan L. Williams (DE No. 7128)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464
Email:  Jordan.williams@blankrome.com

*Counsel to Okta Inc.*

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Debtors' service address for purpose of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804