IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SUNPOWER CORPORATRION, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-11649 (CTG) <br><br> (Jointly Administered) <br><br> **Related Docket No. 1161** |

### NOTICE OF WITHDRAWAL OF APPLICATION OF AUSTIN ENTERPRISE DC LLC FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that New CCH, LLC dba Element Critical, as management company for Austin Enterprise DC LLC hereby withdraws the *Application of Austin Enterprise DC LLC for Payment of Administrative Expense Claim* [Docket No. 1161] filed on December 13, 2024.

| | |
|---|---|
| Dated: February 10, 2025 <br> Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP** <br><br> */s/ Mark D. Olivere* <br> William E. Chipman, Jr. (No. 3818) <br> Mark D. Olivere (No. 4291) <br> Hercules Plaza <br> 1313 North Market Street, Suite 5400 <br> Wilmington, Delaware 19801 <br> Telephone:   (302) 295-0191 <br> Facsimile:    (302) 295-0199 <br> Email: chipman@chipmanbrown.com <br>              olivere@chipmanbrown.com <br><br> *Counsel to Austin Enterprise DC LLC* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.