

2/3/2025

Office of the Clerk of the Court
824 North Market Street
3rd Floor, Wilmington, Delaware 1981

To whom it may concern:

This is in response to my claim in the United States Bankruptcy Court for the District of Delaware In re: SunpowerCorporation et al. Debtors.
Case No. 24-11649, The Plan Administrator's Fifth Omnibus Objection to certain late claims.
My name is Pauline Pisiw, claimant from Schedule 1, with claim amount $18,415.00 is not in agreement that SunPower is objecting my claim.
Reason: Communication to me via mail was late from the get go, as soon as I received the communication via mail, it was so short of a notice but I still proceeded and submitted, however Sender is smart because the mail was postmarked way back despite the late delivery, It is a delaying tactic so SunPower can be free of obligation, there should be an email where application can be sent.
Same with this Objection, looking at the mail envelope, it was date stamped 1/21/25 but I just got it in the mail today, 2/3/25 with a reply date 2/4/25 before 4 PM eastern time, how fair is this on my end.
This matter with urgency should have been mailed with high priority and not via snail mail. I am not in agreement with your Objection, I am contesting your decision. I will proceed despite the short notice.

Pauline Pisiw
8552 Cottonseed Way
Elk Grove CA 95624
9162335565
Case No 24-11649