## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                                         |     |                        |
|-----------------------------------------|-----|------------------------|
| In re:                                  | )   | Chapter 11             |
|                                         | )   |                        |
| SUNPOWER CORPORATION, *et al.*,[1]      | )   | Case No. 24-11649 (CTG)|
|                                         | )   |                        |
| Debtors.                                | )   | (Jointly Administered) |
|                                         | )   |                        |
|                                         | )   |                        |
|                                         | )   |                        |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON FEBRUARY 20, 2025 AT 10:00 A.M. (EST)

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.**
>
> **ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM.**
>
> **PLEASE REFER TO JUDGE GOLDBLATT'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-CRAIG-T-GOLDBLATT) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE GOLDBLATT'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:   SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335).  The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

## I.    **WITHDRAWN MATTERS**:

1.    Motion of Concord4C, LLC for Allowance and Payment of Administrative Expense Claim [Docket No. 1094; filed November 29, 2024]

Response/Objection Deadline:    December 13, 2024 at 4:00 p.m. (EST); extended to January 10, 2025 for the Plan Administrator

Responses/Objections Received:

A.    Informal comments of the Debtors and the Plan Administrator

Related Documents:

i.    Notice of Withdrawal of Motion of Concord4C, LLC for Allowance and Payment of Administrative Expense Claim [Docket No. 1254; filed January 17, 2025]

Status: On January 17, 2025, the movant filed a notice of withdrawal in connection with this matter.  Accordingly, a hearing with respect to this matter is no longer necessary.

2.    Motion of Datasite LLC for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. §503(b)(1)(a) [Docket No. 1129; filed December 10, 2024]

Response/Objection Deadline:    December 24, 2024 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator

Responses/Objections Received:

A.    Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.    *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

Related Documents:

i.      Notice of Withdrawal of Motion for Allowance and Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(a) [Docket No. 1288; filed January 29, 2025]

Status: On January 29, 2025, the movant filed a notice of withdrawal in connection with this matter.  Accordingly, a hearing with respect to this matter is no longer necessary.

3.      Motion of Observatory Hometech, LLLP d/b/a Suntalk Solar for Allowance and Payment of Administrative Expense Claim [Docket No. 1154; filed December 13, 2024]

Response/Objection Deadline:        December 27, 2024 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator

Responses/Objections Received:

A.      Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.      *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

Related Documents:

i.      Notice of Motion of Observatory Hometech, LLLP d/b/a Suntalk Solar for Allowance and Payment of Administrative Expense Claim [Docket No. 1155; filed December 13, 2024]

ii.     Notice of Withdrawal of Motion of Observatory Hometech, LLLP d/b/a Suntalk Solar for Allowance and Payment of Administrative Expense Claim [Docket No. 1275; filed January 23, 2025]

Status: On January 23, 2025, the movant filed a notice of withdrawal in connection with this matter.  Accordingly, a hearing with respect to this matter is no longer necessary.

4.      Application of BPAZ Holdings 42, LLC for Allowance and Payment of Chapter 11 Administrative Expense Claim [Docket No. 1158; filed December 13, 2024]

3

Response/Objection Deadline:    December 27, 2024 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator

Responses/Objections Received:

A.    Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.    *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

Related Documents:

i.    Notice of Withdrawal of Application of BPAZ Holdings 42, LLC for Allowance & Payment of Chapter 11 Administrative Expense Claim [Docket No. 1280; filed January 24, 2025]

Status: On January 24, 2025, the movant filed a notice of withdrawal in connection with this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

5.    Application of Austin Enterprise DC LLC for Payment of Administrative Expense Claim [Docket No. 1161; filed December 13, 2024]

Response/Objection Deadline:    December 27, 2024 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator

Responses/Objections Received:

A.    Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.    *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

4

Related Documents:

i.      Notice of Withdrawal of Application of Austin Enterprise DC LLC for Payment of Administrative Expense Claim [Docket No. 1322; filed February 10, 2025]

Status: On February 10, 2025, the movant filed a notice of withdrawal in connection with this matter.  Accordingly, a hearing with respect to this matter is no longer necessary.

6.      Okta Inc.'s Request for Allowance and Payment of Administrative Expense Claim [Docket No. 1163; filed December 13, 2024]

Response/Objection Deadline:        December 27, 2024 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator

Responses/Objections Received:

A.      Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.      *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

Related Documents:

i.      Notice of Withdrawal of Docket No. 1163 [Docket No. 1319; filed February 10, 2025]

Status: On February 10, 2025, the movant filed a notice of withdrawal in connection with this matter.  Accordingly, a hearing with respect to this matter is no longer necessary.

## II.    **ADJOURNED MATTERS:**

7.      Motion of Bockmon & Woody Electric Co, Inc., for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(1) [Docket No. 1115; filed December 9, 2024]

Response/Objection Deadline:        January 8, 2025 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator; further extended to April 15, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.    *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

C.    Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on March 17, 2025 starting at 10:00 a.m. (EDT).

8.    Motion of Complete Solaria, Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 1130; filed December 10, 2024]

Response/Objection Deadline:    December 24, 2024 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator; further extended to April 15, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.    *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

C.    Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

Related Documents:

i.      Notice of Hearing [Docket No. 1133; filed December 11, 2024]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on March 17, 2025 starting at 10:00 a.m. (EDT).

