**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>SUNPOWER CORPORATION, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 24-11649 (CTG)<br>)<br>) (Jointly Administered)<br>)<br>) Hearing Date: April 22, 2025 at 10:00 a.m. (EDT)<br>) Response Deadline: March 21, 2025 at 4:00 p.m. (EDT) |

**RE-NOTICE OF "THE PLAN ADMINISTRATOR'S NINTH OMNIBUS OBJECTION
TO CERTAIN RECLASSIFIED CLAIMS, PARTIALLY SATISFIED CLAIMS, NO LIABILITY
CLAIMS, SUBSTANTIVE DUPLICATE CLAIMS, AND INSUFFICIENT DOCUMENTATION
CLAIMS (SUBSTANTIVE)" AND HEARING THEREON**

PLEASE TAKE NOTICE that, on February 28, 2025, Mark Roberts, solely in his capacity as the plan administrator for the Debtors' wind-down estates (the "Plan Administrator") filed *The Plan Administrator's Ninth Omnibus Objection to Certain Reclassified Claims, Partially Satisfied Claims, No Liability Claims, Substantive Duplicate Claims, and Insufficient Documentation Claims (Substantive)* (the "Objection")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court"). **Your claim(s) may be disallowed and expunged and/or reclassified as a result of the Objection. You were previously served with a copy of the Objection.**

PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION AND BY ANY FURTHER CLAIM OBJECTION THAT MAY BE FILED BY THE PLAN ADMINISTRATOR OR OTHERWISE. THE RELIEF SOUGHT IN THE OBJECTION IS WITHOUT PREJUDICE TO THE PLAN ADMINISTRATOR'S RIGHT TO PURSUE FURTHER OBJECTIONS AGAINST YOUR CLAIM(S) SUBJECT TO THE OBJECTION IN ACCORDANCE WITH APPLICABLE LAW AND APPLICABLE ORDERS OF THE COURT.

PLEASE TAKE FURTHER NOTICE that, **notwithstanding any prior notice to the contrary**, if the holder of a claim that is the subject of the Objection wishes to respond to the Objection, the holder must file and serve a written response so that it is actually received no later than **March 21, 2025 at 4:00 p.m. (Eastern Daylight Time)** on (a) the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, (b) counsel to the Plan Administrator, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Objection.

RLF1 32536843v.1

Delaware 19801 (Attn: Mark D. Collins (collins@rlf.com), Jason M. Madron (madron@rlf.com), and Zachary J. Javorsky (javorsky@rlf.com)).

PLEASE TAKE FURTHER NOTICE that responses (each, a "Response") to the Objection must contain, at minimum, the following: (a) a caption setting forth the name of the Court, the above-referenced case number and the title of the Objection to which the Response is directed; (b) the name of the claimant and description of the basis for the amount of the claim; (c) a concise statement setting forth the reasons why a particular claim should not be disallowed for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the claimant will rely in opposing the Objection at the hearing; (d) all documentation or other evidence of the claim in question, to the extent not already included with the claimant's proof of claim, upon which the claimant will rely in opposing the Objection at the hearing; (e) the name, address, telephone number, and fax number of the person(s) (who may be the claimant or a legal representative thereof) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on behalf of the claimant; and (f) the name, address, telephone number, and fax number of the person(s) (who may be the claimant or a legal representative thereof) to whom the Plan Administrator should serve any reply to the Response.

PLEASE TAKE FURTHER NOTICE that if no Response to the Objection is timely filed and received in accordance with the above procedures, an order may be entered sustaining the Objection without further notice or a hearing. If a Response is properly filed, served and received in accordance with the above procedures and such Response is not resolved, a hearing to consider such response and the Objection will be held before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **April 22, 2025 at 10:00 a.m. (Eastern Daylight Time)** (the "Hearing"). Only a response made in writing and timely filed will be considered by the Court at the Hearing. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY SUSTAIN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING**

Dated:  March 10, 2025
         Wilmington, Delaware

*/s/ Zachary J. Javorsky*
**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (DE Bar No. 209)
Mark D. Collins (DE Bar No. 2981)
Jason M. Madron (DE Bar No. 4431)
Zachary J. Javorsky (DE Bar No. 7069)
920 N. King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        gross@rlf.com
              collins@rlf.com
              madron@rlf.com
              javorsky@rlf.com

*Counsel to the Plan Administrator*