**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| SUNPOWER CORPORATION,[1] | ) Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | ) |
| | ) **Ref. Docket No. 1387** |

**CERTIFICATE OF SERVICE**

I, JOSEPH SARACENI, hereby certify that:

1. I am employed as a Senior Consultant by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I understand that, in accordance with rule 5005-4(c)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the below referenced document was electronically filed with the United States Bankruptcy Court for the District of Delaware using the Case Management/Electronic Case Filing System ("CM/ECF") and the filing caused a courtesy copy to be served on registered users of CM/ECF at the time of filing via electronic mail.

3. On March 13, 2025, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on March 17, 2025 at 10:00 a.m. (EDT)," dated March 13, 2025 [Docket No. 1387], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Joseph Saraceni*
Joseph Saraceni

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025. The Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

**EXHIBIT A**

| Name | Attention | Email Address |
|---|---|---|
| Abraham L. Valdez | | EMAIL ADDRESS IS ON FILE |
| American Contractor Insurance Co. | | gbressler@mdmc-law.com |
| Aximsoft Corporation | | drkannan@aximsoft.com |
| BERGER MCDERMOTT LLP | ATTN: Peter C. McGivney; Zachary J. Schnapp | pmcgivney@bergermcdermott.com; zschnapp@bergermcdermott.com |
| BIALSON, BERGEN & SCHWAB, A Professional Corporation | ATTN: Gaye Nell Heck, Esq. | Gheck@bbslaw.com |
| BLANK ROME LLP | ATTN: Jordan Williams | jordan.williams@blankrome.com |
| Brooke Richey | | EMAIL ADDRESS IS ON FILE |
| CARLTON FIELDS, P.A. | ATTN: Kathleen S. McLeroy | kmcleroy@carltonfields.com |
| Certasun LLC | | josh@certasun.com |
| COOCH AND TAYLOR, P.A | ATTN: R. Grant Dick IV | gdick@coochtaylor.com |
| Daniel Fairfax | | EMAIL ADDRESS IS ON FILE |
| Delaware River Port Authority | | gbressler@mdmc-law.com |
| DLA PIPER LLP (US) | ATTN: Stuart Brow | stuart.brown@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: Richard A. Chesley | richard.chesley@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: Jamila J. Willis; Malithi Fernando | jamila.willis@us.dlapiper.com; malithi.fernando@us.dlapiper.com |
| DORMA BRUCE | | EMAIL ADDRESS IS ON FILE |
| Dorothy Coon | | EMAIL ADDRESS IS ON FILE |
| DOSHI LEGAL GROUP, P.C. | ATTN: Amish R. Doshi, Esq | amish@doshilegal.com |
| Fabiola Casas | | EMAIL ADDRESS IS ON FILE |
| FOLEY & LARDNER LLP | ATTN: Geoffrey S. Goodman | ggoodman@foley.com |
| FOX ROTHSCHILD LLP | ATTN: Seth Niederman, Esquire | sniederman@foxrothschild.com |
| Frances C. Dejesus | | EMAIL ADDRESS IS ON FILE |
| Fred Gates | | EMAIL ADDRESS IS ON FILE |
| Glen A. Odabashian | | EMAIL ADDRESS IS ON FILE |
| Hartford Insurance | | gbressler@mdmc-law.com |
| Huy M Cao | | EMAIL ADDRESS IS ON FILE |
| Jacob Frick / William Pape | | EMAIL ADDRESS IS ON FILE |
| Joel Poladian | | EMAIL ADDRESS IS ON FILE |
| JOYCE, LLC | ATTN: Michael J. Joyce | mjoyce@mjlawoffices.com |
| Karen Esposito | | EMAIL ADDRESS IS ON FILE |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: Raymond H. Lemisch | rlemisch@klehr.com |
| Kurt Knodt | | EMAIL ADDRESS IS ON FILE |
| Laura Seese | | EMAIL ADDRESS IS ON FILE |
| Laura Seese | | EMAIL ADDRESS IS ON FILE |
| Linda Williams | | EMAIL ADDRESS IS ON FILE |
| MARGOLIS EDELSTEIN | ATTN: James E. Huggett, Esq. | jhuggett@margolisedelstein.com |
| Michael Maher & Alan Andacht | | EMAIL ADDRESS IS ON FILE |
| MORRIS JAMES LLP | ATTN: Carl N. Kunz, III; Christopher M. Donnelly | ckunz@morrisjames.com; cdonnelly@morrisjames.com |
| NorthStar Macy's Maryland 2015 LLC | | jbailey@bradley.com |
| Pauline Pisiw | | EMAIL ADDRESS IS ON FILE |
| RAINES FELDMAN LITTRELL LLP | ATTN: Thomas J. Francella, Jr.; Mark W. Eckard | tfrancella@raineslaw.com; meckard@raineslaw.com |
| RAINES FELDMAN LITTRELL LLP | ATTN: Daniel R. Schimizzi | dschimizzi@raineslaw.com |
| Roberto Muniz | | EMAIL ADDRESS IS ON FILE |
| ROPERS MAJESKI | ATTN: Steven G. Polard, Esq. | steven.polard@ropers.com |

| Name | Attention | Email Address |
|---|---|---|
| THE ROSNER LAW GROUP LLC | ATTN: Frederick B. Rosner | rosner@teamrosner.com |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: Michael T. Driscoll; Benjamin O. Gilbert | mdriscoll@sheppardmullin.com; bogilbert@sheppardmullin.com |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | ATTN: Jeannie Kim, Esq. | okatz@sheppardmullin.com; jekim@sheppardmullin.com |
| Solar Star Always Low Prices IL LLC | | jbailey@bradley.com |
| Solar Star California XXX (2) LLC | | jbailey@bradley.com |
| Solar Star California XXXII LLC | | jbailey@bradley.com |
| Timur Murtazayev | | EMAIL ADDRESS IS ON FILE |
| Thomas C. Kasprzak | | EMAIL ADDRESS IS ON FILE |
| US Specialty Insurance Company | | gbressler@mdmc-law.com |
| Valerie Eyer | | EMAIL ADDRESS IS ON FILE |
| Vanguard Screening Solutions Inc. | | Invoice@vanguardscreen.com |
| Wehua Zhang | | EMAIL ADDRESS IS ON FILE |
| WHITE AND WILLIAMS LLP | ATTN: Michael A. Ingrassia, Esq. | ingrassiam@whiteandwilliams.com |
| WHITE AND WILLIAMS LLP | ATTN: Amy E. Vulpio, Esq. | vulpioa@whiteandwilliams.com |
| William & Julia Husk | | EMAIL ADDRESS IS ON FILE |