RECEIVED

2025 APR 16 AM 10: 48

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                     )
                                           )    Chapter 11
SUNPOWER CORPORATION, *et al.,*1           )
                                           )    Case No. 24-11649 (CTG)
        Wind-Down Debtor.                  )
                                           )
                                           )    Hearing Date: April 22, 2025 at 10:00 a.m. (EDT)
                                           )    Response Deadline: April 11, 2025 at 4:00 p.m. (EDT)
                                           )
                                           )
                                           )

RESPONSE TO NOTICE OF "THE PLAN ADMINISTRATOR'S TENTH OMNIBUS OBJECTION TO CERTAIN LATE CLAIMS AND AMENDED AND REPLACED CLAIMS (NON-SUBSTANTIVE)" AND HEARING THEREON

Docket No.    1408
Response      by:
4/11/25

23.    <u>Content of Responses:</u>  Every Response to the Objection must contain, at a

minimum, the following:

        a.      a caption setting forth the name of the Court, the above-referenced case
number, and the title of the Objection to which the Response is directed;]

          See Above

        b.      the name of the claimant and description of the basis for the amount of the
Disputed Claim;

          Claimant: KOALA INSULATION OF DENVER NORTH
17572 E 98TH Way
               COMMERCE CITY, CO 80022-7162
Claim #: 12597
Basis for Amount of Disputed Claim: Insulation repair work was completed at the request of Blue Raven Solar, LLC with charges and late fees for the work completed totaling $1,220.17

        c.      a concise statement setting forth the reasons why a particular Disputed
Claim should not be disallowed for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which the claimant will rely in opposing the Objection at the Hearing (as such term is defined below);

          Collection efforts were made after work was completed in May 2024. I made numerous attempts throughout the year to collect the past due amount. I was notified in August 2024 (via phone call) that there was a pending internal acquisition, and they would be in touch if/when they would be paying the invoice, and to no longer send emails to collect payments. I received an email on Dec 20, 2024 notifying me that I would be paid that day (Dec 20, 2024). No payment was received electronically (as mentioned) or via check. I then reached out again asking about payment, and was notified there was a bankruptcy filing and I 'should have been sent a link', which I had not. The link was sent to file a claim, and I did so within 2 business days of the notice (Feb 2025).

        d.      all documentation or other evidence of the Claim in question, to the extent
not already included with the claimant's proof of claim, upon which the claimant will rely in opposing the Objection at the Hearing;

          Included with Response

        e.      the name, address, telephone number, and fax number of the person(s) (who
may be the claimant or a legal representative thereof) possessing ultimate authority to reconcile, settle, or otherwise resolve the Claim on behalf of the claimant; and

          Claimant:
Corrie   Morley,   17572  E  98th  Way,  Commerce  City,  CO  80022
303-912-8865
cmorley@koalainsulation.com

        f.      the name, address, telephone number, and fax number of the person(s) (who

may be the claimant or a legal representative thereof) to whom the Plan Administrator should serve any reply to the Response.

Direct Responses to:
Corrie Morley, 17572 E 98th Way, Commerce City, CO 80022
303-912-8865
cmorley@koalainsulation.com

| Correspondence Date | Contact Name | Contact Email | Correspondence Conversation | To | From |
|---|---|---|---|---|---|
| 5/16/2024 | Nick Wilson | outsourcing@blueravensolar.com | Emailed invoice and photos of completed work | Nick Wilson | Corrie Morley |
| 5/24/2024 | Nick Wilson | outsourcing@blueravensolar.com | following up on payment | Nick Wilson | Corrie Morley |
| 6/5/2024 | Vincenzo Gunson | support@blueravensolar.com | onboarding contract and W9 requirements | Corrie Morley | Vincenzo Gunson |
| 6/6/2024 | Vincenzo Gunson | support@blueravensolar.com | returned paperwork | Vincenzo Gunson | Corrie Morley |
| 6/11/2024 | Vincenzo Gunson | support@blueravensolar.com | contractor agreement | Corrie Morley | Vincenzo Gunson |
| 6/11/2024 | Vincenzo Gunson | support@blueravensolar.com | contractor agreement - signed | Vincenzo Gunson | Corrie Morley |
| 8/14/2024 | | | phone call letting me know they were unsure if payment would be submitted due to pending internal legal action/business Acquistion | Corrie Morley | |
| 12/20/2024 | | non-standard@blueravensolar.com | email subject line : Notification of Payment 2024-12-20 | Corrie Morley | DSO Do Not Reply<donotreply-dso@blueravensolar.com> |

