# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>SUNPOWER CORPORATION, et al.[2]<br>Debtor(s) | Case No. 24-11649-CTG<br><br>Chapter 11<br><br>(Jointly Administered) |
| ALLY BANK D/B/A ALLY CAPITAL CORP.<br>Movant. | Re: D.I. 1402 |

## ORDER TERMINATING AUTOMATIC STAY
## UNDER SECTION 362 OF THE BANKRUPTCY CODE

**AND NOW, TO WIT**, Ally Bank d/b/a Ally Capital Corp. Motion for Relief from Automatic Stay (Doc. No. 1402) having been duly presented, and considered;

**IT IS HEREBY ORDERED THAT**:

1. The Stay afforded by 11 U.S.C. § 362, Fed. R. Bankr. P. 4001 and Fed. R. Bankr. P. 9014 and the Plan's Injunction (as set forth and defined in D.I. 872), both to the extent applicable, are terminated and lifted as the solar panels located on 82 -6286 Puuhonua Rd, Captain Cook, HI 96704, to permit the Movant, its servicers, successors and/or assigns, to enforce its security interest in 82 -6286

---

[2] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtors federal tax identification number are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335).

Puuhonua Rd, Captain Cook, HI 96704, through foreclosure proceedings, judicial sale of the property and whatever other legal remedies which may be available to the creditor under applicable State law.

2. The Court shall retain jurisdiction to enforce the provisions of this Order.

**Dated: April 17th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**