The Honorable Craig Goldblatt
United States Bankruptcy Court for the District of Delaware
824 North Market Street
3rd Floor, Courtroom 7
Wilmington, DE 19801

RECEIVED
2025 MAY 13 A 11: 45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 5, 2025

Re:  Chapter 11, Case No. 24-11649 (CTG) Docket No. 1183

Dear Judge Goldblatt,

We are writing one last time about our claim against Sunpower in the case referenced above.  We recently had a third call with an attorney from Richards, Layton & Finger, P.A.  The call was another attempt to have us 'reclassify' our claim.  The only good outcome from the call is that we finally understand that this is an attempt by the plan administrator to move our claim down many levels in 'priority' to a place where we would get nothing from the bankruptcy proceedings.  We disagree with this, and are certain that our claim is as important as any other.  The attorney couldn't really explain why I we were being pressured into this 'reclassification', and we refused it.

We had a contract with SunPower to lease solar panels to us for 20 years and maintain them.  We paid them in full, upfront.  SunPower required us to have working wifi so that they could monitor the panels.  Therefore in February, when we noticed that our inverter was down, SunPower already knew about the problem and they did nothing.  We called them and scheduled a repair on two occasions, stayed home all day, and no one ever showed up and we never received a call.  After that, we were unable to reach anyone at Sunpower despite many calls, emails and letters.

When our lease was transferred to a new company in bankruptcy, our inverter was repaired.  The technicians were at our house less than 20 minutes to accomplish this. In the meantime, we ran up a bill at Southern California Edison for over $4000. Sunpower did not abide by the contract that we had which required them to:
- Monitor the system and notify us if there was a problem
- Promptly repair and maintain the system
- They guaranteed our production and were to pay a penalty if we didn't meet that production level

We were robbed of one entire year of our lease, and are stuck with a huge electric bill despite the contract (which was fully paid). There was no communication from SunPower about their problems, but it was clear that something was wrong.

Sunpower paid executive compensation in 2022 of about $15,000,000 and even paid $1,300,000 to their board of directors. They have done a good job of hiding executive compensation for 2023 and 2024, but we did find that the board awarded cash bonuses to 3 executives in two payments in March of 2024 and again in January of 2025. And this is just what we can easily find online. And this is all happening as the company fails.

Wel believe that our claim against SunPower is of equal importance as any other in this bankruptcy proceeding. We are annoyed that an attorney for Sunpower would call three times to try to convince us otherwise. He said today that he hoped we would reclassify our claim 'so that (he) wouldn't need to litigate it!' We were screwed by SunPower, and blatantly. They were in breach of our contract from February of 2024 on, and they knew it. We contacted them numerous times for repairs and they ignored us for 8 more months. Their disregard for our agreement for all those months should be enough to keep our claim right where it is now. We refused the reclassification.

We are still asking for a check for $4000 to cover the electric bill that we ran up while our panels weren't working for 10 months. And since they didn't adhere to our lease agreement for almost an entire year, we would like an extra year added to our lease, or the cash equivalent.

We do not plan to travel all the way from Palm Desert to Delaware for the hearing, but we know that you will impart equal justice to us along with all the rest.

We thank you for your time and your judicial service in what must be a very frustrating job.

Sincerely,

*[signature]*

Jacob Frick MD
William Pape PhD
Palm Desert, CA

WILLIAM PAPE AND JACOB FRICK
48420 TERRENA COURT
PALM DESERT, CA 92260

SN BERNARDINO CA 923
9 MAY 2025 PM 4 L

The Honorable Craig Goldblatt
U.S. Bankruptcy Court / Delaware
824 North Market St.
3rd Fl., Courtroom 7
Wilmington, DE 19801

