**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | ) ) ) | Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | ) ) ) | (Jointly Administered) |
|  | ) ) ) ) | **Ref. Docket Nos. 1484 & 1485** |

## CERTIFICATE OF SERVICE

I, JOSEPH SARACENI, hereby certify that:

1. I am employed as a Senior Consultant by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I understand that, in accordance with rule 5005-4(c)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the below referenced documents were electronically filed with the United States Bankruptcy Court for the District of Delaware using the Case Management/Electronic Case Filing System ("CM/ECF") and the filing caused courtesy copies to be served on registered users of CM/ECF at the time of filing via electronic mail.

3. On April 24, 2025, I caused to be served the:

    a. "Certification of Counsel Regarding Order Approving Stipulation Providing Claimant Relief from the Automatic Stay and the Plan Injunction, Each to the Extent Applicable, to Pursue Recovery Action Against Debtors," dated April 23, 2025 [Docket No. 1484], and

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025. The Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

    b. "Order Approving Stipulation Providing Claimant Relief from the Automatic Stay and the Plan Injunction, Each to the Extent Applicable, to Pursue Recovery Action Against Debtors," dated April 24, 2025 [Docket No. 1485],

by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

4. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<i><u>/s/ Joseph Saraceni</u></i><br>Joseph Saraceni

**EXHIBIT A**

SunPower Corporation, *et al.*, Case No. 24-11649 (CTG)
First Class Mail Service Party

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: BRADFORD SANDLER; COLIN ROBINSON
919 N. MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DE 19899-8705

SunPower Corporation, *et al.*, Case No. 24-11649 (CTG)
First Class Mail Service Party

SIMON & SIMON, PC
ATTN: CHRISTOPHER J. GREEN, ESQ.
18 CAMPUS BOULEVARD
NEWTOWN SQUARE, PA 19073

**EXHIBIT B**

SunPower Corporation, *et al.*, Case No. 24-11649 (CTG)
Electronic Mail Master Service List

| NAME | CONTACT | EMAIL |
|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: ERICA N. REEVES | ereeves@akingump.com |
| ALDRIDGE PITE, LLP | ATTN: EVAN O. DURKOVIC | bkecfinbox@aldridgepite.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN: MATTHEW G. BOUSLOG, ESQ. | mbouslog@allenmatkins.com |
| ALPLUS, INC. | | info@alplus.us |
| ALUMINIO DE BAJA CALI | ATTN: WADIH KURI | wkuri@abc-aluminum.com |
| AMAZON WEB SERVICES, INC. | ATTN: MATT GARMAN | matt.garman@amazon.com |
| ASHBY & GEDDES, P.A. | ATTN: GREGORY A. TAYLOR | gtaylor@ashbygeddes.com |
| BANK OF MONTREAL | ATTN: SANDRA TAUZIET | sandra.tauziet@bmo.com |
| BERGER MCDERMOTT LLP | ATTN: ZACHARY J. SCHNAPP, ESQ. | zschnapp@bergermcdermott.com |
| BERGER MCDERMOTT LLP | ATTN: PETER C. MCGIVNEY | pmcgivney@bergermcdermott.com |
| BEST PAYMENT SOLUTIONS, INC. | ATTN: GINA GENNETTE | ginag@bestpayment.solutions |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER, ESQUIRE | dklauder@bk-legal.com |
| BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: JAMES B. BAILEY, ESQ. | jbailey@bradley.com |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN | dludman@brownconnery.com |
| BUCHALTER, A Professional Corporation | ATTN: SHAWN M. CHRISTIANSON, ESQ. | schristianson@buchalter.com |
| BURR & FORMAN LLP | ATTN: J. CORY FALGOWSKI | jfalgowski@burr.com |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION | ATTN: JOAN S. HUH | joan.huh@cdtfa.ca.gov |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD, ESQ. | rmccord@certilmanbalin.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: MARK L. DESGROSSEILLIERS,ESQ | desgross@chipmanbrown.com |
| COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C. | ATTN: FRANCIS D. NARDO | fnardo@cohenseglias.com |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY | ATTN: RYAN STARNOWSKY | ra-li-ucts-bankrupt@state.pa.us |
| CRAVATH, SWAINE & MOORE LLP | ATTN: FAIZA J. SAEED | fsaeed@cravath.com |
| CROSS & SIMON, LLC | ATTN: KEVIN S. MANN, ESQ. | kmann@crosslaw.com |
| DALSIN INDUSTRIES, INC. | ATTN: TOM SCHMELING | tschmeling@dalsinind.com |
| DAVIS POLK & WARDWELL LLP | ATTN: BRIAN M RESNICK, ANGELA M LIBBY & JARRET ERICKSON | jarret.erickson@davispolk.com; angela.libby@davispolk.com; brian.resnick@davispolk.com |
| DISTRICT OF COLUMBIA ATTY GENERAL | ATTN: BRIAN L. SCHWALB | oag@dc.gov |
| DLA PIPER LLP (US) | ATTN: JAMILA J WILLIS & MALITHI P FERNANDO | jamila.willis@us.dlapiper.com; malithi.fernando@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN | craig.martin@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: RACHEL EHRLICH ALBANESE | rachel.albanese@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: RICHARD A CHELSEY | richard.chesley@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: STUART BROWN & MATTHER S SARNA | stuart.brown@us.dlapiper.com; matthew.sarna@us.dlapiper.com |
| DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI, ESQ. | amish@doshilegal.com |
| DYKEMA | ATTN: PATRICK L. HUFFSTICKLER, ESQUIRE | phuffstickler@dykema.com |
| EARTHLIGHT TECHNOLOGIES, LLC | ATTN: TIM SCHNEIDER | eltinfo@earthlighttech.com |
| ENPHASE ENERGY, INC. | ATTN: BADRI KOTHANDARAMAN | bkothandaraman@enphaseenergy.com |
| FINCH, THORNTON & BAIRD, LLP | ATTN: JON F. GAUTHIER | jgauthier@ftblaw.com |
| FROST BROWN TODD LLP | ATTN: REBECCA L. MATTHEWS; SLOANE B. O'DONNELL, ESQ. | rmatthews@fbtlaw.com; sodonnell@fbtlaw.com |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ.; BRADLEY P. LEHMAN, ESQ. | mbusenkell@gsbblaw.com; blehman@gsbblaw.com |
| GLAS AMERICAS LLC | | tmgus@glas.agency |
| GOOGLE, INC. | ATTN: SUNDAR PICHAI | sundar@google.com |
| HALPERIN, BATTAGLIA BENZIJA, LLP | ATTN: WALTER BENZIJA, ESQUIRE | wbenzija@halperinlaw.net |
| HARRIS BEACH PLLC | ATTN: LEE E WOODARD | bkemail@harrisbeach.com; broy@harrisbeach.com |
| JACK SHRUM, P.A. | ATTN: "J" JACKSON SHRUM | jshrum@jshrumlaw.com |
| KAMTECH RESTORATION CORP. DBA KAMTECH SOLAR SOLUTIONS | ATTN: KRZYSZTOF KAMISNKI | kkaminski@kamtechsolar.com |
| KENDALL RAY AND RONNET RAY | | EMAIL ADDRESS ON FILE |

