**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUNPOWER CORPORATION,[1] | ) ) ) | Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | ) ) ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 20, 2025 AT 10:00 A.M. (EDT)**

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.**
>
> **ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM.**
>
> **PLEASE REFER TO JUDGE GOLDBLATT'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-CRAIG-T-GOLDBLATT) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE GOLDBLATT'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025. The Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

RLF1 32979739v.1

**I.     WITHDRAWN MATTER:**

1. Motion for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(a) filed by Leonard Roofing, Inc. [Docket No. 1201; filed December 31, 2024]

    Response/Objection Deadline:    February 6, 2025 at 4:00 p.m. (EST); extended to April 15, 2025 at 4:00 p.m. (EDT); further extended to a date to be determined

    Responses/Objections Received:

    A. Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

    Related Documents:

    i. Certification of Counsel Regarding Order Approving Stipulation by and Between the Plan Administrator and Leonard Roofing, Inc. Allowing Administrative Expense Claims [Docket No. 1480; filed April 23, 2025]

    ii. Order Approving Stipulation by and Between the Plan Administrator and Leonard Roofing, Inc. Allowing Administrative Expense Claims [Docket No. 1482; entered April 23, 2025]

    iii. Notice of Withdrawal of Motion for Allowance and Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(a) filed by Leonard Roofing, Inc. [Docket No. 1500; filed May 7, 2025]

    iv. Notice of Satisfaction of Proof of Claim Asserted by Leonard Roofing Inc. [Docket No. 1501; filed May 8, 2025]

    Status: On May 8, 2025, the movant filed a notice of withdrawal in connection with this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

**II.    ADJOURNED MATTERS:**

2. The Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration [Docket No. 1422; filed April 8, 2025]

    Response/Objection Deadline:    April 29, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration [Docket No. 1493; filed April 28, 2025]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim [Docket No. 1498; filed May 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on June 23, 2025 starting at 10:00 a.m. (EDT).

3. The Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration [Docket No. 1423; filed April 8, 2025]

Response/Objection Deadline:    April 29, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration [Docket No. 1494; filed April 28, 2025]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim [Docket No. 1498; filed May 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on June 23, 2025 starting at 10:00 a.m. (EDT).

### III. **RESOLVED MATTERS:**

4. Motion of SMA Solar Technology America LLC for Allowance and Payment of Administrative Expense Claim [Docket No. 1162; filed December 13, 2024]

Response/Objection Deadline:    December 27, 2024 at 4:00 p.m. (EST); extended to February 6, 2025 at 4:00 p.m. (EST) for the Plan Administrator; further extended to April 15, 2025 at 4:00 p.m. (EDT); further extended to a date to be determined

Responses/Objections Received:

A. Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B. *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

C. Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

Related Documents:

i. Declaration of Teresa Kelley in Support of Motion of SMA Solar Technology America LLC for Allowance and Payment of Administrative Expense Claim [Docket No. 1164; filed December 13, 2024]

ii. Certification of Counsel Regarding Order Approving the Stipulation Resolving the "Motion of SMA Solar Technology America LLC for Allowance and Payment of Administrative Expense Claim" [D.I. 1162], the Unpaid Receivables and Claims 11201 and 11204 [Docket No. 1503; filed May 9, 2025]

iii. Order Approving the Stipulation Resolving the "Motion of SMA Solar Technology America LLC for Allowance and Payment of Administrative Expense Claim" [D.I. 1162], the Unpaid Receivables and Claims 11201 and 11204 [Docket No. 1507; entered May 12, 2025]

Status: On May 12, 2025, the Court entered an order in resolution of this matter. Consequently, no hearing with respect to this matter is required.

5. The Plan Administrator's (Second) Motion for Entry of an Order Further Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 1446; filed April 14, 2025]

Response/Objection Deadline: May 5, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received: None

4

Related Documents:

i. Certification of No Objection Regarding "The Plan Administrator's (Second) Motion for Entry of an Order Further Extending the Deadline to Object to Administrative Claims Under the Plan" [D.I. 1446] [Docket No. 1513; filed May 14, 2025]

ii. Order Further Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 1517; entered May 15, 2025]

Status: On May 15, 2025, the Court entered an order granting the Plan Administrator the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

IV. **MATTERS FILED UNDER A CERTIFICATION OF NO OBJECTION:**

6. The Plan Administrator's Twelfth Omnibus Objection to Certain Partially Satisfied Claims, No Liability Claims, and Insufficient Documentation Claims (Substantive) [Docket No. 1467; filed April 17, 2025]

    Response/Objection Deadline:    May 8, 2025 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None

    Related Documents:

    i. Notice of Submission of Copies of Proofs of Claim [Docket No. 1498; filed May 6, 2025]

    ii. Certification of No Objection "The Plan Administrator's Twelfth Omnibus Objection to Certain Partially Satisfied Claims, No Liability Claims, and Insufficient Documentation Claims (Substantive)" [D.I. 1467] [Docket No. 1518; filed May 15, 2025]

    Status: On May 15, 2025, the Plan Administrator filed a certification of no objection regarding this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

7. The Plan Administrator's Thirteenth Omnibus Objection to Certain Late Claims (Non-Substantive) [Docket No. 1468; filed April 17, 2025]

    Response/Objection Deadline:    May 8, 2025 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim [Docket No. 1498; filed May 6, 2025]

ii. Certification of No Objection "The Plan Administrator's Thirteenth Omnibus Objection to Certain Late Claims (Non-Substantive)" [D.I. 1468] [Docket No. 1519; filed May 15, 2025]

Status: On May 15, 2025, the Plan Administrator filed a certification of no objection regarding this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

Dated: May 16, 2025
Wilmington, Delaware

Respectfully submitted,

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (DE Bar No. 209)
Mark D. Collins (DE Bar No. 2981)
Jason M. Madron (DE Bar No. 4431)
920 N. King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       gross@rlf.com
             collins@rlf.com
             madron@rlf.com

*Counsel to the Plan Administrator*

RLF1 32979739v.1