**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SUNPOWER CORPORATION, *et al.*,[1] | ) | Case No. 24-11649 (CTG) |
| | ) | |
| Wind-Down Debtor. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. 1499** |

## CERTIFICATE OF SERVICE

I, JOSEPH SARACENI, hereby certify that:

1. I am employed as a Senior Consultant by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I understand that, in accordance with rule 5005-4(c)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the below referenced document was electronically filed with the United States Bankruptcy Court for the District of Delaware using the Case Management/Electronic Case Filing System ("CM/ECF") and the filing caused a courtesy copy to be served on registered users of CM/ECF at the time of filing via electronic mail.

3. On May 7, 2025, I caused to be served the "Notice of Withdrawal of 'The Plan Administrator's Notice of Deposition of Solar Savings Direct, Inc.' [D.I. 1453]," dated May 7, 2025 [Docket No. 1499], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025. The Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

4. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Joseph Saraceni*
Joseph Saraceni

**EXHIBIT A**

SUNPOWER CORPORATION, *et al.*
Case No. 24-11649 (CTG)
First Class Mail Parties

SOLAR SAVINGS DIRECT INC
3867 DIVIDEND DR, STE A
SHINGLE SPRINGS, CA 95662


COHEN SEGLIAS PALLAS GREENHALL &
FURMAN, PC
ATTN: EVAN W. RASSMAN
500 DELAWARE AVENUE, SUITE 730
WILMINGTON, DE 19801

**EXHIBIT B**

SunPower Corporation - Case No. 24-11649-CTG
United States Trustee and Counsel for Creditor Trustee Parties Email List

| Name | Attention | Email Address |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY JAY FOX, JR. | timothy.fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: Bradford J. Sandler, Esq.; Colin R. Robinson | bsandler@pszjlaw.com; crobinson@pszjlaw.com |

**TOTAL: 3**

SunPower Corporation - Case No. 24-11649-CTG
Additional Service Party Email List

| Name | Attention | Email Address |
|---|---|---|
| Cohen Seglias Pallas Greenhall & Furman, PC | ATTN: Evan W. Rassman | erassman@cohenseglias.com |// 
| | **TOTAL: 1** | |