## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SUNPOWER CORPORATION, *et al.*,[1] | ) Case No. 24-11649 (CTG) |
| | ) |
| Wind-Down Debtor. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 1501** |

## <u>CERTIFICATE OF SERVICE</u>

I, JOSEPH SARACENI, hereby certify that:

1. I am employed as a Senior Consultant by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I understand that, in accordance with rule 5005-4(c)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the below referenced document was electronically filed with the United States Bankruptcy Court for the District of Delaware using the Case Management/Electronic Case Filing System ("CM/ECF") and the filing caused a courtesy copy to be served on registered users of CM/ECF at the time of filing via electronic mail.

3. On May 8, 2025, I caused to be served the "Notice of Satisfaction of Proof of Claim Asserted by Leonard Roofing, Inc.," dated May 8, 2025 [Docket No. 1501], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

   b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the WindDown Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025. The Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

4.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Joseph Saraceni*
Joseph Saraceni

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALDRIDGE PITE, LLP | (COUNSEL TO NATIONSTAR MORTGAGE) ATTN: EVAN O DURKOVIC 3333 CAMINO DEL RIO SOUTH, STE 225 SAN DIEGO CA 92108 |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | (COUNSEL TO TRI POINTE HOMES, INC. ET AL) ATTN: MATTHEW G BOUSLOG 2010 MAIN STREET, 8TH FLOOR IRVINE CA 92614-7214 |
| AMEX TRS CO., INC | C/O BECKET & LEE LLP MALVERN PA 19355 |
| ASHBY & GEDDES, P.A. | (COUNSEL TO TRI POINTE HOMES, INC., ET AL) ATTN: GREGORY A TAYLOR 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON DE 19801 |
| BANK OF AMERICA, N.A. | ATTN: CHRISTINE TROTTER 540 W MADISON STREET MAIL CODE: IL4-540-22-29 CHICAGO IL 60661 |
| BANK OF MONTREAL | 119, RUE SAINT JACQUES ATTN: SANDRA TAUZIET MONTREAL QC H2Y 1L6 CANADA |
| BECKET & LEE LLP | (COUNSEL TO AMEX TRS CO., INC.) ATTN: SHRADDHA BHARATIA PO BOX 3001 MALVERN PA 19355-0701 |
| BERGER MCDERMOTT LLP | COUNSEL TO: SONEPAR ATTN: PETER C. MCGIVNEY, ESQ. 1105 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| BERGER MCDERMOTT LLP | COUNSEL TO: SONEPAR ATTN: ZACHARY J. SCHNAPP, ESQ. 1105 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| BIELLI & KLAUDER, LLC | (COUNSEL TO KUEHNE + NAGEL INC.) ATTN: DAVID M. KLAUDER 1204 N. KING STREET WILMINGTON DE 19801 |
| BRADLEY ARANT BOULT CUMMINGS LLP | (COUNSEL TO AREVON ENTITIES) ATTN: JAMES B BAILEY ONE FEDERAL PLACE 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| BROWN & CONNERY, LLP | (COUNSEL TO JJD ELECTRIC LLC) ATTN: DONALD K LUDMAN 6 NORTH BROAD STREET, SUITE 100 WOODBURY NJ 08096 |
| BUCHALTER, A PROFESSIONAL CORP | (COUNSEL TO ORACLE AMERICA, INC.) ATTN: SHAWN M. CHRISTIANSON, ESQ. 425 MARKET STREET, SUITE 2900 SAN FRANCISCO CA 94105-3493 |
| BURR & FORMAN LLP | (COUNSEL TO WELLS FARGO BANK, N.A.) ATTN: J. CORY FALGOWSKI 222 DELAWARE AVENUE, SUITE 1030 WILMINGTON DE 19801 |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMIN | (COUNSEL TO CA DEPT OF TAX AND FEE ADMINISTRATON) ATTN: JOAN S. HUH LEGAL DIVISION/LITIGATION BUREAU 651 BANNON STREET, SUITE 100, MIC: 82 SACRAMENTO CA 95811 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | COUNSEL TO KAMTECH ATTN: RICHARD J. MCCORD, ESQ 90 MERRICK AVENUE, 9TH FLOOR EAST MEADOW NY 11554 |
| CHIPMAN BROWN CICERO & COLE | COUNSEL TO HILCO ATTN: MARK L DESGROSSEILLIERS, ESQ. 1313 NORTH MARKET STREET, STE 5400 WILMINGTON DE 19801 |
| COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, PC | (COUNSEL TO SOLAR 4 AMERICA TECHNOLOGY, INC) ATTN: FRANCIS D NARDO 500 DELAWARE AVENUE, SUITE 730 WILMINGTON DE 19801 |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF | LABOR AND INDUSTRY (COUNSEL TO UNEMPLOYMENT COMPENSATION TAX SVCS) ATTN: RYAN STARNOWSKY COLLECTIONS SUPPORT UNIT PO BOX 68568 HARRISBURG PA 17106-8568 |
| COMMONWEALTH OF PUERTO | RICO ATTY GEN ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192 SAN JUAN PR 00902-0192 |
| CROSS & SIMON, LLC | (COUNEL TO STEAMFITTERS LOCAL 449) ATTN: KEVIN S MANN 1105 NORTH MARKET STREET, SUITE 901 WILMINGTON DE 19801 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO BANK OF AMERICA, NA, FIRST LIEN AGT) ATTN: BRIAN M RESNICK, ANGELA M LIBBY & JARRET ERICKSON 450 LEXINGTON AVE NEW YORK NY 10017 |
| DISTRICT OF COLUMBIA ATTY GENERAL | ATTN: BRIAN L. SCHWALB 400 6TH STREET, NW WASHINGTON DC 20001 |
| DLA PIPER LLP (US) | (COUNSEL TO COMPLETE SOLARIA) ATTN: JAMILA J WILLIS & MALITHI P FERNANDO 1251 AVE OF THE AMERICAS, 27TH FL NEW YORK NY 10020 |
| DLA PIPER LLP (US) | (COUNSEL TO COMPLETE SOLARIA) ATTN: RICHARD A CHELSEY 444 W LAKE ST, STE 900 CHICAGO IL 60606-0089 |
| DLA PIPER LLP (US) | (COUNSEL TO COMPLETE SOLARIA) ATTN: STUART BROWN & MATTHER SARNA 1201 N MARKET ST, STE 2100 WILMINGTON DE 19801-1147 |
| DLA PIPER LLP (US) | (COUNSEL TO WIZELINE, INC.) ATTN: R. CRAIG MARTIN 1201 NORTH MARKET STREET, STE 2100 WILMINGTON DE 19801-1147 |
| DLA PIPER LLP (US) | (COUNSEL TO WIZELINE, INC.) ATTN: RACHEL EHRLICH ALBANESE 1251 AVENUE OF THE |

