**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SUNPOWER CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11649 (CTG)<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 12194

AFCO Acceptance Corporation ("<u>AFCO</u>"), through undersigned counsel, hereby withdraws its Claim No. 12194 in the above-captioned matter as AFCO has been paid in full from its collateral pursuant to the *Order Approving Stipulation Granting AFCO Acceptance Corporation Relief from the Automatic Stay and/or Plan Injunctions to Exercise Contractual Rights* (D.I. 1105).

DATED: June 17, 2025                    Respectfully submitted,

*/s/ Emily K. Devan*
Emily K. Devan
    DE Bar No.: 6104
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, Maryland 21202
Tel:  (410) 385-3413
Fax:  (410) 385-3700
Email:  edevan@milesstockbridge.com

*Attorneys for AFCO Credit Corporation*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 17th day of June, 2025, a true and correct copy of the foregoing was served on all counsel of record electronically via CMECF.

           /s/ *Emily K. Devan*
           Emily K. Devan

G1540\4908-2445-4222