**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SUNPOWER CORPORATION,[1] | ) Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 25, 2025 AT 10:00 A.M. (EDT)**

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.**
>
> **ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM.**
>
> **PLEASE REFER TO JUDGE GOLDBLATT'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-CRAIG-T-GOLDBLATT) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE GOLDBLATT'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025. The Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

RLF1 33589492v.1

**I.  WITHDRAWN MATTER:**

1. Motion of Meritage Homes of California a/k/a Meritage Homes the Northern California and Southern California Divisions, for Relief from Stay, to Exercise its Setoff Rights if the Debtor and Court do Not Acknowledge that Withheld Sequestered Funds are Not Property of the Estate and Should be Distributed Directly to Allowed Unpaid Subcontractors of SunPower Pursuant to 11 U.S.C. §§ 105(a), 362(d) and 553(a) and Pursuant to the Amended Joint Chapter 11 Plan of SunPower and its Debtors Affiliates at Article VIII Section E [Docket No. 867; filed October 18, 2024]

    Response/Objection Deadline:  November 1, 2024 at 4:00 p.m. (EDT); extended to December 2, 2024 at 4:00 p.m. (EST) for the Debtors; further extended to February 13, 2025 at 4:00 p.m. (EST); further extended to April 15, 2025 at 4:00 p.m. (EDT); further extended to June 16, 2025 at 4:00 p.m. (EDT)

    Responses/Objections Received:

    A.  Informal comments from the Debtors and the Plan Administrator

    Related Documents:

    i.  Notice of Withdrawal of D.I. 867 [Docket No. 1602; filed August 4, 2025]

    Status:  On August 4, 2025, the movant filed a notice of withdrawal with prejudice in connection with this matter.  Accordingly, a hearing with respect to this matter is no longer necessary.

**II.  ADJOURNED MATTERS:**

2.  The Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration [Docket No. 1422; filed April 8, 2025]

    Response/Objection Deadline:  April 29, 2025 at 4:00 p.m. (EDT)

    Responses/Objections Received:

    A.  California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration [Docket No. 1493; filed April 28, 2025]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim [Docket No. 1498; filed May 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on September 22, 2025 starting at 10:00 a.m. (EDT).

3. The Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration [Docket No. 1423; filed April 8, 2025]

Response/Objection Deadline:    April 29, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration [Docket No. 1494; filed April 28, 2025]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim [Docket No. 1498; filed May 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on September 22, 2025 starting at 10:00 a.m. (EDT).

III. **RESOLVED MATTER:**

4. The Plan Administrator's (Third) Motion for Entry of an Order Further Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 1573; filed July 14, 2025]

Response/Objection Deadline:    July 8, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:    None

Related Documents:

i. Certification of No Objection Regarding "The Plan Administrator's (Third) Motion for Entry of an Order Further Extending the Deadline to Object to Administrative Claims Under the Plan" [D.I. 1573] [Docket No. 1606; filed August 11, 2025]

ii. Order Further Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 1609; entered August 11, 2025]

Status: On August 11, 2025, the Court entered an order granting the Plan Administrator the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

## IV. CONTESTED MATTERS GOING FORWARD:

5. Letter Requesting Discovery from The Plan Administrator filed by Chrisine Kosydar [Docket No. 1588; filed July 23, 2025]

    Response/Objection Deadline:        N/A

    Responses/Objections Received:

    A.  Letter to The Honorable Craig T. Goldblatt in Response and Opposition to the Letter Request of Christine Kosydar Requesting Discovery from The Plan Administrator [Docket No. 1590; filed July 23, 2025]

    Related Documents:

    i.  Christine Kosydar's Motion to Interpret and Enforce Plan and Confirmation Order [Docket No. 1544; filed June 6, 2025]

    ii. Limited Objection and Reservation of Rights of the Plan Administrator to "Christine Kosydar's Motion to Interpret and Enforce Plan and Confirmation Order [D.I. 544]" [Docket No. 1552; filed June 16, 2025]

    iii. Christine Kosydar's Reply to Plan Administrator's Objection to Motion to Interpret and Enforce Plan and Confirmation Order [Docket No. 1556; filed June 20, 2025]

    Status: A hearing on this matter will go forward on a contested basis.

