## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SUNPOWER CORPORATION,[1] | ) Case No. 24-11649 (CTG) |
| | ) |
| Wind-Down Debtor. | ) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 22, 2025 AT 10:00 A.M. (EDT)

THIS PROCEEDING WILL BE CONDUCTED IN-PERSON
AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT
OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR,
COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS
PERMITTED TO APPEAR REMOTELY VIA ZOOM.

PLEASE REFER TO JUDGE GOLDBLATT'S CHAMBERS PROCEDURES
(HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-CRAIG-T-GOLDBLATT) AND THE
COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-
APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY,
THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE
GOLDBLATT'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE
ADVANCE REGISTRATION REQUIREMENTS.

REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY
BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING
THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025. The Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

## I.     <u>WITHDRAWAN MATTER</u>:

1.     The Plan Administrator's Fourteenth Omnibus Objection to Certain No Liability Claims and Insufficient Documentation Claims (Substantive) [Docket No. 1594; filed July 24, 2025]

      <u>Response/Objection Deadline</u>:      August 14, 2025 at 4:00 p.m. (EDT); extended for the Internal Revenue Service until April 21, 2025 at 10:00 a.m. (EDT)

      <u>Responses/Objections Received</u>:

      A.     See **<u>Exhibit A</u>** attached

      <u>Related Documents</u>:

      i.     Notice of Submission of Copies of Proofs of Claim [Docket No. 1607; filed August 11, 2025]

      ii.     Order Sustaining Plan Administrator's Fourteenth Omnibus Objection to Certain No Liability Claims and Insufficient Documentation Claims (Substantive) [Docket No. 1627; entered August 25, 2025]

      iii.     Notice of Withdrawal of "The Plan Administrator's Fourteenth Omnibus Objection to Certain No Liability Claims and Insufficient Documentation Claims (Substantive)" *Soley with Respect to Proof of Claim No. 133* filed by Cigna Health and Life Insurance Company [Docket No. 1639; filed September 17, 2025]

      <u>Status</u>:  On August 25, 2025, the Court entered an order in connection with this matter resolving various claims subject thereto.  On September 17, 2025, the Plan Administrator filed a notice of withdrawal resolving this matter as it relates to the remaining claim of Cigna Health and Life Insurance Company subject thereto.  Accordingly, a hearing on this matter is no longer necessary.

## II.     <u>ADJOURNED MATTERS</u>:

2.     The Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration [Docket No. 1422; filed April 8, 2025]

      <u>Response/Objection Deadline</u>:      April 29, 2025 at 4:00 p.m. (EDT)

      <u>Responses/Objections Received</u>:

      A.     California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 621 filed by the

California Department of Tax and Fee Administration [Docket No. 1493; filed April 28, 2025]

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim [Docket No. 1498; filed May 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on October 21, 2025 starting at 1:00 p.m. (EDT).

3.      The Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration [Docket No. 1423; filed April 8, 2025]

Response/Objection Deadline:          April 29, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.      California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration [Docket No. 1494; filed April 28, 2025]

Related Documents:

i.      Notice of Submission of Copies of Proofs of Claim [Docket No. 1498; filed May 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on October 21, 2025 starting at 1:00 p.m. (EDT).

4.      Motion of KB Home South Bay Inc., KB Home Greater Los Angeles Inc., KB Home Sacramento Inc., KB Home Coastal Inc., KB Home Raleigh-Durham Inc., and KB Home Service Company LLC for Allowance and Payment of Administrative Expense Claims [Docket No. 1148; filed December 13, 2024]

Response/Objection Deadline:          December 27, 2024 at 4:00 p.m. (EST); extended to October 14, 2025 by order of the Court for the Plan Administrator

Responses/Objections Received:

A.      Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted

3

Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.    *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

C.    Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on October 21, 2025 starting at 1:00 p.m. (EDT).

5.    D.R. Horton's Request for Allowance and Payment of Administrative Expense Claim [Docket No. 1153; filed December 13, 2024]

Response/Objection Deadline:          December 27, 2024 at 4:00 p.m. (EST); extended to October 14, 2025 by order of the Court for the Plan Administrator

Responses/Objections Received:

A.    Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

B.    *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

C.    Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on October 21, 2025 starting at 1:00 p.m. (EDT).

III.    **CONTESTED MATTER GOING FORWARD:**

6.    Letter Requesting Discovery from The Plan Administrator filed by Chrisine Kosydar [Docket No. 1588; filed July 23, 2025]

Response/Objection Deadline:        N/A

Responses/Objections Received:

A.    Letter to The Honorable Craig T. Goldblatt in Response and Opposition to the Letter Request of Christine Kosydar Requesting Discovery from The Plan Administrator [Docket No. 1590; filed July 23, 2025]

Related Documents:

i.    Christine Kosydar's Motion to Interpret and Enforce Plan and Confirmation Order [Docket No. 1544; filed June 6, 2025]

ii.    Limited Objection and Reservation of Rights of the Plan Administrator to "Christine Kosydar's Motion to Interpret and Enforce Plan and Confirmation Order [D.I. 544]" [Docket No. 1552; filed June 16, 2025]

iii.    Christine Kosydar's Reply to Plan Administrator's Objection to Motion to Interpret and Enforce Plan and Confirmation Order [Docket No. 1556; filed June 20, 2025]

Status: A hearing on this matter will go forward on a contested basis.

*[Remainder of page intentionally left blank.]*

Dated:  September 18, 2025          Respectfully submitted,
        Wilmington, Delaware


                                    _/s/ Jason M. Madron_____
                                    **RICHARDS, LAYTON & FINGER, P.A.**
                                    Kevin Gross (DE Bar No. 209)
                                    Mark D. Collins (DE Bar No. 2981)
                                    Jason M. Madron (DE Bar No. 4431)
                                    Zachary J. Javorsky (DE Bar No. 7069)
                                    920 N. King Street
                                    Wilmington, Delaware 19801
                                    Telephone:    (302) 651-7700
                                    Facsimile:    (302) 651-7701
                                    Email:        gross@rlf.com
                                                  collins@rlf.com
                                                  madron@rlf.com
                                                  javorsky@rlf.com

                                    _Counsel to the Plan Administrator_

6

**<u>EXHIBIT A</u>**

## EXHIBIT A

The Plan Administrator's Fourteenth Omnibus Objection to Certain No Liability Claims and
Insufficient Documentation Claims (Substantive) [Docket No. 1594]

| | RESPONSES | STATUS |
|---|---|---|
| **INFORMAL RESPONSES** | | |
| 1 | NONE | |
| **FORMAL RESPONSES** | | |
| 2 | Cigna Health and Life Insurance Company – Claim No. 133 [Docket No. 1599] | Resolved. *See* Notice of Withdrawal, D.I.1639 |