IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | **Re: D.I. 1180, 1181, 1182, 1183, 1256, 1257, 1258, 1408, 1595** |

### NOTICE OF FILING OF PROPOSED "OMNIBUS ORDER SUSTAINING OBJECTIONS TO CERTAIN RECLASSIFIED CLAIMS, LATE FILED CLAIMS, CROSS DEBTOR DUPLICATE CLAIMS AND NO LIABILITY CLAIMS"

PLEASE TAKE NOTICE that, Mark Roberts, solely in his capacity as the plan administrator for the Debtors' wind-down estates (the "Plan Administrator"), filed certain omnibus claims objections [D.I. 1180, 1181, 1182, 1183, 1256, 1257, 1258, 1408, 1595] (collectively, the "Objections") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, in connection with the Objections, the Plan Administrator received numerous responses (the "Responses") from claimants (the "Claimants") objecting to the Objections as to their respective claims.

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

RLF1 34171634v.1

PLEASE TAKE FURTHER NOTICE that, the Court previously sustained the Objections for claimants that did not file a Response.

PLEASE TAKE FURTHER NOTICE that, in connection with the Objections and Responses, the Plan Administrator filed *The Plan Administrator's Omnibus Reply in Support of Certain Omnibus Claim Objections,* contemporaneously herewith (the "Reply"), addressing each of the Responses and their respective claims.

PLEASE TAKE FURTHER NOTICE that, in connection with the Objections, the Responses, and the Reply, the Plan Administrator has prepared a form of order (the "Proposed Order"), attached hereto as **Exhibit 1**, sustaining the Objections as to the Claimants that filed a Response.

PLEASE TAKE FURTHER NOTICE that, a hearing on the Objections, the Responses, the Reply, and the Proposed Order is scheduled for **Thursday, November 20, 2025 starting at 11:00 a.m. (Eastern Standard Time)** (the "Hearing") before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, to the extent that the Plan Administrator makes revisions to the Proposed Order prior to the Hearing, the Plan Administrator will present clean and redline copies of such revised documents to the Bankruptcy Court either at or before the Hearing.

[*Remainder of the page intentionally left blank.*]

Dated: November 17, 2025
Wilmington, Delaware

/s/ Zachary J. Javorsky
**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (DE Bar No. 209)
Mark D. Collins (DE Bar No. 2981)
Jason M. Madron (DE Bar No. 4431)
Zachary J. Javorsky (DE Bar No. 7069)
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: gross@rlf.com
collins@rlf.com
madron@rlf.com
javorsky@rlf.com

*Counsel to the Plan Administrator*

RLF1 34171634v.1