**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SUNPOWER CORPORATION,[1] | ) ) ) | Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | ) ) ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 26, 2026 AT 10:00 A.M. (EST)**

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON
> AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT
> OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR,
> COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.**
>
> **ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS
> PERMITTED TO APPEAR REMOTELY VIA ZOOM.**
>
> **PLEASE REFER TO JUDGE GOLDBLATT'S CHAMBERS PROCEDURES
> (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-CRAIG-T-GOLDBLATT) AND THE
> COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-
> APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY,
> THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE
> GOLDBLATT'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE
> ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY
> BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING
> THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

## I.    WITHDRAWN MATTER:

1. D.R. Horton's Request for Allowance and Payment of Administrative Expense Claim [Docket No. 1153; filed December 13, 2024]

    Response/Objection Deadline:   December 27, 2024 at 4:00 p.m. (EST); extended to March 31, 2026 (subject to Court approval; *see* D.I. 1735) for the Plan Administrator

    Responses/Objections Received:

    A. Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1188; filed December 23, 2024]

    B. *Amended* Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1198; filed December 30, 2024]

    C. Further Omnibus Reservation of Rights of the Plan Administrator Concerning Various Pending Motions Seeking Allowance and Payment of Asserted Administrative Expense Claims [Docket No. 1312; filed February 6, 2025]

    D. Certification of Counsel Regarding Order Approving Stipulation by and Between the Plan Administrator and D.R. Horton Regarding D.R. Horton's Administrative Expense Claim [Docket No. 1728; filed December 29, 2025]

    E. Order Approving Stipulation by and Between the Plan Administrator and D.R. Horton Regarding D.R. Horton's Administrative Expense Claim [Docket No. 1736; entered December 30, 2025]

    F. Notice of Withdrawal of D.R. Horton's Request for Allowance and Payment of Administrative Expense Claim [Docket No. 1740; filed January 5, 2026]

    Status: On January 5, 2026, the movant filed a notice of withdrawal in connection with this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

**II.    ADJOURNED MATTERS:**

2.  The Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration [Docket No. 1422; filed April 8, 2025]

    Response/Objection Deadline:    April 29, 2025 at 4:00 p.m. (EDT)

    Responses/Objections Received:

    A.  California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration [Docket No. 1493; filed April 28, 2025]

    Related Documents:

    i.  Notice of Submission of Copies of Proofs of Claim [Docket No. 1498; filed May 6, 2025]

    Status: The hearing on this matter is adjourned to the hearing scheduled to take place on February 25, 2026 starting at 1:00 p.m. (EST).

3.  The Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration [Docket No. 1423; filed April 8, 2025]

    Response/Objection Deadline:    April 29, 2025 at 4:00 p.m. (EDT)

    Responses/Objections Received:

    A.  California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration [Docket No. 1494; filed April 28, 2025]

    Related Documents:

    i.  Notice of Submission of Copies of Proofs of Claim [Docket No. 1498; filed May 6, 2025]

    Status: The hearing on this matter is adjourned to the hearing scheduled to take place on February 25, 2026 starting at 1:00 p.m. (EST).

RLF1 34669420v.1

### III. MATTER UNDER CERTIFICATION OF NO OBJECTION:

4. The Plan Administrator's (Fifth) Motion for Entry of an Order Further Extending the Deadline to Object to Administrative Claims Under the Plan [Docket No. 1735; filed December 30, 2025]

   Response/Objection Deadline:    January 13, 2026 at 4:00 p.m. (EST)

   Responses/Objections Received:    None

   Related Documents:

   i. Certification of No Objection Regarding "The Plan Administrator's (Fifth) Motion for Entry of an Order Further Extending the Deadline to Object to Administrative Claims Under the Plan" [D.I. 1735] [Docket No. 1749; filed January 22, 2026]

   Status: On January 22, 2026, the Plan Administrator filed a certification of no objection in connection with this matter. Accordingly, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

Dated: January 22, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (DE Bar No. 209)
Mark D. Collins (DE Bar No. 2981)
Jason M. Madron (DE Bar No. 4431)
Zachary J. Javorsky (DE Bar No. 7069)
920 N. King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    gross@rlf.com
        collins@rlf.com
        madron@rlf.com
        javorsky@rlf.com

*Counsel to the Plan Administrator*