## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11<br>) |
| SUNPOWER CORPORATION, *et al.*,[1] | ) Case No. 24-11649 (CTG)<br>) |
| Wind-Down Debtor. | )<br>) |

**NOTICE OF SERVICE OF "THE PLAN ADMINISTRATOR'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION"**

PLEASE TAKE NOTICE that, on May 1, 2026, the undersigned counsel to Mark Roberts, solely in his capacity as Plan Administrator of the Debtors' wind-down estates caused a copy of *The Plan Administrator's First Set of Requests for Production of Documents Directed to California Department of Tax and Fee Administration* to be served on the following counsel of record as follows in the manner so indicated:

**VIA FEDERAL EXPRESS AND E-MAIL:**

CALIFORNIA DEPARTMENT OF TAX
  AND FEE ADMINISTRATION
Joan S. Huh
651 Bannon Street, Suite 100, MIC: 82
Sacramento, CA 95811
joan.huh@cdtfa.ca.gov

**VIA FEDERAL EXPRESS AND E-MAIL:**

ATTORNEY GENERAL OF CALIFORNIA
Hutchinson B. Meltzer
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
hutchison.meltzer@doj.ca.gov

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

RLF1 35787829v.1

2

Dated: May 4, 2026
      Wilmington, Delaware

Respectfully submitted,

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (DE Bar No. 209)
Mark D. Collins (DE Bar No. 2981)
Jason M. Madron (DE Bar No. 4431)
Zachary J. Javorsky (DE Bar No. 7069)
920 N. King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:      gross@rlf.com
           collins@rlf.com
           madron@rlf.com
           javorsky@rlf.com

-and-

Mardiros Dakessian (admitted *pro hac vice*)
Benjamin Lee (admitted *pro hac vice*)
**DAKESSIAN LAW, LTD.**
445 S. Figueroa Street, Suite 2210
Los Angeles, California 90071
Telephone: (213) 516-5500
E-mail: marty@dakessianlaw.com
       benjamin@dakessianlaw.com

*Counsel to the Plan Administrator*

RLF1 35787829v.1