IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SUNPOWER CORPORATION, *et al.*[1] | Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | (Jointly Administered) |

**ORDER SETTING STATUS CONFERENCE REGARDING
RESOLUTION OF CLAIMS OF LEVI & KORSINSKY, LLP AND ROBBINS LLP**

**IT IS HEREBY ORDERED** that a status conference has been scheduled in the above-captioned case regarding the prosecution and resolution of the claims asserted by Levi & Korsinsky, LLP and Robbins LLP for _____, 2026 at _____ (ET).

---

[1]The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower" or the "Company"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.