**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SUNPOWER CORPORATION, | Case No. 24-11649 (CTG) |
| Wind-Down Debtor.[1] | **Ref. Docket No. 1860** |

**Hearing Date: June 16, 2026 at 1:00 p.m. (ET)**
**Objection Deadline: May 27, 2026 at 4:00 p.m. (ET)**

**CREDITOR TRUSTEE'S RESPONSE TO MOTION OF**
**CLAIMANTS LEVI & KORSINSKY, LLP AND ROBBINS LLP**
**FOR A STATUS CONFERENCE PURSUANT TO 11 U.S.C. § 105**

Steven Balasiano, by and through MHR Advisory Group, LLC, as the Creditor Trustee (the "Creditor Trustee") of the Creditor Trust pursuant to the Plan and Confirmation Order[2] in the Debtors' chapter 11 cases, hereby submits this response (the "Response") to the *Motion of Claimants Levi & Korsinsky, LLP and Robbins LLP for a Status Conference Pursuant to 11 U.S.C. § 105* [Docket No. 1860] (the "Motion") filed by Levi & Korsinsky, LLP and Robbins LLP (collectively, the "Movants") and states as follows:

1.      While the Creditor Trustee would be willing to participate in a status conference, he believes that it is unnecessary at this time.  The Creditor Trustee will shortly be filing an

---

[1]    The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind Down Debtor's federal tax identification number, is:  SunPower Corporation (8969) ("SunPower").  On February 18, 2025. The Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors").  The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are:  SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335).  The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement For, and Confirming the Amended Joint Chapter 11 Plan of SunPower Corporation and its Debtor Affiliates* [Docket No. 872] (the "Confirmation Order").

4912-6588-9711.2 82228.00003

omnibus objection to claims (the "Omnibus Objection"), which will include objections to the Movants' claims.

2.    The objections to the Movants' claims will be litigated in the ordinary course after the Movants respond to the Omnibus Objection. Until the Movants respond to the Omnibus Objection, their request for a status conference should be denied (without prejudice).

3.    Attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order") denying the Motion without prejudice.

WHEREFORE, the Creditor Trustee respectfully requests that the Court enter the Proposed Order and grant such other and further relief as the Court deems just and proper.

Dated: May 27, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:    bsandler@pszjlaw.com
            sgolden@pszjlaw.com

*Counsel to the Creditor Trustee*