## Exhibit A

**Proposed Order**

4912-6588-9711.2 82228.00003

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNPOWER CORPORATION, | Case No. 24-11649 (CTG) |
| Wind-Down Debtor.[1] | **Ref. Docket No. 1860** |

**ORDER DENYING MOTION OF CLAIMANTS LEVI & KORSINSKY, LLP AND ROBBINS LLP FOR A STATUS CONFERENCE PURSUANT TO 11 U.S.C. § 105**

Upon consideration of the *Motion of Claimants Levi & Korsinsky, LLP and Robbins LLP for a Status Conference Pursuant to 11 U.S.C. § 105* (the "Motion")[2] filed by Levi & Korsinsky, LLP and Robbins LLP (collectively, the "Movants"), and the *Creditor Trustee's Response to Motion of Claimants Levi & Korsinsky, LLP and Robbins LLP for a Status Conference Pursuant to 11 U.S.C. § 105* filed by Steven Balasiano, by and through MHR Advisory Group, LLC, as the Creditor Trustee (the "Creditor Trustee") of the Creditor Trust pursuant to the Plan and Confirmation Order in the Debtors' chapter 11 cases;

**IT IS HERBEY ORDERED THAT:**

1.      The Motion is denied without prejudice.

---

[1]    The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind Down Debtor's federal tax identification number, is:  SunPower Corporation (8969) ("SunPower").  On February 18, 2025. The Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are:  SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335).  The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4912-6588-9711.2 82228.00003

2

2.      The Movants shall file any response to the Omnibus Objection [Docket No. [●]] no later than the deadline for responses set forth therein.