**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SUNPOWER CORPORATION, *et al.*,[1] | ) | Case No. 24-11649 (CTG) |
|  | ) |  |
| Wind-Down Debtor. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Ref. Docket No. 1884** |
|  | ) |  |

**CERTIFICATE OF SERVICE**

I, ANGELA CHACHOFF, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I understand that, in accordance with rule 5005-4(c)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the below referenced document was electronically filed with the United States Bankruptcy Court for the District of Delaware using the Case Management/Electronic Case Filing System ("CM/ECF") and the filing caused a courtesy copy to be served on registered users of CM/ECF at the time of filing via electronic mail.

3.  On May 27, 2026, I caused to be served the "Creditor Trustee's Response to Motion of Claimants Levi & Korsinsky, LLP and Robbins LLP for a Status Conference Pursuant to 11 U.S.C. § 105," dated May 27, 2026 [Docket No. 1884], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is SunPower Corporation (8969). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtors' federal tax identification numbers, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

b.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

4.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AKERMAN LLP | (COUNSEL TO HELIOS II RESIDENTIAL SOLAR FUND, LLC) ATTN: BRIAN LEMON 222 DELAWARE AVENUE, SUITE 1710 WILMINGTON DE 19801 |
| ALDRIDGE PITE, LLP | (COUNSEL TO NATIONSTAR MORTGAGE) ATTN: EVAN O DURKOVIC 3333 CAMINO DEL RIO SOUTH, STE 225 SAN DIEGO CA 92108 |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | (COUNSEL TO TRI POINTE HOMES, INC. ET AL) ATTN: MATTHEW G BOUSLOG 2010 MAIN STREET, 8TH FLOOR IRVINE CA 92614-7214 |
| AMEX TRS CO., INC | C/O BECKET & LEE LLP MALVERN PA 19355 |
| ASHBY & GEDDES, P.A. | (COUNSEL TO TRI POINTE HOMES, INC., ET AL) ATTN: GREGORY A TAYLOR 500 DELAWARE AVENUE, 8TH FLOOR WILMINGTON DE 19801 |
| BANK OF AMERICA, N.A. | ATTN: CHRISTINE TROTTER 540 W MADISON STREET MAIL CODE: IL4-540-22-29 CHICAGO IL 60661 |
| BANK OF MONTREAL | 119, RUE SAINT JACQUES ATTN: SANDRA TAUZIET MONTREAL QC H2Y 1L6 CANADA |
| BECKET & LEE LLP | (COUNSEL TO AMEX TRS CO., INC.) ATTN: SHRADDHA BHARATIA PO BOX 3001 MALVERN PA 19355-0701 |
| BERGER MCDERMOTT LLP | COUNSEL TO: SONEPAR ATTN: PETER C. MCGIVNEY, ESQ. 1105 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| BERGER MCDERMOTT LLP | COUNSEL TO: SONEPAR ATTN: ZACHARY J. SCHNAPP, ESQ. 1105 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| BIELLI & KLAUDER, LLC | (COUNSEL TO KUEHNE + NAGEL INC.) ATTN: DAVID M. KLAUDER 1204 N. KING STREET WILMINGTON DE 19801 |
| BRADLEY ARANT BOULT CUMMINGS LLP | (COUNSEL TO AREVON ENTITIES) ATTN: JAMES B BAILEY ONE FEDERAL PLACE 1819 FIFTH AVENUE NORTH BIRMINGHAM AL 35203 |
| BROWN & CONNERY, LLP | (COUNSEL TO JJD ELECTRIC LLC) ATTN: DONALD K LUDMAN 6 NORTH BROAD STREET, SUITE 100 WOODBURY NJ 08096 |
| BUCHALTER, A PROFESSIONAL CORP | (COUNSEL TO ORACLE AMERICA, INC.) ATTN: SHAWN M. CHRISTIANSON, ESQ. 425 MARKET STREET, SUITE 2900 SAN FRANCISCO CA 94105-3493 |
| BURR & FORMAN LLP | (COUNSEL TO WELLS FARGO BANK, N.A.) ATTN: J. CORY FALGOWSKI 222 DELAWARE AVENUE, SUITE 1030 WILMINGTON DE 19801 |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMIN | (COUNSEL TO CA DEPT OF TAX AND FEE ADMINISTRATON) ATTN: JOAN S. HUH LEGAL DIVISION/LITIGATION BUREAU 651 BANNON STREET, SUITE 100, MIC: 82 SACRAMENTO CA 95811 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | COUNSEL TO KAMTECH ATTN: RICHARD J. MCCORD, ESQ 90 MERRICK AVENUE, 9TH FLOOR EAST MEADOW NY 11554 |
| CHIPMAN BROWN CICERO & COLE | COUNSEL TO HILCO ATTN: MARK L DESGROSSEILLIERS, ESQ. 1313 NORTH MARKET STREET, STE 5400 WILMINGTON DE 19801 |
| COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, PC | (COUNSEL TO SOLAR 4 AMERICA TECHNOLOGY, INC) ATTN: FRANCIS D NARDO 500 DELAWARE AVENUE, SUITE 730 WILMINGTON DE 19801 |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF | LABOR AND INDUSTRY (COUNSEL TO UNEMPLOYMENT COMPENSATION TAX SVCS) ATTN: RYAN STARNOWSKY COLLECTIONS SUPPORT UNIT PO BOX 68568 HARRISBURG PA 17106-8568 |
| CROSS & SIMON, LLC | (COUNEL TO STEAMFITTERS LOCAL 449) ATTN: KEVIN S MANN 1105 NORTH MARKET STREET, SUITE 901 WILMINGTON DE 19801 |
| CROSS & SIMON, LLC | (COUNSEL TO LOCAL 449 PENSION & RETIREMENT) ATTN: CHRISTOPHER P. SIMON, ESQ. 1105 NORTH MARKET STREET, SUITE 901 WILMINGTON DE 19801 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO BANK OF AMERICA, NA, FIRST LIEN AGT) ATTN: BRIAN M RESNICK, ANGELA M LIBBY & JARRET ERICKSON 450 LEXINGTON AVE NEW YORK NY 10017 |
| DLA PIPER LLP (US) | (COUNSEL TO COMPLETE SOLARIA) ATTN: JAMILA J WILLIS & MALITHI P FERNANDO 1251 AVE OF THE AMERICAS, 27TH FL NEW YORK NY 10020 |
| DLA PIPER LLP (US) | (COUNSEL TO COMPLETE SOLARIA) ATTN: RICHARD A CHELSEY 444 W LAKE ST, STE 900 CHICAGO IL 60606-0089 |
| DLA PIPER LLP (US) | (COUNSEL TO COMPLETE SOLARIA) ATTN: STUART BROWN & MATTHER SARNA 1201 N MARKET ST, STE 2100 WILMINGTON DE 19801-1147 |
| DLA PIPER LLP (US) | (COUNSEL TO WIZELINE, INC.) ATTN: R. CRAIG MARTIN 1201 NORTH MARKET STREET, STE 2100 WILMINGTON DE 19801-1147 |

| Claim Name | Address Information |
|---|---|
| DLA PIPER LLP (US) | (COUNSEL TO WIZELINE, INC.) ATTN: RACHEL EHRLICH ALBANESE 1251 AVENUE OF THE AMERICAS-27TH FL NEW YORK NY 10020 |
| DOSHI LEGAL GROUP, P.C. | (COUNSEL TO ORACLE AMERICA, INC.) ATTN: AMISH R. DOSHI, ESQ 1979 MARCUS AVENUE, SUITE 210E NEW HYDE PARK NY 11042 |
| DYKEMA | (COUNSEL TO ANDERSON LOGISTIC ASSETS LLC) ATTN: PATRICK L HUFFSTICKLER 112 E PECAN STREET, SUITE 1800 SAN ANTONIO TX 78205 |
| FINCH, THORNTON & BAIRD, LLP | ATTN: JON F GAUTHIER 4747 EXECUTIVE DRIVE, SUITE 700 SAN DIEGO CA 92121 |
| FROST BROWN TODD LLC | COUNSEL TO FIFTH THIRD BANK ATTN: SLOANE B. O'DONNELL, ESQ 501 GRANT STREET, SUITE 800 PITTSBURGH PA 15219 |
| FROST BROWN TODD LLP | COUNSEL TO FIFTH THIRD BANK ATTN: REBBECCA MATHEWS 2101 CEDAR SPRINGS RD. DALLAS TX 75201 |
| GELLERT SEITZ BUSENKELL & BROWN LLC | (COUNSEL TO MN8 ENERGY LLC) ATTN: MICHAEL BUSENKELL & BRADLEY P LEHMAN 1201 NORTH ORANGE STREET, SUITE 300 WILMINGTON DE 19801 |
| GLAS AMERICAS LLC | 3 SECOND STREET SUITE 206 JERSEY CITY NJ 07311 |
| HALPERIN BATTAGLIA BENZIJA, LLP | (COUNSEL TO KUEHNE + NAGEL INC.) ATTN: WALTER BENZIJA 40 WALL STREET, 37TH FLOOR NEW YORK NY 10005 |
| HARRIS BEACH PLLC | (COUNSEL TO LEXON & ENDURANCE) ATTN: LEE E WOODARD 333 W WASHINGTON ST, SUITE 200 SYRACUSE NY 13202 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JACK SHRUM, P.A. | (COUNSEL TO BEST PAYMENT SOLUTIONS, INC., TARA AND PAUL GHIGLIERI, AND DENNIS STORZ ET AL) ATTN: 'J' JACKSON SHRUM 919 N MARKET ST, STE 1410 WILMINGTON DE 19801 |
| KB HOME SERVICE COMPANY LLC | ATTN: TONY RICHELIEU, SECRETARY 10990 WILSHIRE BLVD, 7TH FLOOR LOS ANGELES CA 90024 |
| KENDALL RAY AND RONNET RAY | ADDRESS ON FILE |
| KING & SPALDING LLP | ATTN: MARY LIZ BRADY; GEOFFREY KING 110 N WACKER DR, STE 3800 CHICAGO IL 60606 |
| KOHNER, MANN & KAILAS, SC | (COUNSEL TO RIGHT MANAGEMENT INC) ATTN: SAMUEL C WISOTZKEY WASHINGTON BUILDING BARNABAS BUSINESS CENTER 4650 NORTH PORT WASHINGTON RD MILWAUKEE WI 53212-1059 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (OUNSEL TO ATLAS SP) ATTN: ALEXANDER WOOLVERTON, MEGAN M WASSON & ROSE HILL BAGLEY 1177 AVE OF THE AMERICAS NEW YORK NY 10036 |
| LANDIS RATH & COBB LLP | (COUNSEL TO GOODFINCH MANAGEMENT, LLC) ATTN: MATTHEW B MCGUIRE; JOSHUA B BROOKS 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | COUNEL TO FIFTH THIRD BANK ATTN: SUSAN E. KAUFMAN, ESQUIRE 919 NORTH MARKET STREET, SUITE 460 WILMINGTON DE 19801 |
| LAW OFFICES OF RONALD K BROWN, JR, APC | (COUNSEL TO RREEF AMERICA REIT II PORTFOLIO LP) ATTN: RONALD K BROWN, JR., APC 901 DOVE STREET, SUITE 120 NEWPORT BEACH CA 92660 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO CITY OF EL PASO) ATTN: DON STECKER 112 E PECAN ST., STE 2200 SAN ANTONIO TX 78205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO CITY OF HOUSTON, HOUSTON COMM COLL SYSTEM & HOUSTON ISD) ATTN: TARA L GRUNDEMEIER PO BOX 3064 HOUSTON TX 77253-3064 |
| LOWENSTEIN SANDLER LLP | (COUNSEL TO STEAMFITTERS LOCAL 449) ATTN: MICHAEL ETKIN, A. BEHLMANN, MICHAEL PAPANDREA ONE LOWENSTEIN DRIVE ROSELAND NJ 07068 |
| MANIER & HEROD, P.C. | COUNSEL TO ARCH ATTN: S. WILLIAMS, M. COLLINS, S. MARC BUCHMAN, CHRISTINA G. BURU 1201 DEMONBREUNN STREET, SUITE 900 BIG ROCK TN 37023 |
| MANIER & HEROD, P.C. | COUSEL TO ARCH ATTN: S. WILLIAMS M. COLLINS, S. MARC BUCHMAN, CHRISTINA G. BURU 1201 DEMONBREUN STREET, SUITE 900 NASHVILLE TN 37203 |
| MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | (COUNSEL TO COUNTY OF WILLIAMSON, TEXAS) ATTN: JULIE ANNE PARSONS P.O. BOX 1269 ROUND ROCK TX 78680-1269 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO AMERICAN CONTRACTORS INDEMNITY AND U.S. SPECIALTY INSURANCE COMPANY) ATTN: GARY D. BRESSLER, ESQ. 300 DELAWARE AVENUE, SUITE 1014 WILMINGTON DE 19801 |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | (COUNSEL TO AMERICAN CONTRACTORS INDEMNITY CO & U.S. SPECIALTY INSURANCE COMPANY) ATTN: GASTON P. LOOMIS 300 DELAWARE AVENUE, STE 1014 WILMINGTON DE |

| Claim Name | Address Information |
|---|---|
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | 19801 |
| MILLER, CANFIELD, PADDOCK & STONE, PLC | (COUNSEL TO CARL ZEISS INDUSTRIAL METROLOGY, LLC) ATTN: MARC N. SWANSON 150 W JEFFERSON AVENUE, SUITE 2500 DETROIT MI 48226 |
| MORGAN LEWIS BOCKIUS LLP | (COUNSEL TO CREDIT AGRICOLE) ATTN: RICHARD STERN, KEVIN J BIRON, STEPHAN E HORNUNG; JASON R ALDERSON 101 PARK AVENUE NEW YORK NY 10178 |
| MORGAN, LEWIS & BOCKIUS LLP | (COUNSEL TO CREDIT AGRICOLE) ATTN: JODY C. BARILLARE, ESQ 1201 N MARKET STREET, SUITE 2201 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | (COUNSEL TO ANDERSON LOGISTIC ASSETS LLC) ATTN: CARL N KUNZ 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS JAMES LLP | (COUNSEL TO AREVON ENTITIES) ATTN: ERIC J. MONZO; JASON S. LEVIN 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 |
| MORRIS, NICHOLS, ARSHT & | TUNNELL LLP (COUNSEL TO HASI) ATTN: MATTHEW B HARVEY 1201 N MARKET ST, 16TH FL PO BOX 1347 WILMINGTON DE 19899-1347 |
| MORRIS, NICHOLS,ARSHT & TUNNELL LLP | (COUNSEL TO BANK OF AMERICA, NA, FIRST LIEN AGT) ATTN: ROBERT J DEHNEY, SR, TAMARA K MANN, MATTHEW O TALMO & CASEY B SAWYER 1201 N MARKET ST, 16TH FL WILMINGTON DE 19899-1347 |
| NORTON ROSE FULBRIGHT US LLP | (COUNSEL TO GOODFINCH MANAGEMENT) ATTN: ERIC DAUCHER; EMILY HONG 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| OFFIT KURMAN, P.A | (COUNSEL TO BOCKMAN & WOODY ELECTRIC CO.) ATTN: BRIAN J. MCLAUGHLIN, ESQ. 222 DELAWARE AVE, SUITE 1105 WILMINGTON DE 19801 |
| OFFIT KURMAN, P.A. | (COUNSEL TO ZYXEL COMM, INC & BOCKMAN & WOODY ELECTRIC CO, INC) ATTN: BRIAN J MCLAUGHLIN 222 DELAWARE AVE, STE 1105 WILMINGTON DE 19801 |
| OFFIT KURMAN, P.A. | (COUNSEL TO ZYXEL COMM., INC.) ATTN: JOYCE A. KUHNS 1954 GREENSPRING DR, STE 605 TIMONIUM MD 21093 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | (COUNSEL TO HASI) ATTN: LORRAINE MCGOWEN & RANIERO D'AVERSA 51 WEST 52ND STREET NEW YORK NY 10019-6142 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | (COUNSEL TO HASI) ATTN: NICK SABATINO 400 CAPITOL MALL, STE 3000 SACRAMENTO CA 95814-4497 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL FOR THE CREDITOR TRUSTEE) ATTN: BRADFORD J SANDLER; COLIN R ROBINSON 919 N MARKET STREET, 17TH FLOOR PO BOX 8705 WILMINGTON DE 19899-8705 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO OFFICIAL COMM OF UNSECURED CREDITORS) ATTN: D. GRASSGREEN, B. SANDLER, S. GOLDEN 919 N MARKET STREET, 17TH FLOOR PO BOX 8705 WILMINGTON DE 19899-8705 |
| PASHMAN STEIN WALDER & HAYDEN, P.C. | COUNSEL TO TAYLOR MORRISON ATTN: HENRY J. JAFFE & ALEXIS R. GAMBALE 824 MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| PASHMAN STEIN WALDER & HAYDEN, P.C. | COUNSEL TO TAYLOR MORRISON ATTN: HENRY J. JAFFE & ALEXIS R. GAMBALE 824 NORTH MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| PASHMAN STEIN WALDER HAYDEN, P.C. | (COUNSEL TO MERITAGE HOMES) ATTN: HENRY J JAFFE; MICHAEL J CUSTER 824 NORTH MARKET STREET, SUITE 800 WILMINGTON DE 19801 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | (COUNSEL TO SAINT GEORGE PLACE MGMNT DISTRICT) ATTN: MELISSA E VALDEZ 1235 NORTH LOOP WEST, SUITE 600 HOUSTON TX 77008 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO SOL HOLDING) ATN: M BLAKE CLEARY & BRETT HAYWOOD 1313 N MARKET ST, 6TH FL WILMINGTON DE 19801 |
| ROBBINS, GELLER, RUDMAN & DOWD LLP | (COUNSEL TO STEAMFITTERS LOCAL 449) ATTN: SHAWN WILLIAMS, WILLOW RADCLIFFE, KENNETH BLACK, SNEHEE KHANDESHI POST MONTGOMERY CENTER ONE MONTGOMERY STREET, SUITE 1800 SAN FRANCISCO CA 94104 |
| ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS PLLC | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ROSA SELMANI 13010 MORRIS ROAD, SUITE 450 ALPHARETTA GA 30004 |
| ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS PLLC | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ROSA SELMANI 5301 LIMESTONE ROAD, SUITE 226 WILMINGTON DE 19808 |
| SANDRA BAILEY | ADDRESS ON FILE |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANTONIA APPS, REGIONAL DIR 100 PEARL ST. SUITE 20-100 NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| SECURITIES & EXCHANGE COMMISSION | 10004-2616 |
| SINGER & LEVICK, P.C. | (COUNSEL TO B9 SEQUOIA WATERFORD OWNER LP ET AL) ATTN: MICHELLE E. SHRIRO 16200 ADDISON ROAD, SUITE 140 ADDISON TX 75001 |
| SNELL & WILMER L.L.P. | (COUNSEL TO TAYLOR MORRISON ET AL) ATTN: ROBERT R KINAS 1700 S PAVILION CENTER DR, STE 700 LAS VEGAS NV 89135 |
| SNELL & WILMER L.L.P. | (COUNSEL TO TAYLOR MORRISON ET AL) ATTN: SUNNY J THOMPSON 2001 K STREET NW, STE 425 WASHINGTON DC 20006 |
| SOL HOLDING, LLC | ATTN: J ASHWORTH, G MYERS, N ANSHUETZ, E BARROIS, C GILLIES, M DELAITRE 1345 AVENUE OF THE AMERICAS, 30TH FL NEW YORK NY 10105 |
| STATE OF OHIO ATTORNEY GENERAL'S OFFICE | (COUNSEL TO OHIO DEPT OF JOB AND FAMILY SERVICES; OHIO DEPARTMENT OF TAXATION) ATTN: CORY D. STEINMETZ 30 E BROAD ST, 14TH FLOOR COLUMBUS OH 43125 |
| STERN & EISENBERG, PC | (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS & ALLY BANK) ATTN: DAIRE PYLE, ESQ 200 BIDDLE AVE, SUITE 107 NEWARK DE 19702 |
| TEXAS ATTORNEY GENERAL'S OFFICE | (COUNSEL TO TEXAS COMPTROLLER) ATTN: CHRISTOPHER MURPHY, ASST AG BANKRUPTCY & COLLECTIONS DIVISION PO BOX 12548 AUSTIN TX 78711-2548 |
| THE MAGNOZZI LAW FIRM, P.C. | (COUNSEL TO ORACLE AMERICA, INC) ATTN: MARK F MAGNOZZI; BENJAMIN RACHELSON 23 GREEN STREET, SUITE 302 HUNTINGTON NY 11743 |
| THE POWELL FIRM, LLC | (COUNSEL TO LEXON & ENDURANCE) ATTN: JASON POWELL & LAUREL LALONE 1813 N FRANKLIN ST – PO BOX 289 WILMINGTON DE 19899 |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION P.O. BOX 20207 NASHVILLE TN 37202-0207 |
| TRAVIS COUNTY | ATTN: JASON A STARKS ASSISTANT COUNTY ATTORNEY AUSTIN TX 78767 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| US ATTORNEYS OFFICE, DELAWARE | ATTN: DAVID C. WEISS HERCULES BUILDING 1313 N. MARKET ST, PO BOX 2046 WILMINGTON DE 19801 |
| WADSWORTH, GARBER, WARNER & CONRARDY, P.C. | (COUNSEL TO DREAM FINDERS HOMES, INC.) ATTN: AARON A. GARBER, ESQ. 2580 W. MAIN ST. LITTLETON CO 80120 |
| WELTMAN, WEINBERG & REIS CO. LPA | (COUNSEL TO TOYOTA INDUSTRIES COMMERCIAL FINANCE) ATTN: SCOTT D FIND 5990 WEST CREEK RD SUITE 200 INDEPENDENCE OH 44131 |
| WHITE & CASE LLP | (COUNSEL TO SOL HOLDING) ATN: AARON COLODNY, ROBERT KAMPFNER 555 S FLOWER ST, STE 2700 LOS ANGELES CA 90071 |
| WHITE & CASE LLP | ATTN: M. CURVINO, M. GEX, E. SMITH 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| WHITEFORD, TAYLOR & PRESTON LLC | (COUNSEL TO DONALD E. GARLAND) ATTN: RICHARD W. RILEY, ESQ. 600 NORTH KING STREET, SUITE 300 WILMINGTON DE 19801 |
| WHITEFORD, TAYLOR & PRESTON LLP | (COUNSEL TO DONALD E. GARLAND) ATTN: KENNETH M. LEWIS, ESQ. 444 MADISON AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| WOMBLE BOND DICKINSON (US) LLP | COUNSEL TO ARCH ATTN:LISA BITTLE TANCREDI 1313 NORTH MARKET STREET, STE 1200 WILMINGTON DE 19801 |
| YOUNG CONWAY STARGATT & TAYLOR, LLP | (COUNSEL TO ATLAS SP) ATTN: ANDREW L MAGAZINER RODNEY SQ; 1000 N KING ST WILMINGTON DE 19801 |

**Total Creditor count: 102**

SUNPOWER CORPORATION, Case No. 24-11649 (CTG)
First Class Mail Additional Service Party

ASHBY & GEDDES, P.A.
ATTN: RICARDO PALACIO;
F. TROUPE MICKLER IV
500 DELAWARE AVENUE, 8TH FLOOR
P.O. BOX 1150
WILMINGTON, DE 19899

**EXHIBIT B**

SUNPOWER CORPORATION, Case No. 24-11649 (CTG)
Electronic Mail Master Service List

| Name | Attn | Email Address |
|---|---|---|
| AKERMAN LLP | ATTN: Brian Lemon | brian.lemon@akerman.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: ERICA N. REEVES | ereeves@akingump.com |
| ALDRIDGE PITE, LLP | ATTN: EVAN O. DURKOVIC | bkecfinbox@aldridgepite.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN: MATTHEW G. BOUSLOG, ESQ. | mbouslog@allenmatkins.com |
| ASHBY & GEDDES, P.A. | ATTN: GREGORY A. TAYLOR | gtaylor@ashbygeddes.com |
| BANK OF MONTREAL | ATTN: SANDRA TAUZIET | sandra.tauziet@bmo.com |
| BERGER MCDERMOTT LLP | ATTN: ZACHARY J. SCHNAPP, ESQ. | zschnapp@bergermcdermott.com |
| BERGER MCDERMOTT LLP | ATTN: PETER C. MCGIVNEY | pmcgivney@bergermcdermott.com |
| BIELLI & KLAUDER, LLC | ATTN: DAVID M. KLAUDER, ESQUIRE | dklauder@bk-legal.com |
| BRADLEY ARANT BOULT CUMMINGS LLP | ATTN: JAMES B. BAILEY, ESQ. | jbailey@bradley.com |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN | dludman@brownconnery.com |
| BUCHALTER, A Professional Corporation | ATTN: SHAWN M. CHRISTIANSON, ESQ. | schristianson@buchalter.com |
| BURR & FORMAN LLP | ATTN: J. CORY FALGOWSKI | jfalgowski@burr.com |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION | ATTN: JOAN S. HUH | joan.huh@cdtfa.ca.gov |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD, ESQ. | rmccord@certilmanbalin.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN: MARK L. DESGROSSEILLIERS,ESQ | desgross@chipmanbrown.com |
| COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C. | ATTN: FRANCIS D. NARDO | fnardo@cohenseglias.com |

SUNPOWER CORPORATION, Case No. 24-11649 (CTG)
Electronic Mail Master Service List

| Name | Attn | Email Address |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY | ATTN: RYAN STARNOWSKY | ra-li-ucts-bankrupt@state.pa.us |
| CROSS & SIMON, LLC | ATTN: KEVIN S. MANN, ESQ. | kmann@crosslaw.com |
| CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON, ESQ. | csimon@crosslaw.com |
| DAVIS POLK & WARDWELL LLP | ATTN: BRIAN M RESNICK, ANGELA M LIBBY & JARRET ERICKSON | jarret.erickson@davispolk.com; angela.libby@davispolk.com; brian.resnick@davispolk.com |
| DISTRICT OF COLUMBIA ATTY GENERAL | ATTN: BRIAN L. SCHWALB | oag@dc.gov |
| DLA PIPER LLP (US) | ATTN: JAMILA J WILLIS & MALITHI P FERNANDO | jamila.willis@us.dlapiper.com; malithi.fernando@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN | craig.martin@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: RACHEL EHRLICH ALBANESE | rachel.albanese@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: RICHARD A CHELSEY | richard.chesley@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: STUART BROWN & MATTHER S SARNA | stuart.brown@us.dlapiper.com; matthew.sarna@us.dlapiper.com |
| DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI, ESQ. | amish@doshilegal.com |
| DYKEMA | ATTN: PATRICK L. HUFFSTICKLER, ESQUIRE | phuffstickler@dykema.com |
| FINCH, THORNTON & BAIRD, LLP | ATTN: JON F. GAUTHIER | jgauthier@ftblaw.com |
| FROST BROWN TODD LLP | ATTN: REBECCA L. MATTHEWS; SLOANE B. O'DONNELL, ESQ. | rmatthews@fbtlaw.com; sodonnell@fbtlaw.com |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ.; BRADLEY P. LEHMAN, ESQ. | mbusenkell@gsbblaw.com; blehman@gsbblaw.com |
| GLAS AMERICAS LLC | | tmgus@glas.agency |

SUNPOWER CORPORATION, Case No. 24-11649 (CTG)
Electronic Mail Master Service List

| Name | Attn | Email Address |
|------|------|---------------|
| HALPERIN, BATTAGLIA BENZIJA, LLP | ATTN: WALTER BENZIJA, ESQUIRE | wbenzija@halperinlaw.net |
| HARRIS BEACH PLLC | ATTN: LEE E WOODARD | bkemail@harrisbeach.com; broy@harrisbeach.com |
| JACK SHRUM, P.A. | ATTN: "J" JACKSON SHRUM | jshrum@jshrumlaw.com |
| KENDALL RAY AND RONNET RAY | | EMAIL ADDRESS ON FILE |
| KING & SPALDING LLP | ATTN: MARY LIZ BRADY; GEOFFREY KING | mbrady@kslaw.com |
| KOHNER, MANN & KAILAS, SC | ATTN: SAMUEL C WISOTZKEY | swisotzkey@kmksc.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: ALEXANDER WOOLVERTON, MEGAN M WASSON & ROSE HILL BAGLEY | awoolverton@kramerlevin.com; mwasson@kramerlevin.com; rbagley@kramerlevin.com |
| LANDIS RATH & COBB LLP | ATTN: MATTHEW B. MCGUIRE, ESQ.; JOSHUA B. BROOKS, ESQ. | mcguire@lrclaw.com; brooks@lrclaw.com |
| LAW OFFICES OF RONALD K BROWN, JR, APC | ATTN: RONALD K BROWN, JR., APC | ron@rkbrownlaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN, ESQUIRE | skaufman@skaufmanlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L GRUNDEMEIER | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | sanantonio.bankruptcy@lgbs.com |
| LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, ESQ.; ANDREW BEHLMANN, ESQ.; MICHAEL PAPANDREA, ESQ. | metkin@lowenstein.com; abehlmann@lowenstein.com; mpapandrea@lowenstein.com |

SUNPOWER CORPORATION, Case No. 24-11649 (CTG)
Electronic Mail Master Service List

| Name | Attn | Email Address |
|---|---|---|
| MANIER & HEROD, P.C | ATTN: SCOTT C. WILLIAMS, MICHAEL E. COLLINS, S. MARC BUCHMAN, CHRISTINA G. BURU | swilliams@manierherod.com; mcollins@manierherod.com; mbuchman@manierherod.com; cburu@manierherod.com |
| MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS | jparsons@mvbalaw.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER | gbressler@mdmc-law.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON P. LOOMIS | gloomis@mdmc-law.com |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | ATTN: MARC N. SWANSON | swansonm@millercanfield.com |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE, ESQ | jody.barillare@morganlewis.com |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: RICHARD STERN; KEVIN J. BIRON; STEPHAN E. HORNUNG; JASON R. ALDERSON | richard.stern@morganlewis.com; kevin.biron@morganlewis.com; stephan.hornung@morganlewis.com; jason.alderson@morganlewis.com |
| MORRIS JAMES LLP | ATTN: CARL N. KUNZ, III, ESQUIRE | ckunz@morrisjames.com |
| MORRIS JAMES LLP | ATTN: ERIC J. MONZO, ESQ.; JASON S. LEVIN, ESQ. | emonzo@morrisjames.com; jlevin@morrisjames.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW B HARVEY | mharvey@morrisnichols.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: ROBERT J DEHNEY, SR, TAMARA K MANN, MATTHEW O TALMO & CASEY B SAWYER | rdehney@morrisnichols.com; tmann@morrisnichols.com; mtalmo@morrisnichols.com; csawyer@morrisnichols.com |
| NORTON ROSE FULBRIGHT US LLP | ATTN: ERIC DAUCHER, ESQ.; EMILY HONG, ESQ. | eric.daucher@nortonrosefulbright.com; emily.hong@nortonrosefulbright.com |
| OFFICE OF THE ATTY GENERAL OF GUAM | ATTN: DOUGLAS B. MOYLAN | administration@oagguam.org |

SUNPOWER CORPORATION, Case No. 24-11649 (CTG)
Electronic Mail Master Service List

| Name | Attn | Email Address |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY JAY FOX, JR. | timothy.fox@usdoj.gov |
| OFFIT KURMAN, P.A. | ATTN: BRIAN J MCLAUGHLIN | brian.mclaughlin@offitkurman.com |
| OFFIT KURMAN, P.A. | ATTN: JOYCE A. KUHNS | jkuhns@offitkurman.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: LORRAINE MCGOWEN, RANIERO D'AVERSA | lmcgowen@orrick.com; rdaversa@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: NICK SABATINO | nsabatino@orrick.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: DEBRA I. GRASSGREEN, ESQ.; BRADFORD J. SANDLER, ESQ.; STEVEN W. GOLDEN, ESQ. | dgrassgreen@pszjlaw.com; bsandler@pszjlaw.com; sgolden@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, ESQ; COLIN R. ROBINSON | bsandler@pszjlaw.com; crobinson@pszjlaw.com |
| PASHMAN STEIN WALDER & HAYDEN, P.C. | ATTN: HENRY J JAFFE & ALEXIS R. GAMBALE | hjaffe@pashmanstein.com; agambale@pashmanstein.com |
| PASHMAN STEIN WALDER & HAYDEN, P.C. | ATTN: MICHAEL J. CUSTER; HENRY J JAFFE | hjaffe@pashmanstein.com; mcuster@pashmanstein.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ | mvaldez@pbfcm.com |
| POTTER ANDERSON & CORROON LLP | ATTN: M BLAKE CLEARY & BRETT M HAYWOOD | bcleary@potteranderson.com; bhaywood@potteranderson.com |
| ROBBINS, GELLER, RUDMAN & DOWD LLP | ATTN: SHAWN WILLIAMS, ESQ.; WILLOW RADCLIFFE, ESQ.; KENNETH BLACK, ESQ.; SNEHEE KHANDESHI, ESQ. | shawnw@rgrdlaw.com; dpfefferbaum@rgrdlaw.com; kennyb@rgrdlaw.com; skhandeshi@rgrdlaw.com |

SUNPOWER CORPORATION, Case No. 24-11649 (CTG)

Electronic Mail Master Service List

| Name | Attn | Email Address |
|---|---|---|
| ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC | ATTN: ROSA SELMANI | rselmani@raslg.com |
| SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO, ESQ. | mshriro@singerlevick.com |
| SNELL & WILMER L.L.P. | ATTN: ROBERT R KINAS | rkinas@swlaw.com |
| SNELL & WILMER L.L.P. | ATTN: SUNNY J THOMPSON | sthompson@swlaw.com |
| SOL HOLDING, LLC | ATTN: J ASHWORTH, G MYERS, N ANSHUETZ, | julie.ashworth@global-infra.com; gregg.myers@global-infra.com; nathaniel.anschuetz@global-infra.com; emmanuel.barrois@totalenergies.com; christopher.gillies@totalenergies.com; marine.delaitre@totalenergies.com |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: TREG TAYLOR | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: KRIS MAYES | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: TIM GRIFFIN | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: ANN E LOPEZ | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR | bankruptcy@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BRENNA BIRD | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: AARON FREY | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: ATHONY G. BROWN | oag@oag.state.md.us |

SUNPOWER CORPORATION, Case No. 24-11649 (CTG)
Electronic Mail Master Service List

| Name | Attn | Email Address |
|---|---|---|
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ANDREW BAILEY | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: MIKE HILGERS | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D. FORD | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA | attorneygeneral@doj.nh.gov |
| STATE OF NORTH DAKOTA ATTY GENERAL | ATTN: DREW WRIGLEY | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST | trish.lazich@ohioattorneygeneral.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: CORY STEINMETZ | Cory.Steinmetz@OhioAttorneyGeneral.gov |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | attorneygeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MICHELLE HENRY | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTY GENERAL | ATTN: ALAN WILSON | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARK JACKLEY | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI | agbankcal@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES | bankruptcy@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: CHARITY R. CLARK | ago.info@vermont.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES | mailoag@oag.state.va.us |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON | serviceatg@atg.wa.gov |

SUNPOWER CORPORATION, Case No. 24-11649 (CTG)
Electronic Mail Master Service List

| Name | Attn | Email Address |
|---|---|---|
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY | communications@wvago.gov |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL | dojbankruptcynoticegroup@doj.state.wi.us |
| STERN & EISENBERG, PC | ATTN: DAIRE PYLE, ESQ. | dpyle@sterneisenberg.com |
| TEXAS ATTORNEY GENERAL'S OFFICE | ATTN: Christopher S. Murphy | christopher.murphy@oag.texas.gov |
| THE MAGNOZZI LAW FIRM, P.C. | ATTN: Mark F. Magnozzi, Esq; Benjamin Rachelson, Esq | mmagnozzi@magnozzilaw.com |
| THE POWELL FIRM, LLC | ATTN JASON C POWELL & LAUREL A LALONE | jpowell@delawarefirm.com; llalone@delawarefirm.com |
| TN DEPT OF REVENUE | ATTN: LAURA L. MCCLOUD | agbankdelaware@ag.tn.gov |
| TRAVIS COUNTY | ATTN: JASON A STARKS | jason.starks@traviscountytx.gov |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL | ATTN: ARIEL SMITH | info@usvidoj.com |
| WADSWORTH, GARBER, WARNER & CONRARDY, P.C. | ATTN: AARON A. GARBER | agarber@wgwc-law.com |
| WELTMAN, WEINBERG & REIS CO. LPA | ATTN: SCOTT D. FINK | bronationalecf@weltman.com |
| WHITE & CASE LLP | ATN: AARON COLODNY & ROBERT KAMPFNER | aaron.colodny@whitecase.com; rkampfner@whitecase.com |
| WHITE & CASE LLP | ATTN: M. CURVINO, M. GEX | melissa.curvino@whitecase.com; maia.gez@whitecase.com |
| WHITEFORD, TAYLOR & PRESTON LLP | ATTN: Kenneth M. Lewis, Esq. | klewis@whitefordlaw.com |
| WHITEFORD, TAYLOR & PRESTON LLP | ATTN: Richard W. Riley, Esq | rriley@whitefordlaw.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN: LISA BITTLE TANCREDI | lisa.tancredi@wbd-us.com |
| YOUNG CONWAY STARGATT & TAYLOR, LLP | ATTN: ANDREW L MAGAZINER | amagaziner@ycst.com; bankfilings@ycst.com |

SUNPOWER CORPORATION, Case No. 24-11649 (CTG)
Electronic Mail Additional Service Parties

| Name | Attn | Email Address |
|---|---|---|
| ASHBY & GEDDES, P.A. | ATTN: RICARDO PALACIO | rpalacio@ashbygeddes.com |
| ASHBY & GEDDES, P.A. | ATTN: F. TROUPE MICKLER IV | tmickler@ashbygeddes.com |