**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SUNPOWER CORPORATION,[1] | ) Case No. 24-11649 (CTG) |
| | ) |
| Wind-Down Debtor. | ) |
| | ) |

**NOTICE OF RESCHEDULED HEARING DATE (JULY 2026)**

PLEASE TAKE NOTICE that the **date** of the hearing originally scheduled to be held in the above-captioned chapter 11 cases (the "Chapter 11 Cases") on July 17, 2026 starting at 10:00 a.m. (Eastern Daylight Time) at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware, 19801 (the "Bankruptcy Court") has been changed with the permission of the Bankruptcy Court at the request of Mark Roberts, solely in his capacity as the plan administrator for the above-captioned debtors' wind-down estates (and with the consent of Steven Balasiano, by and through MHR Advisory Group, LLC, in its capacity as the Creditor Trustee).  Consequently, the hearing originally scheduled to be held in the Chapter 11 Cases on July 17, 2026 starting at 10:00 a.m. (Eastern Daylight Time) will now take place on **Tuesday, July 21, 2026 starting at 10:00 a.m. (Eastern Daylight Time)** before The Honorable Craig T. Goldblatt at the Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801.

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

RLF1 36045730v.1

2

Dated:   June 4, 2026
       Wilmington, Delaware

Respectfully submitted,

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (DE Bar No. 209)
Mark D. Collins (DE Bar No. 2981)
Jason M. Madron (DE Bar No. 4431)
920 N. King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:         gross@rlf.com
            collins@rlf.com
            madron@rlf.com

*Counsel to the Plan Administrator*

2