IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| | Chapter 11 |
| In re: | Case No. 24-11649 (CTG) (Jointly Administered) |
| SUNPOWER CORPORATION, *et al.*[1] | **Related Docket Nos. 1860, 1884** |
| Wind-Down Debtor. | **Hearing Date: June 16, 2026 at 1:00 PM (ET)** |

**REPLY IN FURTHER SUPPORT OF MOTION BY
CLAIMANTS  LEVI & KORSINSKY, LLP AND ROBBINS LLP
FOR A STATUS CONFERENCE PURSUANT TO 11 U.S.C. § 105**

1.      The first paragraph of the Creditor Trustee's Response concedes that he "would be willing to participate in a status conference." Dkt. No. 1884 at ¶ 1.[2] The Court should order him to do so, so that the parties will have a schedule for briefing the Creditor Trustee's objection and for Claimants to take the discovery they need to fully present their arguments.

2.      While the Creditor Trustee contends that his filing of an objection to Claimants' claims on May 28 obviates the need for a status conference, it does not. *Id.* at ¶ 2; Dkt. Nos. 1888, 1889 (the "Objections"). To the contrary, the Objections crystalize the need for a status conference

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower" or the "Company"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

[2] Capitalized terms used but not defined herein have the same meaning as in  the Motion of Claimants Levi & Korsinsky, LLP and Robbins LLP for a Status Conference Pursuant to 11 U.S.C. § 105 (Dkt. No. 1860) and in the Objection.

because Claimants will need to take discovery in order to fully respond to the Objections. For example, based only on face of the Objections, Claimants are entitled to review the draft complaint which the Creditor Trustee "sent to counsel for the identified prospective defendants," the accompanying "proposal to engage in a pre-suit mediation," and the resulting "confidential settlement… agreement," all of which the Objections refer to and rely upon. *Id.* ¶ 15.

3.      A fulsome response to the Objections requires Claimants to propound discovery requests for these and other relevant documents and depose persons with knowledge of the events culminating in the Creditor Trustee's settlement of unspecified underlying claims – which the Creditor Trustee concedes includes the very claims Claimants developed and prosecuted for 18 months prior to this bankruptcy case. *See id.* ¶ 15.

4.      And as this is a contested matter, Claimants are entitled to discovery. *See* Fed. R. Bankr. P. 9014. Counsel to Claimants explained this to counsel to the Creditor Trustee when they met and conferred, at Claimants' request, by telephone on June 5 to discuss scheduling and discovery. Unfortunately, the Creditor Trustee has not seen fit to respond to that request and has instead gone radio silent.

5.      Finally, Claimants' need for discovery will require extending their deadline to respond to the Objections until after the completion of discovery. This is another reason why a status conference to set a briefing and discovery schedule is appropriate.

**WHEREFORE,** Claimants respectfully request that the Court proceed with the status conference and grant such other and further relief as the Court deems just and proper.

Dated: June 11, 2026

**ASHBY & GEDDES, P.A.**

*/s/ F. Troupe Mickler IV*
Ricardo Palacio (No. 3765)
F. Troupe Mickler IV (No. 5361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
rpalacio@ashbygeddes.com
tmickler@ashbygeddes.com

*Counsel to Claimants*

3