**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>SUNPOWER CORPORATION, *et al.* [1]<br><br>Wind-Down Debtor | Chapter 11<br>Case No. 24-11649 (CTG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 16, 2026 AT 1:00 P.M. (EDT)**

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON**
> **AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT**
> **OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR,**
> **COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.**
>
> **ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS**
> **PERMITTED TO APPEAR REMOTELY VIA ZOOM.**
>
> **PLEASE REFER TO JUDGE GOLDBLATT'S CHAMBERS PROCEDURES**
> **(HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-CRAIG-T-GOLDBLATT) AND THE**
> **COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-**
> **APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY,**
> **THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE**
> **GOLDBLATT'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE**
> **ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY**
> **BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING**
> **THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is SunPower Corporation (8969). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtors' federal tax identification numbers, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

RLF1 36057805v.1

## I.    ADJOURNED MATTERS:

1.    The Plan Administrator's Objection to Proof of Claim No. 20008 Filed by the California Department of Tax and Fee Administration [Docket No. 1851; filed May 1, 2026]

      Response/Objection Deadline:      May 22, 2026 at 4:00 p.m. (EDT)

      Responses/Objections Received:      None

      Status: The hearing on this matter is adjourned to the hearing scheduled to take place on July 21, 2026 starting at 10:00 a.m. (EDT).

2.    Motion for Reconsideration of Decision to Adjourn Hearing on Movant's Motions to Strike and Exclude [Docket No. 1861; filed May 13, 2026]

      Response/Objection Deadline:      June 9, 2026 at 4:00 p.m. (EDT)

      Responses/Objections Received:      None

      Related Documents:

      i.      Christine Kosydar's Motion to Strike Helios II Residential Solar Fund, LLC's Notice of Joinder to the Limited Objection and Reservation of Rights to Christine Kosydar's Motion to Interpret and Enforce Plan and Confirmation Order and to Exclude and Prohibit Evidence Not Produced in Compliance with Subpoena [Docket No. 1796; filed March 18, 2026]

      ii.      Notice of Hearing [Docket No. 1876; filed May 20, 2026]

      iii.      Amended Memorandum Opinion [Docket No. 1896; filed June 4, 2026]

      iv.      Order Dismissing Motion to Interpret and Enforce Plan and Confirmation Order [Docket No. 1897; entered June 4, 2026]

      Status: On June 4, 2026, the Court entered the *Order Dismissing Motion to Interpret and Enforce Plan and Confirmation Order* [D.I. 1897]. Consequently, no hearing with respect to this matter is required at this time. The Plan Administrator, Helios II Residential Solar Fund, LLC, and Ms. Kosydar are conferring regarding a proposed form of order regarding this matter, and other related matters, that they anticipate submitting under certification of counsel.

3.    Christine Kosydar's Motion for Omnibus Hearing on all Factual Issues [Docket No. 1870; filed May 19, 2026]

      Response/Objection Deadline:      June 9, 2026 at 4:00 p.m. (EDT)

Related Documents:

i. Amended Memorandum Opinion [Docket No. 1896; filed June 4, 2026]

ii. Order Dismissing Motion to Interpret and Enforce Plan and Confirmation Order [Docket No. 1897; entered June 4, 2026]

Status: On June 4, 2026, the Court entered the *Order Dismissing Motion to Interpret and Enforce Plan and Confirmation Order* [D.I. 1897]. Consequently, no hearing with respect to this matter is required at this time. The Plan Administrator, Helios II Residential Solar Fund, LLC, and Ms. Kosydar are conferring regarding a proposed form of order regarding this matter, and other related matters, that they anticipate submitting under certification of counsel.

## II.   RESOLVED MATTER:

4. Joint Motion (Third) of the Plan Administrator and the Creditor Trustee for Entry of an Order Further Extending the Deadline to Object to Claims Under the Plan [Docket No. 1858; filed May 7, 2026]

Response/Objection Deadline:          May 22, 2026 at 4:00 p.m. (EDT)

Responses/Objections Received:     None

Related Documents:

i. Certification of No Objection Regarding "Joint Motion (Third) of the Plan Administrator and the Creditor Trustee for Entry of an Order Further Extending the Deadline to Object to Claims Under the Plan" [D.I. 1858] [Docket No. 1892; filed June 2, 2026]

ii. Order Further Extending the Deadline to Object to Claims Under the Plan [Docket No. 1894; entered June 3, 2026]

Status: On June 3, 2026, the Court entered an order granting the Plan Administrator and the Creditor Trustee the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

## III.   CONTESTED MATTER GOING FORWARD:

5. Motion of Claimants Levi & Korsinsky, LLP and Robbins LLP for a Status Conference Pursuant to 11 U.S.C. § 105 [Docket No. 1860; filed May 13, 2026]

Response/Objection Deadline:          May 27, 2026 at 4:00 p.m. (EDT)

RLF1 36057805v.1

Responses/Objections Received:

A.      Creditor Trustee's Response to Motion of Claimants Levi & Korsinsky, LLP and Robbins LLP for a Status Conference Pursuant to 11 U.S.C. § 105 [Docket No. 1884; filed May 27, 2026]

Related Documents:

i.      Reply in Further Support of Motion by Claimants Levi & Korsinsky, LLP and Robbins LLP for a Status Conference Pursuant to 11 U.S.C. § 105 [Docket No. 1904; filed June 11, 2026]

Status: The hearing on this matter will go forward on a contested basis.

Dated:  June 12, 2026                                         Respectfully submitted,
        Wilmington, Delaware


                                        /s/  Zachary J. Javorsky
                                        **RICHARDS, LAYTON & FINGER, P.A.**
                                        Kevin Gross (DE Bar No. 209)
                                        Mark D. Collins (DE Bar No. 2981)
                                        Jason M. Madron (DE Bar No. 4431)
                                        Zachary J. Javorsky (DE Bar No. 7069)
                                        920 N. King Street
                                        Wilmington, Delaware 19801
                                        Telephone:   (302) 651-7700
                                        Facsimile:   (302) 651-7701
                                        Email:       gross@rlf.com
                                                     collins@rlf.com
                                                     madron@rlf.com
                                                     javorsky@rlf.com

                                        *Counsel to the Plan Administrator*

4