IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SUNPOWER CORPORATION, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 24-11649 (CTG), *et seq.*<br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF COUNSEL AND**
**CONSENT AND RE-DESIGNATION OF CLIENT SERVICE ADDRESS**

PLEASE TAKE NOTICE that Adam Hiller and the law firm of Hiller Law, LLC ("Withdrawing Counsel") and Christine Kosydar ("Client") hereby agree to Withdrawing Counsel's withdrawal of appearance as counsel of record in the above-captioned bankruptcy cases pursuant to Del. Bankr. L.R. 9010-2(b).

In support of this Notice, Withdrawing Counsel and Client certify as follows:

1.      Client has no controversy pending before the Court. The Client's underlying motion was dismissed on June 4, 2026, and the time to file an appeal has expired without further action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SunPower Corporation (8969); SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Debtors' service address for purposes of these chapter 11 cases is: 880 Harbour Way South, Suite 600, Richmond, CA 94804.

2.      Client hereby consents to the withdrawal of Withdrawing Counsel and provides notice of their intention to appear pro se (representing themselves) should any future matters arise.

3.      Pursuant to Del. Bankr. L.R. 9010-2, all future notices, pleadings, and orders relative to Client should be served directly upon Client at the following designated forwarding address:

> Client Name: Christine Kosydar
> Mailing Address: 735 S Leigh Canyon Rd., Alta WY  83414
> Telephone Number: 971-272-1348
> Email Address: ckosydar@comcast.net

Dated:  June 19, 2026

HILLER LAW, LLC

_____
Adam Hiller (DE No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

Withdrawing Counsel

CONSENTED TO BY:

_____
Christine Kosydar

Pro Se Party