**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| SUNPOWER CORPORATION, *et al.*[1] | : | Chapter 11 |
| | : | Case No. 24-11649 (CTG) |
| Wind-Down Debtor | : | |
| | : | |
| ------------------------------------------------------------- | : | |
| | : | |
| TAYLOR MORRISON SERVICES, INC.; | : | |
| and WILLIAM LYON HOMES, INC, | : | |
| | : | |
| Plaintiffs, | : | Adv. Pro. No. 26-50515 (CTG) |
| | : | |
| v. | : | |
| | : | |
| SUNPOWER CORPORATION; | : | |
| SUNPOWER CORPORATION, SYSTEMS; | : | |
| MARK ROBERTS, solely in his capacity as | : | |
| the plan administrator of Debtor's wind down | : | |
| estate; and COMPLETE SOLARIA, INC., | : | |
| d/b/a SunPower and Complete Solar | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 29, 2026 AT 3:00 P.M. (EDT)**

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is SunPower Corporation (8969). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtors' federal tax identification numbers, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

RLF1 36139505v.1

**THIS PROCEEDING WILL BE CONDUCTED**
*EXCLUSIVELY REMOTELY VIA ZOOM.*

**PLEASE REFER TO JUDGE GOLDBLATT'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-CRAIG-T-GOLDBLATT) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE GOLDBLATT'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

## I.   ADVERSARY STATUS CONFERENCE:

1.   Taylor Morrison's Motion for Entry of Temporary Restraining Order and Preliminary Injunction [Adv. Docket No. 3; filed June 23, 2026]

Response/Objection Deadline:          N/A

Responses/Objections Received:       None

Related Documents:

   i.   Complaint [Adv. Docket No. 1; filed June 23, 2026]

   ii.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 2; filed June 23, 2026]

   iii. Taylor Morrison's Memorandum of Law in Support of Taylor Morrison's Motion for Entry of Temporary Restraining Order and Preliminary Injunction [Adv. Docket No. 4; filed June 23, 2026]

   iv.  Declaration of Craig Merry in Support of Motion for Entry of Temporary Restraining Order [Adv. Docket No. 5; filed June 23, 2026]

   Status: A status conference only with respect to this matter will go forward via Zoom.

2

Dated:  June 24, 2026          Respectfully submitted,
       Wilmington, Delaware

      */s/ Jason M. Madron*
      **RICHARDS, LAYTON & FINGER, P.A.**
      Kevin Gross (DE Bar No. 209)
      Mark D. Collins (DE Bar No. 2981)
      Jason M. Madron (DE Bar No. 4431)
      Zachary J. Javorsky (DE Bar No. 7069)
      920 N. King Street
      Wilmington, Delaware 19801
      Telephone:    (302) 651-7700
      Facsimile:    (302) 651-7701
      Email:        gross@rlf.com
              collins@rlf.com
              madron@rlf.com
              javorsky@rlf.com

      *Counsel to the Plan Administrator*

3