## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| SUNPOWER CORPORATION,[1] | ) |
|  | ) Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | ) |
|  | ) (Jointly Administered) |
|  | ) |
|  | ) **Ref. Docket Nos. 1937 & 1938** |
|  | ) |
|  | ) |

## CERTIFICATE OF SERVICE

I, CASSANDRA MURRAY, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I understand that, in accordance with rule 5005-4(c)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the below referenced documents were electronically filed with the United States Bankruptcy Court for the District of Delaware using the Case Management/Electronic Case Filing System ("CM/ECF") and the filing caused courtesy copies to be served on registered users of CM/ECF at the time of filing via electronic mail.

3.  On July 14, 2026, I caused to be served the:

    a.  "Certification of Counsel Regarding Order Scheduling Omnibus Hearing Date," dated July 13, 2026 [Docket No. 1937], and

    b.  "Order Scheduling Omnibus Hearing Date," dated July 14, 2026 [Docket No. 1938],

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

by causing true and correct copies to be:

i.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

ii.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

4.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>*/s/ Cassandra Murray*</u>
Cassandra Murray

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BRINKMAN LAW GROUP, PC | (CO-COUNSEL TO THE CREDITOR TRUSTEE) ATTN: DAREN R. BRINKMAN 543 COUNTRY CLUB DRIVE, SUITE B WOOD RANCH CA 93065 |
| BRINKMAN LAW GROUP, PC | (CO-COUNSEL TO THE CREDITOR TRUSTEE) ATTN: JORY D. COOK 515 MADISON AVE, 9TH FL NEW YORK NY 10022 |
| BUCHALTER LLP | (COUNSEL TO ORACLE AMERICA, INC) 425 MARKET STREET, SUITE 2900 SAN FRANCISCO CA 94105-3493 |
| CROSS & SIMON, LLC | (COUNSEL TO LOCAL 449 PENSION & RETIREMENT) ATTN: CHRISTOPHER P. SIMON, ESQ. 1105 NORTH MARKET STREET, SUITE 901 WILMINGTON DE 19801 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO BANK OF AMERICA, NA, FIRST LIEN AGT) ATTN: BRIAN M RESNICK, ANGELA M LIBBY & JARRET ERICKSON 450 LEXINGTON AVE NEW YORK NY 10017 |
| LOWENSTEIN SANDLER LLP | (COUNSEL TO STEAMFITTERS LOCAL 449) ATTN: MICHAEL ETKIN, A. BEHLMANN, MICHAEL PAPANDREA ONE LOWENSTEIN DRIVE ROSELAND NJ 07068 |
| MORRIS, NICHOLS,ARSHT & TUNNELL LLP | (COUNSEL TO BANK OF AMERICA, NA, FIRST LIEN AGT) ATTN: ROBERT J DEHNEY, SR, TAMARA K MANN, MATTHEW O TALMO & CASEY B SAWYER 1201 N MARKET ST, 16TH FL WILMINGTON DE 19899-1347 |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL FOR THE CREDITOR TRUSTEE) ATTN: BRADFORD J SANDLER; COLIN R ROBINSON 919 N MARKET STREET, 17TH FLOOR PO BOX 8705 WILMINGTON DE 19899-8705 |
| ROBBINS, GELLER, RUDMAN & DOWD LLP | (COUNSEL TO STEAMFITTERS LOCAL 449) ATTN: SHAWN WILLIAMS, WILLOW RADCLIFFE, KENNETH BLACK, SNEHEE KHANDESHI POST MONTGOMERY CENTER ONE MONTGOMERY STREET, SUITE 1800 SAN FRANCISCO CA 94104 |

**Total Creditor count: 9**

**EXHIBIT B**

SUNPOWER CORPORATION, Case No. 24-11649 (CTG)

Electronic Mail Master Service List

| Name | Attn | Email Address |
|---|---|---|
| BRINKMAN LAW GROUP, PC | ATTN: DAREN R. BRINKMAN, ESQ.; JORY D. COOK | firm@brinkmanlaw.com |
| BUCHALTER LLP | ATTN: SHAWN M. CHRISTIANSON, ESQ. | schristianson@buchalter.com |
| CROSS & SIMON, LLC | ATTN: CHRISTOPHER P. SIMON, ESQ. | csimon@crosslaw.com |
| DAVIS POLK & WARDWELL LLP | ATTN: BRIAN M RESNICK, ANGELA M LIBBY & JARRET ERICKSON | jarret.erickson@davispolk.com; angela.libby@davispolk.com; brian.resnick@davispolk.com |
| LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, ESQ.; ANDREW BEHLMANN, ESQ.; MICHAEL PAPANDREA, ESQ. | metkin@lowenstein.com; abehlmann@lowenstein.com; mpapandrea@lowenstein.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: ROBERT J DEHNEY, SR, TAMARA K MANN, MATTHEW O TALMO & CASEY B SAWYER | rdehney@morrisnichols.com; tmann@morrisnichols.com; mtalmo@morrisnichols.com; csawyer@morrisnichols.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANE M. LEAMY | jane.m.leamy@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, ESQ; COLIN R. ROBINSON | bsandler@pszjlaw.com; crobinson@pszjlaw.com |
| ROBBINS, GELLER, RUDMAN & DOWD LLP | ATTN: SHAWN WILLIAMS, ESQ.; WILLOW RADCLIFFE, ESQ.; KENNETH BLACK, ESQ.; SNEHEE KHANDESHI, ESQ. | shawnw@rgrdlaw.com; dpfefferbaum@rgrdlaw.com; kennyb@rgrdlaw.com; skhandeshi@rgrdlaw.com |