**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SUNPOWER CORPORATION, *et al.*,[1]<br><br>Wind-Down Debtor. | Chapter 11<br>Case No. 24-11649 (CTG)<br>(Jointly Administered)<br><br>**Re: D.I. 1928** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**"JOINT MOTION OF THE PLAN ADMINISTRATOR AND THE**
**CREDITOR TRUSTEE FOR ENTRY OF AN ORDER FURTHER ENLARGING**
**THE PERIOD WITHIN WHICH THE PLAN ADMINISTRATOR AND/OR THE**
**CREDITOR TRUSTEE MAY REMOVE ACTIONS" [D.I. 1928]**

The undersigned hereby certify that, as of the date hereof, they have received no answer, objection, or any other responsive pleading to *Joint Motion of the Plan Administrator and the Creditor Trustee For Entry of An Order Further Enlarging the Period Within Which the Plan Administrator and/or the Creditor Trustee May Remove Actions* [D.I. 1928] (the "Motion") filed by Mark Roberts, solely in his capacity as the plan administrator for the above-captioned wind-down estates (the "Plan Administrator") and Steven Balasiano, by and through MHR Advisory Group, LLC, in its capacity as the Creditor Trustee (the "Creditor Trustee" and, together with the Plan Administrator, the "Movants") with the United States Bankruptcy Court for the District of Delaware (the "Court") on June 29, 2026.

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

- 2 -

The undersigned further certify that they have reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the *Notice of "Joint Motion of the Plan Administrator and the Creditor Trustee For Entry of An Order Further Enlarging the Period Within Which the Plan Administrator and/or the Creditor Trustee May Remove Actions" and Hearing Thereon* filed contemporaneously with the Motion, responses to the Motion were to be filed no later than 4:00 p.m. (Eastern Daylight Time) on July 13, 2026. The Movants therefore respectfully request that the proposed form of order attached hereto as **Exhibit A**, which is materially in the same form filed with the Motion, be entered at the earliest convenience of the Court.

Dated: July 17, 2026
          Wilmington, Delaware

| | |
|---|---|
| */s/ Jason M. Madron* | */s/ Steven W. Golden* |
| **RICHARDS, LAYTON & FINGER, P.A.** | **PACHULSKI STANG ZIEHL** |
| Kevin Gross (DE Bar No. 209) | **& JONES LLP** |
| Mark D. Collins (DE Bar No. 2981) | Bradford J. Sandler (DE Bar No. 4142) |
| Jason M. Madron (DE Bar No. 4431) | Steven W. Golden (DE Bar No. 6807) |
| Zachary J. Javorsky (DE Bar No. 7069) | 919 N. Market Street, 17th Floor |
| One Rodney Square | P.O. Box 8705 |
| 920 North King Street | Wilmington, DE 19899-8705 |
| Wilmington, DE 19801 | Telephone: (302) 652-4100 |
| Telephone: (302) 651-7700 | Facsimile: (302) 652-4400 |
| Facsimile: (302) 651-7701 | Email: bsandler@pszjlaw.com |
| | sgolden@pszjlaw.com |
| *Attorneys for the Plan Administrator* | |
| | *Attorneys for the Creditor Trustee* |

- 2 -

RLF1 35529232v.1

**Exhibit A**

**Proposed Order**

RLF1 35529232v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| SUNPOWER CORPORATION, *et al.*,[1] | ) Case No. 24-11649 (CTG) |
|  | ) |
| Wind-Down Debtor. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 1928** |

**ORDER FURTHER ENLARGING THE PERIOD WITHIN WHICH THE CREDITOR
TRUSTEE AND/OR THE PLAN ADMINISTRATOR MAY REMOVE ACTIONS**

Upon the motion, dated June 29, 2026 [D.I. 1928] (the "Motion")[2] of Mark Roberts, solely in his capacity as the plan administrator for the Debtors' wind-down estates (the "Plan Administrator") and Steven Balasiano, by and through MHR Advisory Group, LLC, in its capacity as the Creditor Trustee (the "Creditor Trustee" and, together with the Plan Administrator, the "Movants") of the SunPower Creditor Trust pursuant to the Plan and Confirmation Order in the Chapter 11 Cases, for entry of an order (this "Order"): (a) further enlarging the Removal Deadline by 120 days, through and including **October 27, 2026**, without prejudice to the Creditor Trustee's and/or Plan Administrator's right to seek further extensions; and (b) granting related relief, all as more fully set forth in the Motion; and the United States

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Motion.

District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Movants' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED, as set forth herein.

2.    The period within which the Creditor Trustee and/or Plan Administrator may seek removal of the Actions pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027 (*i.e.*, the Removal Deadline) is hereby further enlarged, with a deadline for filing notices of removal of **October 27, 2026**.

3.    This Order is without prejudice to the Creditor Trustee's and/or Plan Administrator's right (either jointly or individually) to request a further extension of time to file notices of removal of any or all of the Actions.

2

4.     This Order shall be without prejudice to any position the Creditor Trustee and/or Plan Administrator may take regarding whether section 362 of the Bankruptcy Code applies to stay any Action.

5.     All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

7.     The Creditor Trustee and Plan Administrator are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

RLF1 35529232V.1