### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>SUNPOWER CORPORATION, *et al.*[1]<br><br>Wind-Down Debtor | Chapter 11<br>Case No. 24-11649 (CTG) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JULY 21, 2026 AT 10:00 A.M. (EDT)

**THIS PROCEEDING WILL BE CONDUCTED IN-PERSON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.**

**ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM.**

**PLEASE REFER TO JUDGE GOLDBLATT'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-CRAIG-T-GOLDBLATT) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE GOLDBLATT'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is SunPower Corporation (8969). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtors' federal tax identification numbers, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

## I.     ADJOURNED MATTERS:

1.     The Plan Administrator's Objection to Proof of Claim No. 20008 Filed by the California Department of Tax and Fee Administration [Docket No. 1851; filed May 1, 2026]

Response/Objection Deadline:          May 22, 2026 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.     California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 2008 filed by the California Department of Tax and Fee Administration [Docket No. 1880; filed May 22, 2026]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on August 26, 2026 starting at 10:00 a.m. (EDT).

2.     Creditor Trustee's Objection to Proof of Claim Number 11894 Filed by Robbins LLP [Docket No. 1888; filed May 28, 2026]

Response/Objection Deadline:          June 18, 2026 at 4:00 p.m. (EDT); extended to a date to be determined

Responses/Objections Received:          None at this time

Related Documents:

i.     Creditor Trustee's Motion for Partial Summary Judgment on the Creditor Trustee's Objections to Proof of Claim Number 11860 filed by Levi & Korsinsky, LLP, and Proof of Claim Number 11894 filed by Robbins LLP [Docket No. 1912; filed June 16, 2026] (the "Motion for Partial Summary Judgment")

ii.     Declaration of Daren R. Brinkman in Support of the Creditor Trustee's Motion for Partial Summary Judgment on the Creditor Trustee's Objections to Proof of Claim Number 11860 filed by Levi & Korsinsky, LLP, and Proof of Claim Number 11894 filed by Robbins LLP [Docket No. 1913; filed June 16, 2026]

iii.     Creditor Trustee's Request for Judicial Notice in Support of Motion for Partial Summary Judgment on the Creditor Trustee's Objections to Proof of Claim Number 11860 filed by Levi & Korsinsky, LLP, and Proof of Claim Number 11894 filed by Robbins LLP [Docket No. 1914; filed June 16, 2026]

iv.     Declaration of Daren R. Brinkman in Support of the Creditor Trustee's Request for Judicial Notice [Docket No. 1915; filed June 16, 2026]

RLF1 36094166v.1

Status: The hearing on this matter is adjourned to a date and time to be determined pending the disposition of the Motion for Partial Summary Judgment in accordance with D.I. 1935.

3.      Creditor Trustee's Objection to Proof of Claim Number 11860 Filed by Levi & Korsinsky, LLP [Docket No. 1889; filed May 28, 2026]

Response/Objection Deadline:        June 18, 2026 at 4:00 p.m. (EDT); extended to a date to be determined

Responses/Objections Received:      None at this time

Related Documents:

i.      Creditor Trustee's Motion for Partial Summary Judgment on the Creditor Trustee's Objections to Proof of Claim Number 11860 filed by Levi & Korsinsky, LLP, and Proof of Claim Number 11894 filed by Robbins LLP [Docket No. 1912; filed June 16, 2026]

ii.     Declaration of Daren R. Brinkman in Support of the Creditor Trustee's Motion for Partial Summary Judgment on the Creditor Trustee's Objections to Proof of Claim Number 11860 filed by Levi & Korsinsky, LLP, and Proof of Claim Number 11894 filed by Robbins LLP [Docket No. 1913; filed June 16, 2026]

iii.    Creditor Trustee's Request for Judicial Notice in Support of Motion for Partial Summary Judgment on the Creditor Trustee's Objections to Proof of Claim Number 11860 filed by Levi & Korsinsky, LLP, and Proof of Claim Number 11894 filed by Robbins LLP [Docket No. 1914; filed June 16, 2026]

iv.     Declaration of Daren R. Brinkman in Support of the Creditor Trustee's Request for Judicial Notice [Docket No. 1915; filed June 16, 2026]

Status: The hearing on this matter is adjourned to a date and time to be determined pending the disposition of the Motion for Partial Summary Judgment in accordance with D.I. 1935.

4.      Creditor Truste's Motion for Partial Summary Judgment on the Creditor Trustee's Objections to Proof of Claim Number 11860 Filed by Levi & Korsinsky, LLP, and Proof of Claim Number 11894 Filed by Robbins LLP [Docket No. 1912; filed June 16, 2026]

Response/Objection Deadline:        June 30, 2026 at 4:00 p.m. (EDT)

Responses/Objections Received:    None at this time

Related Documents:

i.    Declaration of Daren R. Brinkman in Support of the Creditor Trustee's Motion for Partial Summary Judgment on the Creditor Trustee's Objections to Proof of Claim Number 11860 filed by Levi & Korsinsky, LLP, and Proof of Claim Number 11894 filed by Robbins LLP [Docket No. 1913; filed June 16, 2026]

ii.    Order Approving Stipulation Regarding Schedule for Briefing on Motion for Partial Summary Judgment [Docket No. 1935; entered July 7, 2026]

Status: The hearing on this matter is adjourned to the hearing scheduled to take place on September 10, 2026 starting at 2:00 p.m. (EDT) in accordance with D.I. 1935.

## II.    MATTER FILED UNDER A CERTIFICATION OF NO OBJECTION:

5.    Joint Motion of the Plan Administrator and the Creditor Trustee for Entry of an Order Further Enlarging the Period Within Which the Plan Administrator and/or the Creditor Trustee May Remove Actions [Docket No. 1928; filed June 29, 2026]

Response/Objection Deadline:    July 13, 2026 at 4:00 p.m. (EDT)

Responses/Objections Received:    None

Related Documents:

i.    Certification of No Objection Regarding "Joint Motion of the Plan Administrator and the Creditor Trustee for Entry of an Order Further Enlarging the Period Within Which the Plan Administrator and/or the Creditor Trustee May Remove Actions" [D.I. 1928] [Docket No. 1941; filed July 17, 2026]

Status: On July 17, 2026, the Plan Administrator and the Creditor Trustee filed a certification of no objection regarding this matter. Accordingly, a hearing with respect to this matter is only required to the extent to this matter is only required to the extent that the Court has any questions or concerns.

[*Remainder of Page Intentionally Left Blank.*]

4

Dated:  July 17, 2026
        Wilmington, Delaware

Respectfully submitted,

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross (DE Bar No. 209)
Mark D. Collins (DE Bar No. 2981)
Jason M. Madron (DE Bar No. 4431)
Zachary J. Javorsky (DE Bar No. 7069)
920 N. King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        gross@rlf.com
              collins@rlf.com
              madron@rlf.com
              javorsky@rlf.com

*Counsel to the Plan Administrator*

5