**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | ) | Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | ) | |
| | ) | **Re: D.I. 1817, 1824, 1828** |

**ORDER (I) DENYING "CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION'S MOTION TO ABSTAIN PURSUANT TO 11 U.S.C. § 505(a) AND 28 U.S.C. § 1334(c) TO PERMIT THE STATE ADMINISTRATIVE FORUM TO ISSUE A SALES AND USE TAX HEARING DECISION; MOTION TO QUASH" [D.I. 1817] AND (II) SETTING SCHEDULE**

Upon consideration of the *California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash*, filed on April 1, 2026 [D.I. 1817] (the "Motion"[2]) by the California Department of Tax and Fee Administration (the "CDTFA," and together with the Plan Administrator, the "Parties"); and this

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

[2] Capitalized terms used, but not otherwise defined, in this Order shall be ascribed the same meanings given to such terms in the *Objection of the Plan Administrator to "California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash" [D.I. 1817],* filed by Mark Roberts, solely in his capacity as the plan administrator for the Debtors' wind-down estates (the "Plan Administrator") on April 13, 2026 [D.I. 1824] (the "Objection") or the *Amended Joint Chapter 11 Plan of SunPower Corporation and Its Debtor Affiliates (Technical Modifications)*, filed on October 17, 2024 [D.I. 829] (the "Plan"), as applicable.

Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due, sufficient and proper notice of the Motion having been provided under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed and considered the Motion, the Objection, and the *California Department of Tax and Fee Administration's Reply to the Objection of the Plan Administrator to the Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash*, filed by the CDTFA on April 15, 2026 [D.I. 1828]; and upon all of the proceedings had before the Court; and the Court having held a hearing to consider the Motion on April 20, 2026 starting at 10:00 a.m. (Eastern Daylight Time) (the "Hearing"); and the Court having heard and considered the statements and arguments made by counsel to the Plan Administrator and counsel to the CDTFA at the Hearing; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, and upon the record of the Hearing, therefore, it is hereby;

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. For the reasons set forth on the record at the Hearing, the Motion is hereby DENIED with prejudice.

2. Fact and Expert Discovery. The following deadlines will apply to expert and fact discovery relating to the CDTFA's claims Nos. 621 and 622 (together, and as may have been

amended, the "Disputed Tax Claims") and the Plan Administrator's objections thereto [D.I. 1422, 1423] (the "Claim Objections"):

a. The CDTFA and the Plan Administrator shall produce documents (on a rolling basis, if applicable) such that each party's document production shall be substantially completed no later than **Friday, July 17, 2026**.

b. July 14, 2026: The CDTFA shall serve any expert report(s) consistent with Federal Rule of Civil Procedure 26(a)(2)(B).

c. The deposition upon oral examination of Alan Z. Liang of the CDTFA shall take place on **Wednesday, July 22, 2026 beginning at 10:00 a.m. (Pacific Daylight Time)** in Sacramento, California.

d. The deposition upon oral examination of Bill Kimsey of the CDTFA, shall take place on **Thursday, July 23, 2026 beginning at 10:00 a.m. (Pacific Daylight Time)** in Sacramento, California.

e. July 28, 2026: The Plan Administrator shall serve any expert report(s) consistent with Federal Rule of Civil Procedure 26(a)(2)(B).

f. The deposition upon oral examination of the Plan Administrator's fact witness shall take place on **Tuesday, August 4, 2026 beginning at 10:00 a.m. (Pacific Daylight Time)** at the office of Dakessian Law, LTD, 445 S. Figueroa Street, Suite 2210, Los Angeles, California 90071.

g. The deposition upon oral examination of the Plan Administrator's expert witness shall take place on **Wednesday, August 5, 2026 beginning at 10:00 a.m. (Pacific Daylight Time)** at the office of Dakessian Law, LTD, 445 S. Figueroa Street, Suite 2210, Los Angeles, California 90071.

3. Briefing

a. The Plan Administrator's opening pre-trial brief shall be filed with the Court and served on the CDTFA on or before August 21, 2026.

b. The CDTFA's opposition pre-trial brief shall be filed with the Court and served on Plan Administrator on or before September 4, 2026.

c. The Plan Administrator's reply pre-trial brief shall be filed with the Court and served on the CDTFA on or before September 18, 2026.

4. Final Witness and Exhibit List and Pre-Trial Stipulation. The Parties shall file with the Court final witness and exhibit lists and any pre-trial stipulations on or before October 16, 2026.

5. Contested Hearing. A contested hearing regarding the Disputed Tax Claims and the Claim Objections shall commence before this Court on **Tuesday, October 27, 2026 starting at 10:00 a.m. (Eastern Daylight Time)**, and continue on **Wednesday, October 28, 2026 starting at 10:00 a.m. (Eastern Daylight Time)**, as necessary.

6. Extension of Deadlines. Any deadline contained in this Order may be modified in the Court's discretion (i) for good cause shown by further order of the Court based upon a motion filed and served by either of the Parties or (ii) through the filing of an agreed request and further order under a certification of counsel by either of the Parties.

7. The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

8. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: July 20th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**



RLF1 35710770v.3