**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | ) | Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | ) | |
| | ) | **Re: D.I. 1945** |

**FIRST SUPPLEMENT TO "ORDER (I) DENYING 'CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION'S MOTION TO ABSTAIN PURSUANT TO 11 U.S.C. § 505(a) AND 28 U.S.C. § 1334(c) TO PERMIT THE STATE ADMINISTRATIVE FORUM TO ISSUE A SALES AND USE TAX HEARING DECISION; MOTION TO QUASH' [D.I. 1817] AND (II) SETTING SCHEDULE" [D.I. 1945]**

Upon the certification of counsel, dated August 11, 2026 (the "Certification") of Mark Roberts, solely in his capacity as the plan administrator for the Debtors' wind-down estates (the "Plan Administrator"[2]) for entry of this supplement to the *Order (I) Denying "California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash [D.I. 1817] and (II) Setting Schedule*, entered on July 20, 2026 [D.I. 1945] (the "Scheduling Order"), pursuant to which the Court, among other things,

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

[2] Together, California Department of Tax and Fee Administration ("CDTFA") and the Plan Administrator are the "Parties".

scheduled certain dates and deadlines in connection with the judicial disposition of *The Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration* [D.I. 1422] and *The Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration* [D.I. 1423] (together, D.I. 1422 and 1423 are the "CDTFA Claim Objections"); and the Parties having agreed to extend certain dates and deadlines set forth in the Scheduling Order; and the Court having found that the relief requested in the Certification is reasonable under the circumstances and will promote the orderly judicial disposition of the CDTFA Claim Objections; and the Court having determined that factual bases set forth in the Certification establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is HEREBY ORDERED THAT:

1. Notwithstanding anything to the contrary in paragraph 2(e) of the Scheduling Order, **July 30, 2026** shall be the date by which the Plan Administrator shall serve any expert report(s) (which may be amended or supplemented) consistent with Federal Rule of Civil Procedure 26(a)(2)(B).

2. Notwithstanding anything to the contrary in paragraph 2(f) of the Scheduling Order, the deposition upon oral examination of the Plan Administrator's fact witness, **Archibald Benhamou Gabriel** of Alvarez & Marsal North America, LLC, shall take place on **Tuesday, August 11, 2026 beginning at 12:00 p.m. (noon) (Pacific Daylight Time)** at the office of Dakessian Law, LTD, 445 S. Figueroa Street, Suite 2210, Los Angeles, California 90071.

3. Notwithstanding anything to the contrary in paragraph 2(g) of the Scheduling Order, the deposition upon oral examination of the Plan Administrator's expert witness, **James B. Levinson** of Baker Tilly Advisory Group, LP, shall take place on **Tuesday, August 4, 2026**

**beginning at 10:00 a.m. (Pacific Daylight Time)** at the office of Dakessian Law, LTD, 445 S. Figueroa Street, Suite 2210, Los Angeles, California 90071.

4. All of the dates set forth in the Scheduling Order shall remain in full force and effect except to the extent expressly modified by paragraphs 1, 2, and 3 of this Order or some other subsequent order of the Court.

5. The Plan Administrator shall serve this Order on counsel to CDTFA within one (1) business day after the entry of this Order.

**Dated: August 12th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**



RLF1 36328823v.1