**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>SUNPOWER CORPORATION, *et al.*,[1]<br><br>Wind-Down Debtor. | Chapter 11<br>Case No. 24-11649 (CTG)<br>(Jointly Administered)<br><br>**Re: D.I. 2005** |

**CERTIFICATION OF NO OBJECTION REGARDING "THE PLAN ADMINISTRATOR'S MOTION TO SEAL CERTAIN CONFIDENTIAL INFORMATION IN THE 'THE PLAN ADMINISTRATOR'S OPENING PRE-TRIAL BRIEF IN SUPPORT OF (I) *THE PLAN ADMINISTRATOR'S OBJECTION TO PROOF OF CLAIM NO. 621 FILED BY THE CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION* [D.I. 1422], AND (II) *THE PLAN ADMINISTRATOR'S OBJECTION TO PROOF OF CLAIM NO. 622 FILED BY THE CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION* [D.I. 1423]'" [D.I. 2005]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or any other responsive pleading to *The Plan Administrator's Motion to Seal Certain Confidential Information In the "The Plan Administrator's Opening Pre-Trial Brief In Support of (I) The Plan Administrator's Objection to Proof of Claim No. 621 Filed By the California Department of Tax and Fee Administration [D.I. 1422], and (II) The Plan Administrator's Objection to Proof of Claim No. 622 Filed By the California Department of Tax and Fee Administration [D.I. 1423]"* [D.I. 2005] (the "Motion") filed by Mark Roberts, solely in his capacity as the plan administrator for the Debtors' wind-down estates (the "Plan

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

Administrator") with the United States Bankruptcy Court for the District of Delaware (the "Court") on September 25, 2026.

The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the *Notice of "The Plan Administrator's Motion to Seal Certain Confidential Information In the "The Plan Administrator's Opening Pre-Trial Brief In Support of (I) The Plan Administrator's Objection to Proof of Claim No. 621 Filed By the California Department of Tax and Fee Administration [D.I. 1422], and (II) The Plan Administrator's Objection to Proof of Claim No. 622 Filed By the California Department of Tax and Fee Administration [D.I. 1423]" and Hearing Thereon* filed contemporaneously with the Motion, responses to the Motion were to be filed no later than 4:00 p.m. (Eastern Daylight Time) on October 9, 2026. The Plan Administrator therefore respectfully requests that the proposed form of order attached hereto as **Exhibit A**, which is materially in the same form filed with the Motion, be entered at the earliest convenience of the Court.

[*Remainder of Page Intentionally Left Blank.*]

Dated: October 16, 2026
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Jason M. Madron*
Mark D. Collins (DE Bar No. 2981)
Jason M. Madron (No. 4431)
Zachary J. Javorsky (No. 7069)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: collins@rlf.com
madron@rlf.com
javorsky@rlf.com

*Counsel to the Plan Administrator*

-and-

**DAKESSIAN LAW, LTD**
Mardiros Dakessian (admitted p*ro hac vice*)
Benjamin Lee (admitted *pro hac vice*)
445 S. Figueroa Street, Suite 2210
Los Angeles, California 90071
Telephone: (213) 516-5500
Email: marty@dakessianlaw.com
benjamin@dakessianlaw.com

*Special California Tax Counsel to the Plan Administrator*

# **Exhibit A**

## **Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | ) | Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | ) | (Jointly Administered) |
| | ) | **Re: D.I. 2005** |

**ORDER GRANTING THE PLAN ADMINISTRATOR'S MOTION TO SEAL CERTAIN CONFIDENTIAL INFORMATION IN THE "THE PLAN ADMINISTRATOR'S OPENING PRE-TRIAL BRIEF IN SUPPORT OF (I) *THE PLAN ADMINISTRATOR'S OBJECTION TO PROOF OF CLAIM NO. 621 FILED BY THE CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION* [D.I. 1422], AND (II) *THE PLAN ADMINISTRATOR'S OBJECTION TO PROOF OF CLAIM NO. 622 FILED BY THE CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION* [D.I. 1423]"**

Upon *The Plan Administrator's Motion to Seal Certain Confidential Information in the "The Plan Administrator's Opening Pre-Trial Brief on Support of (I) The Plan Administrator's Objection to Proof of Claim No. 621 Filed By The California Department of Tax And Fee Administration [D.I. 1422], and (II) The Plan Administrator's Objection to Proof of Claim No. 622 Filed By The California Department of Tax and Fee Administration [D.I. 1423]"*, dated September 25, 2026 [D.I. 2005] (the "Motion to Seal")[2]; and the Court having reviewed the

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to such terms in the Motion to Seal.

Motion to Seal; and the Court finding that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED as set forth herein, and Plan Administrator is authorized to file the Confidential Information under seal.

2. The Confidential Information shall remain under seal, and shall not be made available to anyone, except the Plan Administrator shall (i) file a version of the Pre-Trial Brief, fully redacting the Confidential Information, and (ii) provide unredacted copies of the Pre-Trial Brief to the Court, CDTFA and, if requested, the Office of United States Trustee for the District of Delaware.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Plan Administrator is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.