**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | ) | Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | ) | |
| | ) | **Re: D.I. 1945, 1956, 1982, 1998, 2010, 2015** |

**SIXTH SUPPLEMENT TO "ORDER (I) DENYING 'CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION'S MOTION TO ABSTAIN PURSUANT TO 11 U.S.C. § 505(a) AND 28 U.S.C. § 1334(c) TO PERMIT THE STATE ADMINISTRATIVE FORUM TO ISSUE A SALES AND USE TAX HEARING DECISION; MOTION TO QUASH' [D.I. 1817] AND (II) SETTING SCHEDULE" [D.I. 1945]**

Upon the certification of counsel, dated October 27, 2026 (the "Certification") of Mark Roberts, solely in his capacity as the plan administrator for the Debtors' wind-down estates (the "Plan Administrator"[2]) for entry of this sixth supplement to the *Order (I) Denying "California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash [D.I. 1817] and (II) Setting Schedule*, entered on July 20, 2026 [D.I. 1945] (as previously supplemented by D.I. 1956, 1982, 1998, 2010, and 2015, the

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

[2] Together, California Department of Tax and Fee Administration ("CDTFA") and the Plan Administrator are the "Parties".

"Scheduling Order"), pursuant to which the Court, among other things, scheduled certain dates and deadlines in connection with the judicial disposition of *The Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration* [D.I. 1422] and *The Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration* [D.I. 1423] (together, D.I. 1422 and 1423 are the "CDTFA Claim Objections"); and the Parties having agreed to modify and/or supplement certain dates set forth in the Scheduling Order; and the Court having found that the relief requested in the Certification is reasonable under the circumstances and will promote the orderly judicial disposition of the CDTFA Claim Objections; and the Court having determined that factual bases set forth in the Certification establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is HEREBY ORDERED THAT:

1. Notwithstanding anything to the contrary in paragraph 4 of the Scheduling Order (as previously modified by D.I. 2010), **October 28, 2026** shall be the date by which the Parties shall file with the Court final witness and exhibit lists and any pre-trial stipulations.

2. All of the dates set forth in the Scheduling Order (as amended by D.I. 1956, 1982, 1998, 2010, 2015) shall remain in full force and effect except to the extent expressly modified or supplemented by paragraph 1 of this Order or some other subsequent order of the Court.

3. The Plan Administrator shall serve this Order on counsel to CDTFA within one (1) business day after the entry of this Order.

**Dated: October 28th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**