**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SUNPOWER CORPORATION,[1] | ) | Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 30, 2026 AT 1:30 P.M. (EDT)**

**THIS PROCEEDING WILL BE CONDUCTED**
***EXCLUSIVELY REMOTELY VIA ZOOM.***

**PLEASE REFER TO JUDGE GOLDBLATT'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-CRAIG-T-GOLDBLATT) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE GOLDBLATT'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

# I. MATTER GOING FOWARD:

1. Letter re: Discovery Dispute (§ 502 Claim Objections) [Docket No. 2027; filed October 27, 2026] (the "CDTFA Letter Brief")

Response/Objection Deadline: October 30, 2026 at 10:00 a.m. (EDT) (the "Objection Deadline")

Responses/Objections Received: None as of this date.

Related Documents:

i. Order (I) Denying "California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash" and (II) Setting Schedule [Docket No. 1945; entered July 20, 2026]

ii. First Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 1956; entered August 12, 2026]

iii. Second Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 1982; entered September 9, 2026]

iv. Third Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 1998; entered September 18, 2026]

v. The Plan Administrator's Opening Pre-Trial Brief in Support of (I) *the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration* [D.I. 1422], and (II) *the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration* [D.I. 1423] (Sealed) [Docket No. 2002; filed September 22, 2026]

vi. The Plan Administrator's Opening Pre-Trial Brief in Support of (I) *the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration* [D.I. 1422], and (II) *the Plan*

*Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration* [D.I. 1423] (Redacted) [Docket No. 2006; filed September 25, 2026]

vii. Fourth Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 2010; entered October 2, 2026]

viii. Fifth Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 2015; entered October 15, 2026]

ix. The CDTFA's Brief in Support of its Tax Proofs of Claim [Docket No. 2017; filed October 16, 2026]

x. The Plan Administrator's Pre-Trial Reply Brief in Response to the CDTFA's Brief in Support of Its Tax Proofs of Claim [D.I. 2017] and in Further Support of (I) the Plan Administrator's Objection to Proof of Claim No. 621 Filed by the California Department of Tax and Fee Administration [D.I. 1422], and (II) The Plan Administrator's Objection to Proof of Claim No. 622 Filed By the California Department of Tax and Fee Administration [D.I. 1423] [Docket No. 2030; filed October 27, 2026]

xi. Sixth Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 2031; entered October 28, 2026]

Status: The Plan Administrator intends to file his opposition to the CDTFA Letter Brief by the Objection Deadline. The hearing on this matter will go forward on a contested basis.

Dated: October 28, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (DE Bar No. 2981)
Jason M. Madron (DE Bar No. 4431)
Zachary J. Javorsky (DE Bar No. 7069)
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
madron@rlf.com
javorsky@rlf.com

*Counsel to the Plan Administrator*