ROB BONTA
Attorney General of California
BRIAN D. WESLEY
Supervising Deputy Attorney General
HUTCHISON B. MELTZER
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6240
Fax: (916) 731-2144
E-mail: Hutchison.Meltzer@doj.ca.gov

*Attorneys for California Department of Tax and Fee Administration*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **SUNPOWER CORPORATION,** ***et al.*** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | **Case No. 24-11649 (CTO)** |
| | § | **Hearing Date: Nov. 3, 2026, 10:00 a.m. (ET)**<br>**Docket Nos. 1422, 1423, 1851**<br>**Re: Proofs of Claim Nos. 621, 622, 20008** |

## THE CDTFA'S WITNESS AND EXHIBIT LIST REGARDING THE EVIDENTIARY HEARING ON THE OBJECTIONS TO ITS TAX PROOFS OF CLAIM

California Department of Tax and Fee Administration (CDFA), by and through its undersigned attorneys, respectfully submits this Witness and Exhibit List re: the Evidentiary Hearing on the Objections to itsTax Proofs of Claim filed by Mark Roberts, solely in his capacity as the Plan Administrator (Plan Administrator) for the Debtor's Wind-Down Estate.[1]

[1] Except where otherwise defined herein, capitalized terms have the meanings ascribed to them in the Motion.

## WITNESSES

1. Mr. Alan Liang, Business Taxes Specialist II, and senior audit officer. Mr. Liang will attend the hearing in person.

2. Mr. William P. Kimsey, Business Taxes Specialist III, and Certified Public Accountant. Mr. Kimsey will attend the hearing in person.

## EXHIBITS

| No. | Document Description | Disposition After Trial |
|---|---|---|
| 1 | Systems' Audit Workpapers (12A, 12D) | |
| 2 | Sabrix Report | |
| 3 | Sales and Use Tax Regulation 1521 | |
| 4 | Sales and Use Tax Regulation 1698 | |
| 5 | Revenue and Taxation Code Section 6902 | |
| 6 | Revenue and Taxation Code Section 6563 | |
| 7 | Revenue and Taxation Code Section 6481 | |
| 8 | Audit Manual 434.05 | |
| 9 | Audit Manual 101.03, 101,05 | |
| 10 | SunPower PPE Report | |
| 11 | Separation and Distribution Agreement By and Between Sunpower Corporation and Maxeon Solar Technologies, Dated November 8, 2019;<br>Bill of Sale | |
| 12 | Notices of Determination (NOD) dated January 29, 2025 | |
| 13 | Deposition of Bill Goren,<br>September 29, 2026 | |
| 14 | Deposition of Bill Goren, October 14, 2026 | |
| 15 | Reaudit Results (Systems) | |
| 16 | Reaudit Results<br>(Corporation) | |
| 17. | Email Correspondence Between Alan Liang and Loan Nguyen of Sunpower last June 22, 2022 regarding PAPE issues in the audit. | |
| 18. | Email Correspondence Between Alan Liang and Loan Nguyen of Sunpower last dated April 1, 2022 regarding using PAPE in the audit. | |
| 20. | Deposition Transcripts of Archibald Gabriel dated August 11, 2026 | |
| 21. | Deposition Transcripts of James Levinson dated August 4 and 11, 2026 | |

| | | |
|---|---|---|
| 22. | Any document or pleading filed in the above-captioned case. | |
| 23. | Any exhibit necessary or appropriate for impeachment, rebuttal, and/or demonstrative purposes. | |
| 24. | Any exhibit identified by any other party. | |

**RESERVATION OF RIGHTS**

The CDTFA reserves its rights to amend, add, or supplement the above, and, based on any new information prior to hearing, to use additional exhibits to rebut or impeach.

The parties reserve the right to call any witnesses as listed, for purposes of authentication, or to provide rebuttal or impeachment testimony, as appropriate.

DATED: October 28, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
BRIAN D. WESLEY
Supervising Deputy Attorney General

By: */s/ Hutchison Meltzer*
HUTCHISON B. MELTZER
Deputy Attorney General
*Attorneys for California Department of Tax and Fee Administration*

# CERTIFICATE OF SERVICE

Case Name: **In Re SunPower Corporation** Case No. **24-11649-CTG**

I hereby certify that on October 28, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**THE CDTFA'S WITNESS AND EXHIBIT LIST REGARDING THE EVIDENTIARY HEARING ON THE OBJECTIONS TO TIS TAX PROOF OF CLAIM**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 28, 2026, at Los Angeles, California.

| Kevin Carballo | */s/ Kevin Carballo* |
|---|---|
| Declarant | Signature |

LA2026801058
68830274.docx