**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNPOWER CORPORATION, *et al.*,[1] | Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | |
| | **Re: D.I. 1422, 1423, 1851** |

**THE PLAN ADMINISTRATOR'S WITNESS AND EXHIBIT LIST FOR THE TRIAL SCHEDULED FOR NOVEMBER 3, 2026 AND NOVEMBER 4, 2026**

Mark Roberts, solely in his capacity as the plan administrator for the wind-down debtors (the "Plan Administrator") respectfully files this witness and exhibit list (the "Witness and Exhibit List") identifying the individuals whom that the Plan Administrator may call as witnesses and the exhibits the Plan Administrator may introduce as evidence at the trial scheduled for November 3, 2026 and November 4, 2026 (the "Trial") before The Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 on, among other things, (i) *The Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration* [D.I. 1422]; (ii) *The Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration* [D.I. 1423]; and (iii) *The Plan*

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

*Administrator's Objection to Proof of Claim No. 20008 Filed By the California Department of Tax and Fee Administration* [D.I. 1851] (the "Administrative Claim Objection", and collectively, D.I. 1422, 1423, and 1851 are the "CDTFA Claim Objections").

The Plan Administrator reserves the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Trial, and to call any witness on any other party's witness list (regardless of whether that party removes that witness from its list). The Plan Administrator further reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with the above-captioned cases, to offer rebuttal exhibits, and to modify, supplement, or amend this Witness and Exhibit List at any time prior to or during the Trial. Designation of any exhibit below does not waive any objections the Plan Administrator may have to any exhibit listed on any party's exhibit list or introduced at the Trial.

## WITNESSES

The Plan Administrator may present the testimony of the following witnesses, by declaration, direct testimony, or otherwise, at the Trial:

1. *Mark A. Roberts*, the Plan Administrator and Managing Director at Alvarez & Marsal. The Plan Administrator intends to rely on the following declaration submitted by Mr. Roberts for direct testimony relating to the Administrative Claim Objection, but reserves the right to supplement such declaration (or otherwise offer testimony of Mr. Roberts in connection with the CDTFA Claim Objections) through direct live testimony of Mr. Robert at the Trial:

    a. *Declaration of Mark Roberts in Support of the Plan Administrator's Objection to Proof of Claim No. 20008 Filed by the California Department of Tax and Fee Administration* filed with the Administrative Claim Objection.

2. *Archibald Benhamou Gabriel*, Senior Director at Alvarez & Marsal. The Plan Administrator intends to elicit testimony from Mr. Gabriel regarding various factual matters from his involvement with SunPower, as further described in the Plan Administrator's Opening Pre-Trial Brief [D.I. 2006]. The Plan Administrator further intends to rely on the following declaration submitted by Mr. Gabriel for direct testimony relating to the Administrative Claim Objection, but reserves the right to supplement such declaration through direct live testimony of Mr. Gabriel at the Trial:

    a. *Declaration of Archibald Benhamou Gabriel in Further Support of the Plan Administrator's Objection to Proof of Claim No. 20008 Filed by the California Department of Tax and Fee Administration filed with the Objection* [D.I. 2000]

3. *Drew Johnson*, SunPower Employee from 2019 to 2024 and consultant for the Plan Administrator. The Plan Administrator intends to elicit testimony from Mr. Johnson regarding various factual matters from his employment with SunPower, as further described in the Plan Administrator's Opening Pre-Trial Brief [D.I. 2006].

4. *William Groen*, SunPower Employee from 2019 to 2024 and consultant for the Plan Administrator. The Plan Administrator intends to elicit testimony from Mr. Groen regarding various factual matters from his employment with SunPower, as further described in the Plan Administrator's Opening Pre-Trial Brief [D.I. 2006].

5. *James B. Levinson*, Managing Director at Baker Tilly. The Plan Administrator intends to qualify Mr. Levinson as an expert witness and elicit testimony from Mr. Levinson relating to, among other things, the (i) *Expert Witness Report of James B. Levinson*, dated July 30, 2026 and (ii) *Supplemental Expert Witness Report of James B. Levinson*, dated September 14, 2026.

The Plan Administrator may call any witness listed or called by any other party and any rebuttal or impeachment witnesses.

## EXHIBITS

| Ex. No. | Description | D.I. or Production Number (if available) |
|---|---|---|
| 1. | Expert Witness Report of James B. Levinson, dated July 30, 2026. | N/A |
| 2. | Supplemental Expert Witness Report of James B. Levinson, dated September 14, 2026. | N/A |
| 3. | Deposition of Alan Liang, Volume I, July 22, 2026. | N/A |
| 4. | Declaration and Errata sheet re Deposition Transcript of Alan Liang, August 10, 2026. | N/A |
| 5. | Deposition of Alan Liang, Volume II, September 22, 2026. | N/A |
| 6. | Deposition of William P. Kimsey, July 23, 2026. | N/A |
| 7. | Declaration and Errata Sheet re Deposition Transcript of William P. Kimsey, July 30, 2026. | N/A |
| 8. | Deposition of James B. Levinson, Volume I, August 4, 2026. | N/A |
| 9. | Deposition of James B. Levinson, Volume II, September 22, 2026. | N/A |
| 10. | Deposition of Archibald Gabriel, August 11, 2026. | N/A |
| 11. | Deposition of Drew Johnson, September 29, 2026. | N/A |
| 12. | Deposition of Bill Goren, Volume I, September 29, 2026. | N/A |
| 13. | Deposition of Bill Goren, Volume II, October 14, 2026. | N/A |
| 14. | Deposition Video of William P. Kimsey (01), July 23, 2026. | N/A |
| 15. | Deposition Video of William P. Kimsey (02), July 23, 2026. | N/A |

| | | |
|---|---|---|
| 16. | Deposition Video of Alan Liang, Volume I (01), July 22, 2026. | N/A |
| 17. | Deposition Video of Alan Liang, Volume I (02), July 22, 2026. | N/A |
| 18. | Deposition Video of Alan Liang, Volume I (03), July 22, 2026. | N/A |
| 19. | Deposition Video of Alan Liang, Volume I (01), September 22, 2026. | N/A |
| 20. | Deposition Video of Alan Liang, Volume I (02), September 22, 2026. | N/A |
| 21. | Exhibit A to Deposition of Archibald Gabriel, August 11, 2026. | N/A |
| 22. | Exhibit B to Deposition of Archibald Gabriel, August 11, 2026. | N/A |
| 23. | SunPower Corporation and Maxeon Solar Technologies, Pte. Ltd.'s Separation and Distribution Agreement, November 8, 2019. | SPC000383932–SPC000384205 |
| 24. | SunPower Corporation and Maxeon Solar Technologies, Ltd.'s updated schedules to Separation and Distribution Agreement, August 26, 2020. | SPC000383719–SPC000383931 |
| 25. | CDTFA Audit Manual Chapter 4: General Audit Procedures. | N/A |
| 26. | CDTFA Audit Manual Chapter 1: General Information. | N/A |
| 27. | SunPower Corporation Financial Summary of top 10 customers by revenue, 2016–2018. | SPC000429144–<br><br>SPC000429145 |
| 28. | SPWR Consolidation Financial Report – FSG balance sheet detail, March 2022. | SPC000498277 |
| 29. | SPWR Consolidation Financial Report – FRS balance sheet detail, June 2022 | SPC000498268 |
| 30. | SPWR Consolidation Financial Report – FRS Report July 2022 (FPD). | SPC000390359–<br><br>SPC000392012 |
| 31. | SunPower Corporation Financial Report – FRS Report Sept 2022 (FPD-A). | SPC000498275 |

| | | |
|---|---|---|
| 32. | SunPower Corporation Financial Report – FRS Report Dec 2022 (FPD-A) | SPC000498266 |
| 33. | SunPower Corporation Financial Report – FRS Report March 2023 (after restatement & topside). | SPC000498270 |
| 34. | SunPower Corporation Financial Report – FRS Report June 2023 (after restatement & topside). | SPC000498269 |
| 35. | SunPower Corporation Financial Report – FRS Report Sept 2023 (after restatement & topside). | SPC000498276 |
| 36. | SunPower Corporation Financial Report – FRS Report Oct 2023 (FPD-A). | SPC000498274 |
| 37. | SunPower Corporation Financial Report – FRS Report Nov 2023 (FPD). | SPC000498272 |
| 38. | SunPower Corporation Financial Report – FRS Report Nov 2023 (FPD) (003). | SPC000498271 |
| 39. | SunPower Corporation Financial Report – FRS Report Dec 2023 (FPD). | SPC000498267 |
| 40. | CDTFA Final Audit Results for SunPower Corporation, Systems, January 29, 2025. | CDTFA000100–<br>CDTFA000104 |
| 41. | CDTFA Proposed Liability for SunPower Corporation, Systems, May 21, 2019. | CDTFA000105–<br>CDTFA000108 |
| 42. | CDTFA Verification of Audited Amounts and Findings, May 15, 2026. | CDTFA000109–<br>CDTFA000114 |
| 43. | CDTFA Claim for Refund or Credit for SunPower Corporation, Systems, January 23, 2019. | CDTFA000115 |
| 44. | CDTFA Claim for Refund or Credits for SunPower Corporation, Systems, October 12, 2015. | CDTFA000116–<br>CDTFA000122 |
| 45. | CDTFA Claim for Refund or Credits for SunPower Corporation, Systems, October 12, 2015. | CDTFA000123–<br>CDTFA000131 |

| | | |
|---|---|---|
| 46. | CDTFA Claim for Refund or Credits for SunPower Corporation, Systems, October 12, 2015. | CDTFA000132–<br>CDTFA000138 |
| 47. | CDTFA-Form 414-Z – Assignment Activity History; Auditor Alan Liang, various dates. | CDTFA000309–<br>CDTFA000317 |
| 48. | CDTFA-Form 836-A – Report of Discussion of Audit Findings for SunPower Corporation, Systems, January 29, 2025. | CDTFA000318–<br>CDTFA000320 |
| 49. | CDTFA-Form 1296 – Account Update Information; to Michael Evans from Alan Liang, August 29, 2018. | CDTFA000321 |
| 50. | BOE-Form 82 – Authorization for Electronic Transmission of Data, May 8, 2012. | CDTFA000322 |
| 51. | CDTFA-Form 80-RU – Record Update, August 20, 2018. | CDTFA001134 |
| 52. | CDTFA Index to Audit Working Papers, June 15, 2026. | CDTFA001150–<br>CDTFA001161 |
| 53. | CDTFA Tax Matrix Used to Project Sales Errors, January 12, 2018. | CDTFA001162–<br>CDTFA001172 |
| 54. | CDTFA Local Tax – Schedule C, December 27, 2018. | CDTFA001173–<br>CDTFA001187 |
| 55. | CDTFA Markup on FG Cell Reported, June 12, 2017. | CDTFA001188–<br>CDTFA003509 |
| 56. | CDTFA Use Tax Reported on Non-Taxable Purchases in Error, June 12, 2017. | CDTFA003510–<br>CDTFA003773 |

| | | |
|---|---|---|
| 57. | CDTFA Reconciliation of Costs per MDR to G/L, December 24, 2018. | CDTFA003774–<br>CDTFA003874 |
| 58. | CDTFA Schedule A and B, January 12, 2025. | CDTFA003875–<br>CDTFA004040 |
| 59. | Material Cost Report with Raw Cost (all years). | CDTFA004041–<br>CDTFA006990 |
| 60. | Material Cost Report with Raw Cost (all years). | CDTFA006991–<br>CDTFA009491 |
| 61. | PV Cost Detail A129945_Sunpower System_Comb_SPCS_FGModule. | CDTFA009492–<br>CDTFA009493 |
| 62. | PV Cost Detail A129945_Sunpower System_Comb_SPCS_FGModule. | CDTFA009494–<br>CDTFA014569 |
| 63. | PV Cost Detail A129945_Sunpower System_Comb_SPCS_FGModule. | CDTFA014570–<br>CDTFA019645 |
| 64. | PV Cost Detail A129945_Sunpower System_Comb_SPCS_FGModule. | CDTFA019645–<br>CDTFA021622 |
| 65. | Solar Star Project Summary. | CDTFA021623 |
| 66. | CDTFA Final Audit Results for SunPower Corporation, January 29, 2025. | CDTFA055014–<br>CDTFA055019 |
| 67. | CDTFA Verification of Appeals Conference for SunPower Corporation, January 13, 2026. | CDTFA055020 |

| | | |
|---|---|---|
| 68. | CDTFA Verification of Appeals Conference for SunPower Corporation, Systems, January 13, 2026. | CDTFA055021 |
| 69. | CDTFA-Form 416 – Petition for Redetermination Administrative Appeal for SunPower Corporation, February 28, 2025. | CDTFA055022–<br>CDTFA055027 |
| 70. | CDTFA-Form 416 – Petition for Redetermination Administrative Appeal for SunPower Corporation, Systems, February 28, 2025. | CDTFA055028–<br>CDTFA055032 |
| 71. | CDTFA Settlement Removal for SunPower Corporation and SunPower Corporation, Systems, March 12, 2026. | CDTFA055033–<br>CDTFA055034 |
| 72. | CDTFA Audit Plan, January 12, 2022. | CDTFA055035–<br>CDTFA055036 |
| 73. | CDTFA-Form 82 – Authorization for Electronic Transmission of Data for SunPower Corporation, January 20, 2021. | CDTFA055037 |
| 74. | CDTFA-Form 836-A – Report of Discussion of Audit Findings for SunPower Corporation, January 29, 2025. | CDTFA055038–<br>CDTFA055040 |
| 75. | CDTFA Verification of Audited Amounts and Findings, May 15, 2026. | CDTFA055041–<br>CDTFA055044 |
| 76. | CDTFA Audit Sampling Plan, June 2, 2023. | CDTFA055045–<br>CDTFA055047 |
| 77. | CDTFA Evaluation of Sample Results, April 24, 2023. | CDTFA055061–<br>CDTFA055071 |
| 78. | CDTFA Pull Sheet Containing Detail Lines of All Sample Items, April 26, 2023. | CDTFA055062–<br>CDTFA055217 |

| | | |
|---|---|---|
| 79. | CDTFA Net Zero Items Detail Lines Excluded from Test, April 24, 2023. | CDTFA055218–<br>CDTFA055272 |
| 80. | CDTFA Net Credit Items Detail Lines Excluded from Test, April 24, 2023. | CDTFA055273–<br>CDTFA055355 |
| 81. | CDTFA District Reviewers "Go Back" Sheet for SunPower Corporation, January 22, 2025. | CDTFA055356–<br>CDTFA055464 |
| 82. | CDTFA District Reviewers "Go Back" Sheet for SunPower Corporation, January 31, 2018. | CDTFA055465–<br>CDTFA055492 |
| 83. | CDTFA Evaluation of Stratified Random Sample, August 29, 2017. | CDTFA055493–<br>CDTFA055701 |
| 84. | SunStrong Partners filing details. | CDTFA055702–<br>CDTFA055746 |
| 85. | CDTFA Memorandum – Request to Use a Prior Audit Percentage of Error SunPower Corporation, December 26, 2024. | N/A |
| 86. | CDTFA Notes. | CDTFA065716–<br>CDTFA065732 |
| 87. | CDTFA Notes. | CDTFA065733–<br>CDTFA065735 |
| 88. | SPWR Fixed Assets – Accounts with Mapping. | SPC000385219–<br>SPC000385658 |

| | | |
|---|---|---|
| 89. | SunPower PPE Report, July 19, 2024. | SPC000498228–<br>SPC000498265 |
| 90. | RLC Inventory Report_WW08_February_24. | SPC000498278 |
| 91. | RLC Inventory Report_WW18_May_24. | SPC000498279 |
| 92. | RLC Inventory Report_WW21_May_24. | SPC000498280 |
| 93. | RLC Inventory Report_WW22_Jun_24. | SPC000498281 |
| 94. | RLC Inventory Report_WW25_Jun_24. | SPC000498282 |
| 95. | RLC Inventory Report_WW26_Jun_24. | SPC000498283 |
| 96. | SPWR – Inventory By Location WW26_2024 (7.18.2024 1100). | SPC000498291 |
| 97. | SPWR – Inventory FMV Analysis – Update for Dec-23 (3.14.2024 1000). | SPC000498292 |
| 98. | SPWR – Inventory FMV Analysis – Update for Jan-24. | SPC000498293 |
| 99. | SPWR – Inventory FMV Analysis WW08_2024 (3.13.2024 1700). | SPC000498294 |
| 100. | SPWR – Inventory FMV Analysis WW18_2024 (5.21.2024 1400). | SPC000498295 |
| 101. | SPWR – Inventory FMV Analysis WW18_2024 (5.30.2024 1140). | SPC000498296 |
| 102. | SPWR – Inventory FMV Analysis WW22_2024 (6.10.2024 1100). | SPC000498297 |
| 103. | SPWR – Inventory FMV Analysis WW25_2024 (6.26.2024 1000). | SPC000498298 |
| 104. | SPWR – Inventory FMV Analysis WW26_2024 (7.18.2024 1100). | SPC000498299 |
| 105. | SPWR – Inventory Reporting (WW33) 8.19.24 1400. | SPC000498301 |
| 106. | SPWR – Inventory Reporting Package (Jan_24 – Jun_24) (6.26.2024 1000). | SPC000498302 |

| | | |
|---|---|---|
| 107. | SPWR – Inventory Reporting Package (Jan_24 – Jun_24) (7.10.2024 1000). | SPC000498303 |
| 108. | SPWR – Inventory Reporting Package (Jan_24 – May_24) (5.30.2024 1400). | SPC000498305 |
| 109. | SPWR – Inventory Reporting Package (Jan_24 – May_24) (6.5.2024 1000). | SPC000498307 |
| 110. | SPWR – Inventory Reporting Package (Nov_23 – Apr_24) (5.7.2024 1335). | SPC000498309 |
| 111. | SPWR – Inventory Reporting Package (Nov_23 – Mar_24) (4.4.2024 1900). | SPC000498311 |
| 112. | RLC Inventory Report_WW22_Jun_24. | SPC000399070–<br>SPC000401819 |
| 113. | SPWR – Commercial Inv Summary (May_24 WW22) (6.10.2024 1100). | SPC000498284 |
| 114. | SPWR – Commercial Inventory Reporting Package (Jan_24 – Jun_24) (6.26.2024 1000). | SPC000498285 |
| 115. | SPWR – Commercial Inventory Reporting Package (Jan_24 – Jun_24) (7.9.2024 1630). | SPC000498286 |
| 116. | SPWR – Comprehensive Inventory Reporting Package (6.26.2024 1000). | SPC000498287 |
| 117. | SPWR – Comprehensive Inventory Reporting Package (7.9.2024 1630). | SPC000498288 |
| 118. | SPWR – FY24 Inventory Forecast (7.10.2024 1200). | SPC000498289 |
| 119. | SPWR – Inventory By Location WW26_2024 (7.18.2024 1100). | SPC000498290 |
| 120. | SPWR – Inventory Reporting (WW33) 8.19.24 1400. | SPC000498300 |
| 121. | SPWR – Inventory Reporting Package (Jan_24 – May_24) (5.30.2024 1400). | SPC000498304 |
| 122. | SPWR – Inventory Reporting Package (Jan_24 – May_24) (6.5.2024 1000). | SPC000498306 |
| 123. | SPWR – Inventory Reporting Package (Nov_23 – Apr_24) (5.7.2024 1335). | SPC000498308 |
| 124. | SPWR – Inventory Reporting Package (Nov_23 – Mar_24) (4.4.2024 1900). | SPC000498310 |

| | | |
|---|---|---|
| 125. | SunPower Corporation Form 10-K, 2015. | CDTFA000139–<br>CDTFA000308 |
| 126. | SunPower Structure Book – 8point3 Solar InvestCo 3 Holdings, LLC, February 6, 2018. | SPC000428170–<br>SPC000428634 |
| 127. | KB Home Colorado Division – Scope of Work, September 10, 2010. | CDTFA000323–<br>CDTFA000327 |
| 128. | KB Home – Amendment to National Agreement, September 10, 2010. | CDTFA000328–<br>CDTFA000334 |
| 129. | KB Home – Master Subcontract, July 19, 2010. | CDTFA000335–<br>CDTFA000382 |
| 130. | Napa Valley Unified School District Multi-Campus Solar PV, Phase 1 – Master Design-Build Contract, March 26, 2014. | CDTFA000383–<br>CDTFA000514 |
| 131. | San Leandro Unified School District – Contract for Design and Construction, December 20, 2013. | CDTFA000515–<br>CDTFA000716 |
| 132. | Santa Ana Unified School District – Exhibit B – Operations & Maintenance Agreement, March 6, 2013. | CDTFA000717–<br>CDTFA000728 |
| 133. | Santa Ana Unified School District – Contract for Design and Construction, February 21, 2013. | CDTFA000729–<br>CDTFA000914 |
| 134. | Antelope Valley Solar Project I – Management, Operation and Maintenance Agreement. | CDTFA000915–<br>CDTFA001133 |

| | | |
|---|---|---|
| 135. | Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases, September 4, 2024. | D.I. 304 |
| 136. | Schedule 1: Potential Assumption List, September 4, 2024. | D.I. 304-1 |
| 137. | Chevron U.S.A. Inc. Amended and Restated Power Purchase Agreement, December 20, 2019. | N/A |
| 138. | BNB Bloomfield Solar Renewable Energy Power Purchase Agreement, May 20, 2014. | SPC000383310–<br>SPC000383356 |
| 139. | Colton Joint Unified School District Solar Power Purchase Agreement, February 17, 2011. | SPC000383357–<br>SPC000383404 |
| 140. | Grossmont Union High School District Power Purchase Agreement, January 19, 2016. | SPC000383405–<br>SPC000383465 |
| 141. | Hawaii Department of Transportation Airports Division Power Purchase Agreement, November 16, 2012. | SPC000383466–<br>SPC000383529 |
| 142. | Toyota Motor North America, Inc. Amended and Restated Power Purchase Agreement, June 28, 2017. | SPC000383530–<br>SPC000383589 |
| 143. | Toyota Motor Sales U.S.A., Inc. Solar Power Purchase Agreement, September 13, 2017. | SPC000383590–<br>SPC000383615 |
| 144. | Nextracker LLC Patent Purchase Agreement, December 30, 2023. | SPC000383647–<br>SPC000383707 |
| 145. | Amazon.com Services LLC – SAN3 Consent and Agreement, November 20, 2020. | SPC000497700–<br>SPC000497712 |

| | | |
|---|---|---|
| 146. | TotalEnergies Renewables USA, LLC Seller's Disclosure Schedule to Equity Purchase Agreement, February 6, 2022. | SPC000497713–<br><br>SPC000497849 |
| 147. | Remaining Contracts and Applicable Projects. | SPC000497850–<br><br>SPC000497935 |
| 148. | Nevada Joint Union High School District Amended and Restated Power Purchase Agreement, June 22, 2020. | SPC000497936–<br><br>SPC000498227 |
| 149. | BOE Formal Issue Paper 14-001 – Proposed Regulation 1525.4, Manufacturing and Research & Development Equipment, April 2, 2014. | N/A |
| 150. | BOE Reporter’s Transcript – Business Taxes Committee (Regulation 1525.4), April 22, 2014. | N/A |
| 151. | CDTFA Waiver of Limitation – SunPower Corporation, Systems – Original Waiver through 1/31/2020 (Period 10/1/2015 – 9/30/2016), December 27, 2018. | CDTFA001135 |
| 152. | CDTFA Waiver of Limitation – SunPower Corporation, Systems – Original Waiver through 1/31/2021 (Period 10/1/2015 – 9/30/2017), January 13, 2020. | CDTFA001136 |
| 153. | CDTFA Waiver of Limitation – SunPower Corporation, Systems – Original Waiver through 1/31/2022 (Period 10/1/2015 – 9/30/2018), January 30, 2021. | CDTFA001137–<br><br>CDTFA0001138 |
| 154. | CDTFA Waiver of Limitation – SunPower Corporation – Extension to Original Waiver through 1/31/2023 (Period 10/1/2016 – 9/30/2019), December 22, 2021. | CDTFA001139–<br><br>CDTFA001140 |
| 155. | CDTFA Waiver of Limitation – SunPower Corporation, Systems – Extension to Original Waiver through 1/31/2025 (Period 10/1/2015 – 9/30/2021), December 12, 2023. | CDTFA001141–<br><br>CDTFA001142 |
| 156. | CDTFA Waiver of Limitation – SunPower Corporation, Systems – Original Waiver through 1/31/2017 (Period 4/1/2013 – 3/31/2014), July 12, 2016. | CDTFA001143–<br><br>CDTFA001144 |

| | | |
|---|---|---|
| 157. | CDTFA Waiver of Limitation – SunPower Corporation, Systems – Extension to Original Waiver through 7/31/2018 (Period 4/1/2013 – 3/31/2015), June 16, 2017. | CDTFA001145 |
| 158. | CDTFA Waiver of Limitation – SunPower Corporation, Systems – Extension to Original Waiver through 7/31/2019 (Period 4/1/2013 – 9/30/2015), January 24, 2019. | CDTFA001146 |
| 159. | CDTFA Waiver of Limitation – SunPower Corporation, Systems – Extension to Original Waiver through 1/31/2019 (Period 4/1/2013 – 9/30/2015), June 25, 2018. | CDTFA001147 |
| 160. | CDTFA Waiver of Limitation – SunPower Corporation, Systems – Extension to Original Waiver through 1/31/2024 (Period 10/1/2015 – 9/30/2020), December 20, 2022. | CDTFA001148–<br><br>CDTFA001149 |
| 161. | CDTFA Waiver of Limitation – SunPower Corporation – Extension to Original Waiver through 1/31/2025 (Period 10/1/2016 – 12/31/2020), July 15, 2024. | CDTFA055048–<br><br>CDTFA055049 |
| 162. | CDTFA Waiver of Limitation – SunPower Corporation – Original Waiver through 1/31/2021 (Period 10/1/2016 – 9/30/2017), January 13, 2020. | CDTFA055050 |
| 163. | CDTFA Waiver of Limitation – SunPower Corporation – Original Waiver through 1/31/2022 (Period 10/1/2016 – 9/30/2018), January 30, 2021. | CDTFA055051–<br><br>CDTFA055052 |
| 164. | CDTFA Waiver of Limitation – SunPower Corporation – Extension to Original Waiver through 1/31/2023 (Period 10/1/2016 – 9/30/2019), December 22, 2021. | CDTFA055053–<br><br>CDTFA055054 |
| 165. | CDTFA Waiver of Limitation – SunPower Corporation – Extension to Original Waiver through 7/31/2024 (Period 10/1/2016 – 12/31/2020), December 12, 2023. | CDTFA055055–<br><br>CDTFA055056 |
| 166. | CDTFA Waiver of Limitation – SunPower Corporation – Extension to Original Waiver through 7/31/2024 (Period 10/1/2016 – 12/31/2020), December 12, 2023. | CDTFA055057–<br><br>CDTFA055058 |
| 167. | CDTFA Waiver of Limitation – SunPower Corporation – Original Waiver through 1/31/2025 (Period 1/1/2021 – 9/30/2021), December 12, 2023. | CDTFA055059–<br><br>CDTFA055060 |

| | | |
|---|---|---|
| 168. | CDTFA Waiver of Limitation – SunPower Corporation – Extension to Original Waiver through 1/31/2024 (Period 10/1/2016 – 9/30/2020), December 20, 2022. | CDTFA065736–<br><br>CDTFA065737 |
| 169. | CDTFA Waiver of Limitation – SunPower Corporation, Systems – Extension to Original Waiver through 1/31/2023 (Period 10/1/2015 – 9/30/2019), December 22, 2021. | N/A |
| 170. | Email from Alan Liang to Loan Nguyen re SPWR CA SUT audit progress, June 3, 2022. | N/A |
| 171. | California Sales and Use Tax Returns, 2015–2024. | CDTFA038099–<br>CDTFA055013<br>SPC000010515–<br>SPC000010525<br>SPC000018802–<br>SPC000018809<br>SPC000026848–<br>SPC000026855<br>SPC000033074–<br>SPC000033080<br>SPC000339245–<br>SPC000339252<br>SPC000383302–<br>SPC000383309<br>SPC000383311–<br>SPC000383318<br>SPC000383320–<br>SPC000383328<br>SPC000383330–<br>SPC000383346<br>SPC000383348–<br>SPC000383355<br>SPC000383357–<br>SPC000383364<br>SYS000000002–<br>SYS000000011<br>SYS000000013–<br>SYS000000024<br>SYS000000026–<br>SYS000000035<br>SYS000000037–<br>SYS000000045<br>SYS000000047–<br>SYS000000062<br>SYS000000064–<br>SYS000000076 |

| | | |
|---|---|---|
| | | SYS000268198–<br>SYS000268290<br>and unnumbered |
| 172. | SunPower Sabrix Reports, 2015–January 2022. | SPC000416413–<br>SPC000468556<br>SPC000490917–<br>SPC000561275<br>SYS000652106–<br>SYS000849985<br>SYS000878420–<br>SYS001000250<br>and unnumbered |
| 173. | SunPower Vertex Reports, February 2022–2024. | SPC000000001–<br>SPC000010513<br>SPC000010526–<br>SPC000018800<br>SPC000018810–<br>SPC000026846<br>SPC000026856–<br>SPC000033072<br>SPC000033081–<br>SPC000339243<br>SPC000339253–<br>SPC000383300<br>SPC000383365–<br>SPC000416412<br>SPC000468557–<br>SPC000490916<br>SYS000000077–<br>SYS000019240<br>SYS000026395–<br>SYS000049110<br>SYS000073063–<br>SYS000099348<br>SYS000114629–<br>SYS000160742<br>SYS000175615–<br>SYS000197918<br>SYS000268291–<br>SYS000287820<br>SYS000370407–<br>SYS000422741<br>SYS000533106–<br>SYS000652105<br>SYS000849986– |

| | | |
|---|---|---|
| | | SYS000878419<br>SYS001000251–<br>SYS001112305 |
| 174. | CDTFA CROS Time Entries for SunPower Corporation and SunPower Corporation, Systems | N/A |
| 175. | Invoice for E-Waste Removal | D.I. 2002-1 |
| 176. | Photographs of the Disposed Materials | D.I. 2002-2 |
| 177. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases or related adversary proceedings | N/A |
| 178. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party | N/A |
| 179. | Any exhibit listed by any other party | N/A |

[*Remainder of Page Intentionally Left Blank.*]

Dated: October 28, 2026
Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (DE Bar No. 2981)
Jason M. Madron (DE Bar No. 4431)
Zachary J. Javorsky (DE Bar No. 7069)
Nicholas A. Franchi (DE Bar No. 7401)
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
madron@rlf.com
javorksy@rlf.com
franchi@rlf.com

*Counsel to the Plan Administrator*

-and-

**DAKESSIAN LAW, LTD**
Mardiros Dakessian (admitted *pro hac vice*)
Benjamin Lee (admitted *pro hac vice*)
445 S. Figueroa Street, Suite 2210
Los Angeles, California 90071
Telephone: (213) 516-5500
Email: marty@dakessianlaw.com
benjamin@dakessianlaw.com

*Special California Tax Counsel to the Plan Administrator*