**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| SUNPOWER CORPORATION,[1] | ) | Case No. 24-11649 (CTG) |
| Wind-Down Debtor. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 4, 2026 AT 10:00 A.M. (EST)**

**THIS PROCEEDING WILL BE CONDUCTED IN-PERSON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.**

**ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM.**

**PLEASE REFER TO JUDGE GOLDBLATT'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-CRAIG-T-GOLDBLATT) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE GOLDBLATT'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: SunPower Corporation (8969) ("SunPower"). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "Closing Debtors"). The Closing Debtors, along with the last four digits of the Closing Debtor's federal tax identification number, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

# I. CONTESTED MATTERS GOING FORWARD:

1. The Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration [Docket No. 1422; filed April 8, 2025]

Response/Objection Deadline: April 29, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration [Docket No. 1493; filed April 28, 2025]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim [Docket No. 1498; filed May 6, 2025]

ii. Notice of Deposition of Alan Z. Liang in Connection with (I) "The Plan Administrator's Objection to Proof of Claim No. 621 Filed by the California Department of Tax and Fee Administration" [D.I. 1422]; (II) "The Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration" [D.I. 1423]; (III) "California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration" [D.I. 1493]; and (IV) "California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration" [D.I. 1494] [Docket No. 1802; filed March 20, 2026]

iii. California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash [Docket No. 1817; filed April 1, 2026]

iv. Order (I) Denying "California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash" and (II) Setting Schedule [Docket No. 1945; entered July 20, 2026]

v. First Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a

Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 1956; entered August 12, 2026]

vi. Second Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 1982; entered September 9, 2026]

vii. Third Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 1998; entered September 18, 2026]

viii. The Plan Administrator's Opening Pre-Trial Brief in Support of (I) *the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration* [D.I. 1422], and (II) *the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration* [D.I. 1423] (Sealed) [Docket No. 2002; filed September 22, 2026]

ix. The Plan Administrator's Motion to Seal Certain Confidential Information in "The Plan Administrator's Opening Pre-Trial Brief in Support of (I) *the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration* [D.I. 1422], and (II) *the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration* [D.I. 1423]" [Docket No. 2005; filed September 25, 2026]

x. The Plan Administrator's Opening Pre-Trial Brief in Support of (I) *the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration* [D.I. 1422], and (II) *the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration* [D.I. 1423] (Redacted) [Docket No. 2006; filed September 25, 2026]

xi. Fourth Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and

(II) Setting Schedule" [D.I. 1945] [Docket No. 2010; entered October 2, 2026]

xii. Fifth Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 2015; entered October 15, 2026]

xiii. Certification of No Objection Regarding "The Plan Administrator's Motion to Seal Certain Confidential Information in 'The Plan Administrator's Opening Pre-Trial Brief in Support of (I) *the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration* [D.I. 1422], and (II) *the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration* [D.I. 1423]"' [D.I. 2005] [Docket No. 2016; filed October 16, 2026]

xiv. The CDTFA's Brief in Support of its Tax Proofs of Claim [Docket No. 2017; filed October 16, 2026]

xv. Order Granting The Plan Administrator's Motion to Seal Certain Confidential Information in 'The Plan Administrator's Opening Pre-Trial Brief in Support of (I) *the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration* [D.I. 1422], and (II) *the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration* [D.I. 1423]" [Docket No. 2018; entered October 19, 2026]

xvi. The Plan Administrator's Pre-Trial Reply Brief in Response to the CDTFA's Brief in Support of Its Tax Proofs of Claim [D.I. 2017] and in Further Support of (I) the Plan Administrator's Objection to Proof of Claim No. 621 Filed by the California Department of Tax and Fee Administration [D.I. 1422], and (II) The Plan Administrator's Objection to Proof of Claim No. 622 Filed By the California Department of Tax and Fee Administration [D.I. 1423] [Docket No. 2030; filed October 27, 2026]

xvii. Sixth Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 2031; entered October 28, 2026]

xviii. The CDTFA's Witness and Exhibit List Regarding the Evidentiary Hearing on the Objections to its Tax Proofs of Claim [Docket No. 2034; filed October 28, 2026]

xix. The Plan Administrator's Witness and Exhibit List for the Trial Scheduled for November 3, 2026 and November 4, 2026 [Docket No. 2035; filed October 28, 2026]

xx. The Plan Administrator's Sixteenth Omnibus Objection to Certain Amended and Replaced Claims (Non-Substantive) [Docket No. 1670; filed October 17, 2025]

xxi. California Department of Tax and Fee Administration's Response to the Plan Administrator's Sixteenth Omnibus Objection to Certain Amended and Replaced Claims (Non-Substantive) [Docket No. 1680; filed November 6, 2025]

xxii. Declaration of James B. Levinson, CPA in Support of the Debtors' Objection to the Proof of Claim of the California Department of Tax and Fee Administration [Docket No. 2044; filed October 30, 2026]

xxiii. Declaration of Archibald Benhamou Gabriel in Support of the Debtors' Objection to the Proof of Claim of the California Department of Tax and Fee Administration [Docket No. 2045; filed October 30, 2026]

xxiv. Declaration of Drew Johnson in Support of the Debtors' Objection to the Proof of Claim of the California Department of Tax and Fee Administration [Docket No. 2046; filed October 30, 2026]

xxv. Declaration of William Groen in Support of the Debtors' Objection to the Proof of Claim of the California Department of Tax and Fee Administration [Docket No. 2047; filed October 30, 2026]

xxvi. Trial Declaration of Alan Liang [Docket No. 2049; filed October 30, 2026]

xxvii. Trial Declaration of William P. Kimey CPA [Docket No. 2050; filed October 30, 2026]

xxviii. The Plan Administrator's *Amended* Witness and Exhibit List for the Trial Scheduled for November 3, 2026 and November 4, 2026 [Docket No. 2052; filed November 2, 2026]

Plan Administrator's Witness Information:

A. Mark A. Roberts, the Plan Administrator and Managing Director at Alvarez & Marsal

B. Archibald Benhamou Gabriel, Senior Director at Alvarez & Marsal

C. Drew Johnson, SunPower Employee from 2019 to 2024 and consultant for the Plan Administrator

D. William Groen, SunPower Employee from 2019 to 2024 and consultant for the Plan Administrator

E. James B. Levinson, Managing Director at Baker Tilly

CDTFA's Witness Information:

A. Alan Liang, Business Taxes Specialist II, and senior audit officer

B. William P. Kimsey, Business Taxes Specialist III, and Certified Public Accountant

Status: The hearing on this matter will continue on a contested basis.

2. The Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration [Docket No. 1423; filed April 8, 2025]

Response/Objection Deadline: April 29, 2025 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration [Docket No. 1494; filed April 28, 2025]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim [Docket No. 1498; filed May 6, 2025]

ii. Notice of Deposition of Alan Z. Liang in Connection with (I) "The Plan Administrator's Objection to Proof of Claim No. 621 Filed by the California Department of Tax and Fee Administration" [D.I. 1422]; (II) "The Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration" [D.I. 1423]; (III) "California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration" [D.I. 1493]; and (IV) "California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration" [D.I. 1494] [Docket No. 1802; filed March 20, 2026]

iii. California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State

Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash [Docket No. 1817; filed April 1, 2026]

iv. Order (I) Denying "California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash" and (II) Setting Schedule [Docket No. 1945; entered July 20, 2026]

v. First Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 1956; entered August 12, 2026]

vi. Second Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 1982; entered September 9, 2026]

vii. Third Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 1998; entered September 18, 2026]

viii. The Plan Administrator's Opening Pre-Trial Brief in Support of (I) *the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration* [D.I. 1422], and (II) *the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration* [D.I. 1423] (Sealed) [Docket No. 2002; filed September 22, 2026]

ix. The Plan Administrator's Motion to Seal Certain Confidential Information in "The Plan Administrator's Opening Pre-Trial Brief in Support of (I) *the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration* [D.I. 1422], and (II) *the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration* [D.I. 1423]" [Docket No. 2005; filed September 25, 2026]

x. The Plan Administrator's Opening Pre-Trial Brief in Support of (I) *the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration* [D.I. 1422], and (II) *the Plan*

*Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration* [D.I. 1423] (Redacted) [Docket No. 2006; filed September 25, 2026]

xi. Fourth Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 2010; entered October 2, 2026]

xii. Fifth Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 2015; entered October 15, 2026]

xiii. The CDTFA"s Brief in Support of its Tax Proofs of Claim [Docket No. 2017; filed October 16, 2026]

xiv. Order Granting The Plan Administrator's Motion to Seal Certain Confidential Information in 'The Plan Administrator's Opening Pre-Trial Brief in Support of (I) *the Plan Administrator's Objection to Proof of Claim No. 621 filed by the California Department of Tax and Fee Administration* [D.I. 1422], and (II) *the Plan Administrator's Objection to Proof of Claim No. 622 filed by the California Department of Tax and Fee Administration* [D.I. 1423]" [Docket No. 2018; entered October 19, 2026]

xv. The Plan Administrator's Pre-Trial Reply Brief in Response to the CDTFA's Brief in Support of Its Tax Proofs of Claim [D.I. 2017] and in Further Support of (I) the Plan Administrator's Objection to Proof of Claim No. 621 Filed by the California Department of Tax and Fee Administration [D.I. 1422], and (II) The Plan Administrator's Objection to Proof of Claim No. 622 Filed By the California Department of Tax and Fee Administration [D.I. 1423] [Docket No. 2030; filed October 27, 2026]

xvi. Sixth Supplement to "Order (I) Denying 'California Department of Tax and Fee Administration's Motion to Abstain Pursuant to 11 U.S.C. § 505(a) and 28 U.S.C. § 1334(c) to Permit the State Administrative Forum to Issue a Sales and Use Tax Hearing Decision; Motion to Quash' [D.I. 1817] and (II) Setting Schedule" [D.I. 1945] [Docket No. 2031; entered October 28, 2026]

xvii. The CDTFA's Witness and Exhibit List Regarding the Evidentiary Hearing on the Objections to its Tax Proofs of Claim [Docket No. 2034; filed October 28, 2026]

xviii. The Plan Administrator's Witness and Exhibit List for the Trial Scheduled for November 3, 2026 and November 4, 2026 [Docket No. 2035; filed October 28, 2026]

xix. Declaration of James B. Levinson, CPA in Support of the Debtors' Objection to the Proof of Claim of the California Department of Tax and Fee Administration [Docket No. 2044; filed October 30, 2026]

xx. Declaration of Archibald Benhamou Gabriel in Support of the Debtors' Objection to the Proof of Claim of the California Department of Tax and Fee Administration [Docket No. 2045; filed October 30, 2026]

xxi. Declaration of Drew Johnson in Support of the Debtors' Objection to the Proof of Claim of the California Department of Tax and Fee Administration [Docket No. 2046; filed October 30, 2026]

xxii. Declaration of William Groen in Support of the Debtors' Objection to the Proof of Claim of the California Department of Tax and Fee Administration [Docket No. 2047; filed October 30, 2026]

xxiii. Trial Declaration of Alan Liang [Docket No. 2049; filed October 30, 2026]

xxiv. Trial Declaration of William P. Kimsey CPA [Docket No. 2050; filed October 30, 2026]

xxv. The Plan Administrator's *Amended* Witness and Exhibit List for the Trial Scheduled for November 3, 2026 and November 4, 2026 [Docket No. 2052; filed November 2, 2026]

Plan Administrator's Witness Information:

A. Mark A. Roberts, the Plan Administrator and Managing Director at Alvarez & Marsal

B. Archibald Benhamou Gabriel, Senior Director at Alvarez & Marsal

C. Drew Johnson, SunPower Employee from 2019 to 2024 and consultant for the Plan Administrator

D. William Groen, SunPower Employee from 2019 to 2024 and consultant for the Plan Administrator

E. James B. Levinson, Managing Director at Baker Tilly

CDTFA's Witness Information:

A. Alan Liang, Business Taxes Specialist II, and senior audit officer

B. William P. Kimsey, Business Taxes Specialist III, and Certified Public Accountant

Status: The hearing on this matter will continue on a contested basis.

3. The Plan Administrator's Objection to Proof of Claim No. 20008 Filed by the California Department of Tax and Fee Administration [Docket No. 1851; filed May 1, 2026]

Response/Objection Deadline: May 22, 2026 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 2008 filed by the California Department of Tax and Fee Administration [Docket No. 1880; filed May 22, 2026]

Related Documents:

i. The Plan Administrator's Reply to "California Department of Tax and Fee Administration's Response to the Plan Administrator's Objection to Proof of Claim No. 2008 [sic] filed by the California Department of Tax and Fee Administration" [D.I. 1880] and in Further Support of "the Plan Administrator's Objection to Proof of Claim No. 20008 filed by the California Department of Tax and Fee Administration" [D.I. 1851] [Docket No. 1999; filed September 21, 2026]

ii. Declaration of Archibald Benhamou Gabriel in Further Support of the Plan Administrator's Objection to Proof of Claim No. 20008 filed by the California Department of Tax and Fee Administration [Docket No. 2000; filed September 21, 2026]

iii. The CDTFA's Witness and Exhibit List Regarding the Evidentiary Hearing on the Objections to its Tax Proofs of Claim [Docket No. 2034; filed October 28, 2026]

iv. The Plan Administrator's Witness and Exhibit List for the Trial Scheduled for November 3, 2026 and November 4, 2026 [Docket No. 2035; filed October 28, 2026]

v. The Plan Administrator's *Amended* Witness and Exhibit List for the Trial Scheduled for November 3, 2026 and November 4, 2026 [Docket No. 2052; filed November 2, 2026]

Plan Administrator's Witness Information:

A. Mark A. Roberts, the Plan Administrator and Managing Director at Alvarez & Marsal

B. Archibald Benhamou Gabriel, Senior Director at Alvarez & Marsal

CDTFA's Witness Information:

A. Nicholas Serrano, Business Tax Specialist I, at California Department of Tax and Fee Administration

Status: The hearing on this matter will go forward on a contested basis.

Dated: November 3, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (DE Bar No. 2981)
Jason M. Madron (DE Bar No. 4431)
Zachary J. Javorsky (DE Bar No. 7069)
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
collins@rlf.com
madron@rlf.com
javorsky@rlf.com

*Counsel to the Plan Administrator*

-and-

**DAKESSIAN LAW, LTD**
Mardiros Dakessian (admitted *pro hac vice*)
Benjamin Lee (admitted *pro hac vice*)
445 S. Figueroa Street, Suite 2210
Los Angeles, California 90071
Telephone: (213) 516-5500
Email: marty@dakessianlaw.com
benjamin@dakessianlaw.com

*Special California Tax Counsel to the Plan Administrator*