9.      Motion of CWD Loma, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(a) [Docket No. 1144; filed December 12, 2024]

Response/Objection Deadline:          December 26, 2024 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator; further extended to April 15, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.      Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.      *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

C.      Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on March 17, 2025 starting at 10:00 a.m. (EDT).

10.     Request for Allowance and Payment of Administrative Expense Claim of Salesforce, Inc. [Docket No. 1145; filed December 12, 2024]

Response/Objection Deadline:          January 3, 2025 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator; further extended to April 15, 2025 at 4:00 p.m. (EDT)

7

Responses/Objections Received:

A.    Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.    *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

C.    Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

Related Documents:

i.    Declaration of Kevin Ramirez in Support of the Request for Allowance and Payment of Administrative Expense Claim of Salesforce, Inc. [Docket No. 1146; filed December 12, 2024]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on March 17, 2025 starting at 10:00 a.m. (EDT).

11.    Motion of Google LLC for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503 [Docket No. 1147; filed December 12, 2024]

Response/Objection Deadline:    January 3, 2025 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator; further extended to April 15, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.    *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on March 17, 2025 starting at 10:00 a.m. (EDT).

8

12.    Motion of KB Home South Bay Inc., KB Home Greater Los Angeles Inc., KB Home Sacramento Inc., KB Home Coastal Inc., KB Home Raleigh-Durham Inc., and KB Home Service Company LLC for Allowance and Payment of Administrative Expense Claims [Docket No. 1148; filed December 13, 2024]

Response/Objection Deadline:    December 27, 2024 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator; further extended to April 15, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.    *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

C.    Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on March 17, 2025 starting at 10:00 a.m. (EDT).

13.    Oracle's Request for Allowance and Payment of Chapter 11 Administrative Expenses [Docket No. 1149; filed December 13, 2024]

Response/Objection Deadline:    January 10, 2025 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator; further extended to April 15, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.    *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

C.    Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on March 17, 2025 starting at 10:00 a.m. (EDT).

14.    D.R. Horton's Request for Allowance and Payment of Administrative Expense Claim [Docket No. 1153; filed December 13, 2024]

Response/Objection Deadline:          December 27, 2024 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator; further extended to April 15, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.    *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

C.    Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on March 17, 2025 starting at 10:00 a.m. (EDT).

15.    Motion of Sonepar Key Accounts, LLC for Allowance and Payment of Administrative Expense Claim [Docket No. 1157; filed December 13, 2024]

<table>
<tr><td>Response/Objection Deadline:</td><td>December 27, 2024 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator; further extended to April 15, 2025 at 4:00 p.m. (EDT)</td></tr>
</table>

Responses/Objections Received:

A.      Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.      *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

C.      Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on March 17, 2025 starting at 10:00 a.m. (EDT).

16.      Request of Enterprise FM Trust and Enterprise Fleet Management, Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 1160; filed December 13, 2024]

<table>
<tr><td>Response/Objection Deadline:</td><td>January 3, 2025 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator; further extended to April 15, 2025 at 4:00 p.m. (EDT)</td></tr>
</table>

Responses/Objections Received:

A.      Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.      *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

C.    Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on March 17, 2025 starting at 10:00 a.m. (EDT).

17.    Motion of SMA Solar Technology America LLC for Allowance and Payment of Administrative Expense Claim [Docket No. 1162; filed December 13, 2024]

Response/Objection Deadline:        December 27, 2024 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator; further extended to April 15, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.    *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

C.    Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

Related Documents:

i.    Declaration of Teresa Kelley in Support of Motion of SMA Solar Technology America LLC for Allowance and Payment of Administrative Expense Claim [Docket No. 1164; filed December 13, 2024]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on March 17, 2025 starting at 10:00 a.m. (EDT).

18.    Motion for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(a) filed by Leonard Roofing, Inc. [Docket No. 1201; filed December 31, 2024]

Response/Objection Deadline: February 6, 2025 at 4:00 p.m. (EST); extended to April 15, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on March 17, 2025 starting at 10:00 a.m. (EDT).

## III. **RESOLVED MATTER:**

19. The Plan Administrator's Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 1236; filed January 10, 2025]

Response/Objection Deadline: January 24, 2025 at 4:00 p.m. (EST)

Responses/Objections Received: None

Related Documents:

i. Certification of No Objection Regarding "The Plan Administrator's Motion for Entry of an Order Extending the Deadline to Object to Administrative Claims Under the Plan" [D.I. 1236] [Docket No. 1286; filed January 28, 2025]

ii. Order Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 1287; entered January 29, 2025]

Status: On January 29, 2025, the Court entered an order in connection with this matter. Consequently, no hearing with respect to this matter is required.

## IV. **MATTERS FILED UNDER CERTIFICATION OF COUNSEL:**

20. The Plan Administrator's First Omnibus Objection to Certain Amended and Replaced Claims, Exact Duplicate Claims, Late Claims and Equity Claims (Non-Substantive) [Docket No. 1180; filed December 19, 2024]

Response/Objection Deadline: January 2, 2025 at 4:00 p.m. (EST)

Responses/Objections Received:

A. See **Exhibit A** attached

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim [Docket No. 1313; filed February 6, 2025]

ii.     Certification of Counsel Concerning the "Order Sustaining The Plan Administrator's First Omnibus Objection to Certain Amended and Replaced Claims, Exact Duplicate Claims, Late Claims and Equity Claims (Non-Substantive)" [D.I. 1180] [Docket No. 1341; filed February 18, 2025]

Status: The Plan Administrator has filed a revised form of order under certification of counsel reflecting certain adjournments and resolutions reached with responding parties, but otherwise sustaining the Objection as to the uncontested disputed claims subject thereto.  Further information regarding these adjournments and resolutions can be found in the exhibits attached hereto.  Therefore, a hearing is only required to the extent the Court has questions.

21.     The Plan Administrator's Second Omnibus Objection to Certain Reclassified Claims (Substantive) [Docket No. 1181; filed December 19, 2024]

Response/Objection Deadline:          January 2, 2025 at 4:00 p.m. (EST)

Responses/Objections Received:

A.      See **Exhibit B** attached

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim [Docket No. 1313; filed February 6, 2025]

ii.     Certification of Counsel Concerning the "Order Sustaining The Plan Administrator's Second Omnibus Objection to Certain Reclassified Claims (Substantive)" [D.I. 1181] [Docket No. 1342; filed February 18, 2025]

Status: The Plan Administrator has filed a revised form of order under certification of counsel reflecting certain adjournments and resolutions reached with responding parties, but otherwise sustaining the Objection as to the uncontested disputed claims subject thereto.  Further information regarding these adjournments and resolutions can be found in the exhibits attached hereto.  Therefore, a hearing is only required to the extent the Court has questions.

22.     The Plan Administrator's Third Omnibus Objection to Certain Reclassified Claims (Substantive) [Docket No. 1182; filed December 19, 2024]

Response/Objection Deadline:          January 2, 2025 at 4:00 p.m. (EST)

Responses/Objections Received:

A.      See **Exhibit C** attached

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim [Docket No. 1313; filed February 6, 2025]

ii.     Certification of Counsel Concerning the "Order Sustaining The Plan Administrator's Third Omnibus Objection to Certain Reclassified Claims (Substantive)" [D.I. 1182] [Docket No. 1343; filed February 18, 2025]

Status: The Plan Administrator has filed a revised form of order under certification of counsel reflecting certain adjournments and resolutions reached with responding parties, but otherwise sustaining the Objection as to the uncontested disputed claims subject thereto. Further information regarding these adjournments and resolutions can be found in the exhibits attached hereto. Therefore, a hearing is only required to the extent the Court has questions.

23.     The Plan Administrator's Fourth Omnibus Objection to Certain Reclassified Claims, Cross-Debtor Duplicate Claims, and Substantive Duplicate Claims (Substantive) [Docket No. 1183; filed December 19, 2024]

Response/Objection Deadline:          January 2, 2025 at 4:00 p.m. (EST)

Responses/Objections Received:

A.      See **Exhibit D** attached

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim [Docket No. 1313; filed February 6, 2025]

ii.     Certification of Counsel Concerning the "Order Sustaining The Plan Administrator's Fourth Omnibus Objection to Certain Reclassified Claims, Cross-Debtor Duplicate Claims, and Substantive Duplicate Claims (Substantive)" [D.I. 1183] [Docket No. 1344; filed February 18, 2025]

Status: The Plan Administrator has filed a revised form of order under certification of counsel reflecting certain adjournments and resolutions reached with responding parties, but otherwise sustaining the Objection as to the uncontested disputed claims subject thereto. Further information regarding these adjournments and resolutions can be found in the exhibits attached hereto. Therefore, a hearing is only required to the extent the Court has questions.

15

24.    The Plan Administrator's Fifth Omnibus Objection to Certain Late Claims, Equity Claims, Amended and Replaced Claims, and Exact Duplicate Claims (Non-Substantive) [Docket No. 1256; filed January 21, 2025]

      Response/Objection Deadline:      February 4, 2025 at 4:00 p.m. (EST)

      Responses/Objections Received:

      A.      See **Exhibit E** attached

      Related Documents:

      i.      Notice of Withdrawal of "The Plan Administrator's Fifth Omnibus Objection to Certain Late Claims, Equity Claims, Amended and Replaced Claims, and Exact Duplicate Claims (Non-Substantive)" *Solely with Respect to* Proof of Claim No. 12194 filed by AFCO Credit Corporation [Docket No. 1289; filed January 29, 2025]

      ii.      Notice of Submission of Copies of Proofs of Claim [Docket No. 1313; filed February 6, 2025]

      iii.      Certification of Counsel Concerning the "Order Sustaining The Plan Administrator's Fifth Omnibus Objection to Certain Late Claims, Equity Claims, Amended and Replaced Claims, and Exact Duplicate Claims (Non-Substantive)" [D.I. 1256] [Docket No. 1345; filed February 18, 2025]

      Status: The Plan Administrator has filed a revised form of order under certification of counsel reflecting certain adjournments and resolutions reached with responding parties, but otherwise sustaining the Objection as to the uncontested disputed claims subject thereto. Further information regarding these adjournments and resolutions can be found in the exhibits attached hereto. Therefore, a hearing is only required to the extent the Court has questions.

25.    The Plan Administrator's Sixth Omnibus Objection to Certain Substantive Duplicate Claims, Insufficient Documentation Claims, No Liability Claims, and Cross-Debtor Duplicate Claims (Substantive) [Docket No. 1257; filed January 21, 2025]

      Response/Objection Deadline:      February 4, 2025 at 4:00 p.m. (EST)

      Responses/Objections Received:

      A.      See **Exhibit F** attached

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim [Docket No. 1313; filed February 6, 2025]

ii.     Certification of Counsel Concerning the "Order Sustaining The Plan Administrator's Sixth Omnibus Objection to Certain Substantive Duplicate Claims, Insufficient Documentation Claims, No Liability Claims, and Cross-Debtor Duplicate Claims (Substantive)" [D.I. 1257] [Docket No. 1347; filed February 18, 2025]

Status: The Plan Administrator has filed a revised form of order under certification of counsel reflecting certain adjournments and resolutions reached with responding parties, but otherwise sustaining the Objection as to the uncontested disputed claims subject thereto.  Further information regarding these adjournments and resolutions can be found in the exhibits attached hereto.  Therefore, a hearing is only required to the extent the Court has questions.

26.     The Plan Administrator's Seventh Omnibus Objection to Certain Reclassified Claims, Partially Satisfied and No Liability Claims, Amount Modify Claims, and Amount Modify and Reclassification Claims (Substantive) [Docket No. 1258; filed January 21, 2025]

Response/Objection Deadline:          February 4, 2025 at 4:00 p.m. (EST)

Responses/Objections Received:

A.      See **Exhibit G** attached

Related Documents:

i.      Notice of Revised Schedule to " The Plan Administrator's Seventh Omnibus Objection to Certain Reclassified Claims, Partially Satisfied and No Liability Claims, Amount Modify Claims, and Amount Modify and Reclassification Claims, and Amount Modify and Reclassification Claims (Substantive)" [D.I. 1258] [Docket No. 1273; filed January 23, 2025]

ii.     Notice of Submission of Copies of Proofs of Claim [Docket No. 1313; filed February 6, 2025]

iii.    Certification of Counsel Concerning the "Order Sustaining The Plan Administrator's Seventh Omnibus Objection to Certain Reclassified Claims, Partially Satisfied and No Liability Claims, Amount Modify

17

Claims, and Amount Modify and Reclassification Claims (Subsantive)" [D.I. 1258] [Docket No. 1346; filed February 18, 2025]

Status: The Plan Administrator has filed a revised form of order under certification of counsel reflecting certain adjournments and resolutions reached with responding parties, but otherwise sustaining the Objection as to the uncontested disputed claims subject thereto. Further information regarding these adjournments and resolutions can be found in the exhibits attached hereto. Therefore, a hearing is only required to the extent the Court has questions.

27.     The Plan Administrator's Motion for Entry of a Final Decree (A) Closing Certain of the Chapter 11 Cases; (B) Directing that the Administration of all Claims Against and Interests Asserted in the Closing Cases Take Place in the Lead Case; and (C) Granting Related Relief [Docket No. 1281; filed January 24, 2025]

Response/Objection Deadline:          February 7, 2025 at 4:00 p.m. (EST)

Responses/Objections Received:

A.     Response and Reservation of Rights of Complete Solaria, Inc. to the Plan Administrator's Motion for Entry of a Final Decree (A) Closing Certain of the Chapter 11 Cases; (B) Directing that the Administration of all Claims Against and Interests Asserted in the Closing Cases Takes Place in the Lead Case; and (C) Granting Related Relief [Docket No. 1315; filed February 7, 2025]

B.     Informal comments from the Creditor Trustee

Related Documents:

i.     Certification of Counsel Concerning Final Decree (A) Closing Certain of the Chapter 11 Cases; (B) Directing that the Administration of all Claims Asserted in the Closing Cases be Resolved in the Lead Case; and (C) Granting Related Relief [Docket No. 1340; filed February 18, 2025]

Status: On February 18, 2025, The Plan Administrator filed a revised form of agreed order under certification of counsel in connection with this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

## V.     **MATTER GOING FORWARD:**

28.     Motion of Meritage Homes of California a/k/a Meritage Homes the Northern California and Southern California Divisions, for Relief from Stay, to Exercise its Setoff Rights if the Debtor and Court do Not Acknowledge that Withheld Sequestered Funds are Not Property of the Estate and Should be Distributed Directly to Allowed Unpaid Subcontractors of SunPower Pursuant to 11 U.S.C. §§

18

105(a), 362(d) and 553(a) and Pursuant to the Amended Joint Chapter 11 Plan of SunPower and its Debtors Affiliates at Article VIII Section E [Docket No. 867; filed October 18, 2024]

Response/Objection Deadline:    November 1, 2024 at 4:00 p.m. (EDT); extended to December 2, 2024 at 4:00 p.m. (EST) for the Debtors; further extended to February 13, 2025 at 4:00 p.m. (EST); further extended to March 10, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Informal comments from the Debtors and the Plan Administrator

Status: The Plan Administrator, Meritage Homes of California a/k/a Meritage Homes the Northern California and Southern California Divisions, the Creditor Trustee, and Complete Solaria, Inc. (collectively, the "Parties") are working to settle a proposed form of setoff and recoupment preservation order (the "Preservation Order") in connection with this matter. Once the parties are able to finalize the Preservation Order, the Plan Administrator intends to submit the same to the Court for entry under a certification of counsel. To the extent that the Parties are able to settle the preservation order prior to the hearing, the Plan Administrator will file the same with the Court under a certification of counsel. If the Parties are unable to settle the Preservation Order prior to the hearing, the hearing on this matter will be adjourned.

## VI.    FINAL FEE APPLICATIONS:

29.    Final Fee Applications (see **Exhibit H**)

Related Documents:

i.    Order Approving First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from August 5, 2024, through and Including November 14, 2024 [Docket No. 1294; entered January 30, 2025]

ii.    Certification of Counsel Concerning Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Docket No. 1324; filed February 10, 2025]

iii.    Order Approving Final Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from

August 5, 2024 through and including November 14, 2024 [Docket No. 1328; entered February 11, 2025]

iv.    Order Approving First and Final Application of Hilco Commercial Industrial, LLC, for Allowance of Compensation for Services Rendered as Marketing and Sales Advisor to the Debtors for the Period from August 5, 2024, through December 10, 2024 [Docket No. 1330; entered February 11, 2025]

Status: On January 30, 2025, the Court entered an order with respect to the final fee application of Kirkland & Ellis LLP.  On February 11, 2025, the Court entered an order with respect to the final fee applications of Moelis & Company LLC and Hilco Commercial Industrial, LLC listed on **Exhibit H**. On February 10, 2025, the Plan Administrator filed a proposed form of uncontested omnibus order approving the remaining final fee applications listed on **Exhibit H** under certification of counsel.  Accordingly, a hearing is only necessary with respect to this matter to the extent the Court has any questions or concerns.

Dated:  February 18, 2025                                          Respectfully submitted,
        Wilmington, Delaware

                                                    /s/ Jason M. Madron
                                                    **RICHARDS, LAYTON & FINGER, P.A.**
                                                    Kevin Gross (DE Bar No. 209)
                                                    Mark D. Collins (DE Bar No. 2981)
                                                    Jason M. Madron (DE Bar No. 4431)
                                                    920 N. King Street
                                                    Wilmington, Delaware 19801
                                                    Telephone:    (302) 651-7700
                                                    Facsimile:    (302) 651-7701
                                                    Email:        gross@rlf.com
                                                                  collins@rlf.com
                                                                  madron@rlf.com

                                                    *Counsel to the Plan Administrator*

## EXHIBIT A

The Plan Administrator's First Omnibus Objection to Certain Amended and Replaced Claims, Exact Duplicate Claims, Late Claims and Equity Claims (Non-Substantive) [Docket No. 1180]

| | RESPONSES | STATUS |
|---|---|---|
| **INFORMAL RESPONSES** | | |
| 1 | Michael Maher & Alan Andacht – Claim No. 10436 | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| **FORMAL RESPONSES** | | |
| 2 | Dorma Bruce – Claim No. 457 [Docket No. 1223] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 3 | Linda Williams – Claim No. 12379 [Docket No. 1245] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 4 | Fabiola Cases – Claim No. 12285 [Docket No. 1248] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |

**EXHIBIT B**

The Plan Administrator's Second Omnibus Objection to Certain Reclassified
Claims (Substantive) [Docket No. 1181]

| | RESPONSES | STATUS |
|---|---|---|
| **INFORMAL RESPONSES** | | |
| 1 | James Bustillo – Claim No. 11117 | Resolved |
| **FORMAL RESPONSES** | | |
| 2 | Huy M Cao – Claim No. 10805 [Docket No. 1224] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 3 | Frances C. Dejesus – Claim no. 11396 [Docket No. 1227] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 4 | Fred Gates – Claim No. 11142 [Docket No. 1246] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 5 | Karen Esposito – Claim No. 264 [Docket No. 1250 & 1251] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 6 | Daniel Fairfax – Claim No. 11680 [Docket No. 1272] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |

## EXHIBIT C

The Plan Administrator's Third Omnibus Objection to Certain Reclassified Claims
(Substantive) [Docket No. 1182]

| | RESPONSES | STATUS |
|---|---|---|
| **INFORMAL RESPONSES** | | |
| 1 | Roberto Muniz – Claim No. 11730 | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 2 | Glen A. Odabashian – Claim No. 12055 | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 3 | John VanVlack – Claim No. 10874 | Resolved |
| **FORMAL RESPONSES** | | |
| 4 | Mark McCreary – Claim No. 56 [Docket No. 1203] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 5 | Joel Poladian – Claim No. 326 [Docket No. 1206] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 6 | Laura Seese – Claim No. 11712 [Docket No. 1240] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 7 | Laura Seese – Claim No. 11708 [Docket No. 1247] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 8 | Timur Murtazayev – Claim No. 10263 [Docket No. 1292] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |

**EXHIBIT D**

The Plan Administrator's Fourth Omnibus Objection to Certain Reclassified Claims, Cross-Debtor Duplicate Claims, and Substantive Duplicate Claims (Substantive) [Docket No. 1183]

| | **RESPONSES** | **STATUS** |
|---|---|---|
| **INFORMAL RESPONSES** | | |
| 1 | Hartford Insurance – Claim Nos. 11783 & 11780 | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 2 | Delaware River Port Authority – Claim Nos. 11988 & 11983 | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 3 | American Contractor Insurance Co. – Claim Nos. 11727 & 11728 | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 4 | US Specialty Insurance Company – Claim Nos. 11615, 11726, 11725 & 11726 | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 5 | Certasun LLC – Claim Nos. 11577 & 11579 | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 6 | NorthStar Macy's Maryland 2015 LLC – Claim No. 11859 | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 7 | Solar Star Always Low Prices IL LLC – Claims No. 11855 | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 8 | Solar Star California XXX (2) LLC – Claim No. 12009 | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 9 | Solar Star California XXXII LLC – Claim No. 12000 | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| **FORMAL RESPONSES** | | |
| 6 | Todd York – Claim No. 10999 [Docket No. 1228] | Resolved |
| 7 | Jacob Frick / William Pape – Claim No. 11280 [Docket No. 1238] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |

**EXHIBIT E**

The Plan Administrator's Fifth Omnibus Objection to Certain Late Claims,
Equity Claims, Amended and Replaced Claims, and Exact Duplicate
Claims (Non-Substantive) [Docket No. 1256]

| | **RESPONSES** | **STATUS** |
|---|---|---|
| **INFORMAL RESPONSES** | | |
| 1 | Samirullah Osmani – Claim No. 12500 | Resolved |
| **FORMAL RESPONSES** | | |
| 2 | Abraham L. Valdez – Claim No. 12158 [Docket No. 1308] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 3 | Pauline Pisiw – Claim No. 432 [Docket No. 1323] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 4 | Wehua Zhang – Claim No. 12363 [Docket No. 1336] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |

## EXHIBIT F

The Plan Administrator's Sixth Omnibus Objection to Certain Substantive Duplicate Claims, Insufficient Documentation Claims, No Liability Claims, and Cross-Debtor Duplicate Claims (Substantive) [Docket No. 1257]

| | RESPONSES | STATUS |
|---|---|---|
| **INFORMAL RESPONSES** | | |
| 1 | Brooke Richey – Claim No. 10560 | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 2 | Lexon Insurance Co. – Claim Nos. 12429 & 12430 | Resolved |
| 3 | Vanguard Screening Solutions Inc. – Claims No. 11720 | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| **FORMAL RESPONSES** | | |
| 3 | Thomas C. Kasprzak – Claim No. 316 [Docket No. 1298] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 4 | William & Julia Husk – Claim No. 11362 [Docket No. 1300] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 5 | Kurt Knodt – Claim No. 10907 [Docket No. 1306] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 6 | Laura Seese – Claim No. 11708 [Docket No. 1318] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 7 | Laura Seese – Claim No. 11709 [Docket No. 1320] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 8 | Laura Seese – Claim No. 11712 [Docket No. 1321] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 9 | Dorothy Coon – Claim No. 70 [Docket No. 1326] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |

## EXHIBIT G

The Plan Administrator's Seventh Omnibus Objection to Certain Reclassified Claims, Partially Satisfied and No. Liability Claims, Amount Modify Claims, and Amount Modify and Reclassification Claims (Substantive) [Docket No. 1258]

| | RESPONSES | STATUS |
|---|---|---|
| **INFORMAL RESPONSES** | | |
| 1 | Dubbs Trust & Hanssen Trust – Claim No. 11431 | Resolved |
| 2 | Industrializadora de Maderas del Valle – Claim No. 10443 | Resolved |
| 3 | B9 Sequoia Waterford – Claim No. 12450 | Resolved |
| 4 | ColFin 2016-2 Industrial Owner – Claim No. 12304 | Resolved |
| 5 | Foxhire LLC – Claim No. 11045 | Resolved |
| **FORMAL RESPONSES** | | |
| 6 | Aximsoft Corporation – Claim No. 10529 [Docket No. 1302] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |
| 7 | Valerie Eyer – Claim No. 10603 [Docket No. 1327] | Hearing is adjourned to March 17, 2025 starting at 10:00 a.m. (EDT) |

**EXHIBIT H**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNPOWER CORPORATION, *et al.*,[1] | ) | Case No. 24-11649 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 1189, 1191, 1192, 1225, 1231, 1241, 1242, 1243, 1244** |
| | ) | |

## INDEX OF FINAL FEE APPLICATIONS SCHEDULED
## FOR HEARING ON FEBRUARY 20, 2025 AT 10:00 A.M.

**I.    FINAL FEE APPLICATIONS:**

1.    Final Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from August 5, 2024 through and including November 14, 2024 [Docket No. 1189; filed December 23, 2024]

Response/Objection Deadline:          January 13, 2025 at 4:00 p.m.

Responses/Objections Received:      None

Related Documents:

i.    First Combined Monthly Fee Application of Moelis & Company LLC, Investment Banker and Capital Markets Placement Agent for the Debtors and Debtors in Possession, for the Period from August 5, 2024, through and including September 30, 2024 [Docket No. 984; filed November 1, 2024]

ii.   Certification of No Objection Regarding "First Combined Monthly Fee Application of Moelis & Company LLC, Investment Banker and Capital Markets Placement Agent for the Debtors and Debtors in Possession, for the Period from August 5, 2024, through and including September 30, 2024" (No Order Required) [Docket No. 1090; filed November 25, 2024]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:   SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335).   The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

iii.   Certification of Counsel Regarding Order Approving Final Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtors from August 5, 2024, through and including November 14, 2024 [Docket No. 1253; filed January 16, 2025]

2.   First and Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from August 19, 2024 through November 14, 2024 [Docket No. 1191; filed December 24, 2024]

Response/Objection Deadline:          January 14, 2025 at 4:00 p.m.

Responses/Objections Received:      None

Related Documents:

i.     First Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from August 19, 2024 through August 31, 2024 [Docket No. 754; filed October 10, 2024]

ii.    Certificate of No Objection (No Order Required) Regarding First Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from August 19, 2024 through August 31, 2024 [Docket No. 982; filed November 1, 2024]

iii.   Second Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from September 1, 2024 through September 30, 2024 [Docket No. 874; filed October 18, 2024]

iv.    Certificate of No Objection (No Order Required) Regarding Second Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from September 1, 2024 through September 30, 2024 [Docket No. 1108; filed December 4, 2024]

v.     Third Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Creditors for the Period from October 1, 2024 through November 14, 2024 [Docket No. 1185; filed December 20, 2024]

vi.    Certificate of No Objection (No Order Required) Regarding Third Monthly Fee Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee

2

of Unsecured Creditors for the Period from October 1, 2024 through October 31, 2024 [Docket No. 1260; filed January 21, 2025]

3.     Combined Third Monthly and Final Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the (I) Monthly Period from November 1, 2024 through November 14, 2024, and (II) Final Period from August 20, 2024 through November 14, 2024 [Docket No. 1192; filed December 24, 2024]

Response/Objection Deadline:          January 14, 2025 at 4:00 p.m.

Responses/Objections Received:     None

Related Documents:

i.      First Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from August 20, 2024 through September 30, 2024 [Docket No. 875; filed October 18, 2024]

ii.     Certificate of No Objection (No Order Required) Regarding First Monthly Application for Compensation and Reimbursement of Expenses of Province, Inc., as Financial Advisor for the Official Committee of Unsecured Creditors for the Period August 20, 2024 to September 30, 2024 [Docket No. 1131; filed December 10, 2024]

iii.    *Amended* Certificate of No Objection (No Order Required) Regarding First Monthly Application for Compensation and Reimbursement of Expenses of Province, Inc., as Financial Advisor for the Official Committee of Unsecured Creditors for the Period August 20, 2024 to September 30, 2024 [Docket No. 1132; filed December 11, 2024]

iv.     Second Monthly Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from October 1, 2024 through October 31, 2024 [Docket No. 1091; filed November 26, 2024]

v.      Certificate of No Objection (No Order Required) Regarding First Monthly Application for Compensation and Reimbursement of Expenses of Province, Inc., as Financial Advisor for the Official Committee of Unsecured Creditors for the Period August 20, 2024 to September 30, 2024 [Docket No. 1179; filed December 19, 2024]

vi.     *Amended* Certificate of No Objection (No Order Required) Regarding Second Monthly Application for Compensation and Reimbursement of Expenses of Province, Inc., as Financial Advisor for the Official Committee of Unsecured Creditors for the Period October 1, 2024 through October 31, 2024 [Docket No. 1184; filed December 20, 2024]

3

4.      First and Final Fee Application of Hilco Commercial Industrial, LLC, for Allowance of Compensation for Services Rendered as Marketing and Sales Advisor to the Debtors for the Period from August 5, 2024, through December 10, 2024 [Docket No. 1225; filed January 7, 2025]

Response/Objection Deadline:          January 28, 2025 at 4:00 p.m.

Responses/Objections Received:        None

Related Documents:

i.      Certification of No Objection Regarding First and Final Fee Application of Hilco Commercial Industrial, LLC, for Allowance of Compensation for Services Rendered as Marketing and Sales Advisor to the Debtors for the Period from August 5, 2024, through December 10, 2024 [Docket No. 1290; filed January 29, 2025]

5.      First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from August 5, 2024, through and including November 14, 2024 [Docket No. 1231; filed January 8, 2025]

Response/Objection Deadline:          January 29, 2025 at 4:00 p.m.

Responses/Objections Received:        None

Related Documents:

i.      First Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from August 5, 2024, through and including August 31, 2024 [Docket No. 732; filed October 8, 2024]

ii.     Certification of No Objection Regarding "First Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from August 5, 2024, through and including August 31, 2024" (No Order Required) [Docket No. 961; filed October 30, 2024]

iii.    Second Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2024, through and including September 30, 2024 [Docket No. 1033; filed November 8, 2024]

iv.     Certification of No Objection Regarding "Second Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from September

1, 2024, through and including September 30, 2024" (No Order Required) [Docket No. 1100; filed December 2, 2024]

v.      Third Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from October 1, 2024, through and including October 31, 2024 [Docket No. 1141; filed December 12, 2024]

vi.     Certification of No Objection Regarding "Third Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from October 1, 2024, through and including October 31, 2024" (No Order Required) [Docket No. 1208; filed January 3, 2025]

vii.    Fourth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from November 1, 2024, through and including November 14, 2024 [Docket No. 1205; filed January 3, 2025]

viii.   Certification of Counsel Regarding Order Approving First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from August 5, 2024, through and including November 14, 2024 [Docket No. 1293; filed January 30, 2025]

6.      First and Final Fee Application of Epiq Corporate Restructuring, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of August 5, 2024 through and including November 14, 2024 [Docket No. 1241; filed January 13, 2025]

Response/Objection Deadline:          February 3, 2025 at 4:00 p.m.

Responses/Objections Received:        None

7.      First Interim and Final Fee Application of Legal Resources Group, LLC d/b/a Legalpeople as Legal Staffing Provider for the Debtors and Debtors in Possession, for the Period from August 5, 2024 through and including September 30, 2024 [Docket No. 1242; filed January 13, 2025]

Response/Objection Deadline:          February 3, 2025 at 4:00 p.m.

Responses/Objections Received:        None

Related Documents:

i.      First Monthly Fee Application of Legal Resources Group, LLC d/b/a Legalpeople as Legal Staffing Provider for the Debtors and Debtors in

5

Possession, for the Period from August 21, 2024 through and including August 31, 2024 [Docket No. 634; filed September 26, 2024]

ii.    Certificate of No Objection Regarding "First Monthly Fee Application of Legal Resources Group, LLC d/b/a Legalpeople as Legal Staffing Provider for the Debtors and Debtors in Possession, for the Period from August 21, 2024 through and including August 31, 2024" (No Order Required) [Docket No. 934; filed October 25, 2024]

iii.    Second Monthly Fee Application of Legal Resources Group, LLC d/b/a Legalpeople as Legal Staffing Provider for the Debtors and Debtors in Possession, for the Period from August 5, 2024 through and including August 20, 2024 [Docket No. 686; filed October 2, 2024]

iv.    Certificate of No Objection Regarding "Second Monthly Fee Application of Legal Resources Group, LLC d/b/a Legalpeople as Legal Staffing Provider for the Debtors and Debtors in Possession, for the Period from August 5, 2024 through and including August 20, 2024" (No Order Required) [Docket No. 935; filed October 25, 2024]

v.    Third Monthly Fee Application of Legal Resources Group, LLC d/b/a Legalpeople as Legal Staffing Provider for the Debtors and Debtors in Possession, for the Period from September 1, 2024 through and including September 30, 2024 [Docket No. 885; filed October 21, 2024]

vi.    Certification of No Objection Regarding "Third Monthly Fee Application of Legal Resources Group, LLC d/b/a Legalpeople as Legal Staffing Provider for the Debtors and Debtors in Possession, for the Period from September 1, 2024 through and including September 30, 2024" (No Order Required) [Docket No. 1063; filed November 18, 2024]

8.    Combined Third Monthly and Final Fee Application of Skadden, Arps, Slate, Meagher & Flom LLP, as Special Counsel for the Debtors, for Allowance of Compensation and Reimbursement of all Actual and Necessary Expenses for the (I) Monthly Period from October 1, 2024 through November 14, 2024, and (II) Entire Case Period from August 5, 2024 through November 14, 2024 [Docket No. 1243; filed January 13, 2025]

Response/Objection Deadline:        February 3, 2025 at 4:00 p.m.

Responses/Objections Received:        None

Related Documents:

i.    First Monthly Fee Application of Skadden, Arps, Meagher, Slate & Flom LLP, as Special Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses of all Actual and Necessary Expenses for

6

the Period from August 5, 2024 through August 31, 2024 [Docket No. 612; filed September 24, 2024]

ii.    Certification of No Objection Regarding "First Monthly Fee Application of Skadden, Arps, Meagher, Slate & Flom LLP, as Special Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses of all Actual and Necessary Expenses for the Period from August 5, 2024 through August 31, 2024" (No Order Required) [Docket No. 944; filed October 28, 2024]

iii.    Second Monthly Fee Application of Skadden, Arps, Meagher, Slate & Flom LLP, as Special Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses of all Actual and Necessary Expenses for the Period from September 1, 2024 through September 30, 2024 [Docket No. 1018; filed November 7, 2024]

iv.    Certification of No Objection Regarding "Second Monthly Fee Application of Skadden, Arps, Meagher, Slate & Flom LLP, as Special Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses of all Actual and Necessary Expenses for the Period from September 1, 2024 through September 30, 2024" (No Order Required) [Docket No. 1261; filed January 22, 2025]

9.    Combined First Interim and Final Fee Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel and Conflicts Counsel to the Debtors and Debtors in Possession for (I) the Interim Period from August 5, 2024 through October 31, 2024 and (II) the Final Period from August 5, 2024 through November 14, 2024 [Docket No. 1244; filed January 13, 2025]

Response/Objection Deadline:        February 3, 2025 at 4:00 p.m.

Responses/Objections Received:      None

Related Documents:

i.    First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from August 5, 2024 through August 31, 2024 [Docket No. 940; filed October 28, 2024]

ii.    Certification of No Objection Regarding "First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from August 5, 2024 through August 31, 2024" (No Order Required) [Docket No. 1067; filed November 19, 2024]

7

iii.    Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2024 through September 30, 2024 [Docket No. 980; filed November 1, 2024]

iv.    Certification of No Objection Regarding "Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2024 through September 30, 2024" (No Order Required) [Docket No. 1089; filed November 25, 2024]

v.     Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2024 through October 31, 2024 [Docket No. 1088; filed November 22, 2024]

vi.    Certification of No Objection Regarding "Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2024 through October 31, 2024" (No Order Required) [Docket No. 1170; filed December 16, 2024]

vii.   Fourth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from November 1, 2024 through November 14, 2024 [Docket No. 1209; filed January 3, 2025]

8