Body of email : Hello-- Please see below for a list of all payments being processed by Blue Raven Solar for you today. Please note that this email was sent from an unmonitored inbox, and the Non Standard team was CC'd. If you have questions, make sure to Reply All, or just email the Non Standard team directly. Thank you!

Project Name Work Type Invoice Number Dollar

Amount
Jose A Avila Final Invoice
- Other 243 1075

| Date | From | From Email | Message | To | To Email |
|---|---|---|---|---|---|
| 1/26/2025 | Non Standard Team | non-standard@blueravensolar.com | no payment received, so emailed asking about payment | non-standard@blueravensolar.com | Corrie Morley |
| 2/20/2025 | Adam Carlson | non-standard@blueravensolar.com | response from Adam Carlson, the invoice had been paid | Corrie Morley | non-standard@blueravensolar.om |
| 2/21/2025 | Adam Carlson | non-standard@blueravensolar.com | Hello Corrie, I will verify the status on this with accounting. If it has not been paid its likely due to the pre petition bankruptcy. You should have been sent a link awhile back to file for the payment through an outside party that was mandated to pay back some of the SunPower debts via the courts. | Corrie Morley | non-standard@blueravensolar.om |
| 2/21/2025 | Adam Carlson | non-standard@blueravensolar.com | Hello, Blue Raven Solar is not going to be paying this due to the decisions made in court during the purchase process by our new parent company. If you follow the steps on this link, you will be able to file a claim for the payment. Link: SunPower Corporation Bankruptcy | Corrie Morley | non-standard@blueravensolar om |

Overview Case: 24-11649

| Epiq
SunPower Corp
Bankruptcy Link

2/23/2025

Completed          Corrie Morley



**Koala Insulation of Denver North & SE Denver**

| JOB | #243 |
|---|---|
| SERVICE DATE | May 14, 2024 |
| INVOICE DATE | May 13, 2024 |
| PAYMENT TERMS | Upon receipt |
| **AMOUNT DUE** | **$1,220.17** |

Jose Avila
1149 Douglas Dr
Denver, CO 80221

📞 (720) 822-7745
✉ jose.avila0403@icloud.com

CONTACT US

6185 E 56th Ave, Unit H
Commerce City, CO 80022

📞 (720) 824-6030
✉ denvernorth@koalainsulation.com

Service completed by: Uriel Dominguez, Jose Cervantes

## INVOICE

| Services | qty | unit price | amount |
|---|---|---|---|
| Blown-In Insulation - Fiberglass | 1.0 | $1,075.00 | $1,075.00 |
| R49 Insulation Service | | | |
| Fiberglass Blown-In insulation service. Install fiberglass blown-in insulation to achieve up to Up to R-49 (16.5" nominal depth) across all attic floor space which overlies conditioned living space. Attic is currently insulated with an average of 11" of loose fill fiberglass insulation with estimated R-value of R-29. Depth gauges to be installed to verify insulation depth throughout attic. | | | |
| Interest | 1.0 | $16.13 | $16.13 |
| Past Due Invoice Interest June 14, 2024 | | | |
| Interst | 1.0 | $16.13 | $16.13 |
| Past Due Invoice Interest July 14, 2024 | | | |
| Interest | 1.0 | $16.13 | $16.13 |
| Past Due Invoice Interest August 14, 2024 | | | |
| Interest | 1.0 | $16.13 | $16.13 |
| Past Due Invoice Interest September 14, 2024 | | | |
| Interest | 1.0 | $16.13 | $16.13 |
| Past Due Invoice Interest October 14, 2024 | | | |
| Interest | 1.0 | $16.13 | $16.13 |
| Past Due Invoice Interest November 14, 2024 | | | |
| Interest | 1.0 | $16.13 | $16.13 |

Past Due Invoice Interest
December 14, 2024

| Interest | | 1.0 | $16.13 | $16.13 |
|---|---|---|---|---|

Past Due Invoice Interest
January 14, 2025

| Interest | | 1.0 | $16.13 | $16.13 |
|---|---|---|---|---|

Past Due Invoice Interest
February 14, 2025

| | |
|---|---|
| Subtotal | $1,220.17 |
| **Job Total** | **$1,220.17** |
| **Amount Due** | **$1,220.17** |

DELIVERING EFFICIENCY. IMPROVING COMFORT!

Koala insulation provides full coverage, high-performance insulation services. Outstanding workmanship backed by our satisfaction guarantee and Limited Lifetime Warranty

**Estimate pricing is valid for 30 days unless otherwise noted**

Remit Checks/Payments to:
Koala Insulation of Denver North
6401 Broadway, Ste K
Denver, CO 80221

See our Terms & Conditions

 **Outlook**

---

## SunPower Corporation Claim Confirmation

---

**From** filingconfirmation@epiqglobal.com <filingconfirmation@epiqglobal.com>

**Date** Sun 2/23/2025 4:30 PM

**To** Corrie Morley <cmorley@koalainsulation.com>

This email was automatically generated to notify you that your claim entry for SunPower Corporation has been completed.

Your claim number is 0000012597 filed on 2/23/2025 6:30:05 PM Eastern.

To log into your account Dashboard and view/print your claim or to submit another entry [www.epiqworkflow.com//cases/SPX]click here.

Please do not reply to this email.

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

▢ **Outlook**

---

## Ticket Updated - [EXT] Re: Notification of Payment 2024-12-20

---

**From** Non-Standard Work <non-standard@blueravensolar.com>
**Date** Fri 2/21/2025 12:45 PM
**To** Corrie Morley <cmorley@koalainsulation.com>

Hi Corrie,

There is a new comment on your ticket. You can reply to this email to add your comment.

Ticket comment:
Adam Carlson –

Hello,

Blue Raven Solar is not going to be paying this due to the decisions made in court during the purchase process by our new parent company. If you follow the steps on this link, you will be able to file a claim for the payment.
Link: SunPower Corporation Bankruptcy Overview Case: 24-11649 | Epiq

---

From: Non-Standard Work <non-standard@blueravensolar.com>
**Sent:** Friday, February 21, 2025 12:28 PM
**To:** ASC - Adam Carlson <adam.carlson@blueravensolar.com>
**Subject:** Ticket re-opened - [#413757] [EXT] Re: Notification of Payment 2024-12-20

Hi Adam Carlson,

Ticket "#413757 – [EXT] Re: Notification of Payment 2024-12-20" has been reopened, please visit https://support.blueravensolar.com/helpdesk/tickets/413757 to view the ticket.

Ticket comment
I have not received any links, only email and phone communication prior to the notice of the bankruptcy filings.

This project was completed in April 2024, so WELL before any filings or additional action.

**Corrie Morley**

Owner | Koala Insulation Denver North & Southeast Denver

     303-912-8865
     cmorley@koalainsulation.com
     www.koalainsulation.com

Case 24-11649-CTG    Doc 1450    Filed 04/16/25    Page 10 of 20

From: Non-Standard Work <non-standard@blueravensolar.com>
Sent: Friday, February 21, 2025 12:24 PM
To: Corrie Morley <cmorley@koalainsulation.com>
Subject: Ticket Updated - [EXT] Re: Notification of Payment 2024-12-20

Hi Corrie,
There is a new comment on your ticket. You can reply to this email to add your comment.
Ticket comment:
Adam Carlson –
Hello Corrie,

I will verify the status on this with accounting. If it has not been paid its likely due to the pre petition bankruptcy. You should have been sent a link awhile back to file for the payment through an outside party that was mandated to pay back some of the SunPower debts via the courts.

---

From: Non-Standard Work <non-standard@blueravensolar.com>
Sent: Friday, February 21, 2025 10:01 AM
To: ASC - Adam Carlson <adam.carlson@blueravensolar.com>
Subject: Ticket re-opened - [#413757] [EXT] Re: Notification of Payment 2024-12-20

Hi Adam Carlson,

Ticket "#413757 – [EXT] Re: Notification of Payment 2024-12-20" has been reopened, please visit https://support.blueravensolar.com/helpdesk/tickets/413757 to view the ticket.

Ticket comment
This has not been paid, and is past due with late fees, so this balance is no longer accurate.

Corrie Morley
Owner
Koala Insulation of Denver North & Southeast Denver
303-912-8865
[[http://www.koalainsulation.com%C2%A0]www.koalainsulation.com ]h
ttp://www.koalainsulation.com%C2%A0]www.koalainsulation.com

---

From: Non-Standard Work <non-standard@blueravensolar.com>
Sent: Friday, February 21, 2025 9:20:58 AM

**To:** Corrie Morley <cmorley@koalainsulation.com>
**Subject:** Ticket Updated - [EXT] Re: Notification of Payment 2024-12-20

Hi Corrie,
There is a new comment on your ticket. You can reply to this email to add your comment.
Ticket comment:
Adam Carlson –
Hello Corrie,

Are system shows that you should have been paid. If it has not I can look into it for you.

---

From: Non-Standard Work <non-standard@blueravensolar.com>
Sent: Thursday, February 20, 2025 8:46 AM
To: ASC - Adam Carlson <adam.carlson@blueravensolar.com>
Subject: Ticket Assigned - [EXT] Re: Notification of Payment 2024-12-20

Hi Adam Carlson,

A new ticket has been assigned to you. Please follow the link below to view the ticket.

[EXT] Re: Notification of Payment 2024-12-20

Warning: External Email - Exercise caution when responding due to potential social engineering and phishing threats. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

I received this email over a month ago, and still have not received payment.

The amount noted is also 90+ days past due and has accrued interest. How do I submit the updated amount based on the lack of payment from a project completed in April 2024?

**Corrie Morley**
Owner | Koala Insulation Denver North

303-912-8865

cmorley@koalainsulation.com

www.koalainsulation.com

---

**From:** DSO Do Not Reply <donotreply-dso@blueravensolar.com>
**Sent:** Friday, December 20, 2024 12:01 PM
**To:** Corrie Morley <cmorley@koalainsulation.com>
**Cc:** Non-Standard <non-standard@blueravensolar.com>
**Subject:** Notification of Payment 2024-12-20

Hello-- Please see below for a list of all payments being processed by Blue Raven Solar for you today. Please note that this email was sent from an unmonitored inbox, and the Non Standard team was CC'd. If you have questions, make sure to Reply All, or just email the Non Standard team directly. Thank you!

| Project Name | Work Type | Invoice Number | Dollar Amount |
|---|---|---|---|
| Jose A Avila | Final Invoice - Other | 243 | 1075 |

https://support.blueravensolar.com/helpdesk/tickets/413757

Sincerely,
Blue Raven Solar Support Team
Ticket: 413757

Sincerely,
Blue Raven Solar Support Team
Ticket: 413757

Sincerely,
Blue Raven Solar Support Team

Ticket: 413757

 **Outlook**

---

## Ticket Received - [EXT] Re: Notification of Payment 2024-12-20

---

From  Non-Standard Work <non-standard@blueravensolar.com>
Date  Sun 1/26/2025 6:21 PM
To    Corrie Morley <cmorley@koalainsulation.com>

Hi Corrie,

We would like to acknowledge that we have received your request and a ticket has been created. The ticket number is: 413757.

A support representative will be reviewing your request and will send you a response shortly.


Thank you for your patience.

Sincerely,
Blue Raven Solar Support Team

Ticket: 413757

 **Outlook**

---

## Notification of Payment 2024-12-20

---

**From** DSO Do Not Reply <donotreply-dso@blueravensolar.com>

**Date** Fri 12/20/2024 12:02 PM

**To**      Corrie Morley <cmorley@koalainsulation.com>

**Cc**      Non-Standard <non-standard@blueravensolar.com>

Hello-- Please see below for a list of all payments being processed by Blue Raven Solar for you today. Please note that this email was sent from an unmonitored inbox, and the Non Standard team was CC'd. If you have questions, make sure to Reply All, or just email the Non Standard team directly. Thank you!

| Project Name | Work Type | Invoice Number | Dollar Amount |
|---|---|---|---|
| Jose A Avila | Final Invoice - Other | 243 | 1075 |

 **Outlook**

---

## Re: Re: Koala Insulation - Onboarding Information Preferred Contractor for Blue Raven Solar

---

**From** Blue Raven Solar <support@blueravensolar.com>

**Date** Tue 6/11/2024 2:51 PM

**To** Corrie Morley <cmorley@koalainsulation.com>

Thanks for sending those over!
You can review and sign the subcontractor agreement at the following link:
https://app.pandadoc.com/document/4cd1df6e8b2b5f4dbb784e68c4525fb9d190cbe6
Let me know when that is complete and I will get this submitted!

Thanks,

| | |
|---|---|
| | **Vincenzo Gunson** <br> Work Orders Lead <br> 385.265.2270 <br> work.orders@blueravensolar.com |

On Thu, 6 Jun at 4:01 PM , Corrie Morley <cmorley@koalainsulation.com> wrote:
Thank you for forwarding these details and information. I have attached our COI, W9, direct deposit form (both bank and Blue Raven copies).

- **Does your company require any down payments?** On projects over $5000. We can do a 20% and net 30 if that works best, otherwise default terms are due upon job completion.
- **Does your company require any documents to be signed before work can start?** We like to have an 'approval' on the estimates, although an approval in writing via email is sufficient.

    **Corrie Morley**
Owner | Koala Insulation Denver North

    303-912-8865
    cmorley@koalainsulation.com
    www.koalainsulation.com

---

**From:** Outsourcing <outsourcing@blueravensolar.com>
**Sent:** Wednesday, June 5, 2024 4:55 PM
**To:** Corrie Morley <cmorley@koalainsulation.com>
**Subject:** Koala Insulation - Onboarding Information Preferred Contractor for Blue Raven Solar

Hello,

We spoke on the phone regarding becoming an onboarded contractor. We are looking forward to working with you! To add your company to our system, which allows us to approve quotes and provide payments, we will need a few documents to get you set up. The following documents or information are required:

- W9 - Certificate of Insurance - Including workers comp or a reason for exemption
- Our subcontractor agreement reviewed and signed (I can send this to you once I have your legal business name as printed on your W9)
- Filled out ACH form (attached). We pay by ACH direct deposit- these payments make it to you much faster than payment by check.
- Does your company require any down payments?
- Does your company require any documents to be signed before work can start?
- Lastly, are your employees paid via W2 or 1099? If they are paid by W2, we will need proof of workers comp.

Please return this information to us at your earliest convenience.

Please do not move forward on any work, including projects in the future, without receiving confirmation from the Work Orders department that we have approved the quote and are ready to move forward. This will always be given in writing, usually through email. This process helps us ensure that we have the right work being performed, as well as the financing set up for you.

If you have any questions or concerns, please feel free to contact us by replying to this email, or by calling us at (385) 265-2270. We look forward to hearing back from you shortly!


Thanks,

| | |
|---|---|
| | **Vincenzo Gunson**<br>Work Orders Lead<br>385.265.2270<br>work.orders@blueravensolar.com |

### Outlook

---

## Re: Re: Quote Requested (Jose A Avila) - (910429)

---

**From** Outsourcing <outsourcing@blueravensolar.com>
**Date** Mon 5/13/2024 10:46 AM
**To** Corrie Morley <cmorley@koalainsulation.com>

Hi Corrie!

Sounds great! I will be waiting for that invoice until then!

Thanks a ton!

Nick Wilson I Work Orders Coordinator I Work Orders I **Blue Raven Solar** I 385-265-2270

> On Mon, 13 May at 10:28 AM , Corrie Morley <cmorley@koalainsulation.com> wrote:
> Hi Nick,
>
> Thanks for sending this over! We have him scheduled for tomorrow morning.
>
> We'll send over photos and the invoice once it's complete.
>
> Thank you,
>
> **Corrie Morley**
> Owner | Koala Insulation Denver North
>
> 303-912-8865
> cmorley@koalainsulation.com
> www.koalainsulation.com

---

> From: Outsourcing <outsourcing@blueravensolar.com>
> Sent: Friday, May 10, 2024 10:50 AM
> To: Corrie Morley <cmorley@koalainsulation.com>
> Subject: Re: Re: Quote Requested (Jose A Avila) - (910429)
>
> Hi Corrie!
>
> Thank you for getting back to me with this quote.
>
> We are approving the quote amount of $1075 for the insulation repair on this
> home. Please reach out to the homeowner, Jose A Avila, for scheduling.

Once the work is scheduled, please let me know so I can mark it on my end.

Best,

Nick Wilson I Work Orders Coordinator I Work Orders I **Blue Raven Solar** I 385-265-2270

> On Mon, 22 Apr at 11:11 AM , Blue Raven Solar <support@blueravensolar.com> wrote:
> Hi Corrie!
>
> Sorry for not getting back to you yet! I'm still working on getting a 2nd quote per my supervisors' request but if this company that I'm trying to get in touch with does not respond to me I will try to push the quote you sent forward through. You should expect an answer from me by next week.
>
> Thank you!
>
> Nick Wilson I Work Orders Coordinator I Work Orders I **Blue Raven Solar** I 385-265-2270
>
> > On Mon, 22 Apr at 11:05 AM , Corrie Morley <cmorley@koalainsulation.com> wrote:
> > Hi Nick,
> >
> > Were you able to get Mr. Avila taken care of, or would you like to schedule with us?
> >
> > Corrie Morley
> > Owner
> > Koala Insulation of Denver North
> > 303-912-8865
> > [http://www.koalainsulation.com%C2%A0]www.koalainsulation.com

**CERTIFIED MAIL**

FOR USE ONLY WITH IMpb SHIPPING LABEL

UNITED STATES POSTAL SERVICE®



**FIRST—CLASS MAIL**

$11.26    US POSTAGE
FIRST—CLASS IMI
Apr 08 2025
Mailed from ZIP 80022
4 OZ FIRST—CLASS MAIL FLATS RATE
ZONE 7

10098855

C012

Shipped using PostalMate
Pkg:252586

endicia
0638D010282497

**Corrie Morley**
**17572 E 98TH WAY**
**COMMERCE CITY CO 80022**

RETURN RECEIPT REQUESTED

SHIP    Office of the Clerk of the US Bankruptcy Court
TO:     District of Delaware
        824 North Market Street 3rd Fl
        WILMINGTON DE 19801





9414 7118 9956 0163 5858 11

USPS CERTIFIED MAIL