SunPower Corporation, *et al.*, Case No. 24-11649 (CTG)
Electronic Mail Master Service List

| NAME | CONTACT | EMAIL |
| --- | --- | --- |
| KING & SPALDING LLP | ATTN: MARY LIZ BRADY; GEOFFREY KING | mbrady@kslaw.com |
| KOHNER, MANN & KAILAS, SC | ATTN: SAMUEL C WISOTZKEY | swisotzkey@kmksc.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: ALEXANDER WOOLVERTON, MEGAN M WASSON & ROSE HILL BAGLEY | awoolverton@kramerlevin.com; mwasson@kramerlevin.com; rbagley@kramerlevin.com |
| KUEHNE NAGEL, INC. | ATTN: STEFAN PAUL | stefan.paul@kuehne-nagel.com |
| LANDIS RATH & COBB LLP | ATTN: MATTHEW B. MCGUIRE, ESQ.; JOSHUA B. BROOKS, ESQ. | mcguire@lrclaw.com; brooks@lrclaw.com |
| LAW OFFICES OF RONALD K BROWN, JR, APC | ATTN: RONALD K BROWN, JR., APC | ron@rkbrownlaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQUIRE | skaufman@skaufmanlaw.com |
| LEGACY SOLAR, LLC | ATTN: LUKE LUGINBUHL | luke@legacysolarpower.com |
| LEONARD ROOFING, INC. | ATTN: BRUCE LEONARD | bruce@leonardroofing.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | sanantonio.bankruptcy@lgbs.com |
| LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, ESQ.; ANDREW BEHLMANN, ESQ.; MICHAEL PAPANDREA, ESQ. | metkin@lowenstein.com; abehlmann@lowenstein.com; mpapandrea@lowenstein.com |
| MANIER & HEROD, P.C | ATTN: SCOTT C. WILLIAMS, MICHAEL E. COLLINS, S. MARC BUCHMAN, CHRISTINA G. BURU | swilliams@manierherod.com; mcollins@manierherod.com; mbuchman@manierherod.com; cburu@manierherod.com |
| MAXEON SOLAR TECHNOLOGIES, LTD. | ATTN: LINDSEY WIEDMANN | lindsey.wiedmann@maxeon.com |
| MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS | jparsons@mvbalaw.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER | gbressler@mdmc-law.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON P. LOOMIS | gloomis@mdmc-law.com |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: MARC N. SWANSON | swansonm@millercanfield.com |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE, ESQ | jody.barillare@morganlewis.com |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: RICHARD STERN; KEVIN J. BIRON; STEPHAN E. HORNUNG; JASON R. ALDERSON | richard.stern@morganlewis.com; kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com; jason.alderson@morganlewis.com |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ, III, ESQUIRE; CHRISTOPHER M. DONNELLY, ESQUIRE | ckunz@morrisjames.com; cdonnelly@morrisjames.com |
| MORRIS JAMES LLP | ATTN: ERIC J. MONZO, ESQ.; JASON S. LEVIN, ESQ. | emonzo@morrisjames.com; jlevin@morrisjames.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW B HARVEY | mharvey@morrisnichols.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: ROBERT J DEHNEY, SR, TAMARA K MANN, MATTHEW O TALMO & CASEY B SAWYER | rdehney@morrisnichols.com; tmann@morrisnichols.com; mtalmo@morrisnichols.com; csawyer@morrisnichols.com |
| NORTON ROSE FULBRIGHT US LLP | ATTN: ERIC DAUCHER, ESQ.; EMILY HONG, ESQ. | eric.daucher@nortonrosefulbright.com; emily.hong@nortonrosefulbright.com |
| OFFICE OF THE ATTY GENERAL OF GUAM | ATTN: DOUGLAS B. MOYLAN | administration@oagguam.org |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY JAY FOX, JR. | timothy.fox@usdoj.gov |
| OFFIT KURMAN, P.A. | ATTN: BRIAN J MCLAUGHLIN | brian.mclaughlin@offitkurman.com |
| OFFIT KURMAN, P.A. | ATTN: JOYCE A. KUHNS | jkuhns@offitkurman.com |
| OPTOMI, LLC | ATTN: CHUCK RUGGIERO | info@optomiservices.com |
| ORACLE CREDIT CORPORATION | ATTN: SAFRA CATZ | safra.catz@oracle.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: LORRAINE MCGOWEN, RANIERO D'AVERSA | lmcgowen@orrick.com; rdaversa@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: NICK SABATINO | nsabatino@orrick.com |

SunPower Corporation, *et al.*, Case No. 24-11649 (CTG)
Electronic Mail Master Service List

| NAME | CONTACT | EMAIL |
|---|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: DEBRA I. GRASSGREEN, ESQ.; BRADFORD J. SANDLER, ESQ.; STEVEN W. GOLDEN, ESQ. | dgrassgreen@pszjlaw.com; bsandler@pszjlaw.com; sgolden@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, ESQ; COLIN R. ROBINSON | bsandler@pszjlaw.com; crobinson@pszjlaw.com |
| PASHMAN STEIN WALDER & HAYDEN, P.C. | ATTN: HENRY J JAFFE & ALEXIS R. GAMBALE | hjaffe@pashmanstein.com; agambale@pashmanstein.com |
| PASHMAN STEIN WALDER & HAYDEN, P.C. | ATTN: MICHAEL J. CUSTER; HENRY J JAFFE | hjaffe@pashmanstein.com; mcuster@pashmanstein.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ | mvaldez@pbfcm.com |
| POTTER ANDERSON & CORROON LLP | ATN: M BLAKE CLEARY & BRETT M HAYWOOD | bcleary@potteranderson.com; bhaywood@potteranderson.com |
| PRO CUSTOM SOLAR, LLC DBA MOMENTUM SOLAR | ATTN: ARTHUR SOURITZIDIS | asouritzidis@momentumsolar.com |
| REVOLV GLOBAL, INC. | ATTN: SCOTT DAVIDSON | sdavidson@revolv.us |
| ROBBINS, GELLER, RUDMAN & DOWD LLP | ATTN: SHAWN WILLIAMS, ESQ.; WILLOW RADCLIFFE, ESQ.; KENNETH BLACK, ESQ.; SNEHEE KHANDESHI, ESQ. | shawnw@rgrdlaw.com; dpfefferbaum@rgrdlaw.com; kennyb@rgrdlaw.com; skhandeshi@rgrdlaw.com |
| SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO, ESQ. | mshriro@singerlevick.com |
| SNELL & WILMER L.L.P. | ATTN: ROBERT R KINAS | rkinas@swlaw.com |
| SNELL & WILMER L.L.P. | ATTN: SUNNY J THOMPSON | sthompson@swlaw.com |
| SOL HOLDING, LLC | ATTN: J ASHWORTH, G MYERS, N ANSHUETZ, | julie.ashworth@global-infra.com; gregg.myers@global-infra.com; nathaniel.anschuetz@global-infra.com; emmanuel.barrois@totalenergies.com; christopher.gillies@totalenergies.com; marine.delaitre@totalenergies.com |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: TREG TAYLOR | attorney.general@alaska.gov |
| STATE OF AMERICAN SAMOA ATTY GENERAL | | ag@la.as.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: KRIS MAYES | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: TIM GRIFFIN | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: ANN E LOPEZ | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR | bankruptcy@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BRENNA BIRD | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: AARON FREY | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: ATHONY G. BROWN | oag@oag.state.md.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ANDREW BAILEY | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: MIKE HILGERS | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D. FORD | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA | attorneygeneral@doj.nh.gov |
| STATE OF NORTH DAKOTA ATTY GENERAL | ATTN: DREW WRIGLEY | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST | trish.lazich@ohioattorneygeneral.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: CORY STEINMETZ | Cory.Steinmetz@OhioAttorneyGeneral.gov |

SunPower Corporation, *et al.*, Case No. 24-11649 (CTG)
Electronic Mail Master Service List

| NAME | CONTACT | EMAIL |
| --- | --- | --- |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: DONNA HOPE | donna.hope@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | attorneygeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MICHELLE HENRY | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTY GENERAL | ATTN: ALAN WILSON | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARK JACKLEY | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI | agbankcal@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES | bankruptcy@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: CHARITY R. CLARK | ago.info@vermont.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES | mailoag@oag.state.va.us |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY | communications@wvago.gov |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL | dojbankruptcynoticegroup@doj.state.wi.us |
| STERN & EISENBERG, PC | ATTN: DAIRE PYLE, ESQ. | dpyle@sterneisenberg.com |
| SYNCRO CORPORATION | ATTN: LARRY FLEMING | larryfleming@syncrocorp.com |
| TEXAS ATTORNEY GENERAL'S OFFICE | ATTN: Christopher S. Murphy | christopher.murphy@oag.texas.gov |
| THE MAGNOZZI LAW FIRM, P.C. | ATTN: Mark F. Magnozzi, Esq; Benjamin Rachelson, Esq | mmagnozzi@magnozzilaw.com |
| THE POWELL FIRM, LLC | ATTN JASON C POWELL & LAUREL A LALONE | jpowell@delawarefirm.com; llalone@delawarefirm.com |
| TN DEPT OF REVENUE | ATTN: LAURA L. MCCLOUD | agbankdelaware@ag.tn.gov |
| TRAVIS COUNTY | ATTN: JASON A STARKS | jason.starks@traviscountytx.gov |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL | ATTN: ARIEL SMITH | info@usvidoj.com |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ATTN: GARY GENSLER | chair@sec.gov |
| WADSWORTH, GARBER, WARNER & CONRARDY, P.C. | ATTN: AARON A. GARBER | agarber@wgwc-law.com |
| WELTMAN, WEINBERG & REIS CO. LPA | ATTN: SCOTT D. FINK | bronationalecf@weltman.com |
| WHITE & CASE LLP | ATN: AARON COLODNY & ROBERT KAMPFNER | aaron.colodny@whitecase.com; rkampfner@whitecase.com |
| WHITE & CASE LLP | ATTN: M. CURVINO, M. GEX, E. SMITH | melissa.curvino@whitecase.com; maia.gez@whitecase.com; elliott.smith@whitecase.com |
| WHITEFORD, TAYLOR & PRESTON LLP | ATTN: Kenneth M. Lewis, Esq. | klewis@whitefordlaw.com |
| WHITEFORD, TAYLOR & PRESTON LLP | ATTN: Richard W. Riley, Esq | rriley@whitefordlaw.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: LISA BITTLE TANCREDI | lisa.tancredi@wbd-us.com |
| XIAMEN AMPACE TECH LTD | ATTN: JAMES LI | contact@ampacetech.com |
| YAW, SCOTT & COSENTINO V. SUNPOWER CORPORATION, SYSTEMS | ATTN: AUBRY WAND | awand@wandlawfirm.com |
| YOUNG CONWAY STARGATT & TAYLOR, LLP | ATTN: ANDREW L MAGAZINER | amagaziner@ycst.com; bankfilings@ycst.com |

SunPower Corporation, *et al.*, Case No. 24-11649 (CTG)
Electronic Mail Additional Service Party

| NAME | CONTACT | EMAIL |
|---|---|---|
| SIMON & SIMON, PC | ATTN: Christopher J. Green, Esq. | christophergreen@gosimon.com |