| Claim Name | Address Information |
| --- | --- |
| DLA PIPER LLP (US) | AMERICAS-27TH FL NEW YORK NY 10020 |
| DOSHI LEGAL GROUP, P.C. | (COUNSEL TO ORACLE AMERICA, INC.) ATTN: AMISH R. DOSHI, ESQ 1979 MARCUS AVENUE, SUITE 210E NEW HYDE PARK NY 11042 |
| DYKEMA | (COUNSEL TO ANDERSON LOGISTIC ASSETS LLC) ATTN: PATRICK L HUFFSTICKLER 112 E PECAN STREET, SUITE 1800 SAN ANTONIO TX 78205 |
| FINCH, THORNTON & BAIRD, LLP | ATTN: JON F GAUTHIER 4747 EXECUTIVE DRIVE, SUITE 700 SAN DIEGO CA 92121 |
| FROST BROWN TODD LLC | COUNSEL TO FIFTH THIRD BANK ATTN: SLOANE B. O'DONNELL, ESQ 501 GRANT STREET, SUITE 800 PITTSBURGH PA 15219 |
| FROST BROWN TODD LLP | COUNSEL TO FIFTH THIRD BANK ATTN: REBBECCA MATHEWS 2101 CEDAR SPRINGS RD. DALLAS TX 75201 |
| GELLERT SEITZ BUSENKELL & BROWN LLC | (COUNSEL TO MN8 ENERGY LLC) ATTN: MICHAEL BUSENKELL & BRADLEY P LEHMAN 1201 NORTH ORANGE STREET, SUITE 300 WILMINGTON DE 19801 |
| GLAS AMERICAS LLC | 3 SECOND STREET SUITE 206 JERSEY CITY NJ 07311 |
| HALPERIN BATTAGLIA BENZIJA, LLP | (COUNSEL TO KUEHNE + NAGEL INC.) ATTN: WALTER BENZIJA 40 WALL STREET, 37TH FLOOR NEW YORK NY 10005 |
| HARRIS BEACH PLLC | (COUNSEL TO LEXON & ENDURANCE) ATTN: LEE E WOODARD 333 W WASHINGTON ST, SUITE 200 SYRACUSE NY 13202 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JACK SHRUM, P.A. | (COUNSEL TO BEST PAYMENT SOLUTIONS, INC., TARA AND PAUL GHIGLIERI, AND DENNIS STORZ ET AL) ATTN: 'J' JACKSON SHRUM 919 N MARKET ST, STE 1410 WILMINGTON DE 19801 |
| KENDALL RAY AND RONNET RAY | ADDRESS ON FILE |
| KING & SPALDING LLP | ATTN: MARY LIZ BRADY; GEOFFREY KING 110 N WACKER DR, STE 3800 CHICAGO IL 60606 |
| KOHNER, MANN & KAILAS, SC | (COUNSEL TO RIGHT MANAGEMENT INC) ATTN: SAMUEL C WISOTZKEY WASHINGTON BUILDING BARNABAS BUSINESS CENTER 4650 NORTH PORT WASHINGTON RD MILWAUKEE WI 53212-1059 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (OUNSEL TO ATLAS SP) ATTN: ALEXANDER WOOLVERTON, MEGAN M WASSON & ROSE HILL BAGLEY 1177 AVE OF THE AMERICAS NEW YORK NY 10036 |
| LANDIS RATH & COBB LLP | (COUNSEL TO GOODFINCH MANAGEMENT, LLC) ATTN: MATTHEW B MCGUIRE; JOSHUA B BROOKS 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | COUNEL TO FIFTH THIRD BANK ATTN: SUSAN E. KAUFMAN, ESQUIRE 919 NORTH MARKET STREET, SUITE 460 WILMINGTON DE 19801 |
| LAW OFFICES OF RONALD K BROWN, JR, APC | (COUNSEL TO RREEF AMERICA REIT II PORTFOLIO LP) ATTN: RONALD K BROWN, JR., APC 901 DOVE STREET, SUITE 120 NEWPORT BEACH CA 92660 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO CITY OF EL PASO) ATTN: DON STECKER 112 E PECAN ST., STE 2200 SAN ANTONIO TX 78205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO CITY OF HOUSTON, HOUSTON COMM COLL SYSTEM & HOUSTON ISD) ATTN: TARA L GRUNDEMEIER PO BOX 3064 HOUSTON TX 77253-3064 |
| LOWENSTEIN SANDLER LLP | (COUNSEL TO STEAMFITTERS LOCAL 449) ATTN: MICHAEL ETKIN, A. BEHLMANN, MICHAEL PAPANDREA ONE LOWENSTEIN DRIVE ROSELAND NJ 07068 |
| MANIER & HEROD, P.C. | COUNSEL TO ARCH ATTN: S. WILLIAMS, M. COLLINS, S. MARC BUCHMAN, CHRISTINA G. BURU 1201 DEMONBREUNN STREET, SUITE 900 BIG ROCK TN 37023 |
| MANIER & HEROD, P.C. | COUSEL TO ARCH ATTN: S. WILLIAMS M. COLLINS, S. MARC BUCHMAN, CHRISTINA G. BURU 1201 DEMONBREUN STREET, SUITE 900 NASHVILLE TN 37203 |
| MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | (COUNSEL TO COUNTY OF WILLIAMSON, TEXAS) ATTN: JULIE ANNE PARSONS P.O. BOX 1269 ROUND ROCK TX 78680-1269 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO AMERICAN CONTRACTORS INDEMNITY AND U.S. SPECIALTY INSURANCE COMPANY) ATTN: GARY D. BRESSLER, ESQ. 300 DELAWARE AVENUE, SUITE 1014 WILMINGTON DE 19801 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO AMERICAN CONTRACTORS INDEMNITY CO & U.S. SPECIALTY INSURANCE COMPANY) ATTN: GASTON P. LOOMIS 300 DELAWARE AVENUE, STE 1014 WILMINGTON DE 19801 |
| MILLER, CANFIELD, PADDOCK & STONE, PLC | (COUNSEL TO CARL ZEISS INDUSTRIAL METROLOGY, LLC) ATTN: MARC N. SWANSON 150 W JEFFERSON AVENUE, SUITE 2500 DETROIT MI 48226 |

| Claim Name | Address Information |
| --- | --- |
| MORGAN LEWIS BOCKIUS LLP | (COUNSEL TO CREDIT AGRICOLE) ATTN: RICHARD STERN, KEVIN J BIRON, STEPHAN E HORNUNG; JASON R ALDERSON 101 PARK AVENUE NEW YORK NY 10178 |
| MORGAN, LEWIS & BOCKIUS LLP | (COUNSEL TO CREDIT AGRICOLE) ATTN: JODY C. BARILLARE, ESQ 1201 N MARKET STREET, SUITE 2201 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | (COUNSEL TO ANDERSON LOGISTIC ASSETS LLC) ATTN: CARL N KUNZ; CHRISTOPHER M DONNELLY 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | (COUNSEL TO AREVON ENTITIES) ATTN: ERIC J. MONZO; JASON S. LEVIN 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS, NICHOLS, ARSHT & | TUNNELL LLP (COUNSEL TO HASI) ATTN: MATTHEW B HARVEY 1201 N MARKET ST, 16TH FL PO BOX 1347 WILMINGTON DE 19899-1347 |
| MORRIS, NICHOLS,ARSHT & TUNNELL LLP | (COUNSEL TO BANK OF AMERICA, NA, FIRST LIEN AGT) ATTN: ROBERT J DEHNEY, SR, TAMARA K MANN, MATTHEW O TALMO & CASEY B SAWYER 1201 N MARKET ST, 16TH FL WILMINGTON DE 19899-1347 |
| NORTHERN MARIANA ISLANDS ATTY GEN | ATTN: EDWARD MANIBUSAN CALLER BOX 10007 SAIPAN MP 96950-8907 |
| NORTON ROSE FULBRIGHT US LLP | (COUNSEL TO GOODFINCH MANAGEMENT) ATTN: ERIC DAUCHER; EMILY HONG 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| OFFICE OF THE ATTY GENERAL OF GUAM | ATTN: DOUGLAS B. MOYLAN ADMINISTRATION DIVISION 590 S MARINE CORPS DR, STE 901 TAMUNING GU 96913 |
| OFFIT KURMAN, P.A | (COUNSEL TO BOCKMAN & WOODY ELECTRIC CO.) ATTN: BRIAN J. MCLAUGHLIN, ESQ. 222 DELAWARE AVE, SUITE 1105 WILMINGTON DE 19801 |
| OFFIT KURMAN, P.A. | (COUNSEL TO ZYXEL COMM, INC & BOCKMAN & WOODY ELECTRIC CO, INC) ATTN: BRIAN J MCLAUGHLIN 222 DELAWARE AVE, STE 1105 WILMINGTON DE 19801 |
| OFFIT KURMAN, P.A. | (COUNSEL TO ZYXEL COMM., INC.) ATTN: JOYCE A. KUHNS 1954 GREENSPRING DR, STE 605 TIMONIUM MD 21093 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | (COUNSEL TO HASI) ATTN: LORRAINE MCGOWEN & RANIERO D'AVERSA 51 WEST 52ND STREET NEW YORK NY 10019-6142 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | (COUNSEL TO HASI) ATTN: NICK SABATINO 400 CAPITOL MALL, STE 3000 SACRAMENTO CA 95814-4497 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL FOR THE CREDITOR TRUSTEE) ATTN: BRADFORD J SANDLER; COLIN R ROBINSON 919 N MARKET STREET, 17TH FLOOR PO BOX 8705 WILMINGTON DE 19899-8705 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO OFFICIAL COMM OF UNSECURED CREDITORS) ATTN: D. GRASSGREEN, B. SANDLER, S. GOLDEN 919 N MARKET STREET, 17TH FLOOR PO BOX 8705 WILMINGTON DE 19899-8705 |
| PASHMAN STEIN WALDER & HAYDEN, P.C. | COUNSEL TO TAYLOR MORRISON ATTN: HENRY J. JAFFE & ALEXIS R. GAMBALE 824 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| PASHMAN STEIN WALDER & HAYDEN, P.C. | COUNSEL TO TAYLOR MORRISON ATTN: HENRY J. JAFFE & ALEXIS R. GAMBALE 824 NORTH MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| PASHMAN STEIN WALDER HAYDEN, P.C. | (COUNSEL TO MERITAGE HOMES) ATTN: HENRY J JAFFE; MICHAEL J CUSTER 824 NORTH MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | (COUNSEL TO SAINT GEORGE PLACE MGMNT DISTRICT) ATTN: MELISSA E VALDEZ 1235 NORTH LOOP WEST, SUITE 600 HOUSTON TX 77008 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO SOL HOLDING) ATTN: M BLAKE CLEARY & BRETT HAYWOOD 1313 N MARKET ST, 6TH FL WILMINGTON DE 19801 |
| ROBBINS, GELLER, RUDMAN & DOWD LLP | (COUNSEL TO STEAMFITTERS LOCAL 449) ATTN: SHAWN WILLIAMS, WILLOW RADCLIFFE, KENNETH BLACK, SNEHEE KHANDESHI POST MONTGOMERY CENTER ONE MONTGOMERY STREET, SUITE 1800 SAN FRANCISCO CA 94104 |
| SANDRA BAILEY | ADDRESS ON FILE |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANTONIA APPS, REGIONAL DIR 100 PEARL ST. SUITE 20-100 NEW YORK NY 10004-2616 |
| SINGER & LEVICK, P.C. | (COUNSEL TO B9 SEQUOIA WATERFORD OWNER LP ET AL) ATTN: MICHELLE E. SHRIRO 16200 ADDISON ROAD, SUITE 140 ADDISON TX 75001 |
| SNELL & WILMER L.L.P. | (COUNSEL TO TAYLOR MORRISON ET AL) ATTN: ROBERT R KINAS 1700 S PAVILION CENTER |

| Claim Name | Address Information |
|---|---|
| SNELL & WILMER L.L.P. | DR, STE 700 LAS VEGAS NV 89135 |
| SNELL & WILMER L.L.P. | (COUNSEL TO TAYLOR MORRISON ET AL) ATTN: SUNNY J THOMPSON 2001 K STREET NW, STE 425 WASHINGTON DC 20006 |
| SOL HOLDING, LLC | ATTN: J ASHWORTH, G MYERS, N ANSHUETZ, E BARROIS, C GILLIES, M DELAITRE 1345 AVENUE OF THE AMERICAS, 30TH FL NEW YORK NY 10105 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: TREG TAYLOR 1031 W 4TH AVE, STE 200 ANCHORAGE AK 99501-1994 |
| STATE OF AMERICAN SAMOA ATTY GEN | ATTN: FAINU'ULELEI FALEFATU ALA'ILIMA-UTU AMERICAN SAMOA GOVT, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 |
| STATE OF AMERICAN SAMOA ATTY GEN | DEPT. OF LEGAL AFFAIRS EXECUTIVE OFFICE BLDG., 3RD FLR P.O. BOX 7 UTULEI AS 96799 |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: KRIS MAYES 2005 NORTH CENTRAL AVENUE PHOENIX AZ 85004-2926 |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: TIM GRIFFIN 323 CENTER ST, STE 200 LITTLE ROCK AR 72201-2610 |
| STATE OF CALIFORNIA ATTORNEY GEN | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF CALIFORNIA ATTORNEY GEN | CONSUMER PROTECTION SECTION ATTN: BANKRUPTCY NOTICES 455 GOLDEN GATE AVE., STE. 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER RALPH L CARR COLORADO JUDICIAL BLDG 1300 BROADWAY, 10TH FL DENVER CO 80203 |
| STATE OF CONNECTICUT ATTORNEY GEN | ATTN: WILLIAM TONG 165 CAPITOL AVENUE HARTFORD CT 06106 |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS CARVEL STATE BUILDING 820 N FRENCH ST WILMINGTON DE 19801 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR 40 CAPITOL SQUARE, SW ATLANTA GA 30334 |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: ANN E LOPEZ 425 QUEEN ST HONOLULU HI 96813 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BRENNA BIRD HOOVER STATE OFFICE BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY 1885 N THIRD ST BATON ROUGE LA 70802 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY PO BOX 94005 BATON ROUGE LA 70804 |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: AARON FREY 6 STATE HOUSE STATION AUGUSTA ME 04333 |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: ATHONY G. BROWN 200 ST PAUL PLACE BALTIMORE MD 21202 |
| STATE OF MASSACHUSETTS ATTORNEY GEN | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL G. MENNEN WILLIAMS BLDG 525 W OTTAWA ST - PO BOX 30212 LANSING MI 48909 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GEN | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ANDREW BAILEY SUPREME CT BLDG, 207 W HIGH ST PO BOX 899 JEFFERSON CITY MO 65102 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: MIKE HILGERS 2115 STATE CAPITOL PO BOX 98920 LINCOLN NE 68509 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D. FORD 100 N CARSON ST CARSON CITY NV 89701 |
| STATE OF NEW HAMPSHIRE ATTORNEY GEN | ATTN: JOHN M. FORMELLA NH DEPT OF JUSTICE 33 CAPITOL ST CONCORD NH 03301 |
| STATE OF NEW JERSEY ATTORNEY GEN | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GEN | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |

| Claim Name | Address Information |
|---|---|
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTY GEN | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF NORTH CAROLINA ATTY GEN | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH DAKOTA ATTY GENERAL | ATTN: DREW WRIGLEY 600 E BOULEVARD AVE DEPT 125 BISMARCK ND 58505 |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST 30 E BROAD ST, 14TH FL COLUMBUS OH 43215 |
| STATE OF OHIO ATTORNEY GENERAL'S OFFICE | (COUNSEL TO OHIO DEPT OF JOB AND FAMILY SERVICES; OHIO DEPARTMENT OF TAXATION) ATTN: CORY D. STEINMETZ 30 E BROAD ST, 14TH FLOOR COLUMBUS OH 43125 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: DONNA HOPE 313 NE 21ST ST OKLAHOMA CITY OK 73105 |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM 1162 COURT ST, NE SALEM OR 97301-4096 |
| STATE OF PENNSYLVANIA ATTORNEY GEN | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 |
| STATE OF RHODE ISLAND ATTORNEY GEN | ATTN: PETER F. NERONHA 150 S MAIN ST PROVIDENCE RI 02903 |
| STATE OF SOUTH CAROLINA ATTY GEN | ATTN: ALAN WILSON PO BOX 11549 COLUMBIA SC 29211-1549 |
| STATE OF SOUTH CAROLINA ATTY GEN | ATTN: ALAN WILSON REMBERT C. DENNIS OFFICE BLDG 1000 ASSEMBLY ST, ROOM 519 COLUMBIA SC 29201 |
| STATE OF SOUTH DAKOTA ATTY GEN | ATTN: MARK JACKLEY 1302 EAST HIGHWAY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI PO BOX 20207 NASHVILLE TN 37202-0207 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES 350 N STATE ST, STE 230 SALT LAKE CITY UT 84114-2320 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES PO BOX 142320 SALT LAKE CITY UT 84114-2320 |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: CHARITY R. CLARK 109 STATE ST MONTPELIER VT 05609-1001 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WASHINGTON ATTORNEY GEN | ATTN: BOB FERGUSON 1125 WASHINGTON ST SE OLYMPIA WA 98504-0100 |
| STATE OF WASHINGTON ATTORNEY GEN | ATTN: BOB FERGUSON PO BOX 40100 OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GEN | ATTN: PATRICK MORRISEY STATE CAPITOL COMPLEX, BLDG 1, ROOM E-26 1900 KANAWHA BLVD. E CHARLESTON WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| STERN & EISENBERG, PC | (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS & ALLY BANK) ATTN: DAIRE PYLE, ESQ 200 BIDDLE AVE, SUITE 107 NEWARK DE 19702 |
| TEXAS ATTORNEY GENERAL'S OFFICE | (COUNSEL TO TEXAS COMPTROLLER) ATTN: CHRISTOPHER MURPHY, ASST AG BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| THE MAGNOZZI LAW FIRM, P.C. | (COUNSEL TO ORACLE AMERICA, INC) ATTN: MARK F MAGNOZZI; BENJAMIN RACHELSON 23 GREEN STREET, SUITE 302 HUNTINGTON NY 11743 |
| THE POWELL FIRM, LLC | (COUNSEL TO LEXON & ENDURANCE) ATTN: JASON POWELL & LAUREL LALONE 1813 N FRANKLIN ST - PO BOX 289 WILMINGTON DE 19899 |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION P.O. BOX 20207 NASHVILLE TN 37202-0207 |
| TRAVIS COUNTY | ATTN: JASON A STARKS ASSISTANT COUNTY ATTORNEY AUSTIN TX 78767 |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL | 3438 KRONDPRINDSENS GADE GERS BLDG 2ND FLOOR ST. THOMAS 00802 VIRGIN ISLANDS |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL | ATTN: ARIEL SMITH 3438 KRONDPRINDSENS GADE GERS BUILDING,2ND FLOOR ST. THOMAS 00802 VIRGIN ISLANDS |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| US ATTORNEYS OFFICE, DELAWARE | ATTN: DAVID C. WEISS HERCULES BUILDING 1313 N. MARKET ST, PO BOX 2046 WILMINGTON DE 19801 |
| WADSWORTH, GARBER, WARNER & CONRARDY, P.C. | (COUNSEL TO DREAM FINDERS HOMES, INC.) ATTN: AARON A. GARBER, ESQ. 2580 W. MAIN ST. LITTLETON CO 80120 |
| WELTMAN, WEINBERG & REIS CO. LPA | (COUNSEL TO TOYOTA INDUSTRIES COMMERCIAL FINANCE) ATTN: SCOTT D FIND 5990 WEST CREEK RD SUITE 200 INDEPENDENCE OH 44131 |
| WHITE & CASE LLP | (COUNSEL TO SOL HOLDING) ATN: AARON COLODNY, ROBERT KAMPFNER 555 S FLOWER ST, |

| Claim Name | Address Information |
|---|---|
| WHITE & CASE LLP | STE 2700 LOS ANGELES CA 90071 |
| WHITE & CASE LLP | ATTN: M. CURVINO, M. GEX, E. SMITH 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| WHITEFORD, TAYLOR & PRESTON LLC | (COUNSEL TO DONALD E. GARLAND) ATTN: RICHARD W. RILEY, ESQ. 600 NORTH KING STREET, SUITE 300 WILMINGTON DE 19801 |
| WHITEFORD, TAYLOR & PRESTON LLP | (COUNSEL TO DONALD E. GARLAND) ATTN: KENNETH M. LEWIS, ESQ. 444 MADISON AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| WOMBLE BOND DICKINSON (US) LLP | COUNSEL TO ARCH ATTN:LISA BITTLE TANCREDI 1313 NORTH MARKET STREET, STE 1200 WILMINGTON DE 19801 |
| YOUNG CONWAY STARGATT & TAYLOR, LLP | (COUNSEL TO ATLAS SP) ATTN: ANDREW L MAGAZINER RODNEY SQ; 1000 N KING ST WILMINGTON DE 19801 |

**Total Creditor count: 163**

| Claim Name | Address Information |
| --- | --- |
| LEONARD ROOFING INC | ATTN BRUCE LEONARD, PRESIDENT 43280 BUSINESS PARK DR, STE 107 TEMECULA CA 92590 |
| LEONARD ROOFING INC | C/O GOLDEN GOODRICH LLP ATTN JEFFREY I GOLDEN & RYAN W BEALL 3070 BRISTOL ST, STE 640 COSTA MESA CA 92626 |
| LEONARD ROOFING INC | C/O RAINES FELDMAN LITTRELL LLP ATTN DANIEL R SCHIMIZZI 11 STANWIX ST, 11TH FL PITTSBURGH PA 15222 |
| LEONARD ROOFING INC | C/O RAINES FELDMAN LITTRELL LLP ATTN THOMAS J FRANCELLA JR 1200 N BROOM ST WILMINGTON DE 19806 |
| LEONARD ROOFING INC | C/O RAINES FELDMAN LITTRELL LLP ATTN THOMAS J FRANCELLA JR & MARK ECKARD 1200 N BROOM ST WILMINGTON DE 19806 |
| LEONARD ROOFING INC. | 43280 BUSINESS PARK DR. STE.107 TEMECULA CA 92590 |
| LEONARD ROOFING INC. | 4704 N. SONORA AVENUE FRESNO CA 93722 |
| TIBBS, TAKESHA; C/O: STEBELTON SNIDER | ATTN: MICKELLEA M. TENNIS 109 NORTH BROAD STREET SUITE 200 LANCASTER OH 43130 |

**Total Creditor count: 8**

**EXHIBIT B**

SUNPOWER CORPORATION, *et al* .,
Case No. 24-11649 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|------|------|---------------|
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: ERICA N. REEVES | ereeves@akingump.com |
| ALDRIDGE PITE, LLP | ATTN: EVAN O. DURKOVIC | bkecfinbox@aldridgepite.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN: MATTHEW G. BOUSLOG, ESQ. | mbouslog@allenmatkins.com |
| ALPLUS, INC. | | info@alplus.us |
| ALUMINIO DE BAJA CALI | ATTN: WADIH KURI | wkuri@abc-aluminum.com |
| AMAZON WEB SERVICES, INC. | ATTN: MATT GARMAN | matt.garman@amazon.com |
| ASHBY & GEDDES, P.A. | ATTN: GREGORY A. TAYLOR | gtaylor@ashbygeddes.com |
| BANK OF MONTREAL | ATTN: SANDRA TAUZIET | sandra.tauziet@bmo.com |
| BERGER MCDERMOTT LLP | ATTN: ZACHARY J. SCHNAPP, ESQ. | zschnapp@bergermcdermott.com |
| BERGER MCDERMOTT LLP | ATTN: PETER C. MCGIVNEY | pmcgivney@bergermcdermott.com |
| BEST PAYMENT SOLUTIONS, INC. | ATTN: GINA GENNETTE | ginag@bestpayment.solutions |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER, ESQUIRE | dklauder@bk-legal.com |
| BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: JAMES B. BAILEY, ESQ. | jbailey@bradley.com |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN | dludman@brownconnery.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | schristianson@buchalter.com |
| BURR & FORMAN LLP | ATTN: J. CORY FALGOWSKI | jfalgowski@burr.com |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION | ATTN: JOAN S. HUH | joan.huh@cdtfa.ca.gov |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD, ESQ. | rmccord@certilmanbalin.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: MARK L. DESGROSSEILLIERS,ESQ | desgross@chipmanbrown.com |
| COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C. | ATTN: FRANCIS D. NARDO | fnardo@cohenseglias.com |

SUNPOWER CORPORATION, *et al* .,
Case No. 24-11649 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|------|------|---------------|
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY | ATTN: RYAN STARNOWSKY | ra-li-ucts-bankrupt@state.pa.us |
| CRAVATH, SWAINE & MOORE LLP | ATTN: FAIZA J. SAEED | fsaeed@cravath.com |
| CROSS & SIMON, LLC | ATTN: KEVIN S. MANN, ESQ. | kmann@crosslaw.com |
| DALSIN INDUSTRIES, INC. | ATTN: TOM SCHMELING | tschmeling@dalsinind.com |
| DAVIS POLK & WARDWELL LLP | ATTN: BRIAN M RESNICK, ANGELA M LIBBY & JARRET ERICKSON | jarret.erickson@davispolk.com; angela.libby@davispolk.com; brian.resnick@davispolk.com |
| DISTRICT OF COLUMBIA ATTY GENERAL | ATTN: BRIAN L. SCHWALB | oag@dc.gov |
| DLA PIPER LLP (US) | ATTN: JAMILA J WILLIS & MALITHI P FERNANDO | jamila.willis@us.dlapiper.com; malithi.fernando@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN | craig.martin@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: RACHEL EHRLICH ALBANESE | rachel.albanese@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: RICHARD A CHELSEY | richard.chesley@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: STUART BROWN & MATTHER S SARNA | stuart.brown@us.dlapiper.com; matthew.sarna@us.dlapiper.com |
| DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI, ESQ. | amish@doshilegal.com |
| DYKEMA | ATTN: PATRICK L. HUFFSTICKLER, ESQUIRE | phuffstickler@dykema.com |
| EARTHLIGHT TECHNOLOGIES, LLC | ATTN: TIM SCHNEIDER | eltinfo@earthlighttech.com |
| ENPHASE ENERGY, INC. | ATTN: BADRI KOTHANDARAMAN | bkothandaraman@enphaseenergy.com |
| FINCH, THORNTON & BAIRD, LLP | ATTN: JON F. GAUTHIER | jgauthier@ftblaw.com |
| FROST BROWN TODD LLP | ATTN: REBECCA L. MATTHEWS; SLOANE B. O'DONNELL, ESQ. | rmatthews@fbtlaw.com; sodonnell@fbtlaw.com |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ.; BRADLEY P. LEHMAN, ESQ. | mbusenkell@gsbblaw.com; blehman@gsbblaw.com |

SUNPOWER CORPORATION, *et al* .,
Case No. 24-11649 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|------|------|---------------|
| GLAS AMERICAS LLC | | tmgus@glas.agency |
| GOOGLE, INC. | ATTN: SUNDAR PICHAI | sundar@google.com |
| HALPERIN, BATTAGLIA BENZIJA, LLP | ATTN: WALTER BENZIJA, ESQUIRE | wbenzija@halperinlaw.net |
| HARRIS BEACH PLLC | ATTN: LEE E WOODARD | bkemail@harrisbeach.com; broy@harrisbeach.com |
| JACK SHRUM, P.A. | ATTN: "J" JACKSON SHRUM | jshrum@jshrumlaw.com |
| KAMTECH RESTORATION CORP. DBA KAMTECH SOLAR SOLUTIONS | ATTN: KRZYSZTOF KAMISNKI | kkaminski@kamtechsolar.com |
| KENDALL RAY AND RONNET RAY | | EMAIL ADDRESS ON FILE |
| KING & SPALDING LLP | ATTN: MARY LIZ BRADY; GEOFFREY KING | mbrady@kslaw.com |
| KOHNER, MANN & KAILAS, SC | ATTN: SAMUEL C WISOTZKEY | swisotzkey@kmksc.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: ALEXANDER WOOLVERTON, MEGAN M WASSON & ROSE HILL BAGLEY | awoolverton@kramerlevin.com; mwasson@kramerlevin.com; rbagley@kramerlevin.com |
| KUEHNE NAGEL, INC. | ATTN: STEFAN PAUL | stefan.paul@kuehne-nagel.com |
| LANDIS RATH & COBB LLP | ATTN: MATTHEW B. MCGUIRE, ESQ.; JOSHUA B. BROOKS, ESQ. | mcguire@lrclaw.com; brooks@lrclaw.com |
| LAW OFFICES OF RONALD K BROWN, JR, APC | ATTN: RONALD K BROWN, JR., APC | ron@rkbrownlaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQUIRE | skaufman@skaufmanlaw.com |
| LEGACY SOLAR, LLC | ATTN: LUKE LUGINBUHL | luke@legacysolarpower.com |
| LEONARD ROOFING, INC. | ATTN: BRUCE LEONARD | bruce@leonardroofing.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | sanantonio.bankruptcy@lgbs.com |

SUNPOWER CORPORATION, *et al* .,
Case No. 24-11649 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|------|------|---------------|
| LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, ESQ.; ANDREW BEHLMANN, ESQ.; MICHAEL PAPANDREA, ESQ. | metkin@lowenstein.com; abehlmann@lowenstein.com; mpapandrea@lowenstein.com |
| MANIER & HEROD, P.C | ATTN: SCOTT C. WILLIAMS, MICHAEL E. COLLINS, S. MARC BUCHMAN, CHRISTINA G. BURU | swilliams@manierherod.com; mcollins@manierherod.com; mbuchman@manierherod.com; cburu@manierherod.com |
| MAXEON SOLAR TECHNOLOGIES, LTD. | ATTN: LINDSEY WIEDMANN | lindsey.wiedmann@maxeon.com |
| MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS | jparsons@mvbalaw.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER | gbressler@mdmc-law.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON P. LOOMIS | gloomis@mdmc-law.com |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: MARC N. SWANSON | swansonm@millercanfield.com |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE, ESQ | jody.barillare@morganlewis.com |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: RICHARD STERN; KEVIN J. BIRON; STEPHAN E. HORNUNG; JASON R. ALDERSON | richard.stern@morganlewis.com; kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com; jason.alderson@morganlewis.com |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ, III, ESQUIRE; CHRISTOPHER M. DONNELLY, ESQUIRE | ckunz@morrisjames.com; cdonnelly@morrisjames.com |
| MORRIS JAMES LLP | ATTN: ERIC J. MONZO, ESQ.; JASON S. LEVIN, ESQ. | emonzo@morrisjames.com; jlevin@morrisjames.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW B HARVEY | mharvey@morrisnichols.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: ROBERT J DEHNEY, SR, TAMARA K MANN, MATTHEW O TALMO & CASEY B SAWYER | rdehney@morrisnichols.com; tmann@morrisnichols.com; mtalmo@morrisnichols.com; csawyer@morrisnichols.com |

SUNPOWER CORPORATION, *et al* .,
Case No. 24-11649 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|------|------|---------------|
| NORTON ROSE FULBRIGHT US LLP | ATTN: ERIC DAUCHER, ESQ.; EMILY HONG, ESQ. | eric.daucher@nortonrosefulbright.com; emily.hong@nortonrosefulbright.com |
| OFFICE OF THE ATTY GENERAL OF GUAM | ATTN: DOUGLAS B. MOYLAN | administration@oagguam.org |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY JAY FOX, JR. | timothy.fox@usdoj.gov |
| OFFIT KURMAN, P.A. | ATTN: BRIAN J MCLAUGHLIN | brian.mclaughlin@offitkurman.com |
| OFFIT KURMAN, P.A. | ATTN: JOYCE A. KUHNS | jkuhns@offitkurman.com |
| OPTOMI, LLC | ATTN: CHUCK RUGGIERO | info@optomiservices.com |
| ORACLE CREDIT CORPORATION | ATTN: SAFRA CATZ | safra.catz@oracle.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: LORRAINE MCGOWEN, RANIERO D'AVERSA | lmcgowen@orrick.com; rdaversa@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: NICK SABATINO | nsabatino@orrick.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: DEBRA I. GRASSGREEN, ESQ.; BRADFORD J. SANDLER, ESQ.; STEVEN W. GOLDEN, ESQ. | dgrassgreen@pszjlaw.com; bsandler@pszjlaw.com; sgolden@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, ESQ; COLIN R. ROBINSON | bsandler@pszjlaw.com; crobinson@pszjlaw.com |
| PASHMAN STEIN WALDER & HAYDEN, P.C. | ATTN: HENRY J JAFFE & ALEXIS R. GAMBALE | hjaffe@pashmanstein.com; agambale@pashmanstein.com |
| PASHMAN STEIN WALDER & HAYDEN, P.C. | ATTN: MICHAEL J. CUSTER; HENRY J JAFFE | hjaffe@pashmanstein.com; mcuster@pashmanstein.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ | mvaldez@pbfcm.com |
| POTTER ANDERSON & CORROON LLP | ATN: M BLAKE CLEARY & BRETT M HAYWOOD | bcleary@potteranderson.com; bhaywood@potteranderson.com |
| PRO CUSTOM SOLAR, LLC DBA MOMENTUM SOLAR | ATTN: ARTHUR SOURITZIDIS | asouritzidis@momentumsolar.com |
| REVOLV GLOBAL, INC. | ATTN: SCOTT DAVIDSON | sdavidson@revolv.us |

SUNPOWER CORPORATION, *et al* .,

Case No. 24-11649 (CTG)

Email Master Service List

| Name | Attn | Email Address |
|---|---|---|
| ROBBINS, GELLER, RUDMAN & DOWD LLP | ATTN: SHAWN WILLIAMS, ESQ.; WILLOW RADCLIFFE, ESQ.; KENNETH BLACK, ESQ.; SNEHEE KHANDESHI, ESQ. | shawnw@rgrdlaw.com; dpfefferbaum@rgrdlaw.com; kennyb@rgrdlaw.com; skhandeshi@rgrdlaw.com |
| SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO, ESQ. | mshriro@singerlevick.com |
| SNELL & WILMER L.L.P. | ATTN: ROBERT R KINAS | rkinas@swlaw.com |
| SNELL & WILMER L.L.P. | ATTN: SUNNY J THOMPSON | sthompson@swlaw.com |
| SOL HOLDING, LLC | ATTN: J ASHWORTH, G MYERS, N ANSHUETZ, | julie.ashworth@global-infra.com; gregg.myers@global-infra.com; nathaniel.anschuetz@global-infra.com; emmanuel.barrois@totalenergies.com; christopher.gillies@totalenergies.com; marine.delaitre@totalenergies.com |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: TREG TAYLOR | attorney.general@alaska.gov |
| STATE OF AMERICAN SAMOA ATTY GENERAL | | ag@la.as.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: KRIS MAYES | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: TIM GRIFFIN | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: ANN E LOPEZ | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR | bankruptcy@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BRENNA BIRD | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: AARON FREY | attorney.general@maine.gov |

SUNPOWER CORPORATION, *et al* .,
Case No. 24-11649 (CTG)
Email Master Service List

| Name | Attn | Email Address |
| --- | --- | --- |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: ATHONY G. BROWN | oag@oag.state.md.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ANDREW BAILEY | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: MIKE HILGERS | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D. FORD | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA | attorneygeneral@doj.nh.gov |
| STATE OF NORTH DAKOTA ATTY GENERAL | ATTN: DREW WRIGLEY | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST | trish.lazich@ohioattorneygeneral.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: CORY STEINMETZ | cory.steinmetz@ohioattorneygeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: DONNA HOPE | donna.hope@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | attorneygeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MICHELLE HENRY | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTY GENERAL | ATTN: ALAN WILSON | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARK JACKLEY | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI | agbankcal@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES | bankruptcy@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: CHARITY R. CLARK | ago.info@vermont.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES | mailoag@oag.state.va.us |

SUNPOWER CORPORATION, *et al* .,
Case No. 24-11649 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|------|------|---------------|
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY | communications@wvago.gov |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL | dojbankruptcynoticegroup@doj.state.wi.us |
| STERN & EISENBERG, PC | ATTN: DAIRE PYLE, ESQ. | dpyle@sterneisenberg.com |
| SYNCRO CORPORATION | ATTN: LARRY FLEMING | larryfleming@syncrocorp.com |
| TEXAS ATTORNEY GENERAL'S OFFICE | ATTN: CHRISTOPHER S. MURPHY | christopher.murphy@oag.texas.gov |
| THE MAGNOZZI LAW FIRM, P.C. | ATTN: MARK F. MAGNOZZI, ESQ; BENJAMIN RACHELSON, ESQ | mmagnozzi@magnozzilaw.com |
| THE POWELL FIRM, LLC | ATTN JASON C POWELL & LAUREL A LALONE | jpowell@delawarefirm.com; llalone@delawarefirm.com |
| TN DEPT OF REVENUE | ATTN: LAURA L. MCCLOUD | agbankdelaware@ag.tn.gov |
| TRAVIS COUNTY | ATTN: JASON A STARKS | jason.starks@traviscountytx.gov |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL | ATTN: ARIEL SMITH | info@usvidoj.com |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ATTN: GARY GENSLER | chair@sec.gov |
| WADSWORTH, GARBER, WARNER & CONRARDY, P.C. | ATTN: AARON A. GARBER | agarber@wgwc-law.com |
| WELTMAN, WEINBERG & REIS CO. LPA | ATTN: SCOTT D. FINK | bronationalecf@weltman.com |
| WHITE & CASE LLP | ATN: AARON COLODNY & ROBERT KAMPFNER | aaron.colodny@whitecase.com; rkampfner@whitecase.com |
| WHITE & CASE LLP | ATTN: M. CURVINO, M. GEX, E. SMITH | melissa.curvino@whitecase.com; maia.gez@whitecase.com; elliott.smith@whitecase.com |
| WHITEFORD, TAYLOR & PRESTON LLP | ATTN: KENNETH M. LEWIS, ESQ. | klewis@whitefordlaw.com |
| WHITEFORD, TAYLOR & PRESTON LLP | ATTN: RICHARD W. RILEY, ESQ | rriley@whitefordlaw.com |

SUNPOWER CORPORATION, *et al*.,
Case No. 24-11649 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|---|---|---|
| WOMBLE BOND DICKINSON (US) LLP | ATTN: LISA BITTLE TANCREDI | lisa.tancredi@wbd-us.com |
| XIAMEN AMPACE TECH LTD | ATTN: JAMES LI | contact@ampacetech.com |
| YAW, SCOTT & COSENTINO V. SUNPOWER CORPORATION, SYSTEMS | ATTN: AUBRY WAND | awand@wandlawfirm.com |
| YOUNG CONWAY STARGATT & TAYLOR, LLP | ATTN: ANDREW L MAGAZINER | amagaziner@ycst.com; bankfilings@ycst.com |

SUNPOWER CORPORATION, *et al* .,

Case No. 24-11649 (CTG)

Email Service List - Claimant and Counsel

| Name | Attn | Email Address |
| --- | --- | --- |
| GOLDEN GOODRICH LLP | ATTN: JEFFREY I GOLDEN; RYAN W BEALL | jgolden@go2.law; rbeall@go2.law |
| LEONARD ROOFING, INC. | | bruce@leonardroofing.com |
| LEONARD ROOFING, INC. | | erica@leonardroofing.com |
| RAINES FELDMAN LITTRELL LLP | ATTN: THOMAS J FRANCELLA JR; MARK ECKARD | tfrancella@raineslaw.com; meckard@raineslaw.com |