6. The Plan Administrator's Fourteenth Omnibus Objection to Certain No Liability Claims and Insufficient Documentation Claims (Substantive) [Docket No. 1594; filed July 24, 2025]

    Response/Objection Deadline:        August 14, 2025 at 4:00 p.m. (EDT); extended for the Internal Revenue Service until April 21, 2025 at 10:00 a.m. (EDT)

    Responses/Objections Received:

    A.  See **Exhibit A** attached

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim [Docket No. 1607; filed August 11, 2025]

Status: A hearing on this matter will go forward.

7. The Plan Administrator's Fifteenth Omnibus Objection to Certain Late Claims (Non-Substantive) [Docket No. 1595; filed July 24, 2025]

Response/Objection Deadline:    August 14, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. See **Exhibit B** attached

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim [Docket No. 1607; filed August 11, 2025]

Status: The Plan Administrator intends to submit a revised form of order in connection with this matter under a certification of counsel in advance of the hearing. Consequently, a hearing on this matter should only be required at this time to the extent that the Court has any questions or concerns with respect to the Plan Administrator's anticipated certification of counsel submission.

8. Motion for Payment filed by Lisa A. Kuntz [Docket No. 1603; filed August 1, 2025]

Response/Objection Deadline:    August 18, 2025

Responses/Objections Received:

A. Creditor Trustee's Objection and Reservation of Rights to Motion for Payment filed by Lisa A. Kuntz [Docket No. 1608; filed August 11, 2025]

B. Limited Objection and Reservation of Rights of The Plan Administrator to the "Motion for Payment" [D.I. 1603] [Docket No. 1614; filed August 18, 2025]

Status: The hearing on this matter will go forward on a contested basis.

Dated: August 21, 2025  
       Wilmington, Delaware

Respectfully submitted,

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (DE Bar No. 209)
Mark D. Collins (DE Bar No. 2981)
Jason M. Madron (DE Bar No. 4431)
Zachary J. Javorsky (DE Bar No. 7069)
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: gross@rlf.com
       collins@rlf.com
       madron@rlf.com
       javorsky@rlf.com

*Counsel to the Plan Administrator*

# EXHIBIT A

The Plan Administrator's Fourteenth Omnibus Objection to Certain No Liability Claims and Insufficient Documentation Claims (Substantive) [Docket No. 1594]

|   | RESPONSES | STATUS |
|---|---|---|
| **INFORMAL RESPONSES** | | |
| 1 | NONE | |
| **FORMAL RESPONSES** | | |
| 2 | Cigna Health and Life Insurance Company – Claim No. 133 [Docket No. 1599] | Hearing is adjourned to September 22, 2025 starting at 10:00 a.m. (EDT) |

# EXHIBIT B

The Plan Administrator's Fifteenth Omnibus Objection to Certain
Late Claims (Non-Substantive) [Docket No. 1595]

|   | RESPONSES | STATUS |
|---|---|---|
| **INFORMAL RESPONSES** | | |
| 1 | NONE | |
| **FORMAL RESPONSES** | | |
| 2 | Jose Ramos – Claim No. 12642 [Docket No. 1601] | The Plan Administrator's objection to Claim No. 12642 has been resolved. Such resolution will be reflected on the proposed order filed with the Court under certification. |
| 3 | Merlene Steinbeck – Claim No. 12649 [Docket No. 1605] | Hearing is adjourned to a date and time to be determined |
| 4 | Alfredo Montoya – Claim No. 633 [Docket No. 1611] | Hearing is adjourned to a date and time to